## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 27 2010

Clerk, U.S. District and
Bankruptcy Courts

----------------------------------------------------------x

**Dr. Orly Taitz, PRO SE**          §
29839 Santa Margarita Parkway, STE 100   §
Rancho Santa Margarita CA 92688     §
Tel: (949) 683-5411; Fax (949) 766-7603   §
E-Mail: dr taitz@yahoo.com          §
                                    §
                        **Plaintiff,** §
**v.**                               §
                                    §
**Barack Hussein Obama,**            §
c/o The White House                 §
1600 Pennsylvania Avenue, N.W.      §
Washington, District of Columbia  20500   §
                                    §
                        **Defendant.** §
                                    §
----------------------------------------------------------x

Civil Action:

**QUO WARRANTO**

**PETITION FOR WRIT**

**OF MANDAMUS**

**Case: 1:10-cv-00151**
**Assigned To : Lamberth, Royce C.**
**Assign. Date : 1/27/2010**
**Description: Pro Se Gen Civil**

### Jurisdiction

The court has jurisdiction under District of Columbia Code Chapter 35 §16-3501 through §16-3503. Federal court is proper as diversity between the parties exist and the case revolves around the Federal Question of eligibility of the President under Quo Warranto.

### Parties

Plaintiff - Dr. Orly Taitz, Pro se - hereinafter "Taitz." The plaintiff is a resident of California and president of the Defend Our Freedoms Foundation. She is a Doctor of Jurisprudence and a Doctor of Dental Surgery. Through her foundation she has popularized Constitution and fought violations of Constitution and civil liberties of US citizens. As part of her work she has filed a number of legal actions, representing over 200 US citizens: State Representatives from different states, candidates on the ballot and high ranked members of US military. Her clients are seeking release of original vital records of Barack Hussein Obama, to see if he is eligible for US presidency. As of now in spite of over 100 legal actions filed all over the Nation by some 13 licensed attorneys and numerous pro se plaintiffs and in spite of 12 citizen

1

2

3   grand jury presentments and indictments, Obama refused to provide any vital records

4   that would be acceptable in any court of law.

5   Respondent – Barack Hussein Obama, hereinafter "Obama",  President of the

6   United States and Commander in Chief, who refused to present in any court of law or

7   to the public any legally acceptable vital records that would prove his eligibility for

8   US presidency based on Article 2, section 1 of the Constitution, **as one born in the**

9   **United States to two citizen parents without allegiance to any other**

10   **sovereignties**. As described in the *Law of Nations* Emer De Vatttel, Vol 1, Chapter

11   19, §212. From birth and until now Mr. Obama had citizenship of and allegiance to

12   three other nations: Great Britain, Kenya and Indonesia.

13                                     **Standing**

14   Taitz is an attorney and has submitted request to Attorney General Eric Holder

15   and US attorney for the District of Columbia Jeffrey Taylor to file Quo Warranto, to

16   ascertain Obama's legitimacy for presidency . After 9 months of waiting she did not

17   receive any response from either Attorney General  or US attorney for the district of

18   Columbia. She is seeking an ex-relator status to proceed with Quo Warranto. Taitz

19   tried to ascertain Obama's legitimacy for presidency and as an attorney representing

20   her clients, she brought a number of legal actions seeking a judicial resolution of this

21   issue. She was subjected to vicious attacks coming from the media acting as regime

22   official propaganda, from Obama's supporters and from some judiciary, acting as

23   tools to silence her and intimidate her into dropping her legal actions. She was

24   subjected to numerous death threats, tampering with her car, when a fumes emissions

25   hose was disconnected and hot combustible fumes were going back to the engine, as

26   she was driving with her three children in the car. Several convicted criminals and

27   document forgers were working  in concert  and appear to be following the same

28   instructions, submited perjured affidavits to court and forged her signature, in an

attempt to influence the judiciary and undermine her in the eyes of the community

1

2

3   and undermine her law license. Her foundation web site was repeatedly hacked and

4   destroyed. Her paypal account was tampered with. On 01.21.09. her case Lightfoot v

5   Bowen was erased from the docket of the Supreme Court of the United States only

6   two days before it was supposed to be heard in conference by all nine justices.  For a

7   year and a half  after repeated complaints to law enforcement she could not get any

8   assistance or relief from the  law enforcement. When she brought two legal actions in

9   the Middle District of Georgia on behalf of the members of the US military, as a

10  form of intimidation and retaliation, she was sanctioned $20,000. Taitz is seeking not

11  only verification of Obama's legitimacy under Quo Warranto, but financial

12  compensation for damages suffered as well as compensation for the severe emotional

13  distress.

14  ### Background of the case

15      Here comes the plaintiff  Dr. Orly Taitz ESQ and alleges, that District of

16  Columbia jurisdiction allows Quo Warranto ex relator status in the name of the

17  United States against a person who within the District of Columbia usurps, intrudes

18  into, or unlawfully holds or exercises, a franchise conferred by the United States,

19  civil and military". D.C. Code §§16-35-1-3503.

20      Taitz  has filed both with the Attorney General Eric Holder and the US Attorney

21  Jeffrey A. Taylor and his successor Channing Phillips a request for Quo Warranto in

22  March and April of 2009 respectively. Exhibits 5,6, copies of the Certified Mail

23  receipts, showing that those were received.  Taitz has a web site, where she

24  popularized this issue. The web site gets between 2-8 million hits depending on the

25  month. Hundreds of concerned citizens have called the Department of Justice

26  demanding a response to Quo Warranto submission. No response was received for

27  ten months. Letters, e-mails, faxes went unanswered. Employees of the justice

28  department were slamming phones in the face of the citizens, who were calling and

urging a response, even when those calls came from high ranking officers of US

1
2
3  military.  This game of hide and seek by the Attorney General Holder and US
4  attorneys was infantile at best and treasonous at worst, as National Security is on the
5  line. Recent near tragedy of NorthWest 253, slaughter of CIA agents and tragedy at
6  Fort Hood are only a few reminders of the  danger.
7
8  **WHEREFORE,** the undersigned counsel respectfully requests this Honorable
9
10  Court to **grant Leave of Court to file Quo Warranto as ex-relator** in the name of
11  the United States of America against Barack Hussein Obama, President of the United
12  States case.
13
14
15
16

### Writ of Quo Warranto

### QUESTIONS PRESENTED

17  I.  What is Respondent Obama's standard and burden of proof of his birthplace
18  under Quo Warranto and ethical duties? - Considering Obama's first cousin Raela
19  Odinga, Prime Minister of Kenya, sealed alleged records of Obama's birth in
20  Mombasa; while the State of Hawaii holds Obama's "original" sealed birth records,
21  **allows registration of births out of State, allows registration based on a**
22  **statement of one relative only without any corroborating evidence** and **seals**
23  **original birth records**.
24  II. Does the State of Hawaii's withholding Respondent's Obama's original birth
25  records by privacy laws breach the U.S. CONST. by obstructing constitutional rights
26  and duties of the People to vote, and State and Federal election officers to challenge,
27  validate & evaluate qualifications of presidential candidates based on legally
28  acceptable and not fraudulent records and the President Elect., per U.S. CONST. art. II
   § 1, art. VI, & amend. XX § 3?

III.Does the restrictive qualification for President of "natural born citizen" over "citizen" include allegiance to the U.S.A. from birth without any foreign allegiance, as required of the Commander in Chief in time of war to preserve the Republic, including birth within the jurisdiction of the U.S.A. to parents who both had U.S. citizenship at that birth, and having retained that undivided loyalty?

IV.      Does birth to or adoption by a non-citizen father or mother incur foreign allegiance sufficient to negate being a "natural born citizen" and disqualify a candidate from becoming President?

V. Having attained one's majority, do actions showing divided loyalty with continued allegiance to the foreign nationality of one's minority evidence foreign allegiance sufficient to disqualify one from being a "natural born citizen" with undivided loyalty to the U.S.A., such as campaigning for a candidate in a foreign election, or traveling on a foreign passport?

VI.      Does a presidential candidate or President Elect by default fail to qualify under U.S. CONST., art. II § 2 and amend. XX, § 3, if they neglect their burden to provide State or Federal election officers *prima facie* evidence of each of their identity, age, residence, and natural born citizenship, sufficient to meet respective State or Federal statutory standards?

VII.      Do candidates for office disqualify themselves if they seek office under a birth name differing from a name given by adoption, or vice versa, when they neglect to provide election officers *prima facie* evidence of legal changes to their name, or if they neglect to legally change their name?

VIII.      Does a President elect fail to qualify through breach of ethical disclosure duties, and obstruction of election officers' constitutional duties to challenge, validate and evaluate qualifications for President, by withholding or sealing records evidencing identity, age, residency, or allegiance, or by claiming privacy and opposing in court efforts by Electors, election officers, or the People to

1

2

3   obtain and evaluate such records?

4      IX.     Does misprision by Federal election officers cause a President Elect to

5   fail to qualify, if they neglect or refuse to challenge, validate, or evaluate

6   qualifications of Electors or a President Elect, being bound by oath to support the

7   Constitution and laws, after citizens provided information challenging those

8   qualifications via petitions for redress of grievance, or by law suits?

9      X. To uphold its supremacy and inviolability, and to preserve the Republic, does

10  the U.S. Constitution grant standing to Citizens to bring suit or quo warranto over

11  negligence, obstruction, misprision, or breach of constitutional duties, and protect the

12  People's rights?

13

14     Here come the plaintiffs/ ex-relators in the name of the United States of

15  America praying this Honorable Court issue Quo Warranto writ against Barack

16  Hussein Obama, President of the United States and Commander in Chief.

17

18     1. Ex Relators are seeking Quo Warranto under District of Columbia Codes

19        §§16-3501-16-3503 which provides for the "Writ of Quo Warranto to be

20

21        issued in the name of the United States of America  against a person who

22        within the District of Columbia usurps, intrudes into, or unlawfully holds

23        or exercises, a franchise conferred by the United States or a public office of

24        the United States, civil or military".

25

26     2. The ex-relators assert that respondent Obama  has indeed usurped the

27        franchise of the President of the United States and the Commander in Chief

28        of the United States Military forces due to his ineligibility and non-

compliance with the provision of the Article 2, Section 1, Clause 5 of the Constitution of the United States that provides that the President of the United States has to be a Natural Born Citizen for the following reasons:

3. The legal reference and legal definitions used by the framers of the Constitution was the legal treatise *"The Law of Nations"* by Emer De Vattel as quoted and referenced in the Article 1, Section 8. *The Law of Nations* defines **"...Natural Born Citizens, are those in the country, of parents who are citizens. As the society cannot exist and perpetuate itself otherwise than by the children of the citizens, those children naturally follow the conditions of their fathers, and succeed to all their rights."** Book 1, Chapter 19, §212.

4. In his book *Dreams From my Father* as well as on his web site *Fight the Smears* respondent Obama admitted to the fact that his father was never a US citizen, but rather a British citizen from a British colony of Kenya and based on British Nationality act respondent Obama was a British citizen at birth and a Kenyan citizen from age 2 on December 12, 1961 when Kenya became an independent nation. As such, for the reason of his allegiance to foreign nations from birth respondent Obama never qualified as a Natural Born citizen.

5. In spite of some 100 legal actions filed and 12 Citizen Grand Jury presentments and indictments Respondent Obama due to his ineligibility never consented to unseal any prima facie documents and vital records that would confirm his legitimacy for presidency.

6. The state of Hawaii statute 338-5 allows one to get a birth certificate based on a statement of one relative only without any corroborative evidence from any hospital.

7. Respondent Obama refused to unseal a birthing file (labor and delivery file) evidencing his birth from the Kapiolani Hospital where he recently decided, that he was born.

8. Similarly, respondent Obama refused to consent to unseal his original birth certificate from the Health Department in the state of Hawaii.

9. The original birth certificate is supposed to provide the name of the hospital, name of the attending physician and signatures of individuals in attendance during birth. As such there is no verifiable and legally acceptable evidence of his birth in the state of Hawaii.

10. Circa 1995 Respondent Obama has made an admission in his book *Dreams from My Father, page 26* that he has a copy of the original birth certificate, when describing a certain article about his father he write "...I discovered this article, folded away among my birth certificate and old vaccination forms..." In spite of the

fact that respondent Obama has a copy of his original birth certificate, he released for public consumption only a COLB, an abbreviated certification of life birth which was issued in 2007 and does not provide any verifying information, such as name of the hospital and name of the attending physician and signatures, which infers that he knows that he is not eligible and actively trying to obfuscate the records in order to usurp US presidency.

11. An affidavit from one of the most prominent forensic document experts, Sandra Ramsey Lines, Exhibit 1, states that authenticity of COLB and inference of the US birth cannot be ascertained based on COLB alone without examining the original birth certificate in Hawaii, that respondent Obama refuses to unseal and present in court and to the public at large.

12. As respondents schools records from Indonesia, previously submitted, show him the citizen of Indonesia under the name of Barry Soetoro, and there is no evidence of legal name change upon his repatriation from Indonesia, there is a high likelihood of the scenario whereby the respondent was sworn in as a president not only illegitimately due to his allegiance to three foreign nations, but also under a name that was not  his legal name at the time of inauguration and swearing in as the president.

13. Affidavits from licensed private investigators Neil Sankey, Exhibit 4 and Susan Daniels, Exhibit 2, show that according to national databases respondent

Obama has used as many as 39 different social security numbers, none of which were issued in Hawaii, which in itself is an evidence of foreign birth.

14. Most egregious is the fact that the respondent has used for most of his life in Somerville Massachusetts, Chicago, Illinois and currently in the White House SSN XXX-XX-4425, which was issued in the state of Connecticut between 1976-1979 and assigned to an individual born in 1890, who would have been 120 years old, if he would be alive today. Respondent never resided in the state of Connecticut and he is clearly not 120 years old.

The undersigned requests to bar the US attorney's office from representing the respondent in this litigaion based on US Code 44 Section 22 and due to obvious inherent conflict of interest.

### Petition for a Writ of Mandamus

1. Title 28 Part 4 Chapter 85§ 1361 provides for an action to compel an officer of the United States to perform  his duty.

2. Petitioner is providing this court Exhibit 1, Affidavit from a renown  licensed document expert Sandra Ramsey Lines, in her declaration under penalty of perjury, , that states " …COLB presented on the Internet by various groups, which includes "daily Kos", the Obama campaign, "Factcheck" and others cannot be relied upon *AS* genuine.

3. State of Hi statute 338-5 allows one to obtain a Birth Certificate based on a statement of one relative only, without any corroborating evidence from any hospital.

4. Obama refused to unseal his original birth certificate from Hi which would provide the name of the doctor, the name of the hospital and signatures of ones in attendance

5. Taitz brought legal actions on behalf of her clients, members of US military, candidates on the ballot, state representatives and others seeking verification of Obama's eligibility.

6. Taitz suffered damages of $20,000 sanctions, when US Judge Clay D. Land deemed her actions frivolous.

7. Taitz  has suffered severe emotional distress, her law licensed was endangered and  her standing in the community was affected in the aftermath of this decision.

8. Taitz is seeking  a Writ of mandamus, directing Secretary of State Hillary Clinton  to provide a copy of the original birth certificate used by Barack Hussein Obama in application for his US passports, to verify Obama's eligibility.

**Writ of Mandamus**

1.  Title 28 Part 4 Chapter 85§ 1361 provides for an action to compel an officer of the United States to perform his duty.

2.  Exhibit 2 herein is an affidavit from a licensed investigator Susan Daniels. It shows that most of his life Obama has used a social security number  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, which was  assigned to an individual born in 1890 and was issued in the state of CT. Since Obama is not 120 years old and was never a resident of CT, it is a sign of him using a social security number of the deceased, which is usually an indication of foreign birth.

3.  Exhibit 3 shows a copy of the on line verification. This is an official record, that shows that indeed Obama used this social security number from the state he never lived in. this is yet another evidence of fraud, coming from an official governmental record.

4.  Exhibit 4 Affidavit and Attachment from licensed investigator Neil Sankey. Sankey is a former member of an elite unit of Scotland Yard responsible for combating organized crime. Sankey has done compilation from several national databases, which shows that Obama has used as many as 39 different social security numbers, none of which were issued in the state of Hi, which is a sign of fraud, social security fraud, identity theft, possible IRS fraud, possible elections fraud, possible nonprofit organizations fraud.

5. Taitz was injured when she was subjected to retaliation and $20,000 sanctions upon bringing the above information to court in the Middle district of GA, Judge D. Land, Rhodes v MacDonald

6. Plaintiff is seeking a Writ of Mandamus from this Honorable court to direct Michael Astrue, commissioner of Social Security Administration to release an original application for this social security number, as was submitted in the state of CT and issued to an individual born in 1890, as well as order an investigation, how Obama was able to obtain a social security belonging to an individual born in 1890 and issued in CT, as well as an investigation, as to how Obama was able to use 39 diferent social security numbers according to National Databases Lexis Nexis and Choice Point.

**Wherefore** THE PLAINTIFF and Petitioner Dr. Orly Taitz is praying for following relief:

1. Petitoner is praying this Honorable Court to grant her the ex-relator status in the name of the United States of America and requesting this Honorable Court to issue a writ of Quo Warranto to the ex-relator against a respondent Barack Hussein Obama to ascertain if he was eligible to take the position and franchise of the President of the United States and the Commander in Chief of US military and order an evidentiary hearing whether fraud upon

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

the court was committed and whether criminal charges should be brought against the respondent for fraud, identity theft and social security fraud.

2. Grant petitioner the Writ of Mandamus for the Commissioner of Social Security Michael Astrue to release explanation, as to how Barack Hussein Obama is able to use the social security number 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, issued originally in the state of CT to an individual born in 1890, while Obama clearly is not 120 years old, was not born in 1890 and never resided in the state of CT.

3. Grant a petition for a writ of Mandamus for the Secretary of State Hillary Clinton to release the birth certificate that was used by Barack Hussein Obama to obtain his US passport.

4. Plaintiff is asking for financial relief associated with time spent and costs of her pursuing the issue of illegitimacy of Obama for US presidency and fraud perpetrated by Obama in using multiple social security numbers of deceased individuals and numbers never assigned.

5. Plaintiff is asking for financial relief for severe emotional distress that she was subjected to when she was subjected to an orchestrated effort by this administration to stop her, to silence her, when she was subjected to sanctions for bringing forward legitimate issues of Obama legitimacy, when a group of convicted criminals, convicted, indicted and admitted

forgers was used to derail her cases, undermine her and her license, while law enforcement stood idle, unwilling to  prosecute and incarcerate those criminals and stop continued harassment.

/s/ DR ORLY TAITZ

By:_____

Dr. Orly Taitz, PRO SE

29839 Santa Margarita Parkway ste 100

Rancho Santa Margarita CA 92688

Tel.:  949-683-5411; Fax: 949-766-7603

E-Mail: dr_taitz@yahoo.com

# EXHIBIT 1 DECLARATION BY SANDRA RAMSEY LINES

# VERIFICATION

I, Orly Taitz , declare under penalty of perjury with 28 USC 1746:

I have read the foregoing Petition with Exhibits for permission to file

a Quo Warranto Complaint as a Ex Relator against Barack Hussein Obama,

and know the contents thereof, and effects those matters have upon me, and

that this Petition with injury is true to my own knowledge, except as to the

matters therein stated to be alleged on information and belief, and as to those

matters I believe it to be true. The grounds of my beliefs as to all matters not

stated upon information and belief are as follows: third parties, books and

records, and personal knowledge.

Dated: January ⸺ 2⸺5, 2010
      Rancho Santa Margarita, California                     

                                       Orly Taitz Pro se
                                         29839 Santa Margarita Parkway
                                       Suite 100
                                       Rancho Santa Margarita,
                                               California 92688
                                       Phone: (949) 683-5411

NO. 29473

IN

THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| CONSTITUTION PARTY; ALAN L. KEYES;  ) | |
| ) | **ORIGINAL PROCEEDING** |
| Plaintiffs, ) | |
| ) | **DECLARATION OF SANDRA** |
| vs. ) | **RAMSEY LINES; EXHIBIT C** |
| ) | |
| LINDA LINGLE in her official capacity as ) | |
| Governor of the State of Hawaii; KEVIN B. ) | |
| CRONIN in his official capacity as the Chief ) | |
| Election Officer for the State of Hawaii; JOHN ) | |
| DOES 1-50; JANE DOES 1-50; DOE ) | |
| PARTNERSHIPS 1-50; DOE ) | |
| CORPORATIONS 1-50; AND DOE ) | |
| ENTITIES 1-50 ) | |
| ) | |
| Defendants. ) | |

C:\Users\Owner\Desktop\MYFILES\JohnMcCain\FederalCase\Pleadings\Hawaii\
Declaration of Sandra Lines wpd

## DECLARATION OF SANDRA RAMSEY LINES

I, Sandra Ramsey Lines, declare as follows:

1.      I am Sandra Ramsey Lines, with an address at 6200 East Cholla Lane, Paradise Valley, Arizona 85253. I am a former federal examiner and law enforcement officer. I began training as a forensic document examiner in 1991. I am a Certified Dilomate with the American Board of Forensic Document Examiners, a Fellow in the American Academy of Forensic Sciences, a member of the American Society of Questioned Document Examiners, a member of the Southwestern Association of Forensic Document Examiners, and a member of the Questioned Document Subcommittee of the American Society of Testing and Materials. My background and credentials are set forth in Exhibit I attached hereto.

2.      I have reviewed the attached affidavit posted on the internet from "Ron Polarik," who has declined to provide his name because of a number of death threats he has received. After my review and based upon my years of experience, I can state with certainty that the COLB presented on the internet by the various groups, which include the "Daily Kos," the Obama Campaign, "Factcheck.org" and others cannot be relied upon as genuine. Mr. Polarik raises issues concerning the COLB that I can affirm. Software such as Adobe Photoshop can produce

complete images or alter images that appear to be genuine; therefore, any image offered on the internet cannot be relied upon as being a copy of the authentic document.

3.    Upon a cursory inspection of the internet COLB, one aspect of the image that is clearly questionable is the obliteration of the Certificate No. That number is a tracking number that would allow anyone to ask the question, "Does this number refer to the Certification of Live Birth for the child Barack Hussein Obama II?" It would not reveal any further personal information; therefore, there would be no justifiable reason for obliterating it.

4. In my experience as a forensic document examiner, if an original of any document exists, that is the document that must be examined to obtain a definitive finding of genuineness or non-genuineness. In this case, examination of the vault birth certificate for President-Elect Obama would lay this issue to rest once and for all.


Further, affiant sayeth not.

         DATED: December 4, 2008.


                                              _____
                                              Sandra Ramsey Lines


State of Arizona              )
                              ) ss.
County of Maricopa            )

         Before me, _Connie S. Ringger_ , a Notary Public in and for the aforesaid State and County, comes Sandra Ramsey Lines, to me known to be the person who executed the aforesaid Affidavit, and who acknowledged same to be true to the best of his knowledge, information and belief.

                                              _____
                                              NOTARY PUBLIC

My Commission Expires:
_Dec 4, 2012_

OFFICIAL SEAL
CONNIE S. RINGGER
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 4, 2012

# EXHIBIT I
# SANDRA RAMSEY LINES
**Forensic Document Examiner**
**6200 East Cholla Lane**
**Paradise Valley, Arizona 85253**
**Business: (480) 429-3999 - Facsimile: (480) 429-4677**
**E-Mail: SRLines@cox.net**
http://www.asqde.org/



## CURRICULUM VITAE

EXPERIENCE

1999 – Present **Private Practice, Forensic Document Examiner** - Conduct examination of questioned documents, which consists of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, photocopies, paper, inks, and other documentary evidence to determine identity, source, authenticity, alterations, additions, deletions, or other germane issues. Examinations include business and/or medical records. Expert testimony experience in state and federal courts, and regulatory hearings.

1999 – 2003 **Intelligence Specialist** – Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, Phoenix Field Division, Phoenix, AZ. Served as the intelligence coordinator and the Division's intelligence expert (5 states). Responsible for ascertaining the Division's intelligence needs; developing and implementing the means to satisfy such requirements. Served as Bureau representative and liaison to outside intelligence related organizations; performed analyses of major complex investigations; and provided analytical reports of such activities. In addition, acted as forensic document examiner consultant and expert witness in ATF related cases. Top secret clearance.

1996 - 1999 **Senior Document Analyst** - Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, San Francisco Forensic Science Laboratory, Walnut Creek, CA. Conducted examinations of questioned documents, which consisted of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, paper, inks, and other documentary evidence. Testified in state and federal courts. Secret clearance.

1991 - 1996 **Forensic Document Examiner** - Office of the Attorney General, Phoenix, AZ. Established questioned document laboratory utilized by Medicaid Fraud Units throughout the United States and developed AZ Police Officer Standards and Training approved lesson plan for training on the "Techniques of Questioned Document Investigation." Depositions and testimony in state courts, civil and regulatory proceedings.

1985 - 1996 **Special Agent/AZ Certified Peace Officer** - Office of the Attorney General, Special Investigations Section, Phoenix, AZ. Identified, planned, and developed strategies for complex

2

felony investigations, which included: consumer, medical, financial frauds; environmental crimes; political corruption, and other matters.

1987 - 1988 **Assistant Director** - Western States Hazardous Waste Project, Office of the Attorney General, Phoenix, AZ. Maintained coordination and cooperation between members in multi-state program. Developed and implemented training; collected, stored, and disseminated information; prepared

bi-monthly newsletter.
1984 - 1985 **Investigator/AZ Certified Peace Officer** - Maricopa County Attorney's Office, Phoenix, AZ. Conducted major felony investigations involving violent crimes and frauds.
1983 - 1984 **Investigator** - AZ Board of Medical Examiners, Phoenix, AZ. Investigated criminal and civil complaints pertaining to physicians, physician assistants, unlicensed medical practitioners; coordinated complex investigations with law enforcement and regulatory agencies
1973 - 1982 **Sergeant/Ohio Certified Peace Officer** - Cleveland Police Department, Cleveland, OH. Supervised platoon of 40 officers in all phases of police work; as a detective assignments included vice, general duty, strike force, and homicide; and as an evidence technician/patrol officer responsible for crime scene photographs, latent prints, and trace evidence as well as all other radio calls.

CERTIFICATION
1996 American Board of Forensic Document Examiners, Diplomate. Advertising Editor for the *ABFDE News* 1997-1999
PROFESSIONAL ORGANIZATIONS
1998-Present American Academy of Forensic Sciences, Questioned Document Section, Fellow. Member 1996-1997, Provisional Member 1994-1995. Elected Questioned Document Section Secretary for 2004-2005, Section Chair 2005-2006.
1999-Present American Society of Questioned Document Examiners, Member. Provisional Member 1995-1999. Member of the Editorial Board of the *Journal of the American Society of Questioned Document Examiners*, 1997 to 2004. Editor 2004-2007.
1995-Present Southwestern Association of Forensic Document Examiners, Member. Provisional Member 1993-1994.
2000-Present American Society of Testing and Materials, Member E-30 Forensic Sciences Committee, Member E30.02 Questioned Document Subcommittee.

EDUCATION
Arizona State University, School of Public Affairs/Advanced Public Executive Program and the State of Arizona, Phoenix, AZ - Certified Public Manager 1993
University of Phoenix, Phoenix, AZ - Bachelor of Arts, Management, 1989
Scottsdale Community College, Scottsdale, AZ - Associate of Arts, Major - Administration of Justice, Honors, 1987

EXPERT TESTIMONY INCLUDES
Federal courts in Alaska, Arizona, California, Idaho, Texas, and Washington.
State courts in Arizona, California, Nevada, and Texas.
3

PUBLICATIONS/PRESENTATIONS
2008 **Speaker:** "The Work of the Forensic Document Examiner." Phoenix North Rotary Club, Phoenix, AZ (June 12).
2007 **Presenter:** "A Thumbnail Sketch of Islam and Judaism as They Relate to Forensic Document Examination and the Courts." Paper presented at the 65th Annual Conference of the American Society of Questioned Document Examiners, Boulder. CO (August 16).
2006 **Presenter:** "Legal Terms for Expressing Conclusions in Court." Paper presented at the 64th Annual Conference of the American Society of Questioned Document Examiners, Portland, OR (August 22).
2006 **Publication:** "Examination of a 'Velasco' Signature on an Oil Painting." Published in the *Journal of the Forensics Sciences*, July 2006, Vol. 51, No. 4, pp. 929-933
2005 **Publication:** "A Study of Business Letter Features." *Lines and Randy B. Carodine. *Research presented at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA (February) 2005, and at the Southwestern Association of Forensic Document Examiners, Monterey, CA (March) 2003. Published in the *Journal of Forensic Sciences*, Vol. 50, No. 4, July, 2005, pp. 924-927.
2005 **Speaker:** "Forensic Document Examination." Tempe Rotary Club. Tempe, AZ (June 14).
2005 **Presenter:** "Publish or Perish." Paper presented at the Southwestern Association of Forensic Document Examiners Spring Meeting, Palm Springs, CA (May).

2005 **Speaker:** "What is a Forensic Document Examiner?" The P.E.O. Sisterhood Luncheon Meeting, Scottsdale, AZ (January).

2003 **Publication:** "Identifying Manufacturer and Date of Manufacture of CD-R or CD-RW." *Lines and Jared Annes. *Research presented at the 61st Annual Meeting of the American Society of Questioned Document Examiners, Baltimore, MD (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 2, December 2003.

2002 **Book Review:** *Writing and Defending Your Expert Report, The Step-by-Step Guide with Models*, Steven Babitsky and James Mangraviti, Seak, 2002. Review published in *The Southwestern Examiner* (September).

2002 **Publication:** "Triplet & Sibling Handwriting Study to Determine Degree of Individuality and Natural Variation." *Lines and Frankie E Franck. *Research presented at the 60th Annual Meeting of the American Society of Questioned Document Examiners, San Diego, CA (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 1, June 2003, pp. 48-55.

2002 **Book Review:** *Opportunities in Forensic Science Careers*, Blythe Camenson, McGraw Hill, 2001. Review published in the *ABFDE News*, Vol. XIII, Number 1 (January).

2001 **Publication:** "Yoeme: The Yaqui Alphabet," Research presented at the 20th Anniversary Meeting, Southwestern Association of Forensic Document Examiners, Tempe, AZ (September). Published *The International Journal of Forensic Document Examiners*, Vol. 6, No. 1, April 2003 (on-line).

2001 **Publication:** "Dinè Bizaad: The Navajo Alphabet," Research presented 59th Annual Meeting of the American Society of Questioned Document Examiners, Des Moines, IA (August). Published *The International Journal of Forensic Document Examiners,* Vol. 6, No. 1, April 2003 (on-line).
4

1999 **Publication:** "Normal Course-of-Business Records v. Manufactured Records." *Sandra Ramsey Lines, Jan Seaman Kelly, and Diane K. Tolliver. *Research presented at the 57th Annual Meeting of the American Society of Questioned Document Examiners jointly held with the International Association of Forensic Sciences in Los Angeles, CA (August). Published *Journal of the American Society of Questioned Document Examiners*, Vol. 2, No. 1, June. Translated into Spanish by Julia E. de la Peña, published *Indagaciones documentales*, Ediciones La Rocca:Buenos Aires 2008.

1998 **Book Review:** "Review of the *Modern Scientific Evidence: The Law and Science of Expert Testimony*," Faigman, D., et al., West, 1997. Review published in *The California Identification Digest*, Vol. 98, Issue 3, (March).

1997 **Publication:** "A Study of the Evolution of Handwriting from Grades Three to Six." Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 1, No. 1, June. Research presented at the 55th Annual Conference of the American Society of Questioned Document Examiners in Scottsdale, AZ (August).

1997 **Paper:** "Microsoft☐ Encarta☐: A Resource for Forensic Document Examiners," 48th Annual Meeting of the American Academy of Forensic Sciences, New York, NY (February).

1997 **Speaker:** "Forensic Document Examination: Past and Present," Bay Counties Identification Officer's Association, Concord, CA (January).

1997 **Book Review:** *The Casebook of Forensic Detection,*" Colin Evans, John Wiley & Sons, NY, 310 pages. Review published in *The Southwestern Examiner*, Vol. XVI, Issue 1.

1996 **Publication:** "Indenture." Historical and legal research of a 1729 document. Published in the *International Journal of Forensic Document Examiners*, Vol. 3, No. 3, July/Sept 1997. Presented at the 48th Annual Meeting of the American Academy of Forensic Sciences, Nashville, TN (February).

1995 **Documentary:** "Learning to Write in the 1990's." Co-producer (w/Leslie K. Rogers) and co-writer (w/Rada Tierney) of this minidocumentary film presented with a paper at the 53rd Annual Conference of the American Society of Questioned Document Examiners, Chicago, IL (September) and the Fall Conference of the Southwestern Association of Forensic Document Examiners, Las Vegas, NV (October).

1995 **Speaker:** "Fundamentals of Forensic Document Examination." Arizona Women's Accounting Society, Phoenix, AZ (April).

1995 **Publication:** "The Effect of Computers on Forensic Document Examiners." Research published in the *International Journal of Forensic Document Examiners*, Vol. 2, No. 3, July/Sept 1996. Presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, San Diego, CA (April).

1994 **Speaker:** "Computer Technology and the Forensic Document Examiner," Annual Meeting of the

Computer Users Group, Security Division, Internal Revenue Service, Scottsdale, AZ (September).
1994 **Speaker:** "Forensics and Fraud," Kiwanis Club, Carefree, AZ (July).
1994 **Publication:** "The Cherokee Syllabary." Research involving a Native American alphabet still in use today. Published in the *Journal of Forensic Sciences,* Vol. 39, No. 4, July. Presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, Avalon, CA (April).
1992 **Speaker:** "The Science of Examining Documentary Evidence," Arizona Chapter of the Association of Certified Fraud Examiners, Phoenix, AZ (September).
5
1989 **Research Paper:** "To What Extent Have Computers and Computer-Generated Documents Impacted on the Role of the Questioned Document Examiner in Law Enforcement," Southwestern
Association of Forensic Document Examiners, Tucson, AZ (April).
TEACHING/MISCELLANEOUS
2008 Instructor: "Handwriting, Forensic Records, and the New Age of Computer-Based Fraudulent Documents," Arizona Association of Criminal Justice, Tempe, AZ (March 13).
2006 Instructor: "Forensic Document Examination." Forensic Medical Investigation (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 9).
2005 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 3).
2005 Instructor: "Questioned Documents – Including the 'true story' behind the Dan Rather/CBS debacle involving the examination of the alleged 'Bush' National Guard memos." Arizona Public Defender's Association, Tempe, AZ (June 22).
2005 Grand Awards Judge: Intel International Science and Engineering Fair, Behavioral and Social Sciences, Phoenix, AZ (May 10, 11).
2005 Moderator: "21st Century Crime – Forensic Science," American Academy of Forensic Sciences, 57th Annual Meeting, New Orleans, LA (February).
2004 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 11).
2004 Instructor: "Forensic Documents Issues in the Computer Age." Continuing legal education State Bar of Arizona, San Diego, CA (July 16).
2001 Acknowledged for contribution to the Book *Opportunities in Forensic Science Careers*, Blythe Camenson, published by VGM, division of McGraw-Hill Companies, Lincolnwood, IL.
2000 Meeting participant and sub-committee member (since 1998) with the Scientific Working Group for Document Examiners (SWGDOC) at the Federal Bureau of Investigation Academy in Quantico, VA. SWGDOC is responsible for establishing and publishing written procedures and guidelines for questioned document examination (January).
1998 Instructor: ATF Agent Training Conference, Oxnard, CA, "The Forensic Document Examiner and the Agent" (June 8).
1998 Instructor: Provided 36 hours of training at ATF Laboratory to a document examiner trainee with the San Mateo County Sheriff's Office, CA (April).
1998 Moderator: "Dating Document by Ink Analysis and Other Examinations," American Academy of Forensic Sciences, 50th Anniversary Meeting, San Francisco, CA (February).
1997 Document Examiners of Northern California, organized. Planned and hosted quarterly study group meetings 1997 through 1999.
6
1997 Instructor: Provided 36 hours of training at ATF Laboratory to two document examiner trainees from Houston, TX Police Department (June).
1997 Instructor: Provided "Overview of Forensic Document Examination" to the Northern California Forensic Identification Unit Study Group, Concord Police Department, Concord, CA (January).
1997 Judge: Multiple District Four Lions 60th Annual Student Speakers Program, "Today's Legal System – Is it Justice?" Concord, CA.

1995 Instructor: "Curriculum Development Course," Medicaid Fraud Training Program, Federal Law Enforcement Training Center, sponsored by the National Association of Attorneys General, Glynco, GA (September).
1995 Training Committee Member: Arizona Law Enforcement Coordinating Committee Conference, "Officer Safety: Surviving in Troubled Times" (June).
1995 Instructor: "Techniques of Questioned Document Investigation," National Association of Medicaid Fraud Control Units Training Conference, Memphis, TN (May).
1992 Instructor: "Questioned Documents Collection and Submission Guidelines," two training presentations to Arizona Attorney General staff, Phoenix, AZ (January).

PROFESSIONAL TRAINING AND CONTINUED EDUCATION
Arizona Department of Public Safety, Scientific Analysis Division/Central Regional Crime Laboratory, Questioned Document Unit, Phoenix, AZ, two-year apprenticeship program in the field of forensic document examination, 1991-1993 (Lockard).
United States Secret Service, Federal Law Enforcement Training Academy, Glynco, GA, Questioned Document Course, June 1991, 80 hours.
Scottsdale Community College, Scottsdale, AZ, Photography I, II, and III, 1991-1992, 9 credit hours.
Paper Knowledge Workshop, The Meade Corporation, sponsored by the Southwestern Association of Forensic Document Examiners, Denver, CO, October 1992, 8 hours.
Federal Bureau of Investigation, Quantico, VA, Fundamentals of Questioned Documents Course, 80 hours, University of Virginia, November 1992, 4 credit hours.
United States Postal Crime Laboratory, San Bruno, CA, 160 hours of forensic document training, January 1993 (Lewis, Morton, et al.).
San Diego Police Department, Crime Laboratory, Questioned Document Section, San Diego, CA, 160 hours forensic document training, March 1993 (Oleksow).
Bureau of Alcohol, Tobacco and Firearms, Western States Regional Laboratory, Walnut Creek, CA, 40 hours forensic document training, June 1993 (Riker, Blanco).
Cleveland Police Department, Crime Laboratory, Cleveland, OH, 40 hours forensic document training, May 1993 (Wenderoth-Kelly).
Questioned Documents Reference Database and Typewriter Classification Database Workshop, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (Bouffard), 4 hours.
7
Physical Match Workshop for Forensic Document Examiners, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (McKasson), 20 hours.
Forensic Examination of Counterfeit Documents, American Society of Questioned Document Examiners, Long Beach, CA, August 1994 (Larner), 4 hours.
Instructor Development Course, AZ Police Officers Standards and Training, Phoenix, AZ, sponsored by the Phoenix Police Department, January 1995, 40 hours.
Case Documentation and Note Taking Workshop for ASCLD Lab Accreditation Requirements, Southwestern Association of Forensic Document Examiners, Reno, NV, April 1996 (Blake, Cunningham), 4 hours.
Private Practice Workshop, American Society of Questioned Document Examiners, Washington, D.C., August 1996 (Hart, Miller), 4 hours.
Ink-Jet Printers, Hewlett Packard (Drago-R&D), Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996, 3 hours.
Laser Printer Re-Insertion Problems Workshop, Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996 (Flynn), 4 hours.
Difficult and Complex Handwriting Examinations Seminar, sponsored by the American Board of Forensic Document Examiners, Burlingame, CA, January 1997 (Conway, Cunningham), 24 hours.
How to be a Better Expert Witness Workshop (Moseley JD, Dedrick JD), American Academy of Forensic Sciences, New York, NY, February 1997, 4 hours.
Courtroom Testimony, Laboratory Personnel, Bureau of Alcohol, Tobacco and Firearms, Rockville, MD, March 1997, 32 hours.
Questioned Documents Examination Proficiency Tests, Crime Laboratory Proficiency Testing Program: 1996, 1997, 1998.
Advanced Handwriting Identification: Handwriting Theory, Mechanics and Analysis, and the Fundamentals of Disguised Writing, University of New Haven Graduate School, School of Public Safety and Professional Studies,

San Francisco, CA, February 1998 (Sang, Richards, Horan), 3 credit hours.
Computer Software Training: Windows 95, Outlook, Word, Excel, PowerPoint, Access, and Netscape. Sponsored by ATF, April 1-3, 1998, 24 hours.
Microscopy Workshop (Kline) sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 9, 1998, 4 hours.
Check Writer Workshop (Tierney), sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 10, 1998, 4 hours.
Seminar on Paper Fiber Analysis (Walter J. Rantanen, Integrated Paper Services, Inc.), sponsored by the Southwestern Association of Forensic Document Examiners, Marina Del Rey, CA, April 7-9, 2000, 12 hours.
Printing Process Identification and Image Analysis for Forensic Document Examiners, Rochester Institute of Technology, Rochester, NY, June 5-8, 2001, 28 hours.
Detection of Counterfeit Documents (Rick Outland of U.S. Secret Service), sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 7, 2001, 6 hours.
8
Forensic Examination of Typographic Documents Workshop (Flynn) sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 8, 2001, 6 hours.
Additional software courses offered through the Bureau of Alcohol, Tobacco and Firearms during 1999, 2000, and 2001.
Teaching the Forensic Document Examiner How to Teach (Tarver PhD w/California State University, Fresno), sponsored by the Southwestern Association of Forensic Document Examiners, Anaheim, CA, April 6, 2003, 3.5 hours.
Twenty-First Century Document Examinations Workshop – Part I & II (Gottesman, Belcastro, Mokrzycki of FBI), sponsored by the American Society of Questioned Document Examiners, Baltimore, MD, August 28, 2003, 4 hours.
State of the Art Infrared and Ultraviolet Examinations of Documents by the Video Spectral Comparator Workshop (Richards, Kovarik, Sang), sponsored by the American Academy of Forensic Sciences, New Orleans, LA, 4 hours.
Signature Disguise or Signature Forgery Workshop (Found PhD) sponsored by the American Society of Questioned Document Examiners, August 22, 2006, Portland, OR, 7 hours.
Fine and Subtle Features of Handwriting (Cunningham, Morton, Flynn), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 23, 2006, 7 hours. Appointed Group Leader.
Signature Workshop (Rile, Hicks), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 24, 2006, 4 hours. Appointed Group Leader.
Scientific Research: A Guide to Designing, Conducting, Writing, Presenting, Publishing, and Analyzing Scientific Research (Grusezecki PhD, Davis MD, Pinckard MD). Workshop sponsored by the American Academy of Forensic Sciences, San Antonio, TX, February 20, 2007, 3.25 CE hours.
Technical Writing. Workshop sponsored by the Southwestern Association of Forensic Document Examiners, Monterey, CA, April 21-22, 2007, 6 hours.
Authenticating Questioned Documents (LaPorte/Secret Service). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 3.0 CE points.
Examination of Documents by Analyzing the Paper (Rantanen). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 1.0 CE points.

RECOGNITION

1996 Initially selected for *Who's Who in Science and Engineering*, Marquis, 4th Edition, 1998-1999
1997 Initially selected for *Who's Who in American Women*, Marquis, 21st Edition, 1999-2000
1998 Initially selected for *Who's Who in America*, Marquis, 53rd Edition, 2000-2001

RECENT AWARDS

2005 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession.
2007 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession.
2008 The Volunteer Lawyers Program Pro Bono Award for Outstanding Litigation Support.
(Revised 8/10/08)

## **AFFIDAVIT**

| | |
|---|---|
| The State of California | ) |
| | ) S.S. |
| City of Simi Valley | ) |

I, Neil SANKEY, of Simi Valley, California, MAKE OATH AND SAY THAT:

1. I, Neil Sankey am over the age of eighteen years.
If called to do so, I could and would competently testify under oath as follows.

I am a Licensed Investigator in the State of California License number P.I. 10905. I have been so licensed for twenty five years. I am a Naturalized American Citizen. I am experienced in all types of Investigation, both Civil and Criminal, having spent twenty years in the British Police, serving as a Detective Sergeant at New Scotland Yard. In the interest of our Country I have been assisting with research and investigation wherever necessary.

2. During the course of the work that I was doing in the latter part of 2008, regarding the activities and qualifications of Mr. Obama, I have compiled a record of all of the addresses in regards to which I have seen the use of his name. The records and databases which I use are many and varied having been accumulated for many different reasons but all are Public Record and the documents I have used are available to the General Public with, or without the payment of fees.

3. On January 2, 2009 I forwarded to Doctor Taitz a complete list of my efforts to that time. A true and complete copy of that document accompanies this document attached and marked "Exhibit A".

4. On July 6, 2009, I forwarded to Doctor Taitz an updated version of that list, accurate as of that date and having been updated, by me, during the weekend of July 4th and 5th

2009. A true and complete copy of that document accompanies this document attached and marked "Exhibit B"

SUBSCRIBED AND SWORN TO )
BEFORE ME, on the )
6th day of July, 2009 )
                                              )
                                              )
_See Attached_                     )
NOTARY PUBLIC                   ) Neil SANKEY

My Commission expires: _____ )

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

✓ See Attached Document (Notary to cross out lines 1–6 below)
‒ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____    _____
Signature of Document Signer No. 1       Signature of Document Signer No. 2 (if any)

State of California

County of __Ventura__

Subscribed and sworn to (or affirmed) before me on this

__6th__ day of __July__ , 20 __09__ , by
Date        Month              Year

(1) __Neil Sanker__ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (√)

(and)

(2) _____ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

MARIAN GORMAN
Commission # 1838491
Notary Public - California
Ventura County
My Comm. Expires Mar 25, 2013

Place Notary Seal Above

————————— **OPTIONAL** —————————

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document __Affidavit__

Document Date __7/6/09__    Number of Pages __N/a__

Signer(s) Other Than Named Above __N/a__

RIGHT THUMBPRINT
OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT
OF SIGNER #2
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave. P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22        EXHIBIT   2   AFFIDAVIT  BY
23        SUSAN DANIELS
24
25
26
27
28

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al.,<br>              Plaintiffs, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Civil Action: |
| Barack Hussein Obama,<br>Michelle L.R. Obama,<br>Hillary Rodham Clinton, Secretary of State,<br>Robert M. Gates, Secretary of Defense,<br>Joseph R. Biden, Vice-President and<br>President of the Senate,<br>              Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **SACV09-00082-DOC (Anx)** |

### Affidavit of Susan Daniels

1.     My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.     I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.     I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc.,  incorporated in March 1995, license number 65199565509.

4.     I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.     I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.      I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, includimg one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.      The true and correct copies I personally obtained are attached.

8.      I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.      I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____, _____ on this _____ day of October, 2009.

By _____
     Susan Elizabeth Daniels

## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _19_ day of October, 2009, in ___*Mentor*___ (city), ___*Lake County Ohio*___ (state), ___*U.S.A*___ (country) and having presented to me her driver's license and having been sworn by me duly under oath and having been admonished that she did so under penalty of perjury, she did then and there depose herself and give the above-listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence authenticate the documents attached here as a true and correct copy of the documents she obtained and described in her affidavit.

_____

Notary Public in the State of Ohio

Business Address of Notary: _8058 BROADMOOR, MENTOR, OH 44060_



JAMES V. LOIACONO, Attorney at Law
JAMES V. LOIACONO
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 O.R.C.

My Seal Appears Above this line.

My Printed Name is: _JAMES V. Loiacono_ ; my notarial commission or license expires on: _LIFETIME / STATEWIDE_

Person Search

| | All | Full Name | Age/DOB | Address | Dates | Phone Information | |
|---|---|---|---|---|---|---|---|
| | | MICHELLE OBAMA<br>Gender: Female<br>350-60-xxxx | | 5046 S GREENWOOD AVE<br>CHICAGO IL 60615-2806 | Aug 05 - Aug 07 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 OLD STATE CAPITOL PLZ APT<br>SPRINGFIELD IL 62701-1512 | May 09 - Sep 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female<br>282-88-xxxx | | 1600 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20500-0003<br>Newspaper facility. | Jun 08 - Sep 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female<br>522-67-xxxx | | 5030 QUENTIN ST<br>DENVER CO 80239-4312 | Jul 09 - Aug 09 | 303-365-5697 - MDT | |
| | | MICHELLE OBAMA<br>Gender: Female | | 123 W NORTH AVE<br>CAROL STREAM IL 60188-2001 | Mar 09 - Aug 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female<br>324-56-xxxx | | 936 4 MILE RD NW APT<br>GRAND RAPIDS MI 49544-1503 | Jan 09 - Jul 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009 | Apr 07 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 3550 S RHODES AVE APT 1802<br>CHICAGO IL 60653-1273 | | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1901 COLLEGE AVE<br>FREDERICK MD 21701 | Jun 09 - Sep 09 | | |
| | | MICHELLE OBAMA<br>Gender: Female | | 1 PENNSYLVANNIA<br>BEVERLY HILLS CA 90210 | Jan 09 - Sep 09 | | |

# SSN Verifier Plus

## SSN ~~XXX-XX~~-4425

| Year(s) and State Issued | |
|---|---|
| **Year(s) Issued:** | 1977-1979 |
| **State Issued:** | Connecticut |

| Social Security Death Index |
|---|
| **SSN not found in Social Security Death Index** |

| Names associated with SSN |
|---|
| OBAMA, BARACK |
| OBAMA, BARACK HUSSEIN |

| Dates of Birth associated with SSN |
|---|
| 1890 |
| 08/04/1961 |
| 04/08/1961 |

# Standard People Search

## 105 Records

**Search Criteria**

**Name:** OBAMA, BARACK

**Flags:** Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 295 HARVARD ST 1505    **2x**<br>CAMBRIDGE MA 02139-2382<br>**Reported:** 01/2009 - 01/01/2009<br>**County:** Middlesex | Map It | | | N |
| | OBAMA BARACK | 1600 PENN AVE    **1x**<br>WASHINGTON DC 20007<br>**Reported:** 12/2008 - 12/2008<br>**County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 559 W GOLF RD    **1x**<br>ARLINGTON HTS IL 60005-3904<br>**Reported:** 11/2008 - 11/2008<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 56 THORNTON RD    **1x**<br>NEEDHAM MA 02492-4330<br>**Reported:** 09/2008 - 11/2008<br>**County:** NORFOLK | Map It | | | N |
| | OBAMA BARACK | 713 HART SENATE    **1x**<br>WASHINGTON DC 20510-0001<br>**Reported:** 11/2008 - 11/2008<br>**County:** District of Columbia | Map It | | | N |
| | OBAMA BARACK | 3535 OLIVE ST    **1x**<br>DENVER CO 80207-1523<br>**Reported:** 09/2008 - 11/2008<br>**County:** Denver | Map It | | (720)336-7722 | N |
| | OBAMA BARACK | 810 E 13TH AVE    **1x**<br>EUGENE OR 97401-3742<br>(POSSIBLE HIGH RISK)<br>**Reported:** 09/2008 - 11/2008<br>**County:** Lane | Map It | | | N |
| | OBAMA BARACK | 435 DALLAS AVE    **1x**<br>LANCASTER TX 75146<br>**Reported:** 09/2008 - 11/2008<br>**County:** Dallas | Map It | | | N |
| | OBAMA BARACK L | 1930 WALLACE ST    **2x**<br>PHILADELPHIA PA 19130-3220<br>**Reported:** 09/17/2008 - 10/03/2008<br>**County:** Philadelphia | Map It | | Landline:<br>(215)235-3040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE    **2x**<br>FORT WORTH TX 76180<br>**Reported:** 04/2008 - 09/2008<br>**County:** Tarrant | Map It | 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 | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 123 MAIN ST    **1x**<br>CHARLESTON SC 29464<br>**Reported:** 08/2008 - 09/2008<br>**County:** Charleston | Map It | | | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracers....o.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK   **1x**<br>CHICAGO IL 60615<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST   **1x**<br>CHICAGO IL 60654<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/20/2008 - 08/20/2008<br>**County:** Cook | Map It | | **Cell:**<br>(312)310-0069 | N |
| **E-mail:** bobama@lawmbg.com | | (No IP Address Reported) | | | Phone: (312)751-1170 | |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 60615<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | | | | N |
| | OBAMA BARACK | 180 N LASALLE   **1x**<br>CHICAGO IL 60601<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/18/2008 - 08/18/2008<br>**County:** Cook | Map It | | | N |
| | OBAMA BARACK | 83775 BATES RD   **2x**<br>JACKSON NJ 08527<br>**Reported:** 02/2008 - 08/2008<br>**County:** Ocean | Map It | 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 (DECEASED)<br>**Issued:** 1954-1955 in IA | *See attached "A"* | N |
| | OBAMA BARACK | 1000 33RD AVE   **1x**<br>FORT WORTH TX 76130<br>**Reported:** 08/2008 - 08/2008<br>**County:** Tarrant | Map It | | | N |
| | OBAMA BARACK | 505 FARR C   **3x**<br>COLUMBUS GA 31907-6275<br>**Reported:** 01/2008 - 08/2008<br>**County:** Muscogee | Map It | 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 | | N |
| | OBAMA BARACK | 1603 RUCKER RD   **1x**<br>ALPHARETTA GA 30004-1435<br>**Reported:** 08/2008 - 08/2008<br>**County:** FULTON | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 180 N LA SALLE ST 2200   **4x**<br>CHICAGO IL 60601-2610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 06/01/2007 - 06/01/2008<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | OBAMA LN   **1x**<br>FRANKLIN WI 53132<br>**Reported:** 05/2008 - 06/2008<br>**County:** Milwaukee | Map It | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE   **1x**<br>IRVINE CA 92618<br>**Reported:** 06/2008 - 06/2008<br>**County:** ORANGE | Map It | | | N |
| | OBAMA BARACK | 15 A 1A   **1x**<br>MANALAPAN FL 33462<br>**Reported:** 05/2008 - 05/2008<br>**County:** Palm Beach | Map It | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE   **5x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/01/2007 - 04/01/2008<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Sta...   d People Search          https://www.tracer...  ...com/SearchCentral/viewreturn.php3?pargs=...

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **1x**<br>CHICAGO IL 60615<br>**Reported:** 03/25/2008 - 03/25/2008<br>**County:** Cook | Map It | ...425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | NO ADDRESS REPORTED<br>CHICAGO IL 0<br>**Reported:** 03/03/2008 - 03/03/2008 | | | | N |
| | OBAMA BARACK | 40 TRANSFER ST **1x**<br>DENVER CO 80207<br>**Reported:** 03/2008 - 03/2008<br>**County:** Denver | Map It | | Landline:<br>(303)545-0199 | N |
| | OBAMA BARACK | 111 PENNSYLVANIA AVE **3x**<br>WASHINGTON UT 84780<br>**Reported:** 08/2007 - 02/2008<br>**County:** Washington | Map It | 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 | | N |
| | OBAMA BARACK | 505 FARR C **1x**<br>COLUMBUS GA 31907<br>**Reported:** 02/2008 - 02/2008<br>**County:** Muscogee | Map It | 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<br>**Issued:** 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST **7x**<br>CHICAGO IL 60610<br>(POSSIBLE HIGH RISK)<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map It | | Landline:<br>(312)751-1170<br>Cell:<br>(312)310-0069 | N |

E-mail: bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK PK **8x**<br>CHICAGO IL 60615<br>**Reported:** 01/02/2008 - 01/02/2008<br>**County:** Cook | Map It | ...425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | PO BOX 1236 **1x**<br>PROVO UT 84603-1236<br>**Reported:** 01/2008 - 01/2008<br>**County:** Utah | | | | N |
| | OBAMA BARACK | 15 A1A **1x**<br>MANALAPAN FL 33434<br>**Reported:** 01/2008 - 01/2008<br>**County:** Palm Beach | Map It | 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 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 **8x**<br>CHICAGO IL 60615<br>**Reported:** 11/15/2007 - 11/15/2007<br>**County:** Cook | Map It | ...425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE **12x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/2005 - 11/15/2007<br>**County:** Cook | Map It | ...425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/01/1961 **Age:** 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY **3x**<br>SOMERVILLE MA 02145<br>**Reported:** 06/01/1986 - 10/01/2007<br>**County:** Middlesex | Map It | ...425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **12x**<br>SOMERVILLE MA 02145<br>**Reported:** 07/17/2001 - 10/01/2007<br>**County:** Middlesex | Map It | ...425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| | OBAMA BARACK | 918 BAINBRIDGE ST **1x**<br>PHILADELPHIA PA 19147<br>**Reported:** 08/2007 - 08/2007<br>**County:** Philadelphia | Map It | | | N |

Tracers Information Specialists, Inc. - Sta... d People Search          https://www.tracer... .o.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| ▦ | OBAMA BARACK | 123 MAIN ST<br>LANSING MI 48910<br>**Reported:** 07/2007 - 07/2007<br>**County:** Ingham | **1x** | Map It | | | N |
| ▦ | OBAMA BARACK H | 180 N LA SALLE ST 2200N<br>CHICAGO IL 60601-2501<br>(POSSIBLE HIGH RISK)<br>**Reported:** 02/2007 - 06/2007<br>**County:** Cook | **2x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT | | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| ▦ | OBAMA BARACK | 1236 PO BOX<br>PROVO UT 84603<br>**Reported:** 06/2007 - 06/2007<br>**County:** Utah | **2x** | | 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 | | N |
| ▦ | OBAMA BARACK | 610 E OLD WILLOW RD<br>PROSPECT HEIGHTS IL<br>60070-1913<br>**Reported:** 04/2007 - 04/2007<br>**County:** Cook | **1x** | Map It | | | N |
| ▦ | OBAMA BARACK | 505 CATHARINE ST<br>PHILADELPHIA PA 19147-3009<br>**Reported:** 04/2007 - 04/2007<br>**County:** Philadelphia | **1x** | Map It | | | N |
| ▦ | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1<br>CHICAGO IL 60615-5916<br>**Reported:** 07/2006 - 07/2006<br>**County:** Cook | **3x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK S | 607 E ADAMS ST<br>SPRINGFIELD IL 62701-1634<br>(POSSIBLE HIGH RISK)<br>**Reported:** 04/21/2006 - 05/07/2006<br>**County:** Sangamon | **9x** | Map It | | Landline:<br>(217)492-5089 | N |
| ▦ | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE 5<br>WASHINGTON DC 20001<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | **1x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 227 6TH ST<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | **1x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 300 MASSACHUSETTS AVE<br>WASHINGTON DC 20001-2629<br>**Reported:** 09/2005 - 02/01/2006<br>**County:** District of Columbia | **10x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK H | 300 MASSACHUSETTS AV<br>WASHINGTON DC 20001-2640<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | **3x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 227 6TH ST<br>WASHINGTON DC 20002<br>**Reported:** 02/01/2006 - 02/01/2006<br>**County:** District of Columbia | **8x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 **Age:** 48 | Landline:<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| ▦ | OBAMA BARACK H<br>AKA:<br>OBAMA BARACK<br>AKA: | 227 6TH ST<br>WASHINGTON DC 20002-6067<br>**Reported:** 06/01/1986 - 02/01/2006<br>**County:** District of Columbia | **2x** | Map It | ▇-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | 684-4809 | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersi...o.com/SearchCentral/viewreturn.php3?pargs=..

| | | | | | | |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| ▦ | OBAMA BARACK | 14 W ERIE ST  **2x**<br>CHICAGO IL 60610-5397<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/21/2004 - 01/2006<br>**County:** Cook | Map It | | **Landline:**<br>(312)751-1170 | N |

**E-mail:** bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| | | | | | | |
|---|---|---|---|---|---|---|
| ▦ | OBAMA BARACK | 5046 S GREENWOOD AVE  **2x**<br>CHICAGO IL 60615-2806<br>(POSSIBLE HIGH RISK)<br>**Reported:** 07/2005 - 11/2005<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT | **Landline:**<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 54501 E VIEW PARK  **6x**<br>CHICAGO IL 60615<br>**Reported:** 06/01/1997 - 05/26/2005<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2  **1x**<br>CHICAGO IL 60649<br>**Reported:** 05/26/2005 - 05/26/2005<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 54501 SE VW  **1x**<br>CHICAGO IL 60615<br>**Reported:** 05/26/2005 - 05/26/2005<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK HUSSEIN | 5450 E VIEW PARK 1  **1x**<br>CHICAGO IL 60615<br>**Reported:** 05/26/2005 - 05/26/2005<br>**County:** Cook | Map It | ▬4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 **Age:** 48 | **Landline:**<br>(773)684-4809 | N |
| ▦ | OBAMA BARACK | 5450 S EAST VIEW PARK 1  **1x**<br>CHICAGO IL 60615-5916<br>**Reported:** 05/2005 - 05/2005<br>**County:** Cook | Map It | | | N |
| ▦ | OBAMA BARACK | 1013 E 53RD ST  **9x**<br>CHICAGO IL 60615-4311<br>**Reported:** 12/21/2004 - 01/14/2005<br>**County:** Cook | Map It | | **Landline:**<br>(773)363-1996 | N |
| ▦ | OBAMA BARACK | 14 W ERIE ST  **1x**<br>CHICAGO IL 60654-5397<br>(POSSIBLE HIGH RISK)<br>**Reported:** 12/21/2004 - 01/06/2005<br>**County:** Cook | Map It | | **Landline:**<br>(312)751-1170 | N |

**E-mail:** bobama@lawmbg.com          (No IP Address Reported)          Phone: (312)751-1170

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| ▦ | OBAMA BARACK | 10131/ 53RD ST  **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2003 - 07/2003<br>**County:** Cook | Map It | | **Landline:**<br>(773)363-1996 | N |
| ▦ | OBAMA BARACK | 10131 53RD ST  **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2003 - 07/2003<br>**County:** Cook | Map It | | **Landline:**<br>(773)363-1996 | N |
| ▦ | OBAMA BARACK SEN | 1741 E 71ST ST  **7x**<br>CHICAGO IL 60649<br>**Reported:** 02/01/2003 - 02/01/2003<br>**County:** Cook | Map It | | **Landline:**<br>(773)363-1996 | N |

**E-mail:** jenmasondist13@prodigy.net          IP address: 192.100.76.133          Reported: 10/(

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
|  | OBAMA BARACK H | 5450 S EAST VIEW PARK 1  **4x**<br>CHICAGO IL 60615-5916<br>**Reported:** 10/1997 - 10/2002<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 |  | N |
|  | OBAMA BARACK H | 5450 S EAST VIEW PARK 1  **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2002 - 07/2002<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT |  | N |
|  | OBAMA BARACK H | 5450 S EAST VIEW PARK 1  **1x**<br>CHICAGO IL 60615<br>**Reported:** 07/2002 - 07/2002<br>**County:** Cook | Map It | 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<br>**Issued:** 1975-1976 in IL |  | N |
|  | OBAMA BARACK H | 365 BROADWAY  **7x**<br>SOMERVILLE MA 02145-2440<br>**Reported:** 06/01/1986 - 07/17/2001<br>**County:** Middlesex | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
|  | OBAMA BARACK HUSSEIN | 7436 S EUCLID AVE 2  **8x**<br>CHICAGO IL 60649<br>**Reported:** 11/13/2000 - 11/13/2000<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
|  | OBAMA BARACK H | 7436 S EUCLID AV  **8x**<br>CHICAGO IL 60649-3626<br>**Reported:** 06/01/1986 - 11/13/2000<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
|  | OBAMA BARACK HUSSEIN | 5450 VIEW PA  **8x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
|  | OBAMA BARACK H | 54501 SE VIEW PK  **1x**<br>CHICAGO IL 60615<br>**Reported:** 06/01/1986 - 10/01/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/1961 Age: 48 | 684-4809 | N |
|  | OBAMA BARACK HUSSEIN | 54501 SE VIEW PK  **1x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
|  | OBAMA BARACK H | 5450 S EAST VIEW PA 1  **5x**<br>CHICAGO IL 60615-5916<br>**Reported:** 06/01/1986 - 10/01/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | 684-4809<br>Landline:<br>(773)684-4809 | N |
|  | OBAMA BARACK HUSSEIN | 5450 VIEW PA  **1x**<br>CHICAGO IL 60615<br>**Reported:** 10/01/1999 - 10/01/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
|  | OBAMA BARACK HUSSEIN | 49798 PO BOX  **1x**<br>CHICAGO IL 60649<br>**Reported:** 09/01/1999 - 09/01/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
|  | OBAMA BARACK HUSSEIN | B49798 PO  **1x**<br>CHICAGO IL 60649<br>**Reported:** 09/01/1999 - 09/01/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | Landline:<br>(773)684-4809 | N |
|  | OBAMA BARACK H | B49798 PO  **2x**<br>CHICAGO IL 60649<br>**Reported:** 09/1999 - 09/1999<br>**County:** Cook | Map It | ▬-4425<br>**Issued:** 1977-1979 in CT |  | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersi...o.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49798   2x<br>CHICAGO IL 60649<br>**Reported:** 09/1999 - 09/1999<br>**County:** Cook | | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK SEN | 2152 E 71ST ST   7x<br>CHICAGO IL 60649<br>**Reported:** 05/01/1999 - 05/01/1999<br>**County:** Cook | Map It | | **Landline:**<br>(773)363-1996 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST   8x<br>CHICAGO IL 60615<br>**Reported:** 01/01/1999 - 01/01/1999<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 1440 E 52ND ST   1x<br>CHICAGO IL 60615<br>**Reported:** 01/01/1999 - 01/01/1999<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1   1x<br>SOMERVILLE MA 02143<br>**Reported:** 11/12/1997 - 11/12/1997<br>**County:** Middlesex | Map It | ████4425<br>**Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK H | 54501 E VIEW PARK   4x<br>CHICAGO IL 60615<br>**Reported:** 06/1997 - 06/1997<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 54501 VIEW PA   16x<br>CHICAGO IL 60615<br>**Reported:** 10/01/1994 - 10/01/1994<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK H | 54501 SE VIEW PA   5x<br>CHICAGO IL 60615-5942<br>**Reported:** 06/01/1986 - 10/01/1994<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1   1x<br>CHICAGO IL 60615<br>**Reported:** 06/01/1986 - 10/01/1994<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 54501 SE VIEW PA   2x<br>CHICAGO IL 60615<br>**Reported:** 10/01/1994 - 10/01/1994<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST   4x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/01/1994 - 08/01/1994<br>**County:** Suffolk | Map It | | **Landline:**<br>(617)623-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST   1x<br>BOSTON MA 02111<br>(POSSIBLE HIGH RISK)<br>**Reported:** 08/01/1994 - 08/01/1994<br>**County:** Suffolk | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE   8x<br>CHICAGO IL 60615<br>**Reported:** 12/01/1993 - 12/01/1993<br>**County:** Cook | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 04/08/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE   1x<br>CHICAGO IL 60615<br>**Reported:** 12/01/1993 - 12/01/1993 | Map It | ████4425<br>**Issued:** 1977-1979 in CT<br>**DOB:** 08/04/1961 Age: 48 | **Landline:**<br>(773)684-4809 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | | County: Cook | | | | | |
|---|---|---|---|---|---|---|---|
| ▦ | OBAMA BARACK | 5450 EASTVIEW PK 1 **1x** CHICAGO IL 60615 **Reported: 08/01/1993 - 09/01/1993** **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** | | | N |
| ▦ | OBAMA BARACK | 7436 S EUCLID AVE **2x** CHICAGO IL 60649-3626 **Reported: 08/1993 - 08/1993** **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** | | | N |
| ▦ | OBAMA BARACK HUSSEIN | 365 W BROADWAY **1x** BOSTON MA 02127 (POSSIBLE HIGH RISK) **Reported: 07/01/1991 - 07/01/1991** **County:** Suffolk | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | | N |
| ▦ | OBAMA BARACK H | 5324 S KIMBARK AVE **3x** CHICAGO IL 60615-5287 **Reported: 06/01/1986 - 12/1990** **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | | | N |
| ▦ | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **1x** SOMERVILLE MA 02145 **Reported: 08/01/1988 - 09/01/1988** **County:** Middlesex | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 1990** | Landline: (617)623-1266 | | N |
| ▦ | OBAMA BARACK HUSSEIN | 1N N **1x** CHICAGO IL 60615 **Reported: 01/01/1988 - 01/01/1988** **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | | N |
| ▦ | OBAMA BARACK H | N 1N **2x** CHICAGO IL 60615 **Reported: 01/1988 - 01/1988** **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | | | N |
| ▦ | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N **1x** CHICAGO IL 60615 **Reported: 10/01/1986 - 10/01/1986** **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | Landline: (773)684-4809 | | N |
| ▦ | OBAMA BARACK H | 5429 S HARPER AVE 1N **3x** CHICAGO IL 60615-5548 **Reported: 06/01/1986 - 10/1986** **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | | | N |
| **Reports** | **Name** | **Address** | **Maps** | **SSN / DOB** | **Phone** | | **AR** |
| ▦ | OBAMA BARACK H | 1440 E 52ND ST **1x** CHICAGO IL 60615-4131 **Reported: 04/1986 - 04/1986** **County:** Cook | Map It | **DOB: 08/1961 Age: 48** | | | N |
| ▦ | OBAMA BARACK H | 5450 EASTVIEW PARK 1 **2x** CHICAGO IL 60615 **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/1961 Age: 48** | | | N |
| ▦ | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 **2x** SOMERVILLE MA 02145-2440 **County:** Middlesex | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 1890** | | | N |
| ▦ | OBAMA BARACK H | 5450 E VIEW PARK 1 **2x** CHICAGO IL 60615 **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** | | | N |
| ▦ | OBAMA BARACK H | 54501 SE VW **2x** CHICAGO IL 60615 **County:** Cook | Map It | ▬4425 **Issued: 1977-1979 in CT** **DOB: 08/04/1961 Age: 48** | 684-4809 | | N |

Social Security Death Index Search Results

http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi

Welcome to RootsWeb.com

DISCOVER MORE >

*"A"*

| Home | **Searches** | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help |

Type in your name & Get your instant family tree

| Your First Name | Your Last Name | Your State |
| | | Nationwide ▾ | **Search »** |

## Social Security Death Index Search Results

85,156,742 Records
last updated on 9-28-2009

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field Value | Records Results |
| SSN | 485405154 | 1 |

Viewing **1-1** of **1**

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| LUCILLE I BALLANTYNE | 22 Dec 1912 | 13 Sep 1998 (V) | 50140 (Lamoni, Decatur, IA) | (none specified) | 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 | Iowa | SS-5 Letter Add Post-em Search Ancestry.com | ... |

Viewing **1-1** of **1**

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

You can now order the SS-5 Form for deceased individuals directly from the Social Security Administration
online at https://secure.ssa.gov/apps9/eFOIA-FEWeb/internet.main.jsp

Search Hundreds of Thousands of Family Trees

First Name:

Last Name:

Search

| Last name | **Exact** | ▾ |
| First Name | | |
| Middle Name | (initial) | |
| SSN | **485405154** | |
| **Last** **Residence** | **Last** **Benefit** | |
| Zip | | |
| State | | |
| County | | |
| City | | |
| Birth | | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT     3     SELECTIVE
SERVICE CERTIFICATE



Online Verification

|------------------- KEY INFORMATION -------------------- ▼|

## Selective Service Record Search Results

**Search Criteria**
**Last Name:** *obama*
**Social Security Number:** *** - ** - 4425
**Date of Birth:** *08/04/1961*

**Matched Record**

Selective Service Number:
61-1125539-1

Date of Registration
9/4/1980

To obtain written proof of Selective Service registration CLICK HERE and follow the instructions on our "Registration Information" page

New Search ?

FAQs

### Search Site

home
about the agency
registration info
news & public affairs
what's new
contact
careers
privacy policy
history/records
publications
fast facts
what happens in a draft
site map



*Last Updated  8/14/2007*

*©2009 Selective Service System*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

EXHIBIT 4 AFFIDAVIT BY
NEIL SANKEY

23

24

25

26

27

28

## **AFFIDAVIT**

| The State of California | ) |
| | ) S.S. |
| City of Simi Valley | ) |

-

I, Neil SANKEY, of Simi Valley, California, MAKE OATH AND SAY THAT:

1. I, Neil Sankey am over the age of eighteen years.

If called to do so, I could and would competently testify under oath as follows.

I am a Licensed Investigator in the State of California License number P.I. 10905. I have been so licensed for twenty five years. I am a Naturalized American Citizen. I am experienced in all types of Investigation, both Civil and Criminal, having spent twenty years in the British Police, serving as a Detective Sergeant at New Scotland Yard. In the interest of our Country I have been assisting with research and investigation wherever necessary.

2. During the course of the work that I was doing in the latter part of 2008, regarding the activities and qualifications of Mr. Obama, I have compiled a record of all of the addresses in regards to which I have seen the use of his name. The records and databases which I use are many and varied having been accumulated for many different reasons but all are Public Record and the documents I have used are available to the General Public with, or without the payment of fees.

3. On January 2, 2009 I forwarded to Doctor Taitz a complete list of my efforts to that time. A true and complete copy of that document accompanies this document attached and marked "Exhibit A".

4. On July 6, 2009, I forwarded to Doctor Taitz an updated version of that list, accurate as of that date and having been updated, by me, during the weekend of July 4th and 5th

2009. A true and complete copy of that document accompanies this document attached and marked "Exhibit B"

SUBSCRIBED AND SWORN TO         )

BEFORE ME, on the               )

6th day of July, 2009           ) -

                                )

                                )

_See Attached_                  )

NOTARY PUBLIC                   ) Neil SANKEY


My Commission expires: _____)

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

✓ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s]. *not* Notary)

_____     _____
Signature of Document Signer No. 1              Signature of Document Signer No. 2 (if any)

State of California

County of Ventura

Subscribed and sworn to (or affirmed) before me on this

6th day of July, 20 09, by

(1) Neil Sankey,

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (✓

(and

(2)_____,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature_____
Signature of Notary Public

MARIAN GORMAN
Commission # 1838491
Notary Public - California
Ventura County
My Comm. Expires Mar 25, 2013

Place Notary Seal Above

───────────────── OPTIONAL ─────────────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit

Document Date: 7u!c9   Number of Pages: N/a

Signer(s) Other Than Named Above: n/a

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave , P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

**************************************************************************************************

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **111 S KING ST**
City, State, Zip - **HONOLULU HI 96813-3504**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Jan 90**
**************************************************************************************************

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**
Deceased - **Yes**
Date Record Verified - **Feb 92**
**************************************************************************************************

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address -
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Nov 95**
**************************************************************************************************

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 100**
City, State, Zip - **HONOLULU HI 96826-1106**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **514-03-xxxx**
Age - **73**
Date of Birth - **Mar 23, 1918**

Deceased - **Yes**
Date Record Verified - **Jan 95 - Jan 96**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY A**
Gender - **Male**
Street Address - **5578B M APT 37**
City, State, Zip - **GRAWN MI 49637**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **557-31-xxxx**
Age - **46**
Date of Birth - **1963**
Deceased - **No**
Date Record Verified - **May 97**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1512 SPRECKELS ST APT 402**
City, State, Zip - **HONOLULU HI 96822-4660**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Jan 87**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Mar 87 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **DUNHAM, STANLEY ANN**
Gender - **Male**
Street Address - **235 E 40TH ST APT 8F**
City, State, Zip - **NEW YORK NY 10016-1747**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **52**
Date of Birth - **Nov 29, 1942**
Deceased - **Yes**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 S**
City, State, Zip - **HONOLULU HI 96822**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 90 - Dec 91**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1512 SPRECKELS ST STE E402**
City, State, Zip - **HONOLULU HI 96822-4658**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 92**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **1617 S BERETANIA ST APT 1008**
City, State, Zip - **HONOLULU HI 96826-1112**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Mar 87 - Aug 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **C O MADELYN DUNHAM**
City, State, Zip - **HONOLULU HI 96826**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **8 WEST ST APT 4**
City, State, Zip - **NEW YORK NY 10004-1001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**
Deceased - **No**
Date Record Verified - **Oct 94 - Jan 95**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **SUTORO, STA**
Gender - **Male**
Street Address - **235 E 40TH ST**
City, State, Zip - **NEW YORK NY 10016-1744**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-40-xxxx**
Age - **67**
Date of Birth - **1942**

Name - **OBAMA, BARACK**
Street Address - **PO BOX 1236**
City, State, Zip - **PROVO UT 84603-1236**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **901-09-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 07 - Jan 08**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 WHITE HOUSE DR**
City, State, Zip - **SALT LAKE CTY UT 84115**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **111 PENNSYLVANIA AVE**
City, State, Zip - **WASHINGTON UT 84780**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **799-89-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 07 - Feb 08**
********************************************************************************

Name - **OBAMA, BARACK**
Street Address - **8521 MIRANDA LN**
City, State, Zip - **WOODBRIDGE VA 22191**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
********************************************************************************

Name - **OBAMA, BARACK**

Deceased - **No**
Date Record Verified - **Apr 93**
**************************************************************************************************

**************************************************************************************************

Name - **OBAMA, BARAC**
Street Address - **3 MULTIPLE ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-451-8454 - MDT**
Telephone Accountholder -
Social Security - **156-42-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
**************************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 PENNSYLVANNIA**
City, State, Zip - **BEVERLY HILLS CA 90210**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
**************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **355 POMELO AVE**
City, State, Zip - **BREA CA 92821-4129**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **537-36-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
**************************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **123 WHITE HOUSE**
City, State, Zip - **IRVINE CA 92618**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **3535 OLIVE ST**
City, State, Zip - **DENVER CO 80207-1523**
Probable Current Address - **No**
Telephone - **303-222-5673 - MDT**
Telephone Accountholder -
Social Security - **456-73-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-545-0199 - MDT**
Telephone Accountholder -
Social Security - **011-23-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 WASHINGTON RIDGE RD**
City, State, Zip - **NEW MILFORD CT 06776-2248**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1400 PENNSYLVANIA AVE SE**
City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **201-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **1600 PENN AVE NW**
City, State, Zip - **WASHINGTON DC 20007**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **10 OHIO AVE**
City, State, Zip - **WASHINGTON DC 20059-0001**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Venfied - **Feb 09 - Jun 09**
************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1600 PENNSYLVANIA AVE NW**
City, State, Zip - **WASHINGTON DC 20500-0003**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **713 HART SENATE**
City, State, Zip - **WASHINGTON DC 20510-0001**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **282-80-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **15 A 1A**
City, State, Zip - **MANALAPAN FL 33462**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **APPLE ST**
City, State, Zip - **MELBOURNE FL 32940**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **762-41-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1603 RUCKER RD**
City, State, Zip - **ALPHARETTA GA 30004-1435**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **579-02-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **CNN LIVE**
City, State, Zip - **ATLANTA GA 30303**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **189-16-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1305 LEE RD**
City, State, Zip - **COLUMBUS GA 31904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **420-67-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 08 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 FARR RD APT C**
City, State, Zip - **COLUMBUS GA 31907-6275**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **423-29-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **559 W GOLF RD**
City, State, Zip - **ARLINGTON HEIGHTS IL 60005-3904**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **14 W ERIE ST**
City, State, Zip - **CHICAGO IL 60610-5397**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 05 - Jan 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 1 EAST VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **217-782-5338 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **10131/2 53RD ST E**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **773-363-1996 - CDT**
Telephone Accountholder -
Social Security - **364-03-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 03 - Jul 03**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 02 - May 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **6102 W GIDDINGS ST APT 1**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **6102 W GIDDINGS ST 1W**
City, State, Zip - **CHICAGO IL 60630-2930**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **7436 S EUCLID AVE**
City, State, Zip - **CHICAGO IL 60649-3626**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 93**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **567 WESTLY N**
City, State, Zip - **MOUNT PROSPECT IL 60056**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **610 E OLD WILLOW RD**
City, State, Zip - **PROSPECT HEIGHTS IL 60070-1913**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 06 - Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **56 THORNTON RD**
City, State, Zip - **NEEDHAM MA 02492-4330**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Jul 08 - Nov 08**
********************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1 MAIN ST**
City, State, Zip - **WESTFORD MA 01886-2550**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **3660 RUE FORET APT 191**
City, State, Zip - **FLINT MI 48532-2852**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Venfied - **Jun 09 - Jul 09**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **LANSING MI 48910**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 07 - Jul 07**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **4322 VALLEY DR NW**
City, State, Zip - **ROCHESTER MN 55901-6691**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **23**
Date of Birth - **Sep 11, 1985**
Deceased - **No**
Date Record Verified -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **83775 BATES RD**
City, State, Zip - **JACKSON NJ 08527**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **485-40-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **5315 GORNIAK DR**
City, State, Zip - **PARLIN NJ 08859-1315**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **107 RAVENS CREST DR E**
City, State, Zip - **PLAINSBORO NJ 08536-2488**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **625 WREN CT**
City, State, Zip - **W HEMPSTEAD NY 11552-3815**
Probable Current Address - **Yes**
Telephone - **516-505-2359 - EDT**
Telephone Accountholder - **OBAMA BARACK**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **810 E 13TH AVE**
City, State, Zip - **EUGENE OR 97401-3742**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **218 FLYERS PKWY**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone - **770-404-4044**
Telephone Accountholder -
Social Security - **410-00-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **918 BAINBRIDGE ST**
City, State, Zip - **PHILADELPHIA PA 19147**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 07 - Aug 07**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **505 CATHARINE ST**
City, State, Zip - **PHILADELPHIA PA 19147-3009**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**

Date Record Verified - **Apr 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **123 MAIN ST**
City, State, Zip - **CHARLESTON SC 29464**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **4034 BRICK CHURCH PIKE**
City, State, Zip - **NASHVILLE TN 37207-1515**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **427-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 NW 33 AVE**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **675-54-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Street Address - **1000 33RD AVE NW**
City, State, Zip - **FORT WORTH TX 76180**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **2129 LEMART ST**
City, State, Zip - **GRAND PRAIRIE TX 75051-4034**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **435 DALLAS AVE**
City, State, Zip - **LANCASTER TX 75146**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
********************************************************************************************

Name - **OBAMA, BARACK**
Street Address - **110 N UNIVERSITY AVE**
City, State, Zip - **LUBBOCK TX 79415-2845**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
********************************************************************************************

Name - **OBAMA, BARACK**
Gender - **Male**
Street Address - **1464 CARRINGTON LN**
City, State, Zip - **CENTERVILLE UT 84014-1282**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
********************************************************************************************

Street Address - **OBAMA LN**
City, State, Zip - **FRANKLIN WI 53132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Street Address - **1212 RAINTREE DR**
City, State, Zip - **FORT COLLINS CO 80526-1871**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **1034 S BROAD ST**
City, State, Zip - **CARLINVILLE IL 62626-2122**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **180 N LA SALLE ST APT 2200N**
City, State, Zip - **CHICAGO IL 60601-2501**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 07**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**

Gender - **Male**
Street Address - **1440 E 52ND ST**
City, State, Zip - **CHICAGO IL 60615-4131**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified - **Apr 86**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Venfied -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 EASTVIEW PARK S APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5429 S HARPER AVE APT 1N**
City, State, Zip - **CHICAGO IL 60615-5548**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Oct 86**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5324 S KIMBARK AVE**
City, State, Zip - **CHICAGO IL 60615-5287**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jun 88 - Dec 90**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **N 1N**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Jan 88**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VW**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone - **000-684-4809**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **5450 E VIEW PARK APT 1**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**

Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **54501 SE VIEW PARK**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **7436 S EUCLID**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug, 1961**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **123 NOWHERE ST**
City, State, Zip - **VALPARAISO IN 46385**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **295 HARVARD ST # 1505**
City, State, Zip - **CAMBRIDGE MA 02139-2382**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
**************************************************************************************************

Name - **OBAMA, BARACK H**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified -
**************************************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **4085 JACOBS LNDG**
City, State, Zip - **SAINT CHARLES MO 63304-7495**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Securrty - **999-88-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - May 09**
**************************************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **1322 MAIN ST**
City, State, Zip - **TRENTON MO 64683-1825**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
**************************************************************************************************

Name - **OBAMA, BARACK H**
Street Address - **123 ANYSTREET**
City, State, Zip - **DALLAS TX 75254**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **300 MASSACHUSETTS AVE NW**
City, State, Zip - **WASHINGTON DC 20001-2629**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Venfied - **Sep 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **180 N LA SALLE ST STE 2200**
City, State, Zip - **CHICAGO IL 60601-2610**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 07 - Jun 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5450 S EAST VIEW PARK # 1**
City, State, Zip - **CHICAGO IL 60615-5916**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 02 - Jul 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **Yes**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **5046 S GREENWOOD AVE**
City, State, Zip - **CHICAGO IL 60615-2806**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **54501 E VIEW PARK S**
City, State, Zip - **CHICAGO IL 60615**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 97 - Aug 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **PO BOX 49798**
City, State, Zip - **CHICAGO IL 60649**
Probable Current Address - **No**
Telephone - **773-684-4809 - CDT**
Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **47**
Date of Birth - **Aug 04, 1961**
Deceased - **No**
Date Record Verified - **Sep 99**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK HUSSEIN**
Gender - **Male**
Street Address - **365 BROADWAY APT B1**
City, State, Zip - **SOMERVILLE MA 02145-2440**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **042-68-xxxx**
Age - **119**
Date of Birth - **1890**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK J SR**
Street Address - **225 ROBINSON S**
City, State, Zip - **STRATFORD TX 79084**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK OBAM**
Street Address - **5131 RFD**
City, State, Zip - **LONG GROVE IL 60047**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARACK USSEN**
Street Address - **1911 52ND AVE**
City, State, Zip - **MOLINE IL 61265-6381**
Probable Current Address - **Yes**
Telephone - **309-736-1217 - CDT**
Telephone Accountholder - **OBAMA BARACK USSEN**
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1619 S BENTLEY AVE**
City, State, Zip - **LOS ANGELES CA 90025-3586**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Apr 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1009 DIGITAL HWY**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-61-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 05 - Apr 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1680 VIDEO DR**
City, State, Zip - **LOS ANGELES CA 90045**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **999-99-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 05 - Mar 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **3600 ONEIDA ST**
City, State, Zip - **DENVER CO 80207-1532**
Probable Current Address - **No**
Telephone - **303-698-7659 - MDT**
Telephone Accountholder -
Social Security - **365-98-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **40 TRANSFER ST**
City, State, Zip - **DENVER CO 80207**
Probable Current Address - **No**
Telephone - **303-231-4876 - MDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Nov 07 - Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **22 SCOTT RD**
City, State, Zip - **SOUTHINGTON CT 06489**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **123 SOUTH DR**
City, State, Zip - **MIAMI SPRINGS FL 33166-5921**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **606-34-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **258 WHITE HOUSE RD**
City, State, Zip - **GERMANTOWN MD 20872**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **348 6TH ST**
City, State, Zip - **SOUTH AMBOY NJ 08879-1251**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -

Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Gender - **Male**
Street Address - **3531 PROSPECT AVE**
City, State, Zip - **SHADYSIDE OH 43947-1143**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1835 AUGUSTA DR**
City, State, Zip - **JAMISON PA 18929-1085**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Feb 12, 1991**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **2700 ARDMORE ST**
City, State, Zip - **SWISSVALE PA 15218**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **262-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1234 PIPER LN**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-78-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK**
Street Address - **1234 HAPPY ST SE**
City, State, Zip - **COVINGTON WA 98042**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **535-22-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Venfied - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK H**
Street Address - **22 CREEK RD APT 27**
City, State, Zip - **IRVINE CA 92604-4760**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-56-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Venfied - **Jan 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK H**
Street Address - **2 RETRIEVER CT**
City, State, Zip - **COLUMBUS GA 31909-4815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **256-65-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Dec 08 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAK QUINCY**
Street Address - **523 S EDGEWOOD AVE**
City, State, Zip - **LA GRANGE IL 60525-6132**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Venfied - **Aug 04 - Dec 04**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAKE**
Street Address - **1313 LANE**
City, State, Zip - **BOCA RATON FL 33433**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **123-45-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAQ H**
Street Address - **14300 NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684-7807**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Jul 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARAQ H**
Street Address - **143NE 18TH ST**
City, State, Zip - **VANCOUVER WA 98684**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARBARA**
Street Address - **506 605TH AVE**
City, State, Zip - **AURORA IL 60506**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 04 - Jan 05**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BAROK**
Street Address - **5290 BARRINGTON RD**
City, State, Zip - **BARRINGTON IL 60192**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
********************************************************************************************

Name - **OBAMA, BAROK E**
Street Address - **535 WISCONSIN**
City, State, Zip - **CHEVY CHASE MD 20815**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 06 - Feb 07**
********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **HOME**
City, State, Zip - **WESTMINSTER CA 92683**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **123 VILLAGE DR**
City, State, Zip - **SHELTON CT 06484-1732**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
********************************************************************************************

Name - **OBAMA, BARRACK**
Street Address - **1420 PENNSYLVANIA AVE SE**

City, State, Zip - **WASHINGTON DC 20003-3029**
Probable Current Address - **No**
Telephone - **202-548-2817 - EDT**
Telephone Accountholder -
Social Security -
Age - **19**
Date of Birth - **Mar 02, 1990**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Gender - **Male**
Street Address - **142354 JSDJDSNFC**
City, State, Zip - **APOPKA FL 32712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **456-55-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jan 09 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **1601 S BAYSHORE DR**
City, State, Zip - **MIAMI FL 33133-4201**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Mar 04, 1991**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **916 EATON CT**
City, State, Zip - **LAKE VILLA IL 60046-5040**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jul 08 - Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **1234 MAIN**
City, State, Zip - **ATTICA NY 14011**

Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **123 MAIN ST**
City, State, Zip - **COLUMBUS OH 43207**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **245-85-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **12 BRIAN ROBERTS LN**
City, State, Zip - **PHILADELPHIA PA 19102**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK**
Street Address - **2323 ARISTOTLE CT**
City, State, Zip - **FAIRFAX VA 22030**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **703-59-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRACK B**
Gender - **Male**
Street Address - **485 KIMBALL CROSSING DR**
City, State, Zip - **JASPER TN 37347-5650**
Probable Current Address - **No**

Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
********************************************************************************

Name - **OBAMA, BARRACK H**
Gender - **Male**
Street Address - **123 MAGNOLIA AVE**
City, State, Zip - **RIVERSIDE CA 92887**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
********************************************************************************

Name - **OBAMA, BARRAK**
Street Address - **611 N CAPITOL AVE**
City, State, Zip - **INDIANAPOLIS IN 46204-1205**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **264-87-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Jun 09**
********************************************************************************

Name - **OBAMA, BARRAK W JR**
Street Address - **1001 SE 135TH AVE**
City, State, Zip - **PORTLAND OR 97233-1924**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
********************************************************************************

Name - **OBAMA, BARROK**
Street Address - **363 NOTLEM ST**
City, State, Zip - **FORT PIERCE FL 34982-7358**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Aug 08 - Dec 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARROK O**
Street Address - **123 EAST LN**
City, State, Zip - **LAKE BARRINGTON IL 60010-1939**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 06 - Aug 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY**
Street Address - **5003 OAK HILL DR**
City, State, Zip - **WINTER PARK FL 32792-9253**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Jun 08 - Oct 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BARRY M**
Gender - **Male**
Street Address - **1923 WASHINGTON ST**
City, State, Zip - **ASHEVILLE NC 28803**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BATOCK**
Street Address - **123 MAIN ST**
City, State, Zip - **NORTH CHICAGO IL 60064**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -

Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BENEDICTO**
Street Address - **8870 ROYAL MANOR DR**
City, State, Zip - **ALLISON PARK PA 15101-4712**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Feb 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1318**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **44**
Date of Birth - **Jan, 1965**
Deceased - **No**
Date Record Verified - **Dec 95 - Feb 06**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND H OBANG**
Gender - **Male**
Street Address - **11235 OAK LEAF 1720 DR**
City, State, Zip - **SILVER SPRING MD 20901**
Probable Current Address - **No**
Telephone - **301-345-0961 - EDT**
Telephone Accountholder -
Social Security - **578-11-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 97 - May 04**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BERTRAND O**
Gender - **Male**
Street Address - **11235 OAK LEAF DR APT 1720**
City, State, Zip - **SILVER SPRING MD 20901-1306**
Probable Current Address - **No**
Telephone -

Telephone Accountholder -
Social Security - **578-11-xxxx**
Age - **45**
Date of Birth - **1964**
Deceased - **No**
Date Record Verified -
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BETTY**
Street Address - **123 MOHEGAN AVE**
City, State, Zip - **NORTH BRANFORD CT 06471**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Apr 08 - Aug 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BILLY**
Street Address - **10 7TH ST APT 714**
City, State, Zip - **BUFFALO NY 14201-2214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BINLAD SR**
Street Address - **20823 BRYANT ST**
City, State, Zip - **WINNETKA CA 91306-1214**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BO**
Street Address - **7363 THOMAS**
City, State, Zip - **MANASSAS VA 20109**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 09 - Jun 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB**
Street Address - **12 JACKSON AVE**
City, State, Zip - **WEST HARTFORD CT 06110-1013**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 09 - Jul 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB**
Street Address - **4258 FAIRMONT DR**
City, State, Zip - **NAPERVILLE IL 60564**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Sep 08 - Jan 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BOB A**
Street Address - **5719 CANAL N # 4**
City, State, Zip - **SPOKANE WA 99216**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **468-31-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - May 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **222 20TH ST**
City, State, Zip - **SAN DIEGO CA 92102-3812**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **560-11-xxxx**
Age -
Date of Birth -

Deceased - **No**
Date Record Verified - **Jan 08 - May 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORACK**
Street Address - **1966 BROADWAY ST NE**
City, State, Zip - **SALEM OR 97301-8336**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **May 08 - Sep 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **3112 1 2 ST**
City, State, Zip - **SAINT AUGUSTINE FL 32080**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Secunty - **213-47-xxxx**
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Mar 08 - Dec 08**


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BORAK**
Street Address - **1213 W MAIN ST**
City, State, Zip - **FORT WAYNE IN 46808-3334**
Probable Current Address - **No**
Telephone - **260-456-9874 - EDT**
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Oct 08 - Feb 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRACK**
Street Address - **WHITE HOUSE**
City, State, Zip - **BALTIMORE MD 21454**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security - **410-67-xxxx**

Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BRIANNA**
Street Address - **2612 MALDEN DR**
City, State, Zip - **NASHVILLE TN 37210-5434**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age -
Date of Birth -
Deceased - **No**
Date Record Verified - **Nov 08 - Mar 09**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name - **OBAMA, BURAK**
Street Address - **16330 BRIDGEWALK DR**
City, State, Zip - **LITHIA FL 33547-4800**
Probable Current Address - **No**
Telephone -
Telephone Accountholder -
Social Security -
Age - **18**
Date of Birth - **Jan 18, 1991**
Deceased - **No**
Date Record Verified -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT  5  CERTIFIED  MAIL
RECEIPT

Such negligence and misprision threaten to nullify these essential safeguards. Thus Relators request this Quo Warranto be related to the Supreme Court under its original jurisdiction.

Enclosed is a summary motion for leave to file Quo Warranto on Barack Hussein Obama II aka Barry Soetoro, with the Supreme Court. The list of Questions Presented is attached. A full brief supporting this motion is in preparation.

1)  Relators respectfully pray that the Attorney General recuse himself over bringing this Quo Warranto for the United States on Barack H. Obama II, by reason of intrinsic conflict of interest.
2)  Relators pray the Attorney General appoint a Special Assistant (prosecutor) of Archibald Cox's reputation and expertise, to relate this Quo Warranto to the Supreme Court per 28 USC 543.
3)  Relators request that their attorney, Orly Taitz, ESQ DDS, assist in relating this Quo Warranto. being recognized at bar before the Supreme Court.
4)  Relators further request the assistance of Patrick Fitzgerald, United States Attorney General for the Northern District of Illinois, as having familiarity with issues involving Barack H. Obama while Senator from Illinois and as President Elect.
5)  Relators request guidance from the Attorney General, within one week of receipt of this information, regarding his decision on whether to appoint such a Special Assistant.

With respect, in absence of such guidance, Relators will proceed to request leave from the Supreme Court to relate information for this Quo Warranto on Mr. Obama to test his title

Yours Sincerely,

Orly Taitz, ESQ
Attorney for Relators
26302 La Paz
Mission Viejo, CA  92691
949-683 5411

Encl. Motion to Supreme Court for leave to relate Quo his title to the Federal office of President

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U S ATTORNEY TAYLOR
555 4th ST. NW
WASHINGTON DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below ☐ No

MAY 0 2009

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 0080 0001 6858 2604

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY TAYLOR
555 4th ST. NW
WASHINGTON DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below ☐ No

MAY 0

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 0080 0001 6858 2567

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY TAYLOR
555 4th ST. NW
WASHINGTON DC
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Ag. ☐ Add.

B. Received by ( Printed Name)    C. Date of Del.

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below ☐ No

MAY 07 20

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 0080 0001 6858 2550

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT   6   CERTIFIED   MAIL RECEIPT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28