AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BARACK HUSSEIN OBAMA
was received by me on *(date)* JANUARY 27 2010.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: AS ALTERNATIVE SERVICE I PLACED THE SUMMONS & PETITION WITH ATTACHMENTS IN A 2 DAY PRIORITY MAIL PACKAGE WITH A CERTIFIED/RETURN RECEIPT 7009 2250 0003 2889 6375 FOR DELIVERY BY THE U.S. POSTAL SERVICE

My fees are $ 22.85 for travel and $ 15.00 for services, for a total of $ 0.00 / 37.85

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

CHRISTOPHER-EARL: STRUNK /IN ESSE
*Printed name and title*

593 VANDERBILT AVE - #281
BROOKLYN NY 11238
(845) 901-6767
*Server's address*

Additional information regarding attempted service, etc:

THE OFFICERS AT THE WHITE HOUSE REFUSE TO TAKE SERVICE THEREFORE WITH NO OTHER ALTERNATIVE I WENT TO NATIONAL CAPITAL STATION AT 5:15 PM AND MAILED THE SUMMONS AND PETITION WITH ATTACHMENTS @ 1/27/2010

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Dr. Orly Taitz ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Case: 1:10-cv-00151 |
| Barack Hussein Obama ) | Assigned To : Lamberth, Royce C. |
| ) | Assign. Date : 1/27/2010 |
| *Defendant* ) | Description: Pro Se Gen Civil |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Barack Hussein Obama
c/o the White House
1600 Pennsylvania Avenue, N.W.
Washington District of Columbia 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dr. Orly Taitz
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, California 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/27/10

*Signature of Clerk or Deputy Clerk*