AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHANNING PHILIPS VS ATTORNEY

was received by me on *(date)* JANUARY 27 2010

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gary Nails , who is

designated by law to accept service of process on behalf of *(name of organization)*

AT 501 3rd Street NW 4TH FL U.S. ATTY OFFICE on *(date)* JANUARY 27 2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

$37.85

My fees are $ 22.85 for travel and $ 15.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: JANUARY 27, 2010

_____
Server's signature

CHRISTOPHER-EARL: STRUNK IN USE
Printed name and title

593 VANDERBILT AVENUE #281
BROOKLYN NY 11238
Server's address (845) 901-6767

Additional information regarding attempted service, etc:

I WENT TO 501 3RD STREET NW 4TH FLOOR
OFFICE OF DC US ATTORNEY CHANNING PHILIPS

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Dr. Orly Taitz _____ *Plaintiff* v. Barack Hussein Obama _____ *Defendant* | ) ) ) ) ) ) ) ) ) |

Case: 1:10-cv-00151
Assigned To : Lamberth, Royce C.
Assign. Date : 1/27/2010
Description: Pro Se Gen Civil

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dr. Orly Taitz
29839 Santa Margarita Parkway
Suite 100
Rancho Santa Margarita, California 92688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/27/10

_____
*Signature of Clerk or Deputy Clerk*