# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------x
Dr. Orly Taitz, PRO SE                          §
29839 Santa Margarita Parkway, STE 100          §
Rancho Santa Margarita CA 92688                 §
Tel: (949) 683-5411; Fax (949) 766-7603         §        Civil Action:  10-CV-00151
E-Mail: dr taitz@yahoo.com                      §                          (RCL)
                                                §
                               Plaintiff,       §
v.                                              §
                                                §
Barack Hussein Obama,                           §
c/o The White House                             §
1600 Pennsylvania Avenue, N.W.                  §
Washington, District of Columbia  20500         §
                                                §
                               Defendant.       §
-----------------------------------------------------------x
```

### CHRISTOPHER-EARL: STRUNK IN ESSE NOTICE OF MOTION TO INTERVENE AS A EX-RELATOR INTERVENER-PLAINTIFF.

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Christopher-Earl : Strunk, by Special-Appearance, affirmed January 29, 2010 will move this Court to intervene as a ex-relator intervener-plaintiff before Chief District Judge Royce C. Lamberth at a time afforded by the Court if necessary at the United States Courthouse, at 333 Constitution Avenue NW Washington District of Columbia, on the day and month in 2010, at a time and courtroom designated by the court, or as soon thereafter as counsel can be heard.

Dated: January 29, 2010
Brooklyn New York

593 Vanderbilt Avenue #281
Brooklyn, New York 11238
Email: chris@strunk.ws
Cell-845-901-6767
Christopher-Earl: Strunk © in esse

cc: listing of service to follow

# RECEIVED

FEB - 2 2010

Clerk, U.S. District and
Bankruptcy Courts

The Honorable Richard J. Leon
United States District Judge for the
U.S. District for the District of Columbia
333 Constitution Avenue, NW, Room 6315,
Washington, DC 20001

Dr. Orly Taitz, D.D.S.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688

Channing Philips, the U.S. Attorney
c/o Wynne P. Kelly, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Eric Holder, U.S. Attorney General
c/o Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------x
```

**Dr. Orly Taitz, PRO SE**                          §
29839 Santa Margarita Parkway, STE 100            §
Rancho Santa Margarita CA 92688                   §
Tel: (949) 683-5411; Fax (949) 766-7603           §    Civil Action:   10-CV-00151
E-Mail: dr taitz@yahoo.com                        §              **(RCL)**
                                                  §
                                                  §
                                 **Plaintiff,**   §
                                                  §
and                                               §
                                                  §
**Christopher-Earl: Strunk in esse,**             §    **AFFIDAVIT IN SUPPORT**
593 Vanderbilt Avenue - #281                      §
Brooklyn., New York 11238                         §    **OF INTERVENTION AS A**
(845) 901-6767  Email: chris@strunk.ws            §
                                                  §    **EX-RELATOR-PLAINTIFF**
                                                  §
       **Ex-relator-Intervener-Plaintiff.**       §    **IN THE QUO WARRANTO**
                                                  §
**v.**                                            §    **PETITION FOR WRIT**
                                                  §
**Barack Hussein Obama,**                          §    **OF MANDAMUS**
c/o The White House                               §
1600 Pennsylvania Avenue, N.W.                    §
Washington, District of Columbia  20500           §
                                                  §
                                 **Defendant.**   §
                                                  §
```
-----------------------------------------------------------x
```

**STATE OF NEW YORK )**
                      **) ss.:**
**COUNTY OF KINGS    )**


I, Christopher–Earl: Strunk in esse, being duly sworn, depose and say:

    1.    Affirmant place for service is 593 Vanderbilt Avenue #281 Brooklyn,

New York 11238 with telephone 845-901-6767 and email; chris@strunk.ws.

2.     Affirmant files this Affidavit in support of the Notice of Motion to

Intervene as an Ex-relator Intervener-Plaintiff with FRCvP Rule 19(a)[1] and 24[2].

3.     That Affirmant is a required party herein and whose joinder will not

deprive the court of subject matter jurisdiction; and that Affirmant claims an

---

[1]     **FRCvP Rule 19. Required Joinder of Parties. (a) Persons Required to Be Joined if Feasible. (1) Required Party.** A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if: (A) in that person's absence, the court cannot accord complete relief among existing parties; or (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may: (i) as a practical matter impair or impede the person's ability to protect the interest; or (ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.
**(2) Joinder by Court Order.** If a person has not been joined as required, the court must order that the person be made a party. A person who refuses to join as a plaintiff may be made either a defendant or, in a proper case, an involuntary plaintiff.
(3) Venue. If a joined party objects to venue and the joinder would make venue improper, the court must dismiss that party.

[2]     **FRCvP Rule  24. Intervention**
        **(a) Intervention of Right.** On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute; or (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
        **(b) Permissive Intervention.** (1) In General.  On timely motion, the court may permit anyone to intervene who: (A) is given a conditional right to intervene by a federal statute; or (B) has a claim or defense that shares with the main action a common question of law or fact. (2) By a Government Officer or Agency. On timely motion, the court may permit a federal or state governmental officer or agency to intervene if a party's claim or defense is based on:  (A) a statute or executive order administered by the officer or agency; or  (B) any regulation, order, requirement, or agreement issued or made under the statute or executive order. (3) Delay or Prejudice. In exercising its discretion, the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.
        **(c) Notice and Pleading Required.** A motion to intervene must be served on the parties as provided in Rule 5. The motion must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which intervention is sought.

interest relating to the subject of the action and is so situated that disposing of the

action in the person's absence may: (i) as a practical matter impair or impede

Affirmant's ability to protect the interest; and or  (ii) leave Dr. Taitz as an existing

party subject to a substantial risk of incurring double, multiple, or otherwise

inconsistent obligations because of the interest.

4.     Affirmant is an ex-relator Plaintiff with 28 USC §1345[3] seeking to

recover the Office of the President of the United States (POTUS) for Joseph Biden,

now is President of the U.S. Senate. in which this Court has jurisdiction with 28

USC §1343[4], based upon Defendant's intent 28 USC §1344[5], 28 USC §1357[6],

---

[3]  § 1345. United States as plaintiff - Except as otherwise provided by Act of Congress, the
district courts shall have original jurisdiction of all civil actions, suits or proceedings commenced
by the United States, or by any agency or officer thereof expressly authorized to sue by Act of
Congress.

[4]  § 1343. Civil rights and elective franchise. **(a)** The district courts shall have original
jurisdiction of any civil action authorized by law to be commenced by any person: **(1)** To recover
damages for injury to his person or property, or because of the deprivation of any right or
privilege of a citizen of the United States, by any act done in furtherance of any conspiracy
mentioned in section 1985 of Title 42; **(2)** To recover damages from any person who fails to
prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had
knowledge were about to occur and power to prevent; **(3)** To redress the deprivation, under
color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or
immunity secured by the Constitution of the United States or by any Act of Congress providing
for equal rights of citizens or of all persons within the jurisdiction of the United States; **(4)** To
recover damages or to secure equitable or other relief under any Act of Congress providing for
the protection of civil rights, including the right to vote.

   **(b)** For purposes of this section— **(1)** the District of Columbia shall be considered to be
a State; and **(2)** any Act of Congress applicable exclusively to the District of Columbia shall be
considered to be a statute of the District of Columbia.

[5]  § 1344. Election disputes. The district courts shall have original jurisdiction of any civil action
to recover possession of any office, except that of elector of President or Vice President, United
States Senator, Representative in or delegate to Congress, or member of a state legislature,
authorized by law to be commenced, where in it appears that the sole question touching the title
to office arises out of denial of the right to vote, to any citizen offering to vote, on account of
race, color or previous condition of servitude.

28 USC §1361 [7] , 42 USC §1985 [8] with related law accordingly and District of

---

The jurisdiction under this section shall extend only so far as to determine the rights of the parties to office by reason of the denial of the right, guaranteed by the Constitution of the United States and secured by any law, to enforce the right of citizens of the United States to vote in all the States.

[6] § 1357. Injuries under Federal laws. The district courts shall have original jurisdiction of any civil action commenced by any person to recover damages for any injury to his person or property on account of any act done by him, under any Act of Congress, for the protection or collection of any of the revenues, or to enforce the right of citizens of the United States to vote in any State.

[7] § 1361. Action to compel an officer of the United States to perform his duty. The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

[8] § 1985. Conspiracy to interfere with civil rights. **(1) Preventing officer from performing duties.** If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties; **(2) Obstructing justice; intimidating party, witness, or juror .** If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws; **(3) Depriving persons of rights or privileges.** If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged

Columbia Code (DCC) Chapters 35 [See Endnotes] and 37 [See Endnotes] with related law

in its entirety, and the U.S. Constitution in its entirety especially emphasizing

Article 2 Section 1 [9] and Article 7 Amendment 25 [10] specifically, and

---

therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

[9]   **Section 1**. The executive power shall be vested in a President of the United States of America. He shall hold his office during the term of four years, and, together with the Vice President, chosen for the same term, be elected, as follows:
      Clause 1. Each state shall appoint, in such manner as the Legislature thereof may direct, a number of electors, equal to the whole number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or person holding an office of trust or profit under the United States, shall be appointed an elector.
      Clause 2. The electors shall meet in their respective states, and vote by ballot for two persons, of whom one at least shall not be an inhabitant of the same state with themselves. And they shall make a list of all the persons voted for, and of the number of votes for each; which list they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate. The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted. The person having the greatest number of votes shall be the President, if such number be a majority of the whole number of electors appointed; and if there be more than one who have such majority, and have an equal number of votes, then the House of Representatives shall immediately choose by ballot one of them for President; and if no person have a majority, then from the five highest on the list the said House shall in like manner choose the President. But in choosing the President, the votes shall be taken by States, the representation from each state having one vote; A quorum for this purpose shall consist of a member or members from two thirds of the states, and a majority of all the states shall be necessary to a choice. In every case, after the choice of the President, the person having the greatest number of votes of the electors shall be the Vice President. But if there should remain two or more who have equal votes, the Senate shall choose from them by ballot the Vice President.
      Clause 3. The Congress may determine the time of choosing the electors, and the day on which they shall give their votes; which day shall be the same throughout the United States. *No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President*; neither shall any person be eligible to that office who shall not have attained to the age of thirty five years, and been fourteen Years a resident within the United States. **(emphasis by Affirmant)**
      Clause 4. In case of the removal of the President from office, or of his death, resignation, or inability to discharge the powers and duties of the said office, the same shall devolve on the Vice President, and the Congress may by law provide for the case of removal, death, resignation

accordingly the U.S. Constitution and laws in relation to the various Constitutions

of the State of New York and the several States in its entirety for the People with

---

or inability, both of the President and Vice President, declaring what officer shall then act as President, and such officer shall act accordingly, until the disability be removed, or a President shall be elected. **(emphasis by Affirmant)**

Clause 5. The President shall, at stated times, receive for his services, a compensation, which shall neither be increased nor diminished during the period for which he shall have been elected, and he shall not receive within that period any other emolument from the United States, or any of them.

Clause 6. Before he enter on the execution of his office, he shall take the following oath or affirmation:--"I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."

[10] **Amendment XXV.**

Section 1. In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

Section 2. Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

Section 3. Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President.

Section 4.  Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office, the Vice President shall immediately assume the powers and duties of the office as Acting President.

Thereafter, when the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that no inability exists, he shall resume the powers and duties of his office unless the Vice President and a majority of either the principal officers of the executive department or of such other body as Congress may by law provide, transmit within four days to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if Congress is not in session, within twenty-one days after Congress is required to assemble, determines by two-thirds vote of both Houses that the President is unable to discharge the powers and duties of his office, the Vice President shall continue to discharge the same as Acting President; otherwise, the President shall resume the powers and duties of his office.

suffrage there in election of the respective electoral college of each State in the 2008 General Election deprived a reasonable expectation of effective participation.

5.     Affirmant on January 23, 2009 duly "Fired" the Defendant for cause (See **Exhibit 1**) in that Defendant Obama has "*Dual Allegiance*" at birth, and failed to prove eligibility to serve as POTUS and therefore may not use Affirmant's power of attorney as the POTUS trustee / administrator.

6.     That on or about May 20, 2009, Affirmant duly served notice by letter memorandum with the  Verified Complaint duly serve notice (See **Exhibit 2**) to U.S. Attorney Jeffery Taylor and U.S. Attorney General Eric Holder for a Quo Warranto Inquest on the Defendant Obama in accordance with DCC Chapter 35§ 16-3502 for The Attorney General of the United States or the United States Attorney who may institute a proceeding pursuant to the subchapter on Affirmant's own motion or on the relation of a third person in the matter of infliction of injury.

7.     That on or about May 27, 2009, Affirmant filed a Cross Motion with attachments, including the duplicate Verified Complaint (See **Exhibit 3**) for a Quo Warranto at Exhibit 15 as shown as Exhibit 2, to proceed with DCC Chapter 35 Section 16-3503 as the "*ex-relator*" Plaintiff  in the case *Strunk v. US Department of States et al.* DCD 08-cv-2234 alleging that: (i) on or about February 2, 2009 Defendant Barack Hussein Obama and Eric Holder (the Usurpers) injured Affirmant by the Usurpers' bad faith breach of substantive due process in

conjunction within DCD 08-cv-2234 by not notifying Plaintiff of replacement of

then Counsel U.S. Attorney Jeffery Taylor and or his agent; (ii) the direct injury to

Affirmant related to the fact that Affirmant on January 23, 2009 duly "Fired" the

Defendant for cause in that Defendant Obama has "*Dual Allegiance*" at birth, and

failed to prove eligibility to serve as POTUS, and (iii) Defendant Obama with Dual

Allegiance is ineligible to serve as the Administer and Trustee of Affirmant's

power of attorney over Affirmant's personal account at the U.S. Department of

Treasury; (iv) that subsequent to duly firing Barack Hussein Obama (a.k.a. "Barry

Soetoro", a.k.a. "Steve Dunham", a.k.a. "Birdie Obama") Affirmant asset is

wasting as a direct personal injury on-going by Defendant's mis-administration

and mis-application of the fiduciary duties of the Trustee and Administrator,

accordingly the subject of a pending Replevin with District of Columbia Code

Chapter 37 (See **Exhibit 4**); and (v) furthermore, Defendant Obama in conspiracy

with Eric Holder and other(s) yet named have denied President Joseph Biden, now

serving as President of the U.S. Senate, his rightful Office as the President of the

United States. Affirmant is the Ex-relator in that Eric Holder and Jeffery Taylor

failed to act to recover President Biden's rightful office accordingly with the due

process of law under DCC Chapter 35 empowers Ex-relator to act for the U.S.A.;

and accordingly Ex-relator wishes a Declaratory Judgment on the Law with 28

USC §2201 and Writ of Mandamus with FRCvP Rule 65 [11] of Defendant and

directive to Congress.

---

[11]   **VIII. PROVISIONAL AND FINAL REMEDIES ; Rule 65.** Injunctions and Restraining Orders. (a) Preliminary Injunction. (1) Notice. The court may issue a preliminary injunction only on notice to the adverse party.(2) Consolidating the Hearing with the Trial on the Merits. Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial.
    (b) Temporary Restraining Order. (1) Issuing Without Notice. The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:  (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required. (2) Contents; Expiration. Every temporary restraining order issued without notice must state the date and hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry; not to exceed 14 days; that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record. (3) Expediting the Preliminary-Injunction Hearing. If the order is issued without notice, the motion for a preliminary injunction must be set for hearing at the earliest possible time, taking precedence over all other matters except hearings on older matters of the same character. At the hearing, the party who obtained the order must proceed with the motion; if the party does not, the court must dissolve the order. (4) Motion to Dissolve. On 2 days' notice to the party who obtained the order without notice; or on shorter notice set by the court; the adverse party may appear and move to dissolve or modify the order. The court must then hear and decide the motion as promptly as justice requires.
    (c) Security. The court may issue a preliminary injunction or a temporary restraining order only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained. The United States, its officers, and its agencies are not required to give security.
    (d) Contents and Scope of Every Injunction and Restraining Order. (1) Contents. Every order granting an injunction and every restraining order must: (A) state the reasons why it issued; (B) state its terms specifically; and (C) describe in reasonable detail; and not by referring to the complaint or other document; the act or acts restrained or required. (2) Persons Bound. The order binds only the following who receive actual notice of it by personal service or otherwise: (A) the parties; (B) the parties' officers, agents, servants, employees, and attorneys; and (C) other persons who are in active concert or participation with anyone described in Rule 65(d)(2)(A) or (B).

8.     To date Judge Richard J. Leon has not issued a decision on the Cross

Motion in that Defendants' Counsel therein argued that a FOIA Complaint may not

be converted, and as such the matter remains pending; however, by judicial notice

of this Motion to Intervene herein, Judge Leon and Counsel in *Strunk v. US*

*Department of States et al.* DCD 08-cv-2234 are duly notified, with a request to

sever the issue from that case to this matter of intervention (See **Exhibit 5**).

9.     That Affirmant's Intervention as of right is governed by Rule 24(a),

which provides the right to intervene is unconditionally granted by federal statute

with above cited and footnotes laws and with the DCC Chapter 35 and 37 cited in

the Endnotes; and accordingly when a non-party right to intervene shows that:

a) Affirmant's motion to intervene is timely filed by Local Rules as herein;

b) Affirmant has an interest relating to the property or transaction that is the
   subject of the action

c) That Affirmant is so situated that without intervention the disposition of the
   action may as a practical matter impair or impede Affirmant ability to protect
   interest in the cases *Strunk v. US DOS et al.* DCD 08-cv-2234, *Strunk v US*
   *DOC Bureau of Census et al.* DCD 09-cv-1295, *Strunk v. The New York*
   *Province of the Society of Jesus et al.* DCD 09-cv-1249, *Strunk v US*
   *Department of Interior et al.* 10-cv-0066, *ACORN et al. v. U.S.A. et al.* EDNY
   09-cv-4888 (NG) and *Strunk v. Paterson et al.* NYS Supreme Court in Kings
   County Index no.: 08-29642 before the Honorable New York Supreme Court
   Justice David I. Schmidt.

d) Affirmant's interest is not adequately represented by existing parties, in that the Usurper's Attorney General and or his agents have not vigorously represented U.S.A. Citizens, the State Of New York Citizens and or any other State's citizens of the several States accordingly, and as such Affirmant as the Ex-Relator litigant herein, it is necessary Affirmative's claims be entered into the record herein.

e) That Affirmant contends that after due notice required by law the Defendant Barack Hussein Obama responded in writing with a special demurer on or about August 26, 2009 (See **Exhibit 6**); however, the U.S. Attorney General Eric Holder and U.S. Attorney Jeffery Taylor and or his replacement have failed to respond or otherwise appear, and that Affirmant has exhausted the administrative process and other available remedy to appear as the ex-relator afforded by law.

10.    This case raises important legal and constitutional issues, the resolution of which has the potential to affect not only the parties to this case but many non-parties, as well; and that Affirmant's intervention, in particular, should not be rejected as to do so would not contribute to a just and equitable adjudication of the issues in this case, but instead would be likely to distract both the Court and the parties when time is of the esse as a national security matter with an ongoing irreparable harm requiring Affirmant petition supplement with FRCvP R. 15(d).

11.    Affirmant has read the foregoing along with Plaintiff's Complaint with Exhibits filed January 27, 2010 and Affirmant supports Plaintiff's request for necessary equity relief and that this matter be immediately expedited for due

process herein with an immediate writ of mandamus with an order of the

Defendant Barack Hussein Obama, the U.S. Attorney Channing Philips, U.S.

Attorney General Eric Holder, President Joseph Biden, and Congress to appear

before this Court to show cause why relief should not be granted for Plaintiff(s),

Ex-relator Intervener-Plaintiff and the People of the U.S.A.; and

12.    Accordingly, until such hearing and appearance is had granted,

Affirmant demands a Temporary Restraining Order of Defendant  Obama cease

and desist from the duties of POTUS until at such time Congress may act with the

law of the land and or parties appear at a preliminary hearing convened by order of

this Court; and I have read the Verified Quo Warranto Petition for a Writ of

Mandamus and know the contents thereof, and effects those matters have upon me,

and that this affidavit is true to my own knowledge, except as to the matters therein

stated to be alleged on information and belief, and as to those matters I believe it to

be true. The grounds of my beliefs as to all matters not stated upon information and

belief are as follows: third parties, books and records, and personal knowledge.

Christopher –Earl: Strunk in esse

Sworn to before me this
the 29th day of January 2010


NOTARY PUBLIC

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 2011

- 12 -

# ENDNOTES

DC ST § 16-3501 formerly cited as DC ST 1981 § 16-3501

District of Columbia Official Code 2001 Edition Currentness
    Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

        Chapter 35. Quo Warranto.

        Subchapter I. Actions Against Officers of the United States. (Refs & Annos)

➡**§ 16-3501. Persons against whom issued; civil action.**

A quo warranto may be issued from the United States District Court for the District of Columbia in the name of the United States against a person who within the District of Columbia usurps, intrudes into, or unlawfully holds or exercises, a franchise conferred by the United States or a public office of the United States, civil or military. The proceedings shall be deemed a civil action.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 602, Pub. L. 88-241, § 1; July 29, 1970, 84 Stat. 562, Pub. L. 91-358, title I, § 145(n).); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3501., 1973 Ed., § 16-3501.; DC CODE § 16-3501 Current through October 4, 2009

DC ST § 16-3503 formerly cited as DC ST 1981 § 16-3503

District of Columbia Official Code 2001 Edition Currentness
    Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

        Chapter 35. Quo Warranto.

        Subchapter I. Actions Against Officers of the United States. (Refs & Annos)

➡**§ 16-3503. Refusal of Attorney General or United States attorney to act; procedure.**

If the Attorney General or United States attorney refuses to institute a quo warranto proceeding on the request of a person interested, the interested person may apply to the court by certified petition for leave to have the writ issued. When, in the opinion of the court, the reasons set forth in the petition are sufficient in law, the writ shall be allowed to be issued by any attorney, in the name of the United States, on the relation of the interested person on his compliance with the condition prescribed by section 16-3502 as to security for costs.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 602, Pub. L. 88-241, § 1; July 29, 1970, 84 Stat. 562, Pub. L. 91-358, title I, § 145(n).)

HISTORICAL AND STATUTORY NOTES: Prior Codifications - 1981 Ed., § 16-3503., 1973

Ed., § 16-3503. DC CODE § 16-3503 Current through October 4, 2009

**DC ST § 16-3543** formerly cited as DC ST 1981 § 16-3543

Division II. Judiciary and Judicial Procedure

Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

Chapter 35. Quo Warranto.

Subchapter III. Procedures and Judgments.

➡**§ 16-3543. Proceedings on default.**

If the defendant does not appear as required by a writ of quo warranto, after being served, the court may proceed to hear proof in support of the writ and render judgment accordingly.

CREDIT(S) : (Dec. 23, 1963, 77 Stat. 603, Pub. L. 88-241, § 1; July 29, 1970, 84 Stat. 563, Pub. L. 91-358, title I, § 145(n).) HISTORICAL AND STATUTORY NOTES : Prior Codifications-1981 Ed., § 16-3543. 1973 Ed., § 16-3543.; DC CODE § 16-3543 Current through October 4, 2009

DC ST § 16-3544 formerly cited as DC ST 1981 § 16-3544

District of Columbia Official Code 2001 Edition Currentness
Division II. Judiciary and Judicial Procedure

Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

Chapter 35. Quo Warranto.

Subchapter III. Procedures and Judgments.

➡**§ 16-3544. Pleading; jury trial.**

In a quo warranto proceeding, the defendant may demur, plead specially, or plead "not guilty" as the general issue, and the United States or the District of Columbia, as the case may be, may reply as in other actions of a civil character. Issues of fact shall be tried by a jury if either party requests it. Otherwise they shall be determined by the court.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 603, Pub. L. 88-241, § 1; July 29, 1970, 84 Stat. 563, Pub. L. 91-358, title I, § 145(n).); HISTORICAL AND STATUTORY NOTES: Prior Codifications-1981 Ed., § 16-3544., 1973 Ed., § 16-3544., DC CODE § 16-3544 Current through October 4, 2009

DC ST § 16-3545 formerly cited as DC ST 1981 § 16-3545

District of Columbia Official Code 2001 Edition Currentness
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

     Chapter 35. Quo Warranto.

     Subchapter III. Procedures and Judgments.

    ➡§ 16-3545. Verdict and judgment.

Where a defendant in a quo warranto proceeding is found by the jury to have usurped, intruded into, or unlawfully held or exercised an office or franchise, the verdict shall be that he is guilty of the act or acts in question, and judgment shall be rendered that he be ousted and excluded therefrom and that the relator recover his costs.

CREDIT(S) : (Dec. 23, 1963, 77 Stat. 603, Pub. L. 88-241, § 1; July 29, 1970, 84 Stat. 563, Pub. L. 91-358, title I, § 145(n).); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3545., 1973 Ed., § 16-3545., DC CODE § 16-3545 Current through October 4, 2009

DC ST § 16-3548 formerly cited as DC ST 1981 § 16-3548

District of Columbia Official Code 2001 Edition Currentness
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

     Chapter 35. Quo Warranto.

     Subchapter III. Procedures and Judgments.

    ➡§ 16-3548. Recovery of damages from usurper; limitation.

At any time within a year from a judgment in a quo warranto proceeding, the relator may bring an action against the party ousted and recover the damages sustained by the relator by reason of the ousted party's usurpation of the office to which the relator was entitled.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 603, Pub. L. 88-241, § 1; July 29, 1970, 84 Stat. 564, Pub. L. 91-358, title I, § 145(n).); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3548., 1973 Ed., § 16-3548.; DC CODE § 16-3548
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

Chapter 37. Replevin.

### ➡§ 16-3701. Demand prior to action; costs.

In an action of replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 604, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3701., 1973 Ed., § 16-3701.; DC CODE § 16-3701 Current through October 4, 2009

DC ST § 16-3702 formerly cited as DC ST 1981 § 16-3702

District of Columbia Official Code 2001 Edition Currentness
  Division II. Judiciary and Judicial Procedure

   Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

   Chapter 37. Replevin.

### ➡§ 16-3702. Form of complaint.

A complaint in replevin shall be in the following or equivalent form:

"The plaintiff sues the defendant for (wrongly taking and detaining) (unjustly detaining) the plaintiff's goods and chattels, to wit: (describe them) of the value of ___ dollars. And the plaintiff claims that the same be taken from the defendant and delivered to him; or, if they are eloigned, that he may have judgment of their value and all mesne profits and damages, which he estimates at ___ dollars, besides costs."

CREDIT(S): (Dec. 23, 1963, 77 Stat. 604, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3702., 1973 Ed., § 16-3702.; DC CODE § 16-3702
Current through October 4, 2009.

DC ST § 16-3703 formerly cited as DC ST 1981 § 16-3703

District of Columbia Official Code 2001 Edition Currentness
  Division II. Judiciary and Judicial Procedure

   Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

   Chapter 37. Replevin.

**➡§ 16-3703. Affidavit; contents.**

At the time of filing a complaint in replevin, the plaintiff, his agent, or attorney shall file an affidavit stating that --

(1) according to affiant's information and belief, the plaintiff is entitled to recover possession of chattels proposed to be replevied, being the same described in the complaint;

(2) the defendant has seized and detained or detains the chattels; and

(3) the chattels were not subject to the seizure or detention and were not taken upon a writ of replevin between the parties.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 604, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3703., 1973 Ed., § 16-3703.; DC CODE § 16-3703
Current through October 4, 2009

DC ST § 16-3704 formerly cited as DC ST 1981 § 16-3704

District of Columbia Official Code 2001 Edition <u>Currentness</u>
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

      Chapter 37. Replevin.

**➡§ 16-3704. Undertaking to abide judgment of the court.**

At the time of filing a complaint in replevin, the plaintiff shall enter into an undertaking by himself or his agent with surety, approved by the clerk, to abide by and perform the judgment of the court.

CREDIT(S) : (Dec. 23, 1963, 77 Stat. 604, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3704., 1973 Ed., § 16-3704.; DC CODE § 16-3704
Current through October 4, 2009

DC ST § 16-3705 formerly cited as DC ST 1981 § 16-3705

District of Columbia Official Code 2001 Edition <u>Currentness</u>
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

      Chapter 37. Replevin.

**➡§ 16-3705. Failure of officer to obtain possession; procedure.**

When the officer's return of a writ of replevin issued pursuant to this subchapter is that he has served the defendant with copies of the complaint, affidavit, and summons, but that he could not obtain possession of the goods and chattels sued for, the plaintiff may prosecute the action for the value of the property and damages for detention, or he may renew the writ in order to obtain possession of the goods and chattels themselves.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 604, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3705., 1973 Ed., § 16-3705.; DC CODE § 16-3705
Current through October 4, 2009

DC ST § 16-3707 formerly cited as DC ST 1981 § 16-3707

District of Columbia Official Code 2001 Edition Currentness
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

      Chapter 37. Replevin.

      **➡§ 16-3707. Default.**

If, after notice as provided by section 16-3706, the defendant fails to appear, the court may proceed as in case of default after personal service.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 605, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3707., 1973 Ed., § 16-3707.; DC CODE § 16-3707
Current through October 4, 2009

DC ST § 16-3708 formerly cited as DC ST 1981 § 16-3708

District of Columbia Official Code 2001 Edition Currentness
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

      Chapter 37. Replevin.

      **➡§ 16-3708. Motion for return of property; procedure; objection to sufficiency of security.**

(a) On the taking possession of the goods and chattels by the marshal by virtue of a writ of replevin, the defendant may, on one day's notice to the plaintiff or his attorney, move for a return

of the property to his possession. Thereupon, the court may inquire into the circumstances and manner of the defendant's obtaining possession of the property, and, if it seems just, may order the property to be returned to the possession of the defendant, to abide the final judgment in the action. The court may require the defendant to enter into an undertaking with surety or sureties, similar to that required of the plaintiff upon the commencement of the action. In such case, the court shall render judgment against the surety or sureties, as well as against the defendant.

(b) When it appears that the possession of the property was forcibly or fraudulently obtained by the defendant, or that the possession, being first in the plaintiff, was procured or retained by the defendant without authority from the plaintiff, the court may refuse to order the return of the property to the possession of the defendant. The defendant may also, on similar notice, object to the sufficiency of the security in the undertaking of the plaintiff, and the court may require additional security, in default of which the property shall be returned to the defendant, but the action may proceed as if the property had not been taken.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 605, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3708., 1973 Ed., § 16-3708.; DC CODE § 16-3708
Current through October 4, 2009

DC ST § 16-3709 formerly cited as DC ST 1981 § 16-3709

District of Columbia Official Code 2001 Edition Currentness
  Division II. Judiciary and Judicial Procedure

    Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

      Chapter 37. Replevin.

        ➡§ 16-3709. Notice to officer of intention to move for return; duty of officer; time of motion.

If the defendant in an action of replevin notifies the officer taking possession of the property, in writing, of his intention to make either of the motions specified by section 16-3708, the officer shall retain possession of the property until the motion is disposed of, if the motion is filed and notice given, as provided by section 16-3708, to the plaintiff or his attorney, within two days thereafter.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 605, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3709., 1973 Ed., § 16-3709.: DC CODE § 16-3709
Current through October 4, 2009

DC ST § 16-3710 formerly cited as DC ST 1981 § 16-3710

Division II. Judiciary and Judicial Procedure

Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

Chapter 37. Replevin.

➡**§ 16-3710. Determination and measure of plaintiff's damages.**

Whether, in an action of replevin, the defendant answers and the issue thereon joined is found against him, or judgment is rendered against him on proper motion under rules of court, or he makes default after personal service or publication, the plaintiff's damages shall be ascertained by the jury trying the issue, where one is joined, or by a jury of inquest, where jury trial had been waived or there is no issue of fact, and the damages shall be the full value of the goods, if eloigned by the defendant, including, in every case, the loss sustained by the plaintiff by reason of the detention, and the judgment shall be rendered for the plaintiff accordingly.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 605, Pub. L. 88-241, § 1.); HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3710., 1973 Ed., § 16-3710.; DC CODE § 16-3710
Current through October 4, 2009

DC ST § 16-3713 formerly cited as DC ST 1981 § 16-3713

District of Columbia Official Code 2001 Edition Currentness
Division II. Judiciary and Judicial Procedure

Title 16. Particular Actions, Proceedings and Matters. (Refs & Annos)

Chapter 37. Replevin.

➡**§ 16-3713. Judgment where goods are eloigned.**

The judgment in a case where the defendant has eloigned the goods sued for, shall be that the plaintiff recover against the defendant the value of the goods as found and the damages so assessed, to be discharged by the return of the things, within ten days after the judgment, with damages for detention, which the jury shall also assess.

CREDIT(S): (Dec. 23, 1963, 77 Stat. 606, Pub. L. 88-241, § 1.);  HISTORICAL AND STATUTORY NOTES: Prior Codifications: 1981 Ed., § 16-3713., 1973 Ed., § 16-3713.; DC CODE § 16-3713

.

**Affirmant Affidavit in support of the Notice of Motion to Intervene as an Ex-relator Intervener-Plaintiff in Taitz v Obama DCD 10-cv-00151**

# Exhibit 1







Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn. New York
Zip Code exempt DMM 122-32
Christopher-Earl : Strunk ©
Not a corporation
Living-Soul
Declarant
No Third Parties

Barack Hussein Obama *in esse,*
a/k/a Barry Soetoro *in esse.*
a/k/a Barry Dunham *in esse,*
a/k/a Barry Durham *in esse*
DBA BARACK HUSSEIN OBAMA. INC.
SUPERVISOR(S). HEIR(S), AGENT(S).
ASSIGN(S)
In care of :
the AGENT IN CHARGE OF THE
UNITED STATES SECRET SERVICE
*Office of Government and Public Affairs*
245 Murray Drive.
Building 410,
Washington, DC 20223

NOTICE TO THE AGENT IS NOTICE TO  PRINCIPAL NOTICE TO PRINCIPAL
IS NOTICE TO AGENT
RE: OFFER OF CONTRACT
Received 20 January 2009 and received 21 January 2009

# FOR THE RECORD
## RETURN AND REDRAFT
## TIMELY, WITHOUT DISHONOR
## WITH THE RESTRICTED SPECIAL-APPEARANCE
## NOT A CORPORATION
### The Living-Soul

Attachments:

- Oath of 20 January 2009 offer for contract /Returned & Redrafted
- Oath of 21 January 2009 offer for contract /Returned & Redrafted
- Notice to the Clerk of Records
- Judicial Notice (page 1 of 2)
- Judicial Notice (page 2 of 2)

Under reserve with the copy-claim
without prejudice without recourse

By: *Christopher-Earl* © *in esse*
not a corporation        Living-Soul

Timely, without dishonor and with consideration is received and accepted for value
"Your" offer of contract is received and with consideration is
RETURNED to "You" in full accord under the UNIFORM WISHING NC
redrafted of My choosing under the UNIFORM
"You" in full accord and FAIR DEBT COLLECTION
CONTRACT with "You"
COMMERCIAL CODE (U.C.C.) and FAIR DEBT COLLECTION

I COMMERCIAL CODE (U.C.C.) and LENDING
Regulation Z, TRUTH AND LENDING
1. I do not know "You" ... come from
2. I do not know where "Your" intent
3. I do not understand "You" ... comply with 25 USC 6065 and ... under ...
   I do not recognize "You" ... with 25 USC 6065 autograph under ...
4. You have failed] to comply "Your" wet ink autograph of ...
5. others which require "Your" ... with 18 USC 1623
   the of penalties of perjury ... comply with the Constitution of ...
   "You" have failed] to comply ... with ... which relief ...
6. You have failed] to state a claim upon which ...
7. the United States.
   You have failed to state... Me or think "You"
8. can be granted. "You" are represented Me are Fired.
   and all- "You" are represented. Fired. "You" are Fired.
   "You" are hereby and forever Fired.

are representing Me... "You" are the officer not a corporation ...
"You" are Fired.

In the Special-Appearance by:
Living-Soul
Son-of-the-Most-High-God-
Yahweh in existence nunc pro
tunc the moment of Creation
Joint-Heir-with-His-Son Made
Debt-Free with the Yahshua,
Payment (consideration) of
His Blood, I Stand in the
Kingdom of the Most-High-
God Yahweh
under reserve, without prejudice.
dishonor, without recourse in good
without no dolus
faith, no dolus

BY:
Power-of-Attorney-in-Fact
ito Assured Value
Non-Assumpsit

Under reserve with the copy-claim
without prejudice  without recourse

By: ____  © in esse
not a corporation  Living-Soul



## NOTICE TO THE CLERK OF RECORDS

The minute you receive any record, document, paper, proceeding, map, book or other thing deposited with you, you are committing crimes against justice under Revised Statutes of the United States First Section 43 Congress. Sections 5403, 5407 and 5408 totaling up to $9,000 in fines and up to 12 years in prison per affidavit you fail to record. Title 18 USC Section 2071 also carries fines, imprisonment and disqualification of office. If your county attorney told you not to file any documents like mine, you are still responsible, as I do no accept any third-party-interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third-parties and do not have a license to make a legal determination in this matter as they do not represent Me and You, the county clerk, do not have the authority to represent Me. Should You fail to uphold Your sworn oath and perform your duties I will have no choice but to record an Affidavit of Criminal Complaint against Your and send a copy to Your bonding company.

Title LXX.—CRIMES.—CH.4. CRIMES AGAINST JUSTICE

SEC.5403. Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than tree years, or both: [See § § 5408,5411,5414.1] Title LXX.--- CRIMES --- CH.4 CRIMES AGAINST JUSTICE (Destroying, &c., public records.)

SEC.5407. If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1 Title LXX. --- CRIMES. --- CH.4. CRIMES AGAINST JUSTICE (Conspiracy to defeat enforcement of the laws.)

SEC.5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both, and shall moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States. (Destroying record by officer in charge.)

18 USCS SECTION 2071 (2002)

Section 2071. Concealment, removal, or mutilation generally

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fines under this title or imprisoned not more than three years, or both

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Under reserve with the copy-claim
without prejudice without recourse

By:

© in esse
not a corporation        Living-Soul

# [JUDICIAL NOTICE]

[While the misrepresentation of a material fact, past or present may constitute basis for an inference of legal "fraud," any act, omission or concealment which involves a breach of legal duty, trust, or confidence, justly reposed and is injurious to another, or by which an undue advantage is taken of another, may become the foundation for inference of fraud, and when there is a duty to speak, the concealment of a material fact may be equally as wrongful as a positive misrepresentation. Tex. Civ. App. 1943. *Ruebeck v. Hunt, 171 SW2d 895, affirmed 176 SW2d 7382 142 Tex.167i 150 A.L.R. 775.*]

[Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. Tex. 1987, *Fina Supply, Inc. v. Abilene National Bank, 726 SW2d 537*]

[We (judges) have no more right to decline the exercise of jurisdiction which is given, (this will include the county court of record judge Victor Carillo) than to usurp that which is not given. The one or the other would be treason to the Constitution." *Cohen v. Virginia, 6 Wheat. 264, (1821); U.S. v. Will, 499 U.S. 200.*]

["(W)hen a government becomes a partner in any trading company, it divests itself, so far as concerns the transactions of that company, of its sovereign character, and takes that of a private citizen...It descends to a level with those with whom it associate itself, and takes the character which belongs to its associates and to the business which is to be transacted." *Bank of United States v. Planters' Bank of Georgia. 22 U.S. 904(1824).*]

["The United States as drawee of commercial paper stands in no different light than any other drawee." "The United States does business on business terms. It is not exempted from the general rules governing the rights and duties of drawees by the largeness of its dealings and its having to employ agents to do what if done by a principal in person would leave no room for doubt." *Clearfield Trust Co. v. United States. 318 U. S. 363(1943).*]

["Courts enforcing mere statutes do not act judicially, but ministerially, having no judicial immunity, and unlike Courts of Law, do not obtain jurisdiction by service of process nor even by Arrest and Compelled Appearance." *Boswell v. Otis, 9 Howard 336. 348.*]

["Want of jurisdiction may not be cured by consent of the parties." *Industrial Addition Association v. C.I.R. 323 U.S. 310, 313.*]

Under reserve with the copy-claim
without prejudice, without recourse

By:                                © in esse
not a corporation            Living-Soul

[ Judicial Notice ]

1. ["A judgment rendered in violation of due process is void." *World Wide Volkswagon Woodsen,* 444 U.S. 286, 291; *National Bank v. Wiley,* 195 US 257; *Pennoyer v. Nef* 95 US 714]

[ "... the requirements of due process must be met before the court can properly assert *in personam* jurisdiction." *Wells Fargo v. Wells Fargo,* 556 F2d 406, 416.]

[. Notification of legal responsibility is "the first essential of due process of law." *Connally v. General Construction Co.,* 269 US 385,391]

[. "A statute which either forbids or requires the doing of an act in terms so vague that men of common intelligence must necessarily guess at its meaning and differ as to its application, violates the first essential of due process of law." *Connally v. General Construction Co.,* 269 U.S. 385,391]

[. "Whenever it appears that the court lacks subject matter jurisdiction, the court is obliged to dismiss the action." *Willy v. Coastal Corp.,* 503 U.S. 131, 136-37; *U. S. v. Texas,* 252 F. Supp 234, 254]

[. "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather should dismiss the action." *Melo v, U.S.,* 505 F.2d. 1026]

["There is no discretion to ignore lack of jurisdiction." *Joyce v. U.S.,* 474 F 2d 215]

Under reserve with the copy-claim
without prejudice, without recourse

By:

© in esse
not a corporation          Living-Soul

**Affirmant Affidavit in support of the Notice of Motion to Intervene as
an Ex-relator Intervener-Plaintiff in Taitz v Obama DCD 10-cv-00151**

# Exhibit 2

593 Vanderbilt Avenue, #281
Brooklyn, New York 11238
Christopher-Earl: Strunk © in esse

The Honorable Jeffrey Taylor
U.S. Attorney for the District of Columbia,
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

> Re: U.S. and ex rel. Strunk v Barack Hussein Obama in esse
> Subj: NOTICE of Verified Quo Warranto Complaint with Title 16
> Chapter 35 of The District Of Columbia Code in its entirety

The Honorable Jeffrey Taylor

I, Christopher-Earl : Strunk © in esse, relator, am the interested-party in the above referenced matter and hereby demand that your office institute a proceeding against in the name of the United States against the individual Barack Hussein Obama in esse (a/k/a Barry Soetoro) who within the District of Columbia usurps, intrudes into, or unlawfully exercises, a franchise conferred by the corporate United States office of the President (POTUS) for failing to prove eligibility as a natural-born-citizen with Article 2 Section 1 Clause 5 of the united States' Constitution as a matter of first impression. That Relator's original Verified Complaint is attached herewith, with the proviso that relator will use the duplicate to demand a **jury trial on the issues of fact and decision on question of first impression** with the District Judge in *Strunk v DOS et al.* 08-cv-2234 by Cross Motion to the Defendant's motion to dismiss on or before June 1, 2009 if within seven days your office has not responded in the affirmative, nevertheless will go to the District Court as of right.

Relator refers your Honor to what the Supreme Court of the united States (SCOTUS) held as instructive:

The seminal SCOTUS case which has interpreted the Quo Warranto statute is <u>Newman v. United States ex Rel. Frizzell</u>, 238 U.S. 537 (1915). The opinion serves as a thorough education on the history of quo warranto as well as the proper statutory interpretation. According to SCOTUS, *Newman* at 552, the statute applies to *any* public office:

> *The Revised Statutes declare that the District of Columbia shall be the seat of government, and "all offices attached to the seat of government shall be exercised in the District of Columbia." The Code ...provides that the... court shall have jurisdiction to grant quo warranto "against a person who unlawfully holds or exercises within the District a . . . public office, civil or military." It was probably because of this fact that national officers might be involved that the Attorney General of the United States was given power to institute such proceedings...*

1

*...the District Code, in proper cases, instituted by proper officers or persons, may be enforceable against national officers of the United States. The sections are therefore to be treated as general laws of the United States, not as mere local laws of the District. Being a law of general operation, it can be reviewed on writ of error from this Court. American Co. v. Commissioners of the District, 224 U. S. 491; McGowan v. Parish, 228 U. S. 317.*

The next essential decision is in Newman v. United States ex Rel. Frizzell, 238 U.S. 537 at 546 (1915), the Supreme Court interpreted the role of the AG and US attorney as follows:

*The District Code still treats usurpation of office as a public wrong which can be corrected only by proceeding in the name of the government itself. It permits those proceedings to be instituted by the Attorney General of the United States and by the attorney for the District of Columbia. By virtue of their position, they, at their discretion and acting under the sense of official responsibility, can institute such proceedings in any case they deem proper. But there are so many reasons of public policy against permitting a public officer to be harassed with litigation over his right to hold office that the Code not only does not authorize a private citizen, on his own motion, to attack the incumbent's title, but it throws obstacles in the way of all such private attacks. It recognizes, however, that there might be instances in which it would be proper to allow such proceedings to be instituted by a third person, but it provides that such "third person" must not only secure the consent of the law officers of the government, but the consent of the Supreme Court of the District of Columbia before he can use the name of the government in quo warranto proceedings.*

Further, in ANDRADE v. LAUER, 729 F.2d 1475, 234 U.S.App.D.C. 384 (1984), the Court of Appeals for the District of Columbia has held that the defacto officer's doctrine does not prohibit "collateral attacks" of official actions based upon a public officer's lack of eligibility. These are not quo warranto suits to remove the official, they are civil suits to challenge a specific action of that official.

In the Andrade case, the plaintiffs were Government employees who lost their jobs to "reduction in force" ordinances which cut whole departments from the Government budget. The plaintiffs sued alleging those who did the cutting were not Constitutionally qualified to make such decisions in that their appointments violated the appointments clause of the US Constitution.

The DC District Court held that the plaintiffs had no standing other than to bring a "direct attack" in quo warranto to remove the alleged usurper. But the DC Court of Appeals reversed and said the plaintiffs, who had suffered real injuries, could bring such an action on a case by case basis if they could prove their injury in fact (being fired) was caused by a Government official who was not eligible to serve.

Further, in UNITED STATES of America ex rel. STATE OF WISCONSIN v. FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION, 248 F.2d 804 (1957), the US court of Appeals, 7th Circuit, provided an on point discussion of quo warranto in the district courts:

*There have been submitted to this court only two instances in which original quo warranto jurisdiction has been specifically conferred upon federal district courts. The*

*revised statutes of 1878 vested jurisdiction in these courts of proceedings brought by the United States Attorney for the removal of persons holding office contrary to the Fourteenth Amendment. Rev.Stat., Sections 563(14), 626(14), (1786). This Act was repealed in the Judicial Code of 1911, 36 Stat. 1168. In 1901, Congress specifically authorized the United States District Court for the District of Columbia to issue quo warranto in the name of the United States. Act of March 3, 1901, 31 Stat. 1419, Title 16, Section 1601 of the D.C. Code (1940). However, this grant is strictly limited and is confined solely to situations involving franchises and public offices held within the District of Columbia. There is no other specific statutory provision vesting original jurisdiction in the district courts in quo warranto actions.*

Furthermore, before the Quo Warranto statute existed there is a precedent for a sitting, voted in, sworn in, Senator, Albert Gallatin was thrown out of office in 1793 for being constitutionally ineligible to be a Senator, not having the 9 year requirement as a U.S. citizen. The full congressional link and the procedure they used follows:

http://books.google.com/books?id=qkMFAAAAYAAJ&pg=PA223-IA8&lpg=PA223-IA8&dq=Albert+Gallatin+ineligible+Senator&source=bl&ots=GO4Ii8iPv7&sig=NVpzF2CVNYUnIWYpNdjESd9gvYA&hl=en&ei=YIiwSaOeOteitgfYilHEBw&sa=X&oi=book_result&resnum=5&ct=result#PPA221,M1

Relator in consideration of the above referenced SCOTUS and other decisions comes forth here with a direct not collateral attack upon the usurper intransigence who after all is in esse and merely poses as the corporate administrator POTUS. The Usurper as an individual in esse only has it in his interest to regain his corporate office were the issues of fact adjudicated.

1. That relator is the sovereign employer of the POTUS who exercises authority over my personal grant of power of attorney permission given to administer the united States of America (Inc.);

2. Relator duly fired Barack Hussein Obama in his corporate capacity for cause on January 23, 2009 after he took the oath of office by timely return of the offer of contract wishing no contract thereby revoked power of attorney due to his failure to prove eligibility as a natural born citizen;

3. That Barack Hussein Obama in esse usurps that office and presumably wishes to have a Quo Warranto forum to prove his eligibility to be able to return to the corporate office capacity as evidenced by the fact he simulates the corporate POTUS duties.

4. Further as to relator standing, as the particularized injury different than the general public, is evidenced by the related FOIA case where I complaint of injury and as a result of irreparable harm caused by the Usurper personally not only the particular speech injury and informational injury, but according to the opposition counsel I am to be sanctioned for something which as of right under statute I am entitled too and having been wrongly withheld by the POTUS Executive while under the Usurper.

5. The nature of my injury caused by the Usurper is the subject of my response in opposition to a partial dismissal as to the Usurper now in default and whose actions are void ab initio, and that the Defendant DOS answer to my complaint there demands further discovery with production of documents and interrogatories, and that this action is intertwined and inseparable.

I would be more than willing on or after June 1, 2009, to elaborate on this demand with an expanded memorandum that would also encompass the respectable work of the attorney Leo Donofrio, Esq. of New Jersey, Dr. Orly Taitz, Esq. of California, Mario Apuzzo, Esq. of New Jersey and John D. Hemenway, Esq. of Washington District of Columbia as none represent relator. However this is the required statutory notice of a pre-existing intent required of me.

On a personal note of great importance to me, I am a natural-born citizen of two married natural-born born citizens that makes me eligible to become president, however my son when reaching 35 and having resided in the USA for 14 years at election may not be a natural-born citizen because my wife at the time of his birth in New York was not a citizen and as such because there is no interpretation as to the nature of Article 2 Section 1 Clause 5 is a matter of first-impression dear to me and is effecting my liberty now onward.

Your immediate response to this urgent matter is warranted and by way of a copy the additional parties-in –interest listed below they too are duly notified. I may be reached during the day at (845) 901-6767.

Sincerely yours,

Dated: May 20, 2009
      Brooklyn, New York

Christopher-Earl: Strunk © in esse

Attached; Verified Quo Warranto Complaint with Demand for Jury Trial and Decision on Question of First Impression with exhibits

Cc:

    The Honorable Eric Holder
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    Barack Hussein Obama in esse
    c/o The White House
    1600 Pennsylvania Avenue NW
    Washington, DC 20500

    president@whitehouse.net, AskDOJ@usdoj.gov, dc.outreach@usdoj.gov

SERVICE of NOTICE of Relator's Verified Quo Warranto Complaint affirmed 5-19-09 - Yahoo! Mail


YAHOO! MAIL
Classic

**SERVICE of NOTICE of Relator's Verified Quo Warranto Complaint affirmed 5-19-09**

Wednesday, May 20, 2009 3:06 PM

From: "Christopher Strunk" <cestrunck@yahoo.com>

To: president@whitehouse.net, AskDOJ@usdoj.gov, dc.outreach@usdoj.gov

Cc: joel.graber@oag.state.ny.us, DR_taitz@yahoo.com, johndhennenway@comcast.net, apuzzo@erols.com, leo_donofrio2000@yahoo.com, cestrunck@yahoo.com

NOTICE_of_Relator_Quo_Warranto_Verified_Complaint_w_Exhibits_052009.pdf (2739KB)

service sent via regular and certified mail to Attorney General Eric Holder 70090080000239518358as well as to the U.S. Attorney for the
Obama in esse 70090080000239502364

593 Vanderbilt Avenue, #281
Brooklyn, New York 11238
Christopher-Earl: Strunk © in esse

The Honorable Jeffrey Taylor
U.S. Attorney for the District of Columbia .
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

The Honorable Jeffrey Taylor

Re: U.S. and ex rel. Strunk v Barack Hussein Obama in esse
Subj: NOTICE of Verified Quo Warranto Complaint with Title 16
Chapter 35 of The District Of Columbia Code in its entirety

1. Christopher-Earl : Strunk © in esse, relator, am the interested-party in the above referenced matter and hereby demand that your off
Barack Hussein Obama in esse (a/k/a Barry Soetoro) who within the District of Columbia usurps, intrudes into, or unlawfully exercises, a franchise confer

U.S. an␣ ␣x Rel. Strunk v. Barack Hussein Obama ␣CDC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------

**In the Quo Warranto matter of the united States of America**

**and ex relator  Christopher-Earl : Strunk © in esse**

**Plaintiff / Relator**

**v.**

**Barack Hussein Obama (a/k/a Barry Soetoro) in esse**

**Defendant / Respondent**

-----------------------------------------------------

# QUO WARRANTO COMPLAINT WITH DEMAND FOR JURY TRIAL AND DECISION ON QUESTION OF FIRST IMPRESSION

Plaintiff/Relator, Christopher-Earl : Strunk © in esse, in the name of the united States of

America brings this Verified Complaint under Federal Rules of Civil Procedure Rule  (FRCvP)

81(a)(2) first offered for action by the District Attorney for the  Washington District of

Columbia, with TITLE 16 CHAPTER 35 (Quo Warranto) OF THE DISTRICT OF COLUMBIA

CODE in its entirety [1] with allegations of usurpation  of  Office of the President and failure of

duty against Defendant / Respondent as follows:

---

[1] Chapter 35§ 16-3501 Persons against whom issued; civil action. states: A quo warranto may be issued from the United States District Court for the District of Columbia in the name of the United States against a person who within the District of Columbia usurps, intrudes into, or unlawfully holds or exercises, a franchise conferred by the United States or a public office of the United States, civil or military. The proceedings shall be deemed a civil action.
Chapter 35§ 16-3502 states: The Attorney General of the United States or the United States attorney may institute a proceeding pursuant to this subchapter on his own motion or on the relation of a third person.
Chapter 35§ 16-3503 states: If the Attorney General or United States attorney refuses to institute a quo warranto proceeding on the request of a person interested, the interested person may apply to the court by certified petition for leave to have the writ issued.
Chapter 35§ 16-3544 states: In a quo warranto proceeding, the defendant may demur, plead specially, or plead "not guilty" as the general issue, and the United States or the District of Columbia, as the case may be, may reply as in other actions of a civil character. Issues of fact shall be tried by a jury if either party requests it. Otherwise they shall be determined by the court.

U.S. and ex Rel. Strunk v. Barack Hussein Obama ᴐCDC

1.  This Complaint is to be heard with 28 USC §1345 in this particular District Court for the District of Columbia that affords the proper venue under 28 USC §1391 (e) (2) for this action in that Defendant in esse is usurping the Corporate office of the President of the united States of America (POTUS) located within the District of Columbia and the failure of the Defendant in esse to act in good faith with his corporate duty within the District of Columbia.

2.  This Petition demands *the Quo Warranto Act* mandates this Court to create a jury trial to determine the issue of facts: (i) where Defendant was born and (ii) whether or not both his parents were united States' Citizens at his birth; and thereafter a trial on the facts that the Court as a matter of first impression must determine the law as to what is the natural-born-citizen requirement of Article 2 Section 1 Clause 5 of the united States' Constitution.

3.  This action demands to compel Defendant to show cause why he should not by removed from the POTUS office as a usurper for his ineligibility with Article 2 Section 1 Clause 5 and the 25th Amendment to the Constitution as applies to Article 2 Section 1 Clause 6.

4.  In support of this verified complaint with two cause, Plaintiff avers the following:

5.  Relator, Christopher-Earl: Strunk © in esse  (hereinafter "Plaintiff", "Relator"), is an individual who resides with place for service at 593 Vanderbilt Avenue #281 Brooklyn, NY 11238; Email: cestrunck@yahoo.com, SKYPE: cestrunk.

6.  That Plaintiff is a natural-born citizen of New York with both Parents being citizens there in the city of New York at the time of Plaintiff's birth, that both Parents were married, and also natural-born citizens of the united States of America (USA).

7.  That Plaintiff is eligible to become the President of the united States of America (POTUS) unlike Defendant because I meet the three requirements of eligibility:  be at least 35 years of age, 14 years resident of the USA and be a natural born citizen at birth.

U.S. and ⌐ѧ Rel. Strunk v. Barack Hussein Obama ⌐CDC

8. That Plaintiff makes a special-appearance in this action without relinquishing sovereignty and or any inalienable individual right.

9. In explanation, Plaintiff's Special-Appearance is as a Living-Soul Son-of-the Most-High-God-Yahweh in existence *nunc pro tunc* the moment of Creation in Joint-Heir-with-His-Son Made Debt-Free with the Yahshua Payment (consideration) of His Blood, in which Strunk Stands in the Kingdom of the Most-High-God Yahweh, and that is under reserve, without dishonor, without prejudice, without recourse in good faith, *no dolus;* and that this court and or any temporal entity or person is unable to offer a higher consideration.

10. That Plaintiff has inalienable individual rights as described by the Declaration of Independence of 1776 that pre-existed the creation of the united States' Constitution.

11. That Plaintiff is the creator of the united States' Constitution *nunc pro tunc* at the moment of his Creation as an inheritance upon birth as a natural born-citizen.

12. That the Federal government is created by Plaintiff's sovereign authority to protect his inalienable individual rights and to define express limited rights for government to operate by.

13. That Plaintiff authority creates the corporate office of the President of the united States of America, POTUS, to which Defendant Barack Hussein Obama was questionably elected without presenting eligibility proof of his qualifications other than his opinion he was somehow eligible.

14. That Article 2 Section 1 Clause 5 of the united States' Constitution is controlling and only requires three qualification be proven to be eligible for assuming the corporate office of the Presidency, i.e. an applicant shall be 35 years of age, 14 years resident of united States of America and a natural-born-citizen; this is a case of first impression about natural-born-citizen

15. Defendant, Barack Hussein Obama (a/k/a Barry Soetoro) is located for service in care of the White House 1600 Pennsylvania Avenue N.W. Washington, D.C. 20500.

16. Respondent Obama is not a USA "natural born" citizen eligible to serve as the united States President, pursuant to the united States Constitution, Article II, Section 1, Clause 5.

17. Although Mr. Obama claims to have been born in two (2) separate hospitals in Hawaii, he was actually born in Mombassa, Kenya to his mother a U.S.A. citizen and his father a Kenyan National within the United Kingdom with law and Monarchy that governs.

18. That Mr. Obama Jr.'s natural father Mr. Obama Senior, was a British Citizen governed under the laws of the United Kingdom married to Mr. Obama Jr.'s mother Stanley Ann Dunham at the time of Mr. Obama Jr.'s birth on August 4, 1961.

19. Defendant Obama admits that his father at the time of his birth was a citizen of the United Kingdom and that the British Nationality Act of 1948 governs dual citizenship at birth.

20. That Defendant Obama acknowledges by endorsing Senate Resolution 511 you need 2 U.S.A. Citizen parents to be qualified to be a natural born citizen.

21. That Rep. John Bingham, author of the 14th Amendment, Congressional Globe, 39th, 1st Sess., pg 1291 (March 9, 1866) stated: "… every human being born within the jurisdiction of the United States of parents not owing allegiance to any foreign sovereignty is, in the language of your Constitution itself, a natural-born citizen."

22. Defendant Obama has been asked for his "vault" version birth certificate; however, he has refused, which has prompted law suits across the United States.

23. Instead, Mr. Barry Soetoro and or his agent(s) placed an image of a Hawaiian Certification of Live Birth (COLB), which is issued for all birth's registered in the State of Hawaii; the COLB, does not prove "natural born" citizenship or birth in Hawaii.

24. A COLB is sufficient proof of citizenship; however, it does not prove "natural born" citizenship, a COLB is issued to those who are simply "naturalized".

U.S. an⌐ ⌐x Rel. Strunk v. Barack Hussein Obam⌐ ⌐CDC

## AS AND FOR THE FIRST CAUSE OF ACTION

### (For Defendant's default and Failure to
### Reply to the return of contract further acts are void ab initio)

25. Plaintiff repeats each and every allegation contained in the above introduction and

paragraphs 1 through 24 with the same force and effect as though herein set forth at length.

26. That on January 23, 2009 within 72-hours from Barack Hussein Obama's offer of His

contract of Oath received by Plaintiff on 20 January 2009 and again on 21 January 2009

respectively, Plaintiff provided a timely return response by Registered mail with the United

States Postal Service (USPS) in care of the Agent in Charge of the united States' Secret Service

with NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS

NOTICE TO AGENT and FOR THE RECORD, and that both were accepted for value, timely

without dishonor and with consideration returned redrafted in the offer of contract of Plaintiff's

choosing wishing no contract in full accord with the Unified Commercial Code (U.C.C.); for a

true copy of the original see **Exhibit  A**.

27.  That Plaintiff's return response shown as Exhibit A by Registered mail with the USPS in

care of the Agent in Charge of the Secret Service with Registered mail Label/Receipt Number:

RE40 0301 908US was delivered at 8:07 AM on January 27, 2009 in WASHINGTON, DC

20223, for a copy of the USPS Tracking record and proof of service by registered mail see

**Exhibit B**.

28. That Plaintiff has received no reply from Defendant Barack Hussein Obama and or his

Agent(s) and remains in office as a usurper despite having been fired.

29. That Defendant Obama in esse fails to reply and is in default to Plaintiff.

30. Defendant Obama in esse is the usurper that has seized the corporate office of the united

States of America Presidency.

31. Defendant Obama in esse is the usurper whose actions while pretending as if the corporate office of the united States of America Presidency are void ab initio.

32. That Plaintiff as the nunc pro tunc creator of the USA presupposes that the Federal Constitution is still in effect with full force even under the 1929 reorganization plan that after 1933 with "*the Switch in Times Cases*" in re  *United States v. the united States of America, Inc.*, series of SCOTUS cases that allow the creditors to put the united States of America Inc. through bankruptcy reorganization that in the process transforms the office of the President per se into the Trustee administrator for the U.S.A. debtor in control of the assets under the bankruptcy reorganization plan.

33. That the united States of America, Inc. was created when under the first method to repay the revolutionary War debt the Articles of Confederation failed necessitated the adoption of the second repayment plan method with the stronger Federal Union in 1789, that then without debt repayment in 1859 again was transformed the third time promulgating the war between the states, which then re-emerges as the Jesuit's 14th Amendment America for the fourth time in 1929 with the *Switch in Time cases* that transformed the Constitution so that with the *Administrative Procedures Act* of 1948 when Administrator Clinton *found* 5 trillion Dollars to pay the debt, but rather than to pay the debt eliminated the *Glass- Stegall Act* of 1933 and continues the multi-level ponzi scheme again beyond five levels, notwithstanding the SCOTUS dicta against operation beyond the fifth reorganization cited in *the Amway Case* decision.

34. Relator / Plaintiff has suffered an informational injury as a voter and member of the public; and by the lack of information on Mr. Barry Soetoro's citizenship, Defendant continued usurpation is taking Plaintiffs property without substantive due process afforded that undermines Plaintiff's sovereignty and inalienable liberty.

U.S. an⌐ ⌐x Rel. Strunk v. Barack Hussein Obama ⌐CDC

## AS AND FOR THE SECOND CAUSE OF ACTION

### (For Defendant's action to pay the debt with debt)

35. Plaintiff repeats each and every allegation contained in the above introduction and

paragraphs 1 through 34 with the same force and effect as though herein set forth at length.

36. Defendant Obama has publicly announced he is paying the debt of the USA with debt,

which is a Federal fraud crime when payment of debt may only be in specie, takes my property.

37. For the above aforementioned reasons, the above requested documents are of great public

interest and without receiving eligibility proof, Plaintiff liberty is at risk were the usurper of the

POTUS administrator which constitutes a huge National Security dilemma to continue.

**Wherefore**, Relator demands this Court to create a jury trial with the Quo Warranto Act  to

determine the issue of facts: (i) where Defendant was born and (ii) whether or not both his

parents were united States' Citizens at his birth; and thereafter a trial on the facts that the Court

as a matter of first impression must determine the law as to what is the natural-born-citizen

requirement of Article 2 Section 1 Clause 5 of the united States' Constitution, that the Court

order the removal of the Usurper or legitimize the POTUS administrator, and provide further and

different relief for Justice herein.

Respectfully demanded by,

Dated:  May 19th , 2009                                      /s/ *Christopher-Earl : Strunk*, in esse
            Brooklyn, New York                               _____
                                                                            Christopher-Earl : Strunk © in esse

Attached Exhibits A through B

 cc: sent via regular and certified mail to Attorney General Eric Holder as well as to the U.S.
Attorney for the District of Columbia, Mr. Jeffrey Taylor; and
Barack Hussein Obama in esse

U.S. an‿ ‿x Rel. Strunk v. Barack Hussein Obama ‿CDC

# VERIFICATION

**STATE OF NEW YORK**    )
                                              ) ss.
**COUNTY OF KINGS**        )

Accordingly, I, Christopher-Earl: Strunk © in esse, by special-appearance being duly sworn, depose and say under penalty of perjury:

   1.   That I am the Plaintiff / Relator, Christopher-Earl: Strunk © in esse, with place for service at 593 Vanderbilt Avenue #281 Brooklyn, New York 11238.

   2.   That I am the sovereign employer of the POTUS who exercises authority over my grant of power of attorney permission given to administer the united States of America Inc.

   3.   I duly fired Barack Hussein Obama (Respondent) for cause on January 23, 2009 after he took the oath of office by timely return of the offer of contract wishing no contract thereby revoked power of attorney due to his failure to prove eligibility as a natural born citizen.

   4.   That Respondent in esse usurps that office and presumably wishes to have a Quo Warranto forum to prove his eligibility to be able to return to the corporate office capacity.

   5.   I hereby give my permission for a Quo Warranto jury trial of the issue of facts.

   6.   I have read the above Quo Warranto Complaint With Demand For Jury Trial And Decision On Question Of First Impression with exhibits attached and aver that it is related to the FOIA Case 08-cv-2234 for Extraordinary Relief in the Nature of a Writ of Mandamus and I know its contents; the facts stated in the Complaint herein are true to my own personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge. except as to those stated upon information and belief, which I believe to be true.

/s/ *Christopher-Earl : Strunk*, in esse

_____
Christopher-Earl : Strunk © in esse

Sworn to before me
This 19th day of May 2009

/s/

_____
Notary Public

QUO WARRANTO COMPLAINT WITH DEMAND FOR JURY TRIAL
AND DECISION ON QUESTION OF FIRST IMPRESSION

**EXHIBIT A**







Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl : Strunk ©
Not a corporation
Living-Soul
Declarant
No Third Parties

Barack Hussein Obama *in esse*,
a/k/a Barry Soetoro *in esse*,
a/k/a Barry Dunham *in esse*,
a/k/a Barry Durham *in esse*
DBA BARACK HUSSEIN OBAMA. INC.
SUPERVISOR(S). HEIR(S), AGENT(S).
ASSIGN(S)
In care of :
the AGENT IN CHARGE OF THE
UNITED STATES SECRET SERVICE
*Office of Government and Public Affairs*
245 Murray Drive.
Building 410,
Washington, DC 20223

NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL
IS NOTICE TO AGENT
RE: OFFER OF CONTRACT
Received 20 January 2009 and received 21 January 2009

# FOR THE RECORD
## RETURN AND REDRAFT
## TIMELY, WITHOUT DISHONOR
## WITH THE RESTRICTED SPECIAL-APPEARANCE
## NOT A CORPORATION
## The Living-Soul

Attachments:

- Oath of 20 January 2009 offer for contract /Returned & Redrafted
- Oath of 21 January 2009 offer for contract /Returned & Redrafted
- Notice to the Clerk of Records
- Judicial Notice (page 1 of 2)
- Judicial Notice (page 2 of 2)

Under reserve with the copy-claim
without prejudice. without recourse

By. _____  © in esse
not a corporation    Living-Soul

OFC

"Your" offer of contract is received and accepted for value
Timely without dishonor and with consideration IS
RETURNED to "You" redrafted of My choosing WISHING RC
CONTRACT with "You" in full accord under the UNIFORM
COMMERCIAL CODE (U.C.C.) and FAIR DEBT COLLECTION
Regulation Z, TRUTH AND LENDING

1. I do not know "You"
2. I do not know where "You" come from
3. I do not understand "Your" intent
4. I do not recognize "You"
5. "You have fail[ed] to comply with 26 USC 6065 and others which require "Your" wet-ink autograph under the of penalties of perjury
6. "You" have fail[ed] to comply with 18 USC 1623
7. "You" have fail[ed] to comply with the Constitution of the United States.
8. "You" have fail[ed] to state a claim upon which relief can be granted.

If "You" and all "You" – are representing Me or think "You" are representing Me.. "You" are Fired. "You" are Fired. "You" are Fired. "You" are hereby and forever Fired.

In the Special-Appearance by: not a corporation Living-Soul Son-of-the-Most-High-God-Yahweh in existence nunc pro tunc the moment of Creation Joint-Heir-with-His-Son Made Debt-Free with the Yahshua Payment (consideration) of His Blood. I Stand in the Kingdom of the Most-High-God Yahweh.

Under reserve, without dishonor, without prejudice, without recourse, in good faith, no dolus

By: [signature] 1/22/09

Power-of-Attorney-In-Fact
No Assured Value
Non-Assumpsit

[illegible] congratulations again

[illegible]

Roberts: "I, Barack Hussein Obama do solemnly swear"

President Obama: "I, Barack Hussein Obama, do solemnly swear"

Roberts: "That I will faithfully execute the office of President of the United States."

President Obama: "That I will faithfully execute the office of president of the United States."

Roberts: "And will to the best of my ability"

President Obama: "And will to the best of my ability"

Roberts: "Preserve, protect and defend the constitution of the United States."

President Obama: "Preserve, protect and defend the constitution of the United States."

Roberts: "So help me God."

President Obama: "So help me God."

Under reserve with the copy-claim
without prejudice without recourse

By: [signature] 1/13/09 © in esse
not a corporation Living-Soul

2 of 6



Roberts Obama standing while reciting 35-word oath

Under reserve with the copy-claim
without prejudice, without recourse

By:

© in esse
not a corporation   Living-Soul

## NOTICE TO THE CLERK OF RECORDS

The minute you receive any record, document, paper, proceeding, map, book or other thing deposited with you, you are committing crimes against justice under Revised Statutes of the United States First Section 43 Congress. Sections 5403, 5407 and 5408 totaling up to $9,000 in fines and up to 12 years in prison per affidavit you fail to record. Title 18 USC Section 2071 also carries fines, imprisonment and disqualification of office. If your county attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third-party-interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third-parties and do not have a license to make a legal determination in this matter as they do not represent Me and You, the county clerk, do not have the authority to represent Me. Should You fail to uphold Your sworn oath and perform your duties I will have no choice but to record an Affidavit of Criminal Complaint against Your and send a copy to Your bonding company.

Title LXX.—CRIMES.—CH.4. CRIMES AGAINST JUSTICE

SEC.5403. Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than tree years, or both: [See § § 5408,5411,5414.1] Title LXX.--- CRIMES.--- CH.4. CRIMES AGAINST JUSTICE (Destroying, &c., public records.)

SEC.5407. If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1 Title LXX. --- CRIMES. --- CH.4. CRIMES AGAINST JUSTICE (Conspiracy to defeat enforcement of the laws.)

SEC.5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both, and shall moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States. (Destroying record by officer in charge.)

18 USCS SECTION 2071 (2002)

Section 2071. Concealment, removal, or mutilation generally

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fines under this title or imprisoned not more than three years, or both

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Under reserve with the copy-claim
without prejudice, without recourse

By, _____   © in esse
not a corporation   Living-Soul

# [JUDICIAL NOTICE]

[While the misrepresentation of a material fact, past or present may constitute basis for an inference of legal "fraud," any act, omission or concealment which involves a breach of legal duty, trust, or confidence, justly reposed and is injurious to another, or by which an undue advantage is taken of another, may become the foundation for inference of fraud, and when there is a duty to speak, the concealment of a material fact may be equally as wrongful as a positive misrepresentation. Tex. Civ. App. 1943. *Ruebeck v. Hunt, 171 SW2d 895, affirmed 176 SW2d 7382 142 Tex. 167i 150 A.L.R. 775.*]

[Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. Tex. 1987. *Fina Supply, Inc. v. Abilene National Bank. 726 SW2d 537*]

[We (judges) have no more right to decline the exercise of jurisdiction which is given, (this will include the county court of record judge Victor Carillo) than to usurp that which is not given. The one or the other would be treason to the Constitution." *Cohen v. Virginia. 6 Wheat. 264. (1821); U.S. v. Will. 499 U.S. 200.*]

["(W)hen a government becomes a partner in any trading company, it divests itself, so far as concerns the transactions of that company, of its sovereign character, and takes that of a private citizen...It descends to a level with those with whom it associate itself, and takes the character which belongs to its associates and to the business which is to be transacted." *Bank of United States v. Planters' Bank of Georgia. 22 U.S. 904(1824).*]

[" The United States as drawee of commercial paper stands in no different light than any other drawee." "The United States does business on business terms. It is not exempted from the general rules governing the rights and duties of drawees by the largeness of its dealings and its having to employ agents to do what if done by a principal in person would leave no room for doubt." *Clearfield Trust Co. v. United States. 318 U.S. 363(1943).*]

["Courts enforcing mere statutes do not act judicially, but ministerially, having no judicial immunity, and unlike Courts of Law, do not obtain jurisdiction by service of process nor even by Arrest and Compelled Appearance." *Boswell v. Otis, 9 Howard 336. 348.*]

["Want of jurisdiction may not be cured by consent of the parties." *Industrial Addition Association v. C.I.R.. 323 U.S. 310, 313.*]

Under reserve with the copy-claim
without prejudice, without recourse

By: ꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏꞏ                    © in esse
not a corporation          Living-Soul

5 of 6

[ Judicial Notice ]

1. ["A judgment rendered in violation of due process is void." *World Wide Volkswagon Woodsen,* 444 U.S. 286, 291; *National Bank v. Wiley,* 195 US 257; *Pennoyer v. Nef,* 95 US 714]

[ "... the requirements of due process must be met before the court can properly assert *in personam* jurisdiction." *Wells Fargo v. Wells Fargo,* 556 F2d 406, 416.]

[. Notification of legal responsibility is "the first essential of due process of law." *Connally v. General Construction Co.,* 269 US 385,391]

[. "A statute which either forbids or requires the doing of an act in terms so vague that men of common intelligence must necessarily guess at its meaning and differ as to its application, violates the first essential of due process of law." *Connally v. General Construction Co.,* 269 U.S. 385,391]

[. "Whenever it appears that the court lacks subject matter jurisdiction, the court is obliged to dismiss the action." *Willy v. Coastal Corp.,* 503 U.S. 131, 136-37; *U. S. v. Texas,* 252 F. Supp 234, 254]

[. "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather should dismiss the action." *Melo v, U.S.,* 505 F.2d. 1026]

["There is no discretion to ignore lack of jurisdiction." *Joyce v. U.S.,* 474 F 2d 215]

Under reserve with the copy-claim without prejudice, without recourse

By: *signature*                   © in esse
not a corporation        Living-Soul

QUO WARRANTO COMPLAINT WITH DEMAND FOR JURY TRIAL
AND DECISION ON QUESTION OF FIRST IMPRESSION

**EXHIBIT B**

 **UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE40 0301 908U S
Status: Delivered

Your item was delivered at 8:07 AM on January 27, 2009 in
WASHINGTON, DC 20223.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

# EXHIBIT 13



=======================================
JAF 31st STREET WS T-1
NEW YORK, New York
101999004
3558250157-0097
01/23/2009 (212)330-2183 02:50:38 AM
=======================================
========= Sales Receipt =========

| Product Description | Sale Qty | Unit Price | Final Price |
| --- | --- | --- | --- |
| WASHINGTON DC 20223 | | | $0.59 |
| Zone-3 First-Class Letter | | | |
| 1.60 oz. | | | |
| Return Rcpt (Green Card) | | | $2.20 |
| ˜˜ Registered | | | $10.00 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | | | |
| RE400301908US | | | |

```
                        ========
Issue PVI:                $12.79

                        ==========
Total:                    $12.79

Paid by:
Cash                      $20.00
Change Due:               -$7.21
```

˜˜ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000300668752
Clerk:34

All sales final on stamps and
postage
Refunds for guaranteed services only
Thank you for your business
****************************************
****************************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

**Card 1**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  □ Agent  □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

1. Article Addressed to:

The Honorable Eric Holder
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered   ☒ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)

7009 0080 0002 3951 8358

PS Form 3811   Domestic Return Receipt   102595-02-M-1540

---

**Card 2**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  □ Agent  □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

MAY 28 2009

1. Article Addressed to:

The Honorable Jeffrey Taylor
U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered   ☒ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)

7009 0080 0002 3950 2371

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Card 3**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
THE WHITE HOUSE OFFICE   □ Agent
WASHINGTON, D. C. 20500   □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   G.                            JUN 10 2009

D. Is delivery address different from item 1? □ Yes
   If YES, enter address below: □ No

1. Article Addressed to:

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered   ☒ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)

7009 0080 0002 3950 2364

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Affirmant Affidavit in support of the Notice of Motion to Intervene as an Ex-relator Intervener-Plaintiff in Taitz v Obama DCD 10-cv-00151**

# Exhibit 3

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------

### In the Quo Warranto matter of the united States of America

### and ex relator  Christopher-Earl : Strunk © in esse

### Plaintiff / Relator

### v.

### Barack Hussein Obama (a/k/a Barry Soetoro) in esse

### Defendant / Respondent

---------------------------------------------------

# QUO WARRANTO COMPLAINT WITH DEMAND FOR JURY TRIAL
# AND DECISION ON QUESTION OF FIRST IMPRESSION

Plaintiff/Relator, Christopher-Earl : Strunk © in esse, in the name of the united States of

America brings this Verified Complaint under Federal Rules of Civil Procedure Rule  (FRCvP)

81(a)(2) first offered for action by the District Attorney for the  Washington District of

Columbia, with TITLE 16 CHAPTER 35 (Quo Warranto) OF THE DISTRICT OF COLUMBIA

CODE in its entirety [1] with allegations of usurpation  of  Office of the President and failure of

duty against Defendant / Respondent as follows:

---

[1] Chapter 35§ 16-3501 Persons against whom issued; civil action. states: A quo warranto may be issued from the United States District Court for the District of Columbia in the name of the United States against a person who within the District of Columbia usurps, intrudes into, or unlawfully holds or exercises, a franchise conferred by the United States or a public office of the United States, civil or military. The proceedings shall be deemed a civil action.
Chapter 35§ 16-3502 states: The Attorney General of the United States or the United States attorney may institute a proceeding pursuant to this subchapter on his own motion or on the relation of a third person.
Chapter 35§ 16-3503 states: If the Attorney General or United States attorney refuses to institute a quo warranto proceeding on the request of a person interested, the interested person may apply to the court by certified petition for leave to have the writ issued.
Chapter 35§ 16-3544 states: In a quo warranto proceeding, the defendant may demur, plead specially, or plead "not guilty" as the general issue, and the United States or the District of Columbia, as the case may be, may reply as in other actions of a civil character. Issues of fact shall be tried by a jury if either party requests it. Otherwise they shall be determined by the court.

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

1. This Complaint is to be heard with 28 USC §1345 in this particular District Court for the
District of Columbia that affords the proper venue under 28 USC §1391 (e) (2) for this action in
that Defendant in esse is usurping the Corporate office of the President of the united States of
America (POTUS) located within the District of Columbia and the failure of the Defendant in
esse to act in good faith with his corporate duty within the District of Columbia.

2. This Petition demands the Quo Warranto Act mandates this Court to create a jury trial to
determine the issue of facts: (i) where Defendant was born and (ii) whether or not both his
parents were united States' Citizens at his birth; and thereafter a trial on the facts that the Court
as a matter of first impression must determine the law as to what is the natural-born-citizen
requirement of Article 2 Section 1 Clause 5 of the united States' Constitution.

3. This action demands to compel Defendant to show cause why he should not by removed
from the POTUS office as a usurper for his ineligibility with Article 2 Section 1 Clause 5 and the
25th Amendment to the Constitution as applies to Article 2 Section 1 Clause 6.

4. In support of this verified complaint with two cause, Plaintiff avers the following:

5. Relator, Christopher-Earl: Strunk © in esse (hereinafter "Plaintiff", "Relator"), is an
individual who resides with place for service at 593 Vanderbilt Avenue #281 Brooklyn, NY
11238; Email: cestrunck@yahoo.com, SKYPE: cestrunk.

6. That Plaintiff is a natural-born citizen of New York with both Parents being citizens there
in the city of New York at the time of Plaintiff's birth, that both Parents were married, and also
natural-born citizens of the united States of America (USA).

7. That Plaintiff is eligible to become the President of the united States of America
(POTUS) unlike Defendant because I meet the three requirements of eligibility: be at least 35
years of age, 14 years resident of the USA and be a natural born citizen at birth.

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

8. That Plaintiff makes a special-appearance in this action without relinquishing sovereignty and or any inalienable individual right.

9. In explanation, Plaintiff's Special-Appearance is as a Living-Soul Son-of-the Most-High-God-Yahweh in existence *nunc pro tunc* the moment of Creation in Joint-Heir-with-His-Son Made Debt-Free with the Yahshua Payment (consideration) of His Blood, in which Strunk Stands in the Kingdom of the Most-High-God Yahweh, and that is under reserve, without dishonor, without prejudice, without recourse in good faith, *no dolus;* and that this court and or any temporal entity or person is unable to offer a higher consideration.

10. That Plaintiff has inalienable individual rights as described by the Declaration of Independence of 1776 that pre-existed the creation of the united States' Constitution.

11. That Plaintiff is the creator of the united States' Constitution *nunc pro tunc* at the moment of his Creation as an inheritance upon birth as a natural born-citizen.

12. That the Federal government is created by Plaintiff's sovereign authority to protect his inalienable individual rights and to define express limited rights for government to operate by.

13. That Plaintiff authority creates the corporate office of the President of the united States of America, POTUS, to which Defendant Barack Hussein Obama was questionably elected without presenting eligibility proof of his qualifications other than his opinion he was somehow eligible.

14. That Article 2 Section 1 Clause 5 of the united States' Constitution is controlling and only requires three qualification be proven to be eligible for assuming the corporate office of the Presidency, i.e. an applicant shall be 35 years of age, 14 years resident of united States of America and a natural-born-citizen; this is a case of first impression about natural-born-citizen

15. Defendant, Barack Hussein Obama (a/k/a Barry Soetoro) is located for service in care of the White House 1600 Pennsylvania Avenue N.W. Washington, D.C. 20500.

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

16. Respondent Obama is not a U.S. "natural born" citizen eligible to serve as the united States President, pursuant to the united States Constitution, Article II, Section 1, Clause 5.

17. Although Mr. Obama claims to have been born in two (2) separate hospitals in Hawaii, he was actually born in Mombassa, Kenya to his mother a U.S. citizen and his father a Kenyan National within the United Kingdom with law and Monarchy that governs.

18. That Mr. Obama Jr.'s natural father Mr. Obama Senior, was a British Citizen governed under the laws of the United Kingdom married to Mr. Obama Jr.'s mother Stanley Ann Dunham at the time of Mr. Obama Jr.'s birth on August 4, 1961.

19. Defendant Obama admits that his father at the time of his birth was a citizen of the United Kingdom and that the British Nationality Act of 1948 governs dual citizenship at birth.

20. That Defendant Obama acknowledges by endorsing Senate Resolution 511 you need 2 U.S. Citizen parents to be qualified to be a natural born citizen.

21. That Rep. John Bingham, author of the 14th Amendment, Congressional Globe, 39th, 1st Sess., pg 1291 (March 9, 1866) stated: "… every human being born within the jurisdiction of the United States of parents NOT OWING ALLEGIANCE TO ANY FOREIGN SOVEREIGNTY IS, in the language of your Constitution itself, a natural-born citizen."

22. Defendant Obama has been asked for his "vault" version birth certificate; however, he has refused, which has prompted law suits across the United States.

23. Instead, Mr. Barry Soetoro and or his agent(s) placed an image of a Hawaiian Certification of Live Birth (COLB), which is issued for all birth's registered in the State of Hawaii; the COLB, does not prove "natural born" citizenship or birth in Hawaii.

24. A COLB is sufficient proof of citizenship; however, it does not prove "natural born" citizenship, a COLB is issued to those who are simply "naturalized".

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

## AS AND FOR THE FIRST CAUSE OF ACTION

### (For Defendant's default and Failure to
### Reply to the return of contract further acts are void ab initio)

25. Plaintiff repeats each and every allegation contained in the above introduction and paragraphs 1 through 24 with the same force and effect as though herein set forth at length.

26. That on January 23, 2009 within 72-hours from Barack Hussein Obama's offer of His contract of Oath received by Plaintiff on 20 January 2009 and again on 21 January 2009 respectively, Plaintiff provided a timely return response by Registered mail with the United States Postal Service (USPS) in care of the Agent in Charge of the united States' Secret Service with NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT and FOR THE RECORD, and that both were accepted for value, timely without dishonor and with consideration returned redrafted in the offer of contract of Plaintiff's choosing wishing no contract in full accord with the Unified Commercial Code (U.C.C.); for a true copy of the original see **Exhibit A**.



27. That Plaintiff's return response shown as Exhibit A by Registered mail with the USPS in care of the Agent in Charge of the Secret Service with Registered mail Label/Receipt Number: RE40 0301 908US was delivered at 8:07 AM on January 27, 2009 in WASHINGTON, DC 20223, for a copy of the USPS Tracking record and proof of service by registered mail see **Exhibit B**.

28. That Plaintiff has received no reply from Defendant Barack Hussein Obama and or his Agent(s) and remains in office as a usurper despite having been fired.

29. That Defendant Obama in esse fails to reply and is in default to Plaintiff.

30. Defendant Obama in esse is the usurper that has seized the corporate office of the untied States of America Presidency.

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

31. Defendant Obama in esse is the usurper whose actions while pretending as if the corporate office of the united States of America Presidency are void ab initio.

32. That Plaintiff as the nunc pro tunc creator of the U.S.A. presupposes that the Federal Constitution is still in effect with full force even under the 1929 reorganization plan that after 1933 with "*the Switch in Times Cases*" in re *United States v. the united States of America, Inc.*, series of SCOTUS cases that allow the creditors to put the united States of America Inc. through bankruptcy reorganization that in the process transforms the office of the President per se into the Trustee administrator for the U.S.A. debtor in control of the assets under the bankruptcy reorganization plan.

33. That the united States of America, Inc. was created when under the first method to repay the revolutionary War debt the Articles of Confederation failed that necessitated the adoption of the second repayment plan method with the stronger Federal Union in 1789, that then without debt repayment in 1859 again was transformed the third time promulgating the war between the States, which then re-emerges as the Jesuit's 14th Amendment America for the fourth time in 1929 that with the *Switch in Time cases* transformed the Federal Constitution so that with the *Administrative Procedures Act* of 1948 when Administrator Clinton *found* 5 trillion Dollars to pay the debt rather than to pay the debt eliminated the *Glass- Stegall Act* of 1933 and continues the multi-level ponzi scheme again beyond five levels, notwithstanding the SCOTUS dicta against operation beyond the fifth reorganization cited in *the Amway Case* decision.

34. Relator / Plaintiff has suffered an informational injury as a voter and member of the public; and by the lack of information on Mr. Barry Soetoro's citizenship, Defendant continued usurpation is taking Plaintiffs property without substantive due process afforded that undermines Plaintiff's sovereignty and inalienable liberty.

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

## AS AND FOR THE SECOND CAUSE OF ACTION

### (For Defendant's action to pay the debt with debt)

35. Plaintiff repeats each and every allegation contained in the above introduction and paragraphs 1 through 34 with the same force and effect as though herein set forth at length.

36. Defendant Obama has publicly announced he is paying the debt of the USA with debt, which is a Federal fraud crime when payment of debt may only be in specie, takes my property.

37. For the above aforementioned reasons, the above requested documents are of great public interest and without receiving eligibility proof, Plaintiff liberty is at risk were the usurper of the POTUS administrator which constitutes a huge National Security dilemma to continue.

**Wherefore**, Relator demands this Court to create a jury trial with the Quo Warranto Act to determine the issue of facts: (i) where Defendant was born and (ii) whether or not both his parents were united States' Citizens at his birth; and thereafter a trial on the facts that the Court as a matter of first impression must determine the law as to what is the natural-born-citizen requirement of Article 2 Section 1 Clause 5 of the united States' Constitution, that the Court order the removal of the Usurper or legitimize the POTUS administrator, and provide further and different relief for Justice herein.

Respectfully demanded by,

Dated: May 19, 2009
Brooklyn, New York

Christopher-Earl : Strunk © in esse

Attached Exhibits A through B

cc: sent via regular and certified mail to Attorney General Eric Holder as well as to the U.S.
Attorney for the District of Columbia, Mr. Jeffrey Taylor; and
Barack Hussein Obama in esse

U.S. and ex Rel. Strunk v. Barack Hussein Obama DCDC

# VERIFICATION

| | |
|---|---|
| **STATE OF NEW YORK** | ) |
| | ) ss. |
| **COUNTY OF KINGS** | ) |

Accordingly, I, Christopher-Earl: Strunk © in esse, by special-appearance being duly sworn, depose and say under penalty of perjury:

1. That I am the Plaintiff / Relator, Christopher-Earl: Strunk © in esse, with place for service at 593 Vanderbilt Avenue #281 Brooklyn, New York 11238.

2. That I am the sovereign employer of the POTUS who exercises authority over my grant of power of attorney permission given to administer the united States of America Inc.

3. I duly fired Barack Hussein Obama (Respondent) for cause on January 23, 2009 after he took the oath of office by timely return of the offer of contract wishing no contract thereby revoked power of attorney due to his failure to prove eligibility as a natural born citizen.

4. That Respondent in esse usurps that office and presumably wishes to have a Quo Warranto forum to prove his eligibility to be able to return to the corporate office capacity.

5. I hereby give my permission for a Quo Warranto jury trial of the issue of facts.

6. I have read the above Quo Warranto Complaint With Demand For Jury Trial And Decision On Question Of First Impression with exhibits attached and aver that it is related to the FOIA Case 08-cv-2234 for Extraordinary Relief in the Nature of a Writ of Mandamus and I know its contents; the facts stated in the Complaint herein are true to my own personal knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge. except as to those stated upon information and belief, which I believe to be true.

Christopher-Earl : Strunk © in esse

Sworn to before me
This 19th day of May 2009

_____
Notary Public

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 20 1 1

Quo Warranto Complaint – Page 8 of 8

**Affirmant Affidavit in support of the Notice of Motion to Intervene as an Ex-relator Intervener-Plaintiff in Taitz v Obama DCD 10-cv-00151**

# Exhibit 4





Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl: Strunk © in esse
Not a corporation
Living-Soul / Relator

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-----------------------------------x
Christopher-Earl: Strunk © in esse,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiff,　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
U.S. DEPARTMENT OF STATE,　and　)
U.S. DEPARTMENT OF HOMELAND　)
SECURITY,　　　　　　　　　　　)
　　　　　　　　　　　Defendant.　)
-----------------------------------x

Civil Action No.: 08-2234 (RJL)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-----------------------------------x
In the Quo Warranto matter of the
United States of America and ex relator
**Christopher-Earl: Strunk © in esse**

**Plaintiff / Relator**

v.

**Barack Hussein Obama**
**(a/k/a Barry Soetoro) in esse**

**Defendant / Respondent.**

-----------------------------------x

**JUDICIAL NOTICE**

**PLEASE TAKE JUDICIAL NOTICE** that upon the annexed: (i) a copy of Relator's Replevin Demand of the Usurper Barack Hussein Obama with DCC Chapter 37 §16-3701[1]; (ii) a copy of Relator's Replevin Demand of Gary Faye Locke the Usurper's Secretary of the United States Department of

---

[1] DC Code Chapter 37 §16-3701- In an action of Replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

Commerce with DCC Chapter 37 §16-3701 (iii) a copy of Relator's Replevin Demand of Timothy Franz Geithner the Usurper's Secretary of the United States Treasury with DCC Chapter 37 §16-3701.

That Relator Christopher-Earl : Strunk in esse, by Special-Appearance herein, declares and states under penalty of perjury with 28 USC §1746:

(1) that Plaintiff / Relator duly served the respective demand upon each Respondent / Debtor by Certified Return Receipt:
- Debtor - Barack Hussein Obama in esse ......Receipt No: 70092250000365685338
- Debtor - Gary Faye Locke in esse............. Receipt No: 70092250000365685277
- Debtor - Timothy Franz Geithner in esse......Receipt No: 70092250000365685345

(2) that Plaintiff / Relator duly serves hereby notice of the respective demand of each debtor named above upon the State of New York Secretary of State under the Uniform Commercial Code Section 9-501 that governs place of filing. Subsection (a) (2) the financing statement is filed as a fixture filing and the collateral is goods that are or are to become fixtures. Subsection (a) (2) provides that the office in which to file a financing statement to perfect a security interest is the office of the Secretary of State in all other cases. Pursuant to subsection (b) a fixture filing for a transmitting utility would also be filed with the Secretary of State.

(3) That the respective State of New York Secretary of State oversees the U.S. Treasury District that has authority over the property where Plaintiff is in esse dõmicile resides.

(4) That a copy of this Notice is filed with the State of New York Secretary of State along with a Ten Dollar filing fee as there required.

Dated: November /0 , 2009
Brooklyn New York

Christopher-Earl: Strunk ©in esse
593 Vanderbilt Avenue #281
Brooklyn, New York;
Email: uncasvotes2@yahoo.com,
Cell-845-901-6767

**Attachments**

cc:   Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

Wynne P. Kelly, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Daniel E. Shapiro
*First Deputy Secretary of State*
State of New York Department of State
One Commerce Plaza
99 Washington Ave,
Albany, NY 12231-0001
Cert R/R No: 70083230000005905998





*WITH THE ___ATION*
*AU___ ___UATION*
*FU___ ___ ___ IN ESSE*
*BY ___*

**Non-Domestic**
In Care of:
**593 Vanderbilt Avenue – 281**
**Brooklyn, New York**
**Zip Code exempt DMM 122-32**
**Christopher-Earl: Strunk © in esse**
**Not a corporation**
**Living-Soul / Affiant**
**No Third Parties**

**Timothy Franz Geithner in esse**
**D/B/A: TIMOTHY FRANZ GEITHNER, INC.**
**D/B/A: THE UNITED STATES SECRETARY OF THE TREASURY,**
**SUPERVISOR(S), HEIRS(S), AGENT(S), ASSIGN(S)**

**In care of:**    **The United States Department of the Treasury**
**1500 Pennsylvania Avenue N.W.**
**Washington, DC 20220**

### NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## RE: <u>NOTICE OF REPLEVIN DEMAND</u>

## FOR THE RECORD WITH WASHINGTON DISTRICT OF COLUMBIA CODE CHAPTER 37 SECTION 16-3701: DEMAND PRIOR TO ACTION;
**COSTS** - In an action of replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

### TIMELY WITHOUT DISHONOR WITH THE RESTRICTED SPECIAL-APPEARANCE NOT A CORPORATION -The Living Soul

Attachment: **NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY PENDING THE REPLEVIN COMPLAINT FILING affirmed November 9, 2009 ............Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By: _____     © *in esse*
not a corporation     Living-Soul

**Page 1 of 2**

STATE OF NEW YORK )
               ) ss.:
COUNTY OF KINGS  )

**Accordingly**, I, **Christopher –Earl: Strunk**, being duly sworn, depose and say:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------

### In the Replevin matter of
### Christopher-Earl : Strunk © in esse

### Plaintiff / Claimant

v.

### Barack Hussein Obama (a/k/a Barry Soetoro) in esse,
### Gary F. Locke Secretary of the U.S. Department of Commerce, and
### Timothy F. Geithner Secretary of the U.S. Treasury

### Defendants / Respondents

------------------------------------------------

### NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY
### PENDING THE REPLEVIN COMPLAINT FILING

The Plaintiff sues the Defendants for unjustly detaining the Plaintiff's goods and chattels, as the Usurper, Barack Hussein Obama, is ineligible to be the President of the United States Trustee / Administrator over any United States Departments and Secretaries with fiduciary responsibilities and the Usurper having been denied use of Plaintiff's power of Attorney on January 23, 2009 has by Usurper's continued actions that are void ab initio, including the waivers issued as to Defendant Secretaries and others, pillage Plaintiff's personal property to wit:

A) the Plaintiff's Bond issued upon his birth certificate of CHRISTOPHER EARL STRUNK after the birth in New York City on January 23, 1947 in the amount of 19687.5 troy ounces of gold;

B) the Plaintiff's private account at the US Treasury is secured by the Plaintiff's numbered Bond kept at the U.S. Department of Commerce with the Bond number issued by the Social Security Administration; and

C) The interest accrued upon the Plaintiff's investment into commerce since the year of 1963 thru now calculated upon the record by the Social Security Earnings Statement compounded annually at the respective annual U.S. Treasury Bond Rate from 1963.

And the Plaintiff claims that the same be taken from the Defendants and delivered to Plaintiff; or, if they are eloigned, that Plaintiff may have judgment of their value and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold with a net present value of 5,817 troy ounces of gold, and 909 troy ounces of gold accumulated interest on Plaintiff's investment into commerce since 1963 besides costs.

Christopher-Earl: Strunk ©in esse
593 Vanderbilt Avenue #281
Brooklyn, New York
Zip Code exempt DMM 122-32
Email: chris@strunk.ws ; Ph- 631-745-6402

Sworn to before me this
the 9ᵗʰ day of November 2009

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 2011

NOTARY PUBLIC

Under reserve with the copy-claim
without prejudice, without recourse

By:
not a corporation
© in esse
Living Soul




*WITH THE ... ZATION*
*AVT ... CELLATION*
*FOR ... in esse*
*BY ...*

**Non-Domestic**
**In Care of:**
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl: Strunk © in esse
Not a corporation
Living-Soul / Affiant
No Third Parties

**Gary Faye Locke in esse**
a/k/a 駱家輝 (pronounced *Lok Gaa-Fai*)
**D/B/A: GARY FAYE LOCKE, INC.**
**D/B/A: UNITED STATES SECRETARY OF THE DEPARTMENT OF**
**COMMERCE, SUPERVISOR(S), HEIRS(S), AGENT(S), ASSIGN(S)**

**In care of:   The United States Department of Commerce**
**1401 Constitution Avenue N.W.**
**Washington, DC 20230**

### NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## RE: NOTICE OF REPLEVIN DEMAND

## FOR THE RECORD WITH WASHINGTON DISTRICT OF COLUMBIA
## CODE CHAPTER 37 SECTION 16-3701: DEMAND PRIOR TO ACTION;
**COSTS -** In an action of replevin brought to recover personal property to which the plaintiff is
entitled, that is alleged to have been wrongfully taken by or to be in the possession of and
wrongfully detained by the defendant, it is not necessary to demand possession of the property
before bringing the action; but the costs of the action may be awarded as the court orders.

### TIMELY WITHOUT DISHONOR WITH THE RESTRICTED SPECIAL-
### APPEARANCE NOT A CORPORATION -The Living Soul

Attachment:   **NOTICE OF REPLEVIN DEMAND FOR RETURN OF**
**PROPERTY PENDING THE REPLEVIN COMPLAINT**
**FILING affirmed November 9, 2009 ............Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By:
not a corporation

© in esse
Living-Soul

**Page 1 of 2**

STATE OF NEW YORK )
                         ) ss.:
COUNTY OF KINGS      )

**Accordingly**, I, **Christopher –Earl: Strunk**, being duly sworn, depose and say:

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
-------------------------------------------------
**In the Replevin matter of**
**Christopher-Earl : Strunk © in esse**

**Plaintiff / Claimant**

v.

**Barack Hussein Obama (a/k/a Barry Soetoro) in esse,**
**Gary F. Locke Secretary of the U.S. Department of Commerce, and**
**Timothy F. Geithner Secretary of the U.S. Treasury**

**Defendants / Respondents**
-------------------------------------------------

**NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY**
**PENDING THE REPLEVIN COMPLAINT FILING**
</div>

The Plaintiff sues the Defendants for unjustly detaining the Plaintiff's goods and chattels, as the Usurper, Barack Hussein Obama, is ineligible to be the President of the United States Trustee / Administrator over any United States Departments and Secretaries with fiduciary responsibilities and the Usurper having been denied use of Plaintiff's power of Attorney on January 23, 2009 has by Usurper's continued actions that are void ab initio, including the waivers issued as to Defendant Secretaries and others, pillage Plaintiff's personal property to wit:

A) the Plaintiff's Bond issued upon his birth certificate of CHRISTOPHER EARL STRUNK after the birth in New York City on January 23, 1947 in the amount of 19687.5 troy ounces of gold;

B) the Plaintiff's private account at the US Treasury is secured by the Plaintiff's numbered Bond kept at the U.S. Department of Commerce with the Bond number issued by the Social Security Administration; and

C) The interest accrued upon the Plaintiff's investment into commerce since the year of 1963 thru now calculated upon the record by the Social Security Earnings Statement compounded annually at the respective annual U.S. Treasury Bond Rate from 1963.

And the Plaintiff claims that the same be taken from the Defendants and delivered to Plaintiff; or, if they are eloigned, that Plaintiff may have judgment of their value and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold with a net present value of 5,817 troy ounces of gold, and 909 troy ounces of gold accumulated interest on Plaintiff's investment into commerce since 1963 besides costs.

**Christopher-Earl: Strunk ©in esse**
**593 Vanderbilt Avenue #281**
**Brooklyn, New York**
**Zip Code exempt DMM 122-32**
**Email: chris@strunk.ws ; Ph- 631-745-6402**

Sworn to before me this
the 9ᵗʰ day of November 2009

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 2011

**Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By:
not a corporation                    © in esse
                                     Living-Soul





Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl: Strunk © in esse
Not a corporation
Living-Soul / Affiant
No Third Parties

**Barack Hussein Obama in esse**
**a/k/a Barry Soetoro in esse,**
**a/k/a Barry Dunham in esse,**
**D/B/A: BARACK HUSSEIN OBAMA, INC.**
**SUPERVISOR(S), HEIRS(S), AGENT(S), ASSIGN(S)**

In care of:          **The White House**
                **1600 Pennsylvania Avenue NW**
                **Washington, DC 20500**

### NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## RE: <u>NOTICE OF REPLEVIN DEMAND</u>

## FOR THE RECORD WITH WASHINGTON DISTRICT OF COLUMBIA CODE CHAPTER 37 SECTION 16-3701: DEMAND PRIOR TO ACTION;

**COSTS -** In an action of replevin brought to recover personal property to which the plaintiff is entitled, that is alleged to have been wrongfully taken by or to be in the possession of and wrongfully detained by the defendant, it is not necessary to demand possession of the property before bringing the action; but the costs of the action may be awarded as the court orders.

### TIMELY WITHOUT DISHONOR WITH THE RESTRICTED SPECIAL-APPEARANCE NOT A CORPORATION -The Living Soul

Attachment:  **NOTICE OF REPLEVIN DEMAND FOR RETURN OF**
         **PROPERTY PENDING THE REPLEVIN COMPLAINT**
         **FILING affirmed November 9, 2009 ............Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By:
not a corporation          © in esse
                  Living-Soul

**Page 1 of 2**

STATE OF NEW YORK )
               ) ss.:
COUNTY OF KINGS   )

**Accordingly**, I, **Christopher –Earl: Strunk**, being duly sworn, depose and say:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------

### In the Replevin matter of
### Christopher-Earl : Strunk © in esse

### Plaintiff / Claimant

v.

### Barack Hussein Obama (a/k/a Barry Soetoro) in esse,
### Gary F. Locke Secretary of the U.S. Department of Commerce, and
### Timothy F. Geithner Secretary of the U.S. Treasury

### Defendants / Respondents
-------------------------------------------------

### NOTICE OF REPLEVIN DEMAND FOR RETURN OF PROPERTY
### PENDING THE REPLEVIN COMPLAINT FILING

The Plaintiff sues the Defendants for unjustly detaining the Plaintiff's goods and chattels, as the Usurper, Barack Hussein Obama, is ineligible to be the President of the United States Trustee / Administrator over any United States Departments and Secretaries with fiduciary responsibilities and the Usurper having been denied use of Plaintiff's power of Attorney on January 23, 2009 has by Usurper's continued actions that are void ab initio, including the waivers issued as to Defendant Secretaries and others, pillage Plaintiff's personal property to wit:

A) the Plaintiff's Bond issued upon his birth certificate of CHRISTOPHER EARL STRUNK after the birth in New York City on January 23, 1947 in the amount of 19687.5 troy ounces of gold;

B) the Plaintiff's private account at the US Treasury is secured by the Plaintiff's numbered Bond kept at the U.S. Department of Commerce with the Bond number issued by the Social Security Administration; and

C) The interest accrued upon the Plaintiff's investment into commerce since the year of 1963 thru now calculated upon the record by the Social Security Earnings Statement compounded annually at the respective annual U.S. Treasury Bond Rate from 1963.

And the Plaintiff claims that the same be taken from the Defendants and delivered to Plaintiff; or, if they are eloigned, that Plaintiff may have judgment of their value and all mesne profits and damages, which he estimates at the present value of $21,656,250.00 dollars based upon the equivalent current market value of gold with a net present value of 5,817 troy ounces of gold, and 909 troy ounces of gold accumulated interest on Plaintiff's investment into commerce since 1963 besides costs.

Christopher-Earl: Strunk ©in esse
593 Vanderbilt Avenue #281
Brooklyn, New York
 Zip Code exempt DMM 122-32
Email: chris@strunk.ws ; Ph- 631-745-6402

Sworn to before me this
the _9th_ day of November 2009

GEORGE ANDERSON
Notary Public, State of New York
No. 01AN5070990
Qualified in Kings County
Commission Expires Jan. 6, 2011

**Page 2 of 2**

Under reserve with the copy-claim
without prejudice, without recourse

By:

© in esse
not a corporation    Living-Soul

```
       OYINGTON STATION
        BROOKLYN, New York
            112205313
          3568880337-0097
11/10/2009 (718)748-0665 12:02:20 PM
========================================
============ Sales Receipt =============
Product          Sale Unit    Final
Description        Qty Price   Price

WASHINGTON DC 20230            $0.44
Zone-3 First-Class
Letter
0.70 oz.
Return Rcpt (Green            $2.30
Card)
Certified                    $2.80
Label #:  70092250000365685277
                             ========
  Issue PVI:                  $5.54

WASHINGTON DC 20500           $0.44
Zone-3 First-Class
Letter
0.70 oz.
Return Rcpt (Green            $2.30
Card)
Certified                    $2.80
Label #:  70092250000365685338
                             ========
  Issue PVI:                  $5.54

WASHINGTON DC 20220           $0.44
Zone-3 First-Class
Letter
0.70 oz.

Return Rcpt (Green           $2.30
Card)
Certified                    $2.80
Label #:  ·70092250000365685345
                             ========
  Issue PVI:                  $5.54

$1 Wisdom        4   $1.00    $4.00
PSA
                             =========
  Total:                     $20.62

Paid by:
Cash                         $20.62

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000300996682
Clerk:04
```





U.S. District Court for the District of Columbia
in re Strunk v. U.S. Department of State et al.,  08-cv-2234 (RJL)

### CERTIFICATE OF SERVICE

On November 10, 2009, I, Christopher Earl Strunk, under penalty of perjury pursuant to 28 USC 1746,

Am the petitioner herein being pro se without being an attorney caused the service of three (3) complete sets of the Attachments annexed to **JUDICIAL NOTICE** declared November 10, 2009 , and did place a complete set in a sealed folder properly addressed with proper postage to be served by USPS mail upon:

Wynne P. Kelly, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Daniel E. Shapiro
*First Deputy Secretary of State*
State of New York Department of State
One Commerce Plaza
99 Washington Ave,
Albany, NY 12231-0001
Cert R/R No: 70083230000005905998

I do declare and certify under penalty of perjury:

Dated: November _10_ , 2009
Brooklyn, New York

**Christopher-Earl: Strunk**
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238

**Affirmant Affidavit in support of the Notice of Motion to Intervene as an Ex-relator Intervener-Plaintiff in Taitz v Obama DCD 10-cv-00151**

# Exhibit 5

Christopher-Earl: Strunk
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238
Cell phone: (845) 901-6767
E-mail: chris@strunk.ws

The Honorable Richard J. Leon
United States District Judge for the
U.S. District for the District of Columbia
333 Constitution Avenue, NW, Room 6315,
Washington, DC 20001

Regarding: *Strunk v. U.S. Department of State et al.* 08-cv-2234 (RJL)
and *Taitz v. Obama* 10-cv-00151 (RCL)
Subject:  Request to sever the proposed Quo Warranto Inquest

The Honorable Richard J. Leon,

I am the plaintiff Christopher-Earl Strunk, pro se without being an attorney, declare under penalty of perjury with 28 USC 1746: (i) that there is a pending decision on both the stay on further discovery and the Cross Motion request for conversion of the FOIA matter to a Quo Warranto inquest; (ii) As of this reading Declarant has made an application to the Honorable Chief Judge Lamberth to intervene in Taitz v Obama 10-cv-00151(RCL) as an Ex-relator Intervener-Plaintiff (See Attached). Declarant hereby requests an order of the Court to sever the proposed Quo Warranto Inquest from this FOIA case for due process as a supplement in the Quo Warranto Petition for a Writ of Mandamus therein, and also grant permission to make a motion to lift the stay on discovery herein.

This matter complained of is extremely urgent and requires expedited handling as time is of the essence and involves matters of irreparable harm and is a matter of National Security if not handled expeditiously. Respectfully submitted by:

Dated: January 29 2009
Brooklyn, New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238
Cell phone: (845) 901-6767
E-mail: chris@strunk.ws

Attached: NOM to Intervene in 10-cv-00151

cc: Brigham John Bowen, AUSA
    U.S. DEPARTMENT OF JUSTICE
    20 Massachusetts Avenue, NW
    Washington, DC 20530

U.S. District Court for the District of Columbia
in re Strunk v. U.S. Department of State et al.,  08-cv-2234 (RJL)

### CERTIFICATE OF SERVICE

On January 30, 2010, I, Christopher-Earl: Strunk in esse, under penalty of perjury pursuant to 28
USC 1746,

Caused the service of one (1) complete set of the Request to sever the proposed Quo Warranto

Inquest along with the attachment CHRISTOPHER-EARL: STRUNK IN ESSE NOTICE OF

MOTION TO INTERVENE AS A EX-RELATOR INTERVENER-PLAINTIFF in 10-cv-00151

with Affidavit in Support with Exhibits annexed affirmed January 29, 2010, and did place a

complete set in a sealed folder properly addressed with proper postage to be served by USPS

mail upon:

Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

I do declare and certify under penalty of perjury:

Dated: January 30 2009
           Brooklyn, New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238
Cell phone: (845) 901-6767
E-mail: chris@strunk.ws

**Affirmant Affidavit in support of the Notice of Motion to Intervene as an Ex-relator Intervener-Plaintiff in Taitz v Obama DCD 10-cv-00151**

# Exhibit 6

SOUTHERN MD 207

27 AUG 2009 PM 1 L

**THE WHITE HOUSE**
WASHINGTON, DC 20502

Mr. Christopher Strunk
Unit 281
593 Vanderbilt Avenue
Brooklyn, NY 11238-3512

11238+3512

**THE WHITE HOUSE**

WASHINGTON

August 26, 2009

Mr. Christopher Strunk
Unit 281
593 Vanderbilt Avenue
Brooklyn, New York 11238

Dear Mr. Strunk:

Thank you for contacting the office of President Barack Obama. The President appreciates your taking the time to voice your concerns and opinions.

We would like to be of assistance to you; however, due to the separation of powers, it is not within our authority to become involved in legal matters. You must resolve this issue through the judicial system.

Please be aware that you can visit www.usa.gov or call 1-800-FEDINFO for information about Federal Government assistance.

We hope your concerns are resolved to your satisfaction.

Again, thank you for your correspondence.

Sincerely,

F. Michael Kelleher
Special Assistant to the President and
Director of Presidential Correspondence

U.S. District Court for the District of Columbia
in re *Taitz v. Obama*,  10-cv-00151 (RCL)

### CERTIFICATE OF SERVICE

On January 30, 2010, I, Christopher-Earl: Strunk in esse, under penalty of perjury pursuant to 28 USC 1746,

Declarant caused the service of five (5) complete sets of the Request to sever the proposed Quo Warranto Inquest along with the attachment CHRISTOPHER-EARL: STRUNK IN ESSE NOTICE OF MOTION TO INTERVENE AS A EX-RELATOR INTERVENER-PLAINTIFF in 10-cv-00151 with Affidavit in Support with Exhibits annexed affirmed January 29, 2010, and did place each complete set in a sealed folder properly addressed with proper postage to be served by USPS mail upon:

The Honorable Richard J. Leon
United States District Judge for the
U.S. District for the District of Columbia
333 Constitution Avenue, NW, Room 6315,
Washington, DC 20001

Channing Philips, the U.S. Attorney
c/o Wynne P. Kelly, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Dr. Orly Taitz, D.D.S.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688

Eric Holder, U.S. Attorney General
c/o Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

I do declare and certify under penalty of perjury:

Dated: January 30 2009
Brooklyn, New York _____

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn New York 11238
Phone: (845) 901-6767
Email: chris@strunk.ws