U.S. District Court for the District of Columbia
in re *Strunk v. U.S. Department of State et al.*, 08-cv-2234 (RJL)

**CERTIFICATE OF SERVICE**

On January 30, 2010, I, Christopher-Earl: Strunk in esse, under penalty of perjury pursuant to 28 USC 1746,

Caused the service of one (1) complete set of the Request to sever the proposed Quo Warranto Inquest along with the attachment CHRISTOPHER-EARL: STRUNK IN ESSE NOTICE OF MOTION TO INTERVENE AS A EX-RELATOR INTERVENER-PLAINTIFF in 10-cv-00151 with Affidavit in Support with Exhibits annexed affirmed January 29, 2010, and did place a complete set in a sealed folder properly addressed with proper postage to be served by USPS mail upon:

Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

I do declare and certify under penalty of perjury:

Dated: January 30th, 2010
Brooklyn, New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238
Cell phone: (845) 901-6767
E-mail: chris@strunk.ws

**RECEIVED**
FEB -3 2010
Clerk, U.S. District and Bankruptcy Courts