UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORLY TAITZ,<br>29839 Santa Margarita Parkway, Suite 100<br>Rancho Santa Margarita, CA 92688,<br><br>      Plaintiff,<br><br>v.<br><br>BARACK HUSSEIN OBAMA,<br>c/o The White House,<br>1600 Pennsylvania Ave., NW,<br>Washington, DC 20500,<br><br>      Defendant. | Civil Action No.: 10-0151 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

                          /s/
                  ALAN BURCH, D.C. Bar # 470655
                  Assistant United States Attorney
                  555 4th St., N.W.
                  Washington, D.C. 20530
                  (202) 514-7204
                  alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon pro se Plaintiff by first class mail addressed to:

>Orly Taitz
>29839 Santa Margarita Parkway, Suite 100
>Rancho Santa Margarita, CA 92688

and on

>Christopher-Earl Strunk
>593 Vanderbilt Ave., #281
>Brooklyn, NY 11238

on this 26th day of February 2010.

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney