CM/ECF LIVE - U.S. District Court:gamd  Page 1 of 5
Case 1:10-cv-00151-RCL   Document 10-2   Filed 02/26/10   Page 1 of 5
Gov't Ex. 2, 10-0151 (RCL)

# U.S. District Court **[LIVE AREA]**
## Georgia Middle District (Columbus)
### CIVIL DOCKET FOR CASE #: 4:09-cv-00082-CDL

Cook v. Good et al
Assigned to: Judge Clay D. Land
Case in other court: 11th Circuit, 09-14698C
Cause: 15:53(b) - Prelim & Perm Inj Relief & other Equita

Date Filed: 07/09/2009
Date Terminated: 07/16/2009
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Stefan Frederick Cook**
*Major*

represented by **Orly Taitz**
Law Offices Of Orly Taitz Esq
26302 La Paz Ste 211
Mission Viego , CA 92691
949-683-5411
Email: dr_taitz@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Dean Childers**
*Major General*

represented by **Orly Taitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Earl Graef**
*Lieutenant Colonel*

represented by **Orly Taitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wanda L Good**
*Colonel*

represented by **Rebecca Elaine Ausprung**
U.S. Army Litigation Division
901 N STUART ST STE 400
ARLINGTON , VA 22203
703-696-1614
Fax: 703-696-8126
Email: rebecca.ausprung@us.army.mil
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CM/ECF LIVE - U.S. District Court:gamd Page 2 of 5
Case 1:10-cv-00151-RCL   Document 10-2   Filed 02/26/10   Page 2 of 5
Gov't Ex. 2, 10-0151 (RCL)

**Hugh Randolph Aderhold , Jr.**
PO Box 1702
Macon , GA 31202-1702
478-621-2728
Email: Randy.Aderhold@usdoj.gov

**Defendant**

**Thomas D MacDonald**  represented by  **Rebecca Elaine Ausprung**
*Colonel*                                  (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Hugh Randolph Aderhold , Jr.**
                                           (See above for address)

**Defendant**

**Dr. Robert M. Gates**  represented by  **Rebecca Elaine Ausprung**
*United States Secretary of Defense*       (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Hugh Randolph Aderhold , Jr.**
                                           (See above for address)

**Defendant**

**Barack Hussein Obama**  represented by  **Rebecca Elaine Ausprung**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Hugh Randolph Aderhold , Jr.**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Louis B Wingate**  represented by  **Hugh Randolph Aderhold , Jr.**
*Colonel*                                  (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Rebecca Elaine Ausprung**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2009 | 1 | MOTION for Temporary Restraining Order by Stefan Frederick Cook filed by Orly Taitz. (Attachments: # 1 Signature Page - Motion, # 2 Signature Page 2 - |

CM/ECF LIVE - U.S. District Court:gamd  Page 3 of 5
Case 1:10-cv-00151-RCL  Document 10-2  Filed 02/26/10  Page 3 of 5
Gov't Ex. 2, 10-0151 (RCL)

| | | |
|---|---|---|
| | | Motion, # 3 Certificate of Service - Signed, # 4 Civil Cover Sheet, # 5 Affidavit of Sankey, # 6 Exhibits to Sankey Affidavit - Part 1, # 7 Exhibits to Sankey Affidavit - Part 2, # 8 Declaration of Ramsey, # 9 Order to Active Duty)(tls) (Entered: 07/10/2009) |
| 07/10/2009 | 2 | Letter dated July 10, 2009, to Attorney Taitz concerning non-payment of filing fee. (tls) (Entered: 07/10/2009) |
| 07/10/2009 | | This is a text only entry; no document issued.ORDER. The Court shall hold a hearing on Plaintiff's motion for a temporary restraining order on July 16, 2009 beginning at 9:30 A.M. at the Federal Courthouse in Columbus, Georgia. The Clerk shall email this notice of hearing to Plaintiff's counsel and to the U.S. Attorney for the Middle District of Georgia. Ordered by Judge Clay D. Land on July 10, 2009. (CDL) (Entered: 07/10/2009) |
| 07/10/2009 | | Set Deadlines as to 1 MOTION for Temporary Restraining Order. Motion Hearing set for 7/16/2009 at 09:30 AM in Columbus before Judge Clay D. Land. (tls) (Entered: 07/10/2009) |
| 07/10/2009 | | NOTICE of Hearing on Motion 1 MOTION for Temporary Restraining Order : Motion Hearing set for 7/16/2009 at 09:30 AM in Columbus, Georgia, before Judge Clay D. Land. (tls) (Entered: 07/10/2009) |
| 07/10/2009 | 3 | Summons Issued as to Thomas D MacDonald. (tls) (Entered: 07/10/2009) |
| 07/10/2009 | 4 | Summons Issued as to Wanda L Good. (tls) (Entered: 07/10/2009) |
| 07/13/2009 | | Filing fee: $ 350.00, receipt number 404544. (tls) (Entered: 07/13/2009) |
| 07/13/2009 | | PRO HAC VICE FEE Paid by Orly Taitz $ 100, receipt # 404544 (tls) (Entered: 07/13/2009) |
| 07/15/2009 | 5 | MOTION to Dismiss Plaintiff's Application for a Temporary Restraining Order by Wanda L Good, Thomas D MacDonald, Robert M. Gates, Barack Hussein Obama filed by Hugh Randolph Aderhold, Jr. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A: Revocation Orders)(Aderhold, Hugh) (Entered: 07/15/2009) |
| 07/15/2009 | | This is a text only entry; no document issued.ORDER. The Court will decide Defendant's presently pending motion to dismiss after hearing argument from the attorneys at the hearing scheduled for 9:30 A.M. on July 16, 2009. Ordered by Judge Clay D. Land on July 15, 2009. (CDL) (Entered: 07/15/2009) |
| 07/15/2009 | 6 | MOTION for Preliminary Injunction by Stefan Frederick Cook filed by Orly Taitz.(Taitz, Orly) (Entered: 07/15/2009) |
| 07/15/2009 | 7 | Notice of Error in Filing (related document(s): 6 Motion for Preliminary Injunction filed by Stefan Frederick Cook) (tlf). (Entered: 07/15/2009) |
| 07/16/2009 | 8 | Motion Hearing held on 7/16/2009 before Judge Clay D. Land, Columbus, Georgia. Minute Order dismissing 1 Motion for TRO, granting 5 Motion to Dismiss, and dismissing 6 Motion for Preliminary Injunction. (Court Reporter Betsy Peterson.) (tls) (Entered: 07/16/2009) |
| 07/16/2009 | 9 | Government's Exhibit 1 admitted at Motion Hearing held on 7/16/2009. (tls) |

CM/ECF LIVE - U.S. District Court:gamd  Page 4 of 5
Case 1:10-cv-00151-RCL   Document 10-2   Filed 02/26/10   Page 4 of 5
Gov't Ex. 2, 10-0151 (RCL)

|  |  |  |
|---|---|---|
|  |  | (Entered: 07/16/2009) |
| 07/16/2009 | 10 | ORDER dismissing case for lack of subject matter jurisdiction. Ordered by Judge Clay D. Land on 7/16/09 (tls) (Entered: 07/16/2009) |
| 09/15/2009 | 11 | NOTICE OF APPEAL as to 10 Order on Motion to Dismiss, Order on Motion for Preliminary Injunction, Order on Motion for TRO, 8 Order on Motion to Dismiss,, Order on Motion for Preliminary Injunction,, Order on Motion for TRO,, Motion Hearing, by Stefan Frederick Cook. Filing fee $ 455, Receipt No.: 113G0000000000816523. (Taitz, Orly) (Entered: 09/15/2009) |
| 09/17/2009 | 12 | Notice of Error in Filing (related document(s): 11 Notice of Appeal, filed by Stefan Frederick Cook ). (tls) (Entered: 09/17/2009) |
| 09/17/2009 | 13 | Letter of Transmittal re 11 Notice of Appeal. Certified Copy of Notice of Appeal, Docket Sheet, and Order mailed to USCA. NOTICE: A Civil Appeal Statement must be filed with the Court of Appeals. A copy of this form may be obtained from the District Clerk's Office or the district court internet site (www.gamd.uscourts.gov). (tls) (Entered: 09/17/2009) |
| 09/17/2009 | 14 | Letter/Memorandum dated September 17, 2009, to Plaintiff's Counsel concerning transcript orders. (Attachments: # 1 List of Hearings)(tls) (Additional attachment(s) added on 9/17/2009: # 2 Address Label) (tls). (Entered: 09/17/2009) |
| 10/06/2009 | 15 | USCA Case Number 09-14698C re 11 Notice of Appeal, filed by Stefan Frederick Cook. (tls) (Entered: 10/06/2009) |
| 10/07/2009 | 16 | TRANSCRIPT of Proceedings held on 07/16/2009, before Judge Clay D. Land. Court Reporter/Transcriber Betsy Peterson. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Peterson, Betsy) (tls). (Entered: 10/07/2009) |
| 11/30/2009 | 17 | USCA Order dismissing 11 Notice of Appeal filed by Stefan Frederick Cook. (Attachments: # 1 USCA Cover Letter - 11/24/09)(tls) (Entered: 11/30/2009) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 02/26/2010 14:04:04 |

| **PACER Login:** | ux0412 | **Client Code:** | doj |
|---|---|---|---|

CM/ECF LIVE - U.S. District Court:gamd  Page 5 of 5
Case 1:10-cv-00151-RCL   Document 10-2   Filed 02/26/10   Page 5 of 5
Gov't Ex. 2, 10-0151 (RCL)

| **Description:** | Docket Report | **Search Criteria:** | 4:09-cv-00082-CDL |
|---|---|---|---|
| **Billable Pages:** | 3 | **Cost:** | 0.24 |