US Court of Appeals for the Eleventh Circuit Page 1 of 6
Case 1:10-cv-00151-RCL Document 10-3 Filed 02/26/10 Page 1 of 6
Gov't Ex. 3, 10-0151 (RCL)



**United States Court of Appeals**
**for the Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303-2289
(404) 335-6100

# 09-14698-CC
## Stefan Frederick Cook v. Wanda L. Good

### Closed

**Docket #:** 09-14698-CC
**Short Style:** Stefan Frederick Cook v. Wanda L. Good
**Docket Date:** 09/18/2009
**Lead Case:**
**Agency:**
**Nature of Suit:** Civil Rights: Other
**Misc. Type:**
**Clerk:** Dixon, Eleanor
**Clerk Phone:** (404) 335-6172

### District Information

**Docket #:** 09-00082-CV-CDL-4  **Judge:** Clay D. Land
**Dkt Date:** 07/09/2009  **District:** Georgia-Middle
**NOA Date:** 09/15/2009  **Office:** MGA-Columbus

### Secondary Case Information

**Docket #:**  **Judge:**
**Dkt Date:** / /

### Case Relationships

| Docket # | Short Style | Relation | Status |
|---|---|---|---|

### Pending Motions

| Date | Motion | Party | Emergency |
|---|---|---|---|
| 01/21/2010 | Motion to Reinstate Appeal w/compliant brief and record excerpts (Atty: Orly Taitz) | Stefan Frederick Cook | No |

**United States Court of Appeals**
**for the Eleventh Circuit**
56 Forsyth Street, N.W.

US Court of Appeals for the Eleventh Circuit Page 2 of 6
Case 1:10-cv-00151-RCL Document 10-3 Filed 02/26/10 Page 2 of 6
Gov't Ex. 3, 10-0151 (RCL)



Atlanta, GA 30303-2289
(404) 335-6100

# 09-14698-CC
# Stefan Frederick Cook v. Wanda L. Good

STEFAN FREDERICK COOK,

Major,

Plaintiff-Appellant,

CAROL DEAN CHILDERS,

Major General,

DAVID EARL GRAEF,

Lieutenant Colonel,

Plaintiffs,

versus

WANDA L. GOOD,

Colonel,

THOMAS D. MACDONALD,

Colonel,

DR. ROBERT M. GATES,

US Court of Appeals for the Eleventh Circuit     Page 3 of 6
Case 1:10-cv-00151-RCL   Document 10-3   Filed 02/26/10   Page 3 of 6
Gov't Ex. 3, 10-0151 (RCL)

United States Secretary of Defense,

BARACK HUSSEIN OBAMA,

LOUIS B. WINGATE,

Colonel,

Defendants-Appellees.



**United States Court OF Appeals
FOR the Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303-2289
(404) 335-6100

# 09-14698-CC
## Stefan Frederick Cook v. Wanda L. Good

| Appellant | Appellant Attorney |
|---|---|
| **Stefan Frederick Cook**<br>Address Not On File<br>*E-Brief Tendered: Appellant filed on 12/08/2009*<br>*Fees: Paid on 09/15/2009* | **Orly Taitz**<br>29839 SANTA MARGARITA PKWY, Ste 100<br>RCHO STA MARG, CA 92688-3616<br>(949) 683-5411<br>Fax: (949) 766-7603<br>drtaitz@yahoo.com<br>*No Briefing Information Found.* |
| Appellee | Appellee Attorney |
| **Wanda L. Good**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |
| **Thomas D. MacDonald**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |
| **Robert M. Gates**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405 |

US Court of Appeals for the Eleventh Circuit Page 4 of 6
Case 1:10-cv-00151-RCL   Document 10-3   Filed 02/26/10   Page 4 of 6
Gov't Ex. 3, 10-0151 (RCL)

|  |  |
|---|---|
|  | eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |
| **Barack H. Obama**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |
| **Louis B. Wingate**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |
|  | **Mark B. Stern**<br>950 PENNSYLVANIA AVE NW RM 7531<br>WASHINGTON, DC 20530-0009<br>(202) 514-5089<br>Fax: (202) 514-8151<br>Mark.Stern@usdoj.gov<br>*No Briefing Information Found.* |

| **Initial Service** |  |
|---|---|
| **Rebecca E. Ausprung, Major**<br>901 N STUART ST STE 400<br>ARLINGTON, VA 22203-1821<br>(703) 696-1627 |  |
| **Hugh Randolph Aderhold, Jr.**<br>U.S. Attorney's Office<br>PO BOX 1702<br>MACON, GA 31202-1702<br>(478) 621-2728<br>Fax: (478) 621-2710<br>randy.aderhold@usdoj.gov |  |
| **George F. Peterman, III**<br>U.S. Attorney's Office - Middle Dis. Of Ga.<br>300 MULBERRY ST STE 400<br>MACON, GA 31201-7999<br>(478) 752-3511<br>Fax: (478) 621-2710<br>pete.peterman@usdoj.gov |  |



**United States Court of Appeals<br>for the Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303-2289
(404) 335-6100

# 09-14698-CC
# Stefan Frederick Cook v. Wanda L. Good

US Court of Appeals for the Eleventh Circuit  Page 5 of 6
Case 1:10-cv-00151-RCL   Document 10-3   Filed 02/26/10   Page 5 of 6
Gov't Ex. 3, 10-0151 (RCL)

|  | File Date | Entry | Party | Pending |
|---|---|---|---|---|
|  | 09/15/2009 | Fee Status: Paid (09/15/09) for Stefan Frederick Cook | Stefan Frederick Cook | No |
|  | 09/21/2009 | DKT2 (Docketing Notice) issued. To:Orly Taitz; c:George F. Peterman, III; c:Gregory J. Leonard; c:Hugh Randolph Aderhold, Jr.; c:Rebecca E. Ausprung, Major |  | No |
|  | 09/22/2009 | Probable Jurisdiction Noted: | Stefan Frederick Cook | No |
|  | 10/01/2009 | Appearance Form Submitted. | Eric Fleisig-Greene | No |
|  | 10/01/2009 | Appearance Form Submitted. | Mark B. Stern | No |
|  | 10/07/2009 | Transcript Filed in D.C.: 7/16/09 Hearing | Betsy Peterson | No |
|  | 10/16/2009 | Briefing Notice Issued |  | No |
|  | 10/16/2009 | BR1CIV (Letter confirming brief due date) issued. To:Orly Taitz; c:Eric Fleisig-Greene; c:George F. Peterman, III; c:Hugh Randolph Aderhold, Jr.; c:Mark B. Stern; c:Rebecca E. Ausprung, Major |  | No |
|  | 10/30/2009 | MP-1 (Multi-Purpose letter) issued. To:Orly Taitz |  | No |
|  | 11/09/2009 | Appearance Form Submitted. | Orly Taitz | No |
|  | 11/09/2009 | SIGNED Notice of Appeal: (Atty: Orly Taitz) | Stefan Frederick Cook | No |
|  | 11/24/2009 | Case Closed. Dismissed - No Prosecution |  | No |
|  | 11/24/2009 | DIS-2CIV (Letter to district court enclosing dismissal order) issued. To:Gregory J. Leonard; c:Eric Fleisig-Greene; c:Mark B. Stern; c:Orly Taitz |  | No |
|  | 11/24/2009 | Pursuant to the 11th Cir.R.42-2(c), this appeal is dismissed for want of prosecution because the appellant failed to file brief and record excerpts within the time fixed by the rules. |  | No |
|  | 12/01/2009 | Attorney Orly Taitz' Application to Appear Pro Hac Vice is GRANTED by AGyarfas |  | No |
|  | 12/01/2009 | Application to Appear Pro Hac Vice: (Atty: Orly Taitz) |  | No |
|  | 12/02/2009 | MOT2 (Notice of court action) issued. c:Eric Fleisig-Greene; c:Mark B. Stern; c:Orly Taitz |  | No |
| 21pages | 12/08/2009 | E-Brief Tendered: Appellant by Orly Taitz | Stefan Frederick Cook | No |
|  | 12/16/2009 | MP-1 (Multi-Purpose letter) issued. To:Orly Taitz; c:Eric Fleisig-Greene; c:Mark B. Stern |  | No |
|  | 01/13/2010 | MP-1 (Multi-Purpose letter) issued. To:Orly Taitz "Aplt's unfiled brf is being rtnd because brf is incorrectly printed on both sides of the paper. [See enclosed FRAP 32 (a)(1)(A)]" |  | No |
|  | 01/21/2010 | Motion to Reinstate Appeal w/compliant brief and record excerpts (Atty: Orly Taitz) | Stefan Frederick Cook | Yes |

**PACER Service Center**

**Transaction Receipt**

US Court of Appeals for the Eleventh Circuit                                                             Page 6 of 6
Case 1:10-cv-00151-RCL   Document 10-3   Filed 02/26/10   Page 6 of 6
Gov't Ex. 3, 10-0151 (RCL)

| 02/25/2010 11:03:44 | | | |
|---|---|---|---|
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | docket sheet | **Case Number:** | 09-14698-CC |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

**Send Comment**          **Change Client Code**          **View Billing History**          **Search**