US Court of Appeals for the Eleventh Circuit  Page 1 of 5
Case 1:10-cv-00151-RCL   Document 10-6   Filed 02/26/10   Page 1 of 5
Gov't Ex. 6, 10-0151 (RCL)



**United States Court of Appeals
for the Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303-2289
(404) 335-6100

# 09-15418-BB
## Connie Rhodes v. Thomas D. MacDonald

**Docket #:** 09-15418-BB
**Short Style:** Connie Rhodes v. Thomas D. MacDonald
**Docket Date:** 10/26/2009
**Lead Case:**
**Agency:**
**Nature of Suit:** Civil Rights: Other
**Misc. Type:**
**Clerk:** Camp, Jan
**Clerk Phone:** (404) 335-6171

### District Information

**Docket #:** 09-00106-CV-CDL-4   **Judge:** Clay D. Land
**Dkt Date:** 09/04/2009            **District:** Georgia-Middle
**NOA Date:** 10/20/2009            **Office:** MGA-Columbus

### Secondary Case Information

**Docket #:**   **Judge:**
**Dkt Date:** / /

### Case Relationships

| Docket # | Short Style | Relation | Status |
|---|---|---|---|

### Pending Motions

| Date | Motion | Party | Emergency |
|---|---|---|---|
| 02/08/2010 | Motion for Oral Argument: (Atty: Jonathan Harris Levy) | Orly Taitz<br>29839 SANTA MARGARITA PKWY, Ste 100<br>RCHO STA MARG, CA 92688-3616<br>(949) 683-5411<br>Fax: (949) 766-7603<br>drtaitz@yahoo.com | No |

US Court of Appeals for the Eleventh Circuit    Page 2 of 5
Case 1:10-cv-00151-RCL   Document 10-6   Filed 02/26/10   Page 2 of 5
Gov't Ex. 6, 10-0151 (RCL)



**United States Court of Appeals
for the Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303-2289
(404) 335-6100

# 09-15418-BB
# Connie Rhodes v. Thomas D. MacDonald

CONNIE RHODES,

Captain, M.D., F.S.,

Plaintiff,

DR. ORLY TAITZ,

Interested Party -Appellant,

versus

THOMAS D. MACDONALD, Colonel,

Garrison Commander, Fort Benning,

GEORGE STEUBER, Deputy

Commander, Fort Benning,

ROBERT M. GATES,

Secretary of Defense,

BARACK HUSSEIN OBAMA,

US Court of Appeals for the Eleventh Circuit  Page 3 of 5
Case 1:10-cv-00151-RCL   Document 10-6   Filed 02/26/10   Page 3 of 5
Gov't Ex. 6, 10-0151 (RCL)

Defendants-Appellees.



**United States Court OF Appeals**
**FOR the Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303-2289
(404) 335-6100

# 09-15418-BB
# Connie Rhodes v. Thomas D. MacDonald

| Appellant | Appellant Attorney |
|---|---|
| **Orly Taitz**<br>29839 SANTA MARGARITA PKWY, Ste 100<br>RCHO STA MARG, CA 92688-3616<br>(949) 683-5411<br>Fax: (949) 766-7603<br>drtaitz@yahoo.com<br>*E-Brief Tendered: Appellant filed on 12/15/2009*<br>*Appellant Brief Filed filed on 12/15/2009*<br>*Record Excerpts filed on 12/15/2009*<br>*Fees: Paid on 10/20/2009* | **Jonathan Harris Levy**<br>Attorney at Law<br>37 ROYAL POINTE DR<br>HILTON HEAD, SC 29926-1166<br>(202) 318-2406<br>Fax: (202) 318-2406<br>jonlevy@hargray.com<br>*No Briefing Information Found.* |
| **Appellee** | **Appellee Attorney** |
| **Thomas D. MacDonald**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Appellee's Brief will be Filed per Letter from Counsel filed on 01/11/2010* |
| **George Steuber**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |
| **Robert M. Gates**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009<br>(202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |
| **Barack Hussein Obama**<br>Address Not On File | **Eric Fleisig-Greene**<br>950 PENNSYLVANIA AVE NW RM 7214<br>WASHINGTON, DC 20530-0009 |

US Court of Appeals for the Eleventh Circuit  Page 4 of 5
Case 1:10-cv-00151-RCL  Document 10-6  Filed 02/26/10  Page 4 of 5
Gov't Ex. 6, 10-0151 (RCL)

|  |  |
|---|---|
|  | (202) 514-4815<br>Fax: (202) 514-9405<br>eric.fleisig-greene@usdoj.gov<br>*No Briefing Information Found.* |

| Initial Service |  |
|---|---|
| **Rebecca E. Ausprung, Major**<br>901 N STUART ST STE 400<br>ARLINGTON, VA 22203-1821<br>(703) 696-1627 |  |
| **Sheetul S. Wall**<br>U.S. Attorney's Office<br>PO BOX 2568<br>COLUMBUS, GA 31902-2568<br>(706) 649-7700<br>Fax: (706) 649-7667<br>Sheetul.S.Wall@usdoj.gov |  |



**United States Court of Appeals
for the Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, GA 30303-2289
(404) 335-6100

# 09-15418-BB
# Connie Rhodes v. Thomas D. MacDonald

|  | File Date | Entry | Party | Pending |
|---|---|---|---|---|
|  | 10/20/2009 | Fee Status: Paid (10/20/09) for Orly Taitz | Orly Taitz | No |
|  | 10/27/2009 | Briefing Notice Issued |  | No |
|  | 10/27/2009 | DKT7CIV (Docketing Notice confirming brief due date) issued. To:Taitz, Orly; c:Gregory J. Leonard; c:Rebecca E. Ausprung, Major; c:Sheetul S. Wall |  | No |
|  | 10/27/2009 | No Hearings to be Transcribed / all transcripts on file. |  | No |
|  | 10/28/2009 | Probable Jurisdiction Noted: (ProSe) | Orly Taitz | No |
|  | 11/09/2009 | Appearance Form Submitted. | Jonathan Harris Levy | No |
|  | 11/13/2009 | DIS-1 (Dismissal notice, 14 days to correct default) issued. To:Jonathan Harris Levy; c:Gregory J. Leonard; c:Rebecca E. Ausprung, Major; c:Sheetul S. Wall; c:Taitz, Orly |  | No |
|  | 11/17/2009 | Motion for Leave to File Civil Appeal Statement Out of Time: (Atty: Jonathan Harris Levy) | Orly Taitz | No |
|  | 11/18/2009 | Attorney Changed for: Orly Taitz (949) 683-5411 drtaitz@yahoo.com From: To: Levy, Jonathan Harris. | Orly Taitz | No |
|  | 11/20/2009 | Motion to Stay Lower Court Action Pending Appeal: (Atty: Jonathan Harris Levy) | Orly Taitz | No |
|  | 11/20/2009 | DC Order: Doc. 36 Order for Taitz to pay the $20,000 sanction ordered by the Court on 10/13/09. |  | No |

US Court of Appeals for the Eleventh Circuit  Page 5 of 5
Case 1:10-cv-00151-RCL   Document 10-6   Filed 02/26/10   Page 5 of 5
Gov't Ex. 6, 10-0151 (RCL)

| | | | | |
|---|---|---|---|---|
| | 12/01/2009 | Appellant's Motion for Leave to File Civil Appeal Statement Out of Time is GRANTED. (by DC) | | No |
| | 12/01/2009 | MOT2 (Notice of court action) issued. To:Jonathan Harris Levy; c:Rebecca E. Ausprung, Major; c:Sheetul S. Wall | | No |
| | 12/01/2009 | Civil Appeal Statement Form: (Atty: Jonathan Harris Levy) | Orly Taitz | No |
| | 12/04/2009 | Over the Phone Extension to File Appellant's Brief Granted by JSC Until 12/14/09: (Atty: Jonathan Harris Levy) | Orly Taitz | No |
| 21pages | 12/15/2009 | E-Brief Tendered: Appellant by Jonathan Harris Levy | Orly Taitz | No |
| | 12/15/2009 | Appellant Brief Filed: (Atty: Jonathan Harris Levy) | Orly Taitz | No |
| | 12/15/2009 | Record Excerpts: M 12/30 PT'D Doc. #8 MTD (Atty: Jonathan Harris Levy) | Orly Taitz | No |
| | 12/18/2009 | EXC-1CIV (Record Excerpts deficiency letter) issued. To:Jonathan Harris Levy; c:Rebecca E. Ausprung, Major; c:Sheetul S. Wall | | No |
| | 01/06/2010 | Appellant's motion for stay of sanctions is DENIED. (GBT, SHB, CRW) | | No |
| | 01/06/2010 | MOT2 (Notice of court action) issued. To:Jonathan Harris Levy; c:Orly Taitz; c:Rebecca E. Ausprung, Major; c:Sheetul S. Wall | | No |
| | 01/11/2010 | Appearance Form Submitted. | Eric Fleisig-Greene | No |
| | 01/11/2010 | No Appellee's Brief will be Filed per Letter from Counsel: (Atty: Eric Fleisig-Greene) | Thomas D. MacDonald | No |
| | 01/15/2010 | Certificate of Readiness | | No |
| | 01/15/2010 | Record on Appeal | | No |
| | 01/28/2010 | MOT2 (Notice of court action) issued. To:Jonathan Harris Levy; c:Eric Fleisig-Greene | | No |
| | 02/08/2010 | Motion for Oral Argument: (Atty: Jonathan Harris Levy) | Orly Taitz | Yes |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/25/2010 11:15:39 | | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | docket sheet | **Case Number:** | 09-15418-BB |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

**Send Comment**     **Change Client Code**     **View Billing History**     **Search**