| Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Briefs | Billing History | Court Information | XML | TXT | L |

If you view the [Full Docket] you will be charged for 4 Pages $0.32

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

**Court of Appeals Docket #:** 10-55084     **Docketed:** 01/19/2010
**Nature of Suit:** 3440 Other Civil Rights
Pamela Barnett, et al v. Barack Obama, et al
**Appeal From:** U.S. District Court for Central California, Santa Ana
**Fee Status:** Paid

**Case Type Information:**
   1) civil
   2) private
   3) null

**Originating Court Information:**
   **District:** 0973-8 : 8:09-cv-00082-DOC-AN
   **Court Reporter:** Blanca Aguilar, Official Court Reporter
   **Trial Judge:** David O. Carter, U.S. District Judge
   **Date Filed:** 01/20/2009

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 01/12/2010 | 01/12/2010 | 01/17/2010 | 01/17/2010 |

| Date | # | Description |
|---|---|---|
| 01/19/2010 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Fee due from Appellants Pamela Barnett, et al, on 01/19/2010. Mediation Questionnaire due by Attorney Orly Taitz due on 01/26/2010. Appellants Pamela Barnett, et al opening brief due 06/28/2010. Appellee Joseph R. Biden, Appellee Hillary Rodham Clinton, Appellee Robert M. Gates, Appellee Barack Hussein Obama and Appellee Michelle L.R. Obama answering brief due 07/28/2010. Appellant's optional reply brief is due 14 days after service of the answering brief. [7198465] (FB) |
| 01/19/2010 | 2 | Filed representation notice by Attorney Orly Taitz. Served on 01/17/2010. [7198493] (FB) |
| 01/22/2010 | 3 | Received notification from District Court re: payment of docket fee. Amount Paid: USD 455 Date paid: 01/21/2010. [7205336] (MT) |
| 01/22/2010 | 4 | Received Appellants notice regarding representation statement. [7208971] (MT) |
| 01/26/2010 | 5 | Received notification from District Court re: payment of docket fee. Amount Paid: USD 455 Date paid: 01/21/2010. [7210425] (MT) |
| 01/27/2010 | 6 | Received Appellants notice regarding payment of fees by appellants. [7210435] (MT) |
| 01/28/2010 | 7 | Filed (ECF) Appellants Capt. Pamela Barnett, Richard Norton Bauerbach, Capt. Robin D. Biron, Col. John D. Blair, Mr. David L. Bosley, Ms. Loretta G. Bosley, Capt. Harry G. Butler, Rep. Glenn Casada, Jennifer Leah Clark, Timothy Comerford, Charles Crusemire, Thomas S. Davidson, Rep. Cynthia Davis, Matthew Michael Edwards, Lt. Jason Freese, Mr. Kurt C. Fuqua, Officer Clint Grimes, Julliett Ireland, D. Andrew Johnson, Israel D. Jones, Timothy Jones, Alan Keyes, Ph. D., David Fullmer LaRoque, Gail Lightfoot, Lita M. Lott, Major David Grant Mosby, Steven Kay Neuenschwander, Frank Niceley, Robert Lee Perry, Col. Harry Riley, Sgt. Jeffrey Wayne Rosner, Capt. David Smithey, John Bruce Steidel, Douglas Earl Stoeppelwerth, Rep. Eric Swafford, Capt. Neil B. Turner, Richard E. Venable, Jeff Graham Winthrope and Mark Wriggle Mediation Questionnaire. Date of service: 01/26/2010. [7211032] (OT) |
| 02/01/2010 | 8 | Filed Appellants Mediation Questionnaire. Served on 01/02/2010. [7217859] (MT) |
| 02/11/2010 | 9 | Filed clerk order (Deputy Clerk:MT): The court sua sponte consolidates appeal nos. 09-56827 and 10-55084. Appeal nos. 09-56827 and 10-55084 are consolidated. The briefing schedule for the consolidated appeals is as follows: the opening briefs and excerpts of record are due June 28, 2010; the consolidated answering brief is due July 28, 2010; and the optional reply briefs are due within 14 days after service of the answering brief. All parties on a side are encouraged to join in a single brief to the greatest extent practicable. See 9th Cir. R. 28-4. [7229212] [09-56827, 10-55084] (BJB) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/25/2010 08:37:41 | | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | Case Summary | **Search Criteria:** | 10-55084 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |