UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORLY TAITZ,<br><br>     Plaintiff,<br><br>v.<br><br>BARACK HUSSEIN OBAMA,<br><br>     Defendant. | )<br>)<br>)<br>)    Civil Action No.: 10-0151 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S NOTICE OF FILING CORRECTED COMBINED MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS AND IN
<u>OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION</u>**

Defendant, Barack H. Obama, respectfully files the attached corrected memorandum, to replace the one filed, (R.10 & 11), in support of his motion to dismiss this case and in opposition to Plaintiff's motion for a preliminary injunction.  The only changes in the corrected memorandum are a sentence and citation in the middle of page 15.  The original memorandum erroneously stated that Plaintiff asserted in her declaration that the U.S. Attorney's Office "may bring a criminal prosecution against her[.]"  (R.10 & 11 at 15.)  In fact, her declaration asserts that this Office may bring a criminal prosecution against President Obama, as reflected in the corrected memorandum.  Undersigned counsel regrets the error and any resulting inconvenience.

March 1, 2010                              Respectfully submitted,

                                           RONALD C. MACHEN JR., D.C. Bar #447889
                                           United States Attorney

                                            /s/
                                           ALAN BURCH, D.C. Bar # 470655
                                           Assistant United States Attorney
                                           555 4th St., N.W., Washington, D.C. 20530
                                           (202) 514-7204, alan.burch@usdoj.gov

## Certificate of Service

I hereby certify that I caused copies of the foregoing Notice of Filing Corrected Memorandum in Support of Motion to Dismiss and in Opposition to Plaintiff's Motion for Preliminary Injunction to be served by first class mail addressed to pro se Plaintiff at:

Orly Taitz
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, CA 92688

and on

Christopher-Earl Strunk
593 Vanderbilt Ave., #281
Brooklyn, NY 11238

on this 1st day of March 2010.

                                                        _____
                                                        ALAN BURCH, D.C. Bar # 470655
                                                        Assistant United States Attorney