United States District Courts
Washington District of Columbia In Case – Taitz v. Obama DCD 10-cv-00151 RCL

## CERTIFICATE OF SERVICE

I, H. William Van Allen, declare and certify under penalty of perjury pursuant to 28 USC §1746:

That Declarant is over 18 years of age and not a party to this case;

That on February 6, 2010, I duly served one (1) copy of the SUMMONS AND VERIFIED QUO WARRANTO PETITION FOR WRIT OF MANDAMUS affirmed January 25, 2010 with exhibits affirmed and One (1) copy of the CHRISTOPHER-EARL: STRUNK IN ESSE NOTICE OF MOTION TO INTERVENE AS A EX-RELATOR INTERVENER-PLAINTIFF in 10-cv-00151 with Affidavit in Support affirmed January 29, 2010 with exhibits annexed and that the set was placed in a sealed folder properly addressed with proper postage for United States Postal Service Registered Mail Delivery with Registered Mail Number: RE09 6935 807 US upon:

Barack Hussein Obama in esse
c/o The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

I do declare and certify under penalty of perjury.

Dated: February 22, 2010
Brooklyn New York

H. William Van Allen
351 North Road,
Hurley, New York 12443

FW: USPS Shipment Info for RE09 6935 807U S - Yahoo! Mail    Page 1 of 2

Case 1:10-cv-00151-RJE0 Document 14 SE Filed 03/08/10 Page 2 of 3


YAHOO! MAIL
CLASSIC

**FW: USPS Shipment Info for RE09 6935 807U S**   Friday, February 19, 2010 6:57 AM

From: "Bill Van Allen" <hvanallen@hvc.rr.com>
To: "Christopher Strunk" <cestrunck@yahoo.com>
Cc: DR_taitz@yahoo.com

-----Original Message-----
From: U.S._Postal_Service_ [mailto:U.S._Postal_Service@usps.com]
Sent: Friday, February 19, 2010 4:45 AM
To: hvanallen@hvc.rr.com
Subject: USPS Shipment Info for RE09 6935 807U S

This is a post-only message. Please do not respond.

Harold Van Allen has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: RE09 6935 807U S

Service Type: Priority Mail Registered

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered 4:31am | WASHINGTON DC 20500 | 02/19/10 |
| Arrival at Unit 1:24am | WASHINGTON DC 20074 | 02/16/10 |
| Processed through Sort Facility 4:00pm | NEWBURGH NY 12555 | 02/06/10 |
| Acceptance 11:01am | HURLEY NY 12443 | 02/06/10 |

Reminder: Track & Confirm by email

http://us.mc576.mail.yahoo.com/mc/showMessage?sMid=5&fid=%2540S%25...   3/7/2010

FW: USPS Shipment Info for RE09 6935 807U S - Yahoo! Mail   Page 3 of 3    Page 2 of 2

Case 1:10-cv-00151-RCL   Document 14   Filed 03/08/10   Page 3 of 3

Date of email request:  02/07/10

Future activity will continue to be emailed for up to 2 weeks from the Date of
Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

-----------------------------------------------------------------------
----

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm