1
2
3
**Dr. Orly Taitz, esq**
**29839 Santa Margarita Parkway, STE 100**
4
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
5
E-Mail: dr_taitz@yahoo.com
6
                    UNITED STATES DISTRICT COURT
7
                    FOR THE  DISTRICT OF COLUMBIA
8
Dr. ORLY TAITZ, ESQ, PRO SE            §
                Plaintiff,              §HONORABLE ROYCE LAMBERTH
9                                        §            PRESIDING
            v.                          §    **Civil Action: 10-151 RCL**
10                                       §
Barack Hussein Obama,                   §REPLY TO OPPOSITION TO
11                                       §
                                        §PRELIMINARY INJUNCTION
12                                       §
                                        §ORAL ARGUMENT REQUESTED
13                                       §
14              Defendant.              §

15      **Motion for leave of court to add Ronald Machen , JR, US Attorney, Rudolph**

16   **Contrehras, Assistant US Attorney, Alan Burch, Assistant US Attorney as**

17   **additional defendants and add a Cause of Action for RICO-Racketeering**

18   **Influenced Corrupt Organizations as an Additional cause of action in the first**

19   **Amended Complaint.**

20                            **1.  RICO**

21      One of the reasons for need for recusal of the US attorney's office, is a conflict of

22   interest between the interests of the main client of the US Attorney's office-People of

23   the United States of America and interests of the Defendant Barack Hussein Obama.

24      The number one function of the US Attorney's office is to protect us, the public

25   from criminal activity, violation of criminal statutes, fraud and treason.

26      I have presented in my Quo Warranto complaint not only ample evidence of

27   Barack Obama usurping the position of the President and Commander in Chief, but

28 **RECEIVED**

MAR 1 1 2010

Clerk, U.S. District and
Bankruptcy Courts

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

                                                                    1

of him violating federal statutes, defrauding Social Security and engaging in identity
theft in using social security number 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.

I have provided affidavits from licensed investigators, as well as an official
Selective Service printout, showing him using this Social Security number, even
though it was assigned to another individual, born in 1890 and assigned in CT
between 1976-1977, while Obama resided in HI, and in light of the fact that Obama
was never a resident of CT.

This evidence is so overwhelming, that it doesn't even require additional
investigation.

- **Pursuant to US Code Title 18, Part 1, Chapter 1 § 4 - Misprision of
Felony**
- **§ 5-121.05. Compromise of felony ; withholding information; receiving
compensation from person arrested or liable to arrest; permitting escape.
It is unlawful for any private detective, or any member of the police
force, or for any other person to compromise a felony or any other
unlawful act, or to participate in, assent to, aid or assist any person
suspected of crime to escape a full judicial examination by failing to give
known facts or reasonable causes of suspicion, or withholding any
information relative to the charge or suspicion from the proper judicial
authorities; or in any manner to receive any money, property, favor, or
other compensation from, or on account of, any person arrested or
subject to arrest for any crime or supposed crime; or to permit any such
person to go at large without_due effort to secure an  investigation of such
supposed crime. And for any violation of the provisions of this section, or
either of them, such member of the police force, or private detective, or
other person guilty thereof, shall be deemed as having compromised a
felony , and shall be thereafter prohibited from acting as an officer of
said police force, or as a private detective, and shall be prosecuted to the
extent of the law for aiding criminals to escape the ends of justice.**

**Title 18, Part 1, Chapter 1 § 3. Accessory after the fact:**
**Whoever, knowing that an offense against the United States has been
committed, receives, relieves, comforts or assists the offender in order to hinder**

Taitz v Obama. Reply to Opposition to Application for Preliminary Injunction

2

or prevent his apprehension, trial or punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

US attorneys' actions in not prosecuting this matter goes beyond mere negligence, it falls within the realm of misprision of felony, compromising of felony and aiding and abetting commission of felony, predicate acts, which will tie in the above US attorneys to Mr. Obama and sufficient for RICO legal action.

These actions of Obama and US attorneys have exposed me to further severe emotional distress, assaults, insults, death threats, and numerous hate crimes relating to my legal actions, representing my clients and myself and trying to protect the public at large from this massive fraud committed by Obama and currently aided and abetted by US attorneys.

**2. As felonies were reported, the court itself cannot ignore those issues and obligated to investigate**

Evidence reported in the complaint and the application for preliminary injunction provides affidavits of licensed investigators as well as Selective service official printout, which clearly indicate use of multiple social security numbers, social security fraud, identity theft, fraud as well as high likelihood of a number of other white color crimes by the defendant. At this point if the court does not grant the application or dismisses the complaint, the court itself will be guilty of aiding and abetting all of the above crimes and misprision of felonies. As such the court has no other alternative, but to proceed with the discovery, and proceed expeditiously.

3. **The court is entitled to obtain Defendant's Records.**

Taitz v Obama. Reply to Opposition to Application for Preliminary Injunction

3

1

2

3   The defendant intentionally misrepresents the complaint by claiming that the

4   plaintiff is not entitled to the Defendant's records quoting Freedom of Information

5   Act.

6   This is a case of Quo Warranto. The defendant is an attorney, who during the

7   campaign represented himself as a constitutional scholar and a constitutional

8   professor. As such he is surely aware of the fact that Quo Warranto has existed for

9   some 700 years before the Freedom of Information act was ever enacted.

10   I have requested that the Attorney General and US attorney  fulfill their duties

11   and verify Obama's qualifications under Quo Warranto. As they breached their

12   duties, I am asking the court to grant me Ex Relator Status, step in the shoes of these

13   derelict US attorneys, who didn't do their job, which we, the tax payers, have paid

14   them to do. As the court grants me Ex Relator status, I will be entitled to obtain all

15   the necessary records to prove or disprove Obama's legitimacy. This shows that the

16   Defendants assertion that I have no Entitlement to records is an absurd and was

17   brought to confuse Your Honor.

18   **4. Defendant's claim that my complaint is a non-justiciable political question,**

19   **is a complete absurdity and was brought to mislead Your Honor.**

20   About a third of the brief,  4-5 pages is completely irrelevant, as those are

21   devoted to the mechanisms of the elections and removal of the president from office.

22   I have **never asked your Honor to remove Mr. Obama from office.** All I have

23   asked for, is discovery, and based on this discovery, a declaratory relief, declaring

24   whether Mr. Obama has indeed qualified to office or not per Quo Waranto and per

25   Article 2, Section 1 of the Constitution. Did he provide valid records or did he

26   defraud the voters,  Electors and Congress? This is the whole purpose of Quo

27   Warranto. Quo Warranto  was used for hundreds of years. It is codified in  DC

28   statutes as explained in the complaint. The Department of Justice and US Attorneys'

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

4

1
2
3    office in the Central District of CA argued that the District of Columbia is the proper

4    jurisdiction and Judge David O. Carter has dismissed the Quo Warranto in CA,

5    noting that he doesn't want to "rob the District of Columbia of its' Jurisdiction." We

6    are now in the correct jurisdiction, I applied correct statutes. After the discovery and

7    trial, your Honor will make a Declaratory Relief, whether the defendant was

8    qualified based on Quo Warranto or whether he occupied his position based on

9    fraud. After the declaratory relief the Congress and Senate will be able to proceed

10   with impeachment and removal. I am providing, as exhibits, letters I have received

11   from Senator McCain, Mr. Obama's opponent in the 2008 general election, and a

12   letter from senator Sessions received by one of my supporters. Both letters state that

13   they cannot get involved, while the matter is being decided by the courts, as this will

14   be seen as an ethical violation and interference with the work of another branch of

15   the government. As the District of Columbia is a proper jurisdiction and Congress

16   cannot get involved until there is a judicial determination and declaratory relief, it is

17   not only your right your Honor to adjudicate, **it is not only a justiciable issue, but**

18   **as the Chief Judge for the US District Court for the District of Columbia,  you**

19   **have a duty to exercise your jurisdiction, as according to the undying words of**

20   **Justice Marshall, not exercising Jurisdiction, where it lies, is a treason to the**

21   **Constitution.**

22      Moreover,  I have presented evidence of felony committed by the defendant in his

23   use of multiple Social Security numbers, as well as clear evidence of his use of the

24   Social Security number of at least one deceased individual. Your Honor, as an officer

25   of the court, you have an obligation to proceed, as not doing so will expose Your

26   Honor to the liability of aiding and abetting commission of felony and misprision of

27   felony. Your Honor has no other choice, but to proceed with the discovery.

28

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

5

### 5. Standing

As I have stated previously, this complaint is a motion for leave of court for Ex Relator status in Quo Warranto. **DC statute does not require any particular standing or any damages for Quo Warranto, therefore standing and damages are moot points, brought by the defendant to simply muddy the issues.**

Muddy the issues, is probably the operative term to characterize the opposition brief, as it didn't address any issue, didn't address any law or any injury. It was written specifically to skirt the issues, misrepresent the facts and belittle and denigrate me in the eyes of the court. Very telling, is a remark on page 8,line 1, calling application for preliminary injunction rambling. I have to state that the opposition brief definitely goes beyond rambling, it goes into the territory of assault on the intelligence of each and every American, and there are millions of Americans following this case. The opposition brief did not address any fact or any law presented in the application.

The defense claims that I didn't suffer any injury. The defense can't find any injury in the Obama administration applying pressure on different agencies intimidating and harassing me and my plaintiffs and investigators. They could not find any harm in daily death threats, vandalism, tampering with my car and endangering my family, constant assaults coming from the media, which became the regime propaganda machine, from the law enforcement and US attorney's office itself refusing to investigate any crimes against me, or from use of the Judiciary as a tool to intimidate me and endanger my law license.

What exactly will it take for the Department of Justice to concede that indeed I was harmed or in imminent danger of being harmed? Do I need to be actually

Taitz v Obama. Reply to Opposition to Application for Preliminary Injunction

6

1

2

3  crucified? Knowing the modus operandi of Holder Department of Justice, I am not

4  sure even that will be enough. They might still find some reason to state that there

5  was no harm, no injury. They probably will state that the nails were not long enough,

6  who knows…

7  The extent of damages and indifference and unwillingness to act by law

8  enforcement and the Department of Justice has prompted me to file a complaint with

9  the UN commission for Human Rights defendants.

10  To summarize the issue of damages standing,  I have enumerated my damages in

11  grand detail in the complaint, however I did not need to show any damages, as Quo

12  Warranto statute does not require one seeking ex relator status any particular

13  standing or damages.

14  **6. Additional standing as a Republican candidate for the position of**

15  **Secretary of State of California**

16  Currently I am running as a Republican for the position of the Secretary of State

17  of California. I have previously on multiple occasions requested from the current

18  Secretary of State Debra Bowen, a Democrat, information regarding Mr. Obama's

19  eligibility. I believe that Ms. Bowen has refused to verify Mr. Obama's eligibility

20  and refused to provide me and my clients, candidates on the ballot in 2008 election,

21  pertinent information for political reasons. There was no justification in her refusal to

22  verify Mr. Obama's vital records and eligibility.   I have filed legal actions in the

23  state of CA on behalf of my client Ambassador Alan Keyes, presidential candidate

24  on the ballot in *Keyes et al v Bowen et al*, as well as on behalf of vice presidential

25  candidate for Ron Paul, Ms. Gail Lightfoot. On December 12, at 4:40PM, before the

26  electoral vote I have filed with the Supreme Court on behalf of Gail Lightfoot et al

27  an application for stay of the electoral vote *Lightfoot et al v Bowen 08A524* . Chief

28  Justice John Roberts has decided to hear this case in the conference of all nine

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

7

1
2
3   Justices on January 23, however inexplicably the case was erased from the docket on
4   January 21st. After complaints from the public the case was re-entered on the docket,
5   however at a later date, as I questioned Justice Scalia about the case, he had no
6   knowledge of the existence of the case. I have addressed this matter with Justice
7   Roberts on March 13, 2009. (youTubeOrlyTaitzAddressingJohnRoberts). After
8   nearly a year I did not hear from Justice Roberts or any of the law enforcement in
9   relation to erasing of my case from the docket.
10      All the above facts show that I in good conscience exhausted all means available,
11  and Quo Warranto is the only legal action available to resolve the issue of eligibility
12  and suspected fraud committed by the defendant in the 2008 Presidential election.
13                          7. **Traceability of injury**
14      The defense is stating that the injury of $20,000 sanctions is not traceable to the
15  defendant. Let's try it again slowly.
16      **I never had any sanctions assessed against me: never before and never after.**
17  **I never had any reprimand against me. I have a perfectly clean record.** The only
18  time in my life, when I was sanctioned by the court, is where Judge Land stated that
19  my representation of the members of US military questioning Barack Obama's
20  legitimacy to presidency is frivolous, and due to that he sanctioned me.
21      Let's see, what did he find frivolous? I forwarded to Judge Land  reports from
22  licensed investigators, showing that Obama used multiple social security numbers,
23  none of which were issued in Hawaii, where he claims he was born, and where he
24  was raised. Who is usually using multiple social security numbers of others?
25  Typically people, who were not born in this country, are the people, who do not have
26  a valid social security number and need to resort to stealing the Social Security
27  numbers of others.
28

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

8

1

2

3    I presented information that Obama refused to unseal his original birth certificate

4    and all other vital records, and the fact that the state of Hawaii statute 338-17 allows

5    a **foreign born** child of Hawaiian resident to get a Hawaiian birth certificate, as well

6    as the fact that statute 338-5 allows one to get a birth certificate of one relative **based**

7    **on a statement of one relative only without any corroborative evidence**. This

8    evidence is **at least** sufficient evidence to order discovery. Clearly there is nothing

9    frivolous in bringing an action on behalf of the members of the military seeking to

10   verify Obama's legitimacy in light of all the above facts.

11   Who sealed his original vital records, who is refusing to unseal them? Obama!

12   Who is using social security numbers of deceased individuals and numbers never

13   assigned? Obama!

14   Judge Land is a federal employee and as such works for the Chief Executive in

15   the Federal government, Obama. Does the assistant US attorney have to be Albert

16   Einstein to be able to trace the connection between Barack Obama's social security

17   fraud, his obfuscation of all of his records, my bringing this issue to court and the

18   decision by judge Land to use $20,000 in sanctions to silence me?  I believe

19   traceability is very clear and I don't need to belabor on this any further.

20                            **8. Background of the case**

21   About  a third of the brief is dedicated to the background of the case, which was

22   completely bent out of shape and the truth was misrepresented. I don't need to write

23   5-6 page of the background. I can summarize the background of the case in one

24   sentence. Obama's legitimacy for presidency was never adjudicated on the merits, no

25   discovery was done, since no judge so far had the guts to hear the case on the merits.

26   We don't need to go far. A year ago Attorrney John Hamenway, 30 year veteran

27   of JAG and State department foreign corps have brought to this district court Obama

28   eligibility issue Hollister v Soetoro. Obama was named by the last name he used in

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

1

2

3   Indonesia, Soetoro, since there is no record of him legally changing his name back to

4   Obama, and there is a high likelihood that Obama was inaugurated and sworn in

5   under the name, which is not legally his.  Judge James L. Robertson came up with a

6   decision, that the proper prima facia evidence should not be viewed and discovery

7   and trial should not go on, since Obama's legitimacy for presidency "was twittered

8   and massaged on the blogs". The whole country didn't know whether to laugh or to

9   cry reading this opinion of a Federal judge. To add insult to injury Judge Robertson

10  has threatened attorney Hemenway with sanctions. Same modus operandi, as I

11  experienced with Judge Land. The only difference was, that older Judge Robertson

12  had enough life wisdom, common sense and experience to stop short of actually

13  assessing those sanctions, he stopped at repriment, which Hemenway is currently

14  appealing in the Court of Appeals.  Younger and more eager to get promotions Judge

15  Land actually assessed those sanctions. Regardless of nuances both decisions are

16  upfront to basic law  and Constitution and decency. Today Judge Robertson is

17  known through the blogosphere, through the Internet as a twitter judge. As I have

18  filed my complained with the UN and has given some 700 interviews all over the

19  World. Attorney, judges and public around the World are buffled and bewildered at

20  what is happening in the US. Clearly Judge Robertson knows that twittering and

21  massaging on the blogs is not a proper form of evidence, that there is a need to

22  unseal the original birth certificate and all the other vital records. So what is the

23  explanation to such indefensible decisions? The only reasonable explanation, is that

24  not only attorneys like I and Hemenway were threatened, but Federal Judges

25  themselves were threatened and intimidated by the Obama regime, by the Obama

26  administration, that there was some fear of retaliation from Holder department of

27  Justice, from Pelosi Congress.

28

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

10

1

2

3    Here is another example. I am forwarding a transcript of the July 13 hearing in

4    Keyes et al v Obama in front of judge David O. Carter in the Central District of CA

5    (as more plaintiffs were later added to the case, and the plaintiffs were listed in

6    alphabetical order, it was renamed as Barnett et al v Obama et al). At a time when

7    Judge Land claimed that Obama illegitimacy cases are frivolous, a more experienced

8    judge David O. Carter was stating on the record time and again that this case is very

9    important for the military and for the country as a whole, and it needs to be heard on

10   the merits. Judge Carter has scheduled the case for trial for January 26, 2010 in CA.

11   Later, on October 1, 2009 Obama administration was able to place as a law clerk

12   with judge Carter one Sidharth Velamoor, an attorney who is still listed as working

13   for Perkins Coie, Obama's defense firm, the firm of Robert Bauer, Chief White

14   House Legal Counsel. From October 1 the attorney for the defense firm was doing

15   legal research for the presiding judge and drafting orders. Is it surprising to you Your

16   Honor to find out that judge Carter has suddenly changed his opinion and decided

17   that he no longer has jurisdiction, even though he was adamant he had it before. I

18   suddenly felt that I was immersed back in the nightmare of the dictatorial regime of

19   the Communist Soviet Union, from which I escaped earlier. There were other

20   interesting connections and correlations between Mr. Velamoor and Mr. Obama.

21   Both of them are officially graduates of Columbia university, however different legal

22   directories show Velamoor graduating either from Columbia law school or

23   Commenis law school in Bratislava Slovakia and some 400 students attending

24   Columbia same time as Obama and taking same courses as Obama can't remember

25   seeing him there. Yet another interesting fact: both came from the same small

26   community of Mercer island, WA. While Obama claims, that his mother lived on HI

27   in 1961-1962, official records of the university of HI show her as dropping out at this

28   time. She was nowhere to be found for nine months from December 1960 to end of

Taitz v Obama. Reply to Opposition to Application for Preliminary Injunction

11

August 1961, when she reappeared on Mercer island and enrolled as a student in University of Seattle Washington for Fall and winter quarters of 1961-1962. Nothing about Mr. Obama seems to be true. A lot about Mr Obama is questionable an a reason for deep concern. What I am doing today is equal to a new civil rights movement, a movement to reassert civil rights of the US citizens to have their cases heard in the court of law based on the Constitution, based on clear evidence, proper original valid records, not based on twittering, not based on intimidation of judges and attorneys. If Obama regime is successful in silencing attorneys like me, working pro bono to uphold the constitutional freedoms, then we don't have a Constitution, then we have a dictatorship, a tyranny.

Your Honor the choice is clear: you can be one of those judges who summarily dismissed each and every pleading by Thurgood Marshall, not willing to rock the boat and the establishment, or you can be Judge Earl Warren of the 21st Century and uphold the system of Justice and the Constitution.

Fraud is a fraud, regardless of who perpetrates it, whether it is perpetrated by one forging documents to get a deed to a house or a lease to the White House. No one is above the law. The Nation is watching and the Nation is waiting. UN committee for Defenders of the Human Rights is watching and waiting for your decision. After I have done over 700 interviews all over the World, the World is watching and waiting for your decision. Your decision can be one of obfuscation of all of vital records of one sitting in the White House, it can be a decision of aiding and abeting Social Security Fraud and Misprision of Felony of Social Security Fraud and Identity theft by Mr. Obama, or it can be a decision of upholding the law. Your decision can signify further persecutions of me, as a decedent fighting Obama regime, or it can be a decision putting an end to persecutions. The decision is yours and the Nation is watching and the World is watching.

Taitz v Obama. Reply to Opposition to Application for Preliminary Injunction

12

1

2

3        Wherefore the plaintiff respectfully requests this Honorable court to deny the

4    defendant's motion to dismiss and grant her application for injunctive relief as stated

5    above.

6

7

8

9

10                                        /s/ DR ORLY TAITZ ESQ
                                    By:_____
11                                  Dr. Orly Taitz, Esq. (California Bar 223433)
                                    Attorney for the Plaintiffs
12                                  29839 Santa Margarita Parkway ste 100
                                    Rancho Santa Margarita CA 92688
13                                  Tel.:  949-683-5411; Fax: 949-766-7603
                                    E-Mail: dr_taitz@yahoo.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

13

## PROOF OF SERVICE

I CERTIFY THAT TRUE AND CORRECT COPY OF THE ABOVE PLEADINGS WAS SERVED on 02.12.10 by First Class Mail.

Alan Burch, Assistant United States Attorney for the District of Columbia

555 4th str.,N.W.

Washington D.C. 20530

/s/Orly Taitz

Dr. Orly Taitz Esq
29839 Santa Margarita PKWY
Rancho Santa Margarita CA 92688

### Proposed Order

**Plaintiff's Application for preliminary injunction is granted.**

**Defendant's motion to dismiss is denied.**

Defendant is ordered to release by  March 8,2010  his original birth certificate, which was allegedly obtained based on the defendant's birth in Kapiolani hospital in Hawaii on 08.04.61.

Defendant is ordered to release his birthing (live birth or labor and delivery) file from Kapiolani Hospital by March 8, 2010.

Defendant is ordered  to   release by March 8  his school enrolment records and financial aid application records from Occidental college, Columbia University, Harvard University and Punahoa High School.

Defendant is ordered to release by March 8, 2010 any and all of his passport applications.

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

14

1

2

3   Defendant is ordered to release by March 8, 2010 his Social Security application

4   and explain why  Social Security number, used by him for most of his life, including

5   Selective Service application  shows 042- ,the code of the State of CT, even though

6   the defendant never resided there, and why this number shows as being assigned to

7   an individual born in 1890, even though the defendant was not born in 1890 and is

8   not 120 years old.

9   Defendant is ordered  to provide an explanation by March 8, 2010, why National

10  databases Choice Point and Lexis –Nexis show him using as many as 39 different

11  Social Security numbers, none of which were issued in the state of Hawaii.

12  Mr. Michael Astrue, Director of the Social Security Administration, is ordered to

13  provide by March 8, 2010 an original Social Security application for Barack Hussein

14  Obama and an explanation why  is he using a Social Security number issued in the

15  state of Ct, to an individual born in 1890, even though the Defendant never resided in

16  the state of CT and was not born in 1890, as well as access to the original Social

17  Security application of the Defendant to be granted to the Plaintiff's forensic

18  document expert.

19  Secretary of State Hillary Clinton is ordered to release by March 8, 2010

20  Defendant's passport application and  access to such application to be granted to the

21  Plaintiff's forensic document expert.

22                          It is so ordered and adjudged

23

24                          Honorable Royce C. Lamberth

25

26

27

28

Taitz v Obama. Reply to Opposition to Application for  Preliminary Injunction

15