1       **UNITED STATES DISTRICT COURT**

2       **CENTRAL DISTRICT OF CALIFORNIA**

3       **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                        – – – – – – –

5   ALAN KEYES, PH.D., ET AL.,         )
                                       )
6              Plaintiffs,             )
                                       )
7        vs.                           )  No. SACV 09-0082 DOC
                                       )      Item No. 6
8   BARACK H. OBAMA, et al.,           )
                                       )
9              Defendants.             )
    _____)

10

11

12

13              REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                      Hearing on Motions

15                     Santa Ana, California

16                     Monday, July 13, 2009

17

18

19

20   Debbie Gale, CSR 9472, RPR
     Federal Official Court Reporter
21   United States District Court
     411 West 4th Street, Room 1-053
22   Santa Ana, California 92701
     (714) 558-8141
23

24   09cv0082 Obama 2009-07-13 Item 6

25

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

2

```
1   APPEARANCES OF COUNSEL:

2
    FOR THE PLAINTIFFS:
3
            ORLY TAITZ, DDS, ESQUIRE
4           Defend Our Freedoms Foundation
            26302 La Paz
5           Suite 211
            Mission Viejo, California 92691
6           (949) 683-5411

7

8
    FOR THE UNITED STATES OF AMERICA:
9
            U.S. DEPARTMENT OF JUSTICE
10          UNITED STATES ATTORNEY'S OFFICE
            BY:  DAVID A. DeJUTE
11               Assistant United States Attorney
            300 North Los Angeles Street
12          Suite 7516
            Los Angeles, California 90012
13          (213) 894-2574

14
    ALSO PRESENT:
15
            Charles Lincoln, Law Clerk for Ms. Taitz
16

17

18

19

20

21

22

23

24

25
```

3

1                        **I N D E X**

2   **PROCEEDINGS**                                        **PAGE**

3   Motion by Plaintiffs for Reconsideration of        4
    Order to Show Cause or, in the alternative, to
4   Certify Question for Appeal

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

4

| | | |
|---|---|---|
| | 1 | **SANTA ANA, CALIFORNIA, MONDAY, JULY 13, 2009** |
| | 2 | **Item No. 6** |
| | 3 | (9:50 a.m.) |
| 09:49 | 4 | THE COURT:  Alan Keyes v. Barack Obama. |
| 09:50 | 5 | Who represents Alan Keyes? |
| 09:50 | 6 | MS. TAITZ:  I am.  I am, Your Honor. |
| 09:50 | 7 | THE COURT:  Who are you? |
| 09:50 | 8 | MS. TAITZ:  My name is Orly Taitz. |
| 09:50 | 9 | THE COURT:  Have a seat and pull the microphone |
| 09:50 | 10 | closer so I can hear you. |
| 09:50 | 11 | MS. TAITZ:  Yes. |
| 09:50 | 12 | THE COURT:  You have a soft voice. |
| 09:50 | 13 | MS. TAITZ:  Can you hear me now? |
| 09:50 | 14 | THE COURT:  Yeah, I can hear you now. |
| 09:50 | 15 | MS. TAITZ:  Can you hear me, Houston? |
| 09:50 | 16 | THE COURT:  Just like that ad, "Can you hear me |
| 09:50 | 17 | now?" |
| 09:50 | 18 | MS. TAITZ:  I'm Orly Taitz.  I'm a pro bono |
| 09:50 | 19 | attorney, as well, and I'm representing Ambassador Keyes. |
| 09:50 | 20 | THE COURT:  Pleasure to meet you. |
| 09:50 | 21 | Who's with you today? |
| 09:50 | 22 | MR. LINCOLN:  Law clerk.  Charles Lincoln. |
| 09:50 | 23 | THE COURT:  Nice meeting you.  It's a pleasure. |
| 09:50 | 24 | And on behalf of Barack Obama? |
| 09:50 | 25 | MR. DeJUTE:  Not on behalf of Barack Obama yet, |

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

5

| 09:50 | 1 | Your Honor. |
| 09:50 | 2 | On behalf of the United States, David A. DeJute, |
| 09:50 | 3 | Assistant U.S. Attorney. |
| 09:50 | 4 | THE COURT:  Okay.  And where are you located? |
| 09:50 | 5 | MR. DeJUTE:  In Los Angeles at the U.S. Attorney's |
| 09:50 | 6 | Office. |
| 09:50 | 7 | THE COURT:  Okay.  And once again your name, |
| 09:50 | 8 | slowly. |
| 09:50 | 9 | MR. DeJUTE:  My first name is David.  My last |
| 09:50 | 10 | name, "DeJute," D-E, capital J-U-T-E. |
| 09:51 | 11 | THE COURT:  Thank you very much.  Why don't you |
| 09:51 | 12 | have a seat also.  Move the microphone closer. |
| 09:51 | 13 | This is a motion for reconsideration.  And it |
| 09:51 | 14 | really doesn't matter which party I hear from first. |
| 09:51 | 15 | MS. TAITZ:  First of all, I would like to object |
| 09:51 | 16 | to the U.S. Attorney's Office representing Mr. Obama. |
| 09:51 | 17 | Mr. Obama was served as an individual.  He was served on the |
| 09:51 | 18 | inauguration date for something that was done before the |
| 09:51 | 19 | election, specifically, obfuscating all of his vital |
| 09:51 | 20 | records. |
| 09:51 | 21 | Mr. Obama has presented a computerized image of a |
| 09:52 | 22 | short-form birth certificate.  And, in spite of numerous |
| 09:52 | 23 | legal actions -- and to the best of my knowledge, there were |
| 09:52 | 24 | over a hundred such actions -- Mr. Obama has never |
| 09:52 | 25 | provided -- never consented to release of original records |

DEBBIE GALE, U.S. COURT REPORTER

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

6

| | | |
|---|---|---|
| 09:52 | 1 | or certified copies of the original records. |
| 09:52 | 2 | I have gathered statements from experts, one of |
| 09:52 | 3 | them Sandra Ramsey Lines. |
| 09:52 | 4 | THE COURT:  I'm sorry.  Senator? |
| 09:52 | 5 | MS. TAITZ:  Sandra Ramsey Lines.  She's one of the |
| 09:52 | 6 | top forensic document experts showing that there are |
| 09:52 | 7 | numerous signs of forgery on the Certification of Live Birth |
| 09:52 | 8 | that was presented on the internet. |
| 09:52 | 9 | THE COURT:  Okay. |
| 09:52 | 10 | MS. TAITZ:  The serial number is obliterated.  For |
| 09:52 | 11 | that reason alone, this piece of paper is worthless.  It's a |
| 09:53 | 12 | computer image of a worthless piece of paper because if |
| 09:53 | 13 | there is no serial number it means absolutely nothing. |
| 09:53 | 14 | Aside from that, there are a number of statements from |
| 09:53 | 15 | experts showing that there is forgery in that document. |
| 09:53 | 16 | I have additionally provided information in |
| 09:53 | 17 | terms -- from federal agent Mr. Steven Kaufman (phonetic) |
| 09:53 | 18 | from Texas, showing that there are numerous signs of forgery |
| 09:53 | 19 | in Certification of Live Birth -- I'm sorry -- in Selective |
| 09:53 | 20 | Service Certificate of Mr. Obama. |
| 09:53 | 21 | I personally have filed several legal actions. |
| 09:53 | 22 | One of them was Lightfoot v. Bowen.  One of the plaintiffs |
| 09:53 | 23 | is right here.  And every time when a subpoena for |
| 09:53 | 24 | production of records was issued, Mr. Obama -- Mr. Obama's |
| 09:54 | 25 | attorneys have filed a motion to quash any such subpoenas. |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 09:54 | 1 | And Your Honor's -- from what I understand, you |
| 09:54 | 2 | were the judge that decided that there is a prevailing right |
| 09:54 | 3 | of public to know -- I believe it was in Bob Citron's case. |
| 09:54 | 4 | If the public has a right to know -- |
| 09:54 | 5 | THE COURT:  I got reversed by the California |
| 09:54 | 6 | Supreme Court, by the way. |
| 09:54 | 7 | MS. TAITZ:  Well, they were wrong. |
| 09:54 | 8 | THE COURT:  It involved transcripts concerning the |
| 09:54 | 9 | bankruptcy, and -- |
| 09:54 | 10 | MS. TAITZ:  Exactly. |
| 09:54 | 11 | THE COURT:  -- as an aside, since you raised that, |
| 09:54 | 12 | it was a very interesting case.  Because I'm well aware that |
| 09:54 | 13 | Grand Jury transcripts are normally kept secret.  I thought, |
| 09:54 | 14 | though, that the -- there have to, on occasion, be great |
| 09:54 | 15 | exceptions.  And the public has to have transparency.  And |
| 09:54 | 16 | what was of great concern to this Court was that the whole |
| 09:55 | 17 | process involving the auditor/controller and these reverse |
| 09:55 | 18 | derivatives in the Grand Jury process had lead to a |
| 09:55 | 19 | resolution, a plea bargain of this case right before alleged |
| 09:55 | 20 | indictments were to be handed down involving Merrill Lynch. |
| 09:55 | 21 | MS. TAITZ:  And I can tell you, if the issue of |
| 09:55 | 22 | derivatives would have been transparent then, since '94, |
| 09:55 | 23 | maybe we wouldn't be going into bankruptcy today. |
| 09:55 | 24 | THE COURT:  It's amazing how that thought occurred |
| 09:55 | 25 | to me the other day; that we're right back in a circle, with |

| | | |
|---|---|---|
| 09:55 | 1 | a tremendous amount of the County's investments, over |
| 09:55 | 2 | 18 percent in, if not reverse derivatives, something that is |
| 09:55 | 3 | not understandable. |
| 09:55 | 4 | Now, I have no comment on that.  It's not in front |
| 09:55 | 5 | of me.  But that's why transparency is so important. |
| 09:55 | 6 | MS. TAITZ:  Exactly.  And specifically on the |
| 09:56 | 7 | issue of Mr. Obama's legitimacy for presidency.  Moreover, I |
| 09:56 | 8 | have worked with Mr. Neal Sankey, S-A-N-K-E-Y.  He is a |
| 09:56 | 9 | licensed investigator with 20 years of experience with |
| 09:56 | 10 | Scotland Yard and over 15 years of experience in this |
| 09:56 | 11 | country.  And the fact that is the most troubling in this |
| 09:56 | 12 | case is that, according to national databases -- the most |
| 09:56 | 13 | well-accepted database is LexisNexis and ChoicePoint -- |
| 09:56 | 14 | there are 140 different addresses all over the country for |
| 09:56 | 15 | "Barack Hussein Obama" and those addresses are connected to |
| 09:56 | 16 | 39 different social security numbers. |
| 09:56 | 17 | And what is even more troubling, that the social |
| 09:56 | 18 | security number that is used most commonly is one that |
| 09:57 | 19 | starts with 046.  Mr. Obama has used it in Somerville, |
| 09:57 | 20 | Massachusetts, when he went to Harvard.  He used it in |
| 09:57 | 21 | Chicago, and he used it in Washington DC.  This social |
| 09:57 | 22 | security number was issued in the state of Connecticut, even |
| 09:57 | 23 | though Mr. Obama has never lived in the state of |
| 09:57 | 24 | Connecticut.  And even more troubling, it shows that the |
| 09:57 | 25 | owner of the social security is 119 years old, which means |

| | | |
|---|---|---|
| 09:57 | 1 | either he's very well preserved, or we have a serious |
| 09:57 | 2 | problem here that this might be a social security number of |
| 09:57 | 3 | a deceased person. |
| 09:57 | 4 | Aside from that, Mr. Obama's grandmother, Madelyn |
| 09:57 | 5 | Payne Dunham was a volunteer in Oahu Circuit Court Probate |
| 09:57 | 6 | Department. |
| 09:57 | 7 | THE COURT:  In Oahu? |
| 09:57 | 8 | MS. TAITZ:  Circuit Court, Probate Department. |
| 09:57 | 9 | And that's where one can obtain social security numbers of |
| 09:58 | 10 | the deceased individuals. |
| 09:58 | 11 | So this is an extremely important issue for the |
| 09:58 | 12 | national security of this country as a whole. |
| 09:58 | 13 | Aside from that, the state of Hawaii has never |
| 09:58 | 14 | produced a copy of Mr. Obama's birth certificate due to the |
| 09:58 | 15 | fact that Mr. Obama refused to sign a consent for such a |
| 09:58 | 16 | copy.  All they stated:  That there is a document on file. |
| 09:58 | 17 | And the problem with that, that is -- the State of |
| 09:58 | 18 | Hawaii is unique.  Like no other state in the nation, they |
| 09:58 | 19 | have a Statute No. 338 that allows foreign-born children of |
| 09:58 | 20 | Hawaiian residents to obtain Hawaiian birth certificates. |
| 09:58 | 21 | Moreover, 338-5 allows one to obtain a birth certificate |
| 09:58 | 22 | based on a statement of one relative only, without any |
| 09:59 | 23 | corroborative evidence from any hospital.  And as a matter |
| 09:59 | 24 | of fact, what Mr. Obama has posted on the internet, it's a |
| 09:59 | 25 | document that he obtained only last year during the campaign |

DEBBIE GALE, U.S. COURT REPORTER

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

10

| | | |
|---|---|---|
| 09:59 | 1 | that shows no signatures, zero signatures, no name of the |
| 09:59 | 2 | hospital, no name of the doctor, zero corroborating evidence |
| 09:59 | 3 | that he was really born in this country. |
| 09:59 | 4 | And since State of Hawaii allows foreign-born |
| 09:59 | 5 | children to get such birth certificates -- |
| 09:59 | 6 | THE COURT:  Out of curiosity, I haven't delved |
| 09:59 | 7 | into the merits.  We're still in the procedural phase.  And |
| 09:59 | 8 | this is a curiosity.  It has nothing to do with this motion, |
| 09:59 | 9 | in a sense. |
| 09:59 | 10 | Senator McCain, his opponent, was also born |
| 09:59 | 11 | outside of the United States. |
| 09:59 | 12 | MS. TAITZ:  There is a difference because he was |
| 09:59 | 13 | born in the zone of Panama Canal, which was a U.S. territory |
| 10:00 | 14 | at the time. |
| 10:00 | 15 | THE COURT:  Whereas, Kenya would not be, or |
| 10:00 | 16 | Indonesia or whatever? |
| 10:00 | 17 | MS. TAITZ:  Not as far as I know -- unless it's |
| 10:00 | 18 | going to be a 58th state. |
| 10:00 | 19 | THE COURT:  So it's not the personage; it's not |
| 10:00 | 20 | the parents, because there's no contesting that Obama's |
| 10:00 | 21 | mother is a United States citizen?  It's the location |
| 10:00 | 22 | outside -- |
| 10:00 | 23 | MS. TAITZ:  Well -- |
| 10:00 | 24 | THE COURT:  -- the confines of the United States |
| 10:00 | 25 | or the territories of the United States, the question of |

| | |
|---|---|
| 10:00 | 1 |
| 10:00 | 2 |
| 10:00 | 3 |
| 10:00 | 4 |
| 10:00 | 5 |
| 10:00 | 6 |
| 10:00 | 7 |
| 10:00 | 8 |
| 10:00 | 9 |
| 10:00 | 10 |
| 10:01 | 11 |
| 10:01 | 12 |
| 10:01 | 13 |
| 10:01 | 14 |
| 10:01 | 15 |
| 10:01 | 16 |
| 10:01 | 17 |
| 10:01 | 18 |
| 10:01 | 19 |
| 10:01 | 20 |
| 10:01 | 21 |
| 10:01 | 22 |
| 10:01 | 23 |
| 10:01 | 24 |
| 10:02 | 25 |

whether he was born in Kenya?

MS. TAITZ:  Well, there are two questions
Your Honor.  You're right in that the mother indeed was a
U.S. citizen.  Nobody questions that.  You're right in that
the question -- there is a serious question as to
Mr. Obama's place of birth.  As a matter of fact, the
Ambassador of Kenya confirmed that he was born in Kenya in
an interview that was recorded.

But there is yet another issue, and that's meaning
of what is natural-born citizen.  If you recall, just last
year, when Senator Leahy has announced a nonbinding
Resolution 511 that was signed by all 100 senators, it was
stated that Mr. Obama -- I'm sorry -- Mr. McCain is a
natural-born citizen.  And they used two-prong test.
Because (A) he was born in the zone of Panama Canal, the
U.S. Territory; but (B) both -- both of his parents were
U.S. citizens.  They didn't state at least one.  And I have
actually traced the meaning -- what is the meaning, because,
as -- as you know, Constitution does not provide exact
meaning of natural-born citizen.

And I have a website.  I have a lot of followers.
Get something like eight and a half million hits every
month.  So I ask the followers to send "Black" Dictionaries
going to first edition.  And then I also got Vattel's "Law
of Nation," because I was trying to ascertain what was the

12

| | | |
|---|---|---|
| 10:02 | 1 | meaning of the natural-born citizen at the time the |
| 10:02 | 2 | Constitution was written. |
| 10:02 | 3 | What I found out, that Black Law Dictionary, as |
| 10:02 | 4 | many people are quoting today, didn't exist for some hundred |
| 10:02 | 5 | years until after Constitution was written.  What existed, |
| 10:02 | 6 | and what was widely used by the populous, was "The Law of |
| 10:02 | 7 | Nation."  It's a legal treatise written by a well-known |
| 10:02 | 8 | advocate, well-known attorney and diplomat Emmerich de |
| 10:02 | 9 | Vattel, which states that natural-born citizen is one when |
| 10:02 | 10 | is born in the country to parents, both of them citizens of |
| 10:02 | 11 | this country. |
| 10:02 | 12 | THE COURT:  And yet at the time of our first |
| 10:02 | 13 | President, or at least in George Washington, a significant |
| 10:02 | 14 | number of persons who could have become president or serve |
| 10:02 | 15 | in this country did not have parents born here. |
| 10:02 | 16 | MS. TAITZ:  Well, you are right about that. |
| 10:03 | 17 | However, the Constitution provides a grandfather clause.  As |
| 10:03 | 18 | you recall, it states a natural-born citizen is one -- I'm |
| 10:03 | 19 | sorry -- that the President has to be either natural-born |
| 10:03 | 20 | citizen, or citizen at the time of adoption of the |
| 10:03 | 21 | Constitution.  So they fit the clause.  And I guess, unless |
| 10:03 | 22 | Mr. Obama is over 200 years old, he's got a problem.  He's |
| 10:03 | 23 | close.  He's 119, but not over 200. |
| 10:03 | 24 | THE COURT:  Well, most of the Presidents look like |
| 10:03 | 25 | they've aged that much in office.  Now, let me hear from |

| | | |
|---|---|---|
| 10:03 | 1 | your opposition for that moment.  I'm going to give you |
| 10:03 | 2 | another opportunity. |
| 10:03 | 3 | Counsel? |
| 10:03 | 4 | MR. DeJUTE:  Thank you, Your Honor. |
| 10:03 | 5 | THE COURT:  Pleasure.  Why don't you -- well, you |
| 10:03 | 6 | can be seated also, if I can hear you from that microphone, |
| 10:03 | 7 | or you can use the -- |
| 10:03 | 8 | MR. DeJUTE:  I don't think well seated, your |
| 10:03 | 9 | honor. |
| 10:03 | 10 | THE COURT:  All right. |
| 10:03 | 11 | MR. DeJUTE:  With respect to -- just briefly -- |
| 10:03 | 12 | opposing counsel's statements, you know, she said a lot of |
| 10:04 | 13 | facts.  I'm aware of her website.  I'm aware of the |
| 10:04 | 14 | opposition's website. |
| 10:04 | 15 | THE COURT:  Maybe I should get on it? |
| 10:04 | 16 | MR. DeJUTE:  Perhaps, Your Honor.  Although -- |
| 10:04 | 17 | THE COURT:  I'm just kidding you, Counsel. |
| 10:04 | 18 | MR. DeJUTE:  -- I think that it's fair to say |
| 10:04 | 19 | that -- from my understanding, there is no factual validity |
| 10:04 | 20 | in what she's been saying.  I've done a lot of reading back |
| 10:04 | 21 | and forth. |
| 10:04 | 22 | THE COURT:  Isn't that why we're here?  Right now, |
| 10:04 | 23 | we're here on a procedural process, in a sense. |
| 10:04 | 24 | MR. DeJUTE:  Well, I think I agree with you.  The |
| 10:04 | 25 | reason we're here is not to talk about the substance of the |

14

| | | |
|---|---|---|
| 10:04 | 1 | case. |
| 10:04 | 2 | THE COURT:  Correct. |
| 10:04 | 3 | MR. DeJUTE:  We're here to talk about whether |
| 10:04 | 4 | Barack Obama, in his individual capacity, was served. |
| 10:04 | 5 | You know, Dr. Taitz suggests that -- |
| 10:04 | 6 | THE COURT:  Now, just a moment.  I want to cut |
| 10:04 | 7 | through a lot of this.  We could spend months on whether he |
| 10:04 | 8 | was properly served or not.  We could spend months.  But |
| 10:04 | 9 | this service took place in Illinois? |
| 10:04 | 10 | MS. TAITZ:  No.  Washington DC, Your Honor. |
| 10:04 | 11 | THE COURT:  Washington DC? |
| 10:04 | 12 | MR. DeJUTE:  Well, if I could just interpose one |
| 10:05 | 13 | comment? |
| 10:05 | 14 | THE COURT:  Yeah. |
| 10:05 | 15 | MR. DeJUTE:  Dr. Taitz misspoke when she said he |
| 10:05 | 16 | was served on inauguration day.  The declaration that she |
| 10:05 | 17 | submitted, with respect to her motion, states that service |
| 10:05 | 18 | was attempted on February 10th, you know, well after he was |
| 10:05 | 19 | inaugurated and at the White House. |
| 10:05 | 20 | THE COURT:  A curiosity:  Between the two of you, |
| 10:05 | 21 | why wasn't service perfected before the inauguration? |
| 10:05 | 22 | In other words -- hold on for just a second. |
| 10:05 | 23 | We've got all day.  We've got all night.  Okay?  And it may |
| 10:05 | 24 | have nothing to do with anything.  But if I didn't want a |
| 10:05 | 25 | President to come into office, and I thought that that |

| 10:05 | 1 | person did not have the legal right to be President of the |
| 10:05 | 2 | United States, why wouldn't I file prior to inauguration to |
| 10:05 | 3 | stop the harm? |
| 10:05 | 4 | MS. TAITZ:  And I sure did, Your Honor.  I filed |
| 10:05 | 5 | numerous legal actions prior to inauguration.  One was filed |
| 10:05 | 6 | in November.  It was -- |
| 10:06 | 7 | THE COURT:  Just a moment.  Where? |
| 10:06 | 8 | MS. TAITZ:  In the State of California, in the |
| 10:06 | 9 | Supreme Court of the State of California. |
| 10:06 | 10 | THE COURT:  Just a moment.  Why? |
| 10:06 | 11 | MS. TAITZ:  That was -- *Lightfoot v. Bowen* was |
| 10:06 | 12 | filed to stop certification of the electoral votes.  It |
| 10:06 | 13 | was -- "Bowen," as you know, Secretary of State -- |
| 10:06 | 14 | THE COURT:  Just a moment.  Why didn't you go to |
| 10:06 | 15 | Washington DC and file it? |
| 10:06 | 16 | See, what I'm worried about is that there are a |
| 10:06 | 17 | lot of places in the country that can accept service on |
| 10:06 | 18 | behalf of the United States.  But there's nothing like |
| 10:06 | 19 | Washington DC to get this case above the radar; in other |
| 10:06 | 20 | words, so people are aware of it. |
| 10:06 | 21 | MS. TAITZ:  Oh, I went to Washington DC.  As a |
| 10:06 | 22 | matter of fact, I reached the Supreme Court of the |
| 10:06 | 23 | United States, and Chief Justice John Roberts agreed to hear |
| 10:06 | 24 | my case in conference.  He distributed *Lightfoot v. Bowen* |
| 10:06 | 25 | for conference of all nine justices. |

| | | |
|---|---|---|
| 10:07 | 1 | THE COURT:  What date? |
| 10:07 | 2 | MS. TAITZ:  Uh, well, I filed in November, but he |
| 10:07 | 3 | scheduled it for January the 23rd. |
| 10:07 | 4 | THE COURT:  Oh, I see. |
| 10:07 | 5 | MS. TAITZ:  And the issue there was that the case |
| 10:07 | 6 | was right there on the docket before the inauguration; and |
| 10:07 | 7 | then the next day after inauguration, the case disappeared. |
| 10:07 | 8 | Somebody erased it.  And I have confronted Justice Scalia |
| 10:07 | 9 | when he was -- |
| 10:07 | 10 | THE COURT:  Thank you very much.  We'll come back |
| 10:07 | 11 | to you.  Then, Counsel, please proceed. |
| 10:07 | 12 | MR. DeJUTE:  Thank you. |
| 10:07 | 13 | With respect to that last point, Your Honor:  Why |
| 10:07 | 14 | is this case here and not in Washington DC?  Dr. Taitz has |
| 10:07 | 15 | suggested that she's filed other cases.  One involved the |
| 10:07 | 16 | Pennsylvania Democratic primary, dismissed on standing, |
| 10:07 | 17 | because the individual plaintiff was not harmed.  Another |
| 10:07 | 18 | one in -- somewhere in the East Coast with a retired |
| 10:07 | 19 | Lieutenant Colonel, because he was concerned that he |
| 10:07 | 20 | wouldn't properly be able to serve his Commander-in-Chief, |
| 10:07 | 21 | again, dismissed on standing.  Looked at the website, and |
| 10:07 | 22 | the suggestion was made, "Let's find a candidate." |
| 10:08 | 23 | Ambassador Keyes was a candidate in the California primary |
| 10:08 | 24 | election.  And so the suggestion would be, "we can get past |
| 10:08 | 25 | the standing issue if we can find a viable candidate who ran |

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

17

| | | |
|---|---|---|
| 10:08 | 1 | against Barack Obama with the allegation that |
| 10:08 | 2 | President Obama is not eligible under Article II." |
| 10:08 | 3 | THE COURT: I see. |
| 10:08 | 4 | MR. DeJUTE: We could talk all day about the |
| 10:08 | 5 | facts, Your Honor. And it's easy to make, you know, |
| 10:08 | 6 | negative aspersions. It's hard to disprove them when we're |
| 10:08 | 7 | here on, you know, an Order to Show Cause why the case |
| 10:08 | 8 | shouldn't be dismissed without effecting proper service. |
| 10:08 | 9 | It's clear Your Honor doesn't like to stand on |
| 10:08 | 10 | technicalities. And we're prepared for a substantive |
| 10:08 | 11 | discussion. But I think we're entitled to be served |
| 10:08 | 12 | properly first. |
| 10:08 | 13 | I think Your Honor's previous orders suggested the |
| 10:08 | 14 | method by which the United States or Barack Obama proceed |
| 10:09 | 15 | properly under Rule 4(i). I don't think there can be any |
| 10:09 | 16 | serious question that the lawsuit is suing an officer of the |
| 10:09 | 17 | United States in his official capacity. The lawsuit seeks |
| 10:09 | 18 | to declare Barack Obama ineligible to be President, and |
| 10:09 | 19 | thereby prevent him from continuing in office. He's not an |
| 10:09 | 20 | officer of the United States. He's "the" officer of the |
| 10:09 | 21 | United States. And I think he's entitled to service in that |
| 10:09 | 22 | capacity. And I can assure you the United States Attorney's |
| 10:09 | 23 | Office for the Central District has never been served with |
| 10:09 | 24 | this matter. On that ground alone, effective service has |
| 10:09 | 25 | not been made. |

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
| 10:09 | 1  | THE COURT:  The United States Attorney's Office, |
| 10:09 | 2  | though, could be served in Los Angeles.  It could be served |
| 10:09 | 3  | here in Orange County, couldn't they? |
| 10:09 | 4  | MR. DeJUTE:  I'm not sure if it could be served in |
| 10:09 | 5  | Orange County.  I believe so.  I know it -- for certain, it |
| 10:09 | 6  | could be served in Los Angeles. |
| 10:09 | 7  | THE COURT:  What I'm driving at is this.  I'll |
| 10:09 | 8  | come back to what I just said to prior counsel. |
| 10:10 | 9  | The law abhors closed courtroom doors.  And the |
| 10:10 | 10 | process and technicality of how counsel get here can be |
| 10:10 | 11 | exacerbating.  And I intend on that prior case to cut |
| 10:10 | 12 | through that nonsense.  And I intend on this case to cut |
| 10:10 | 13 | through that nonsense. |
| 10:10 | 14 | MR. DeJUTE:  I'm not surprised, Your Honor. |
| 10:10 | 15 | THE COURT:  There's no reason that this case can't |
| 10:10 | 16 | be here, or Washington DC, or wherever.  I don't care where |
| 10:10 | 17 | it is.  By the same token, it sounds to me like there hasn't |
| 10:10 | 18 | been a forum for this for some significant period of time. |
| 10:10 | 19 | And somehow there has to be a forum someplace. |
| 10:10 | 20 | Now, how are we going to accomplish that? |
| 10:10 | 21 | MS. TAITZ:  Your Honor -- |
| 10:10 | 22 | THE COURT:  No.  Believe it or not, I wasn't |
| 10:10 | 23 | speaking to you.  I'll come back to you in just a moment. |
| 10:10 | 24 | And when I want to hear from you, I'll look at you and |
| 10:10 | 25 | smile.  I'm not smiling right now. |

| | | |
|---|---|---|
| 10:10 | 1 | MR. DeJUTE:  He's not smiling at me either. |
| 10:10 | 2 | I think I can answer the question, Your Honor. |
| 10:10 | 3 | THE COURT:  No, no.  I've done this on so many |
| 10:11 | 4 | cases:  Why can't she simply serve you today in court? |
| 10:11 | 5 | MR. DeJUTE:  Because I'm not authorized to accept |
| 10:11 | 6 | service. |
| 10:11 | 7 | THE COURT:  Well, go get somebody who is. |
| 10:11 | 8 | MR. DeJUTE:  Well, the people that are authorized |
| 10:11 | 9 | to accept service -- |
| 10:11 | 10 | THE COURT:  Do you see what I'm hearing?  I'm |
| 10:11 | 11 | hearing a big run-around, a big circle. |
| 10:11 | 12 | MR. DeJUTE:  Uh -- |
| 10:11 | 13 | THE COURT:  No.  Hold on for a second. |
| 10:11 | 14 | You can go get somebody in here. |
| 10:11 | 15 | And you can serve him. |
| 10:11 | 16 | And then we can cut through whether it's |
| 10:11 | 17 | Pennsylvania, Washington DC -- this is taking too much time. |
| 10:11 | 18 | And this is taxpayer money.  This isn't your money; this is |
| 10:11 | 19 | taxpayer money we're spending right now.  And this is a |
| 10:11 | 20 | process and procedure that's going to come to an end. |
| 10:11 | 21 | Who's authorized to accept service? |
| 10:11 | 22 | MR. DeJUTE:  The civil clerk. |
| 10:11 | 23 | THE COURT:  Just a moment. |
| 10:11 | 24 | *(Court and court clerk confer.)* |
| 10:11 | 25 | THE COURT:  They're authorized downstairs to |

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

20

| | | |
|---|---|---|
| 10:11 | 1 | accept service.  Go serve 'em. |
| 10:11 | 2 | MS. TAITZ:  Are you -- |
| 10:11 | 3 | THE COURT:  Because, if you don't, what's going to |
| 10:11 | 4 | happen is we're going to end up getting involved in this |
| 10:11 | 5 | continuing process of whether this was valid service or not. |
| 10:12 | 6 | And you're gonna end up litigating process and procedure for |
| 10:12 | 7 | the term of this administration. |
| 10:12 | 8 | So if you want to get to the merits between the |
| 10:12 | 9 | two of you, just get proper service.  And serve |
| 10:12 | 10 | downstairs -- and they're authorized to take it -- and do it |
| 10:12 | 11 | now. |
| 10:12 | 12 | Now, if you don't -- if you want to spend your |
| 10:12 | 13 | time going through this process, then you can come back and |
| 10:12 | 14 | visit me every week if you would like to, and we'll have lot |
| 10:12 | 15 | of hearings. |
| 10:12 | 16 | Now, you continue on. |
| 10:12 | 17 | MR. DeJUTE:  Well, I think it's time for me to |
| 10:12 | 18 | say:  I concur with Your Honor. |
| 10:12 | 19 | THE COURT:  Yeah.  Now, let me hear from your |
| 10:12 | 20 | opposition 'cause I'm smiling at her. |
| 10:12 | 21 | I'm just kidding you, Counsel.  Now, Counsel, your |
| 10:12 | 22 | turn. |
| 10:12 | 23 | MS. TAITZ:  Well, since you are smiling at me now, |
| 10:12 | 24 | I would continue on the issue of taxpayer's money.  The |
| 10:12 | 25 | whole point is Mr. Obama does not get to use our taxpayer's |

| 10:12 | 1 | money to cover up -- |
| 10:12 | 2 | THE COURT:  No, no, Counsel.  I'm not going to let |
| 10:13 | 3 | you go there.  This is a waste of time.  You could properly |
| 10:13 | 4 | serve -- and I'm trying to help you cut through the |
| 10:13 | 5 | bureaucratic nonsense.  You can have authorized service that |
| 10:13 | 6 | can take place in this building today. |
| 10:13 | 7 | If you want to continue procedurally, I won't cut |
| 10:13 | 8 | you off again.  But I can guarantee you that process is |
| 10:13 | 9 | gonna be almost never ending, because you've already failed. |
| 10:13 | 10 | You failed in Pennsylvania. |
| 10:13 | 11 | MS. TAITZ:  I never filed in Pennsylvania. |
| 10:13 | 12 | THE COURT:  You failed in -- |
| 10:13 | 13 | *(To the Court Reporter:)*  When I'm speaking, |
| 10:13 | 14 | you'll take me. |
| 10:13 | 15 | You've failed in Washington.  And I'm offering you |
| 10:13 | 16 | a vehicle and avenue to have this resolved on the merits. |
| 10:13 | 17 | Now, you're so used to doing battle, you're about to do |
| 10:13 | 18 | battle with me.  I'd suggest you don't, and I suggest you |
| 10:13 | 19 | rethink it.  So I'm going to take a recess.  You're going to |
| 10:13 | 20 | go calm down and go think about this.  If you still want to |
| 10:13 | 21 | proceed in this fashion, so be it. |
| 10:13 | 22 | MS. TAITZ:  May I respond? |
| 10:13 | 23 | THE COURT:  No, not now.  I'm going to take a |
| 10:13 | 24 | recess, so you have a chance.  I've got all day.  In other |
| 10:13 | 25 | words, I'm not pushing you out of court. |

| | | |
|---|---|---|
| 10:13 | 1 | MS. TAITZ:  Well, can I talk to the U.S. Attorney? |
| 10:13 | 2 | THE COURT:  We're in recess.  We'll be back in |
| 10:13 | 3 | 10 minutes. |
| 10:13 | 4 | (Recess held at 10:13 a.m.) |
| 10:25 | 5 | (Proceedings resumed at 10:25 a.m.) |
| 10:25 | 6 | THE COURT:  We're back on the record.  Let me |
| 10:25 | 7 | suggest to both of you a process that might get to the |
| 10:25 | 8 | merits of this. |
| 10:25 | 9 | I'm smiling at you. |
| 10:25 | 10 | On January 20th, 2009, at 3:26 p.m. you brought |
| 10:25 | 11 | suit against Defendant Obama, Condoleezza Rice in her |
| 10:25 | 12 | capacity as the former Secretary of State, Robert Mueller in |
| 10:25 | 13 | his capacity as the Director of the Federal Bureau of |
| 10:26 | 14 | Investigation, and Michael Hager as the former Director of |
| 10:26 | 15 | the Office of Personnel Management. |
| 10:26 | 16 | You've alleged that Obama does not meet the |
| 10:26 | 17 | qualifications required for the Office of the President, as |
| 10:26 | 18 | specified by Article II, Section 1, Clause [5], of the |
| 10:26 | 19 | United States Constitution.  More specifically, you've |
| 10:26 | 20 | alleged that the defendant has not shown that he is a |
| 10:26 | 21 | natural-born citizen of the United States. |
| 10:26 | 22 | And the way we're proceeding, we're never going to |
| 10:26 | 23 | get to that issue, or at least it's going to take an |
| 10:26 | 24 | abhorrent amount of time.  And if you're really interested |
| 10:26 | 25 | in this issue, I'm actually showing you a kindness, a way to |

| | | |
|---|---|---|
| 10:26 | 1 | get this before a Court quickly, rather than the way that |
| 10:26 | 2 | this is proceeding. |
| 10:26 | 3 | MS. TAITZ:  May I respond? |
| 10:26 | 4 | THE COURT:  No, not yet.  You've got all night, |
| 10:26 | 5 | believe it or not.  You can have until 8:00 o'clock tonight, |
| 10:26 | 6 | for all I care, so there's no rush.  Okay? |
| 10:26 | 7 | You've argued that there's evidence to show that |
| 10:26 | 8 | the President was actually born in Kenya and not Hawaii, |
| 10:26 | 9 | thus making him ineligible to be President of the |
| 10:26 | 10 | United States. |
| 10:26 | 11 | You've also argued that the President was a |
| 10:27 | 12 | citizen of Indonesia and he's not gone through the proper |
| 10:27 | 13 | immigration procedures to regain his United States |
| 10:27 | 14 | citizenship.  In order words, you pointed the Court to two |
| 10:27 | 15 | different countries potentially that he was either born or a |
| 10:27 | 16 | citizen of. |
| 10:27 | 17 | In the lawsuit, you appear to be -- the issue |
| 10:27 | 18 | appears to be the issuance of an -- well, your primary |
| 10:27 | 19 | objective appears to be the issuance of an injunction |
| 10:27 | 20 | requiring the President to present any and all documentation |
| 10:27 | 21 | that he is a natural-born citizen of the United States -- |
| 10:27 | 22 | and you've ably argued today that that's never been |
| 10:27 | 23 | forthcoming to you, frustratingly so -- and, if he's unable |
| 10:27 | 24 | to prove citizenship, to have him removed from office. |
| 10:27 | 25 | So if there's an import to this, if there's a |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 10:27 | 1  | danger, then it would appear to me that you want to          |
| 10:27 | 2  | accomplish that as quickly as possible, not what's happening |
| 10:27 | 3  | now in this procedural time-consuming circle that everybody  |
| 10:28 | 4  | seems to be going in.                                        |
| 10:28 | 5  | Now, you specifically plead for relief in the form           |
| 10:28 | 6  | of declaratory relief, where the Court will determine        |
| 10:28 | 7  | whether or not the President is a natural-born citizen of    |
| 10:28 | 8  | the United States within the definition of the              |
| 10:28 | 9  | U.S. Constitution; second, a stay of the January 20th, 2009, |
| 10:28 | 10 | Inauguration of the President due to plaintiffs' substantial |
| 10:28 | 11 | likelihood of success on the merit -- which has already      |
| 10:28 | 12 | passed now, and getting older; a written mandamus requiring  |
| 10:28 | 13 | Defendants Rice, Hager, and Mueller to produce or compel     |
| 10:28 | 14 | documents proving the President's current citizenship; and   |
| 10:28 | 15 | attorneys fees and costs of the suit.                        |
| 10:28 | 16 | In the motion before the Court, you've stated that           |
| 10:28 | 17 | you're dismissing Counts 2 and 3 of the Complaint, and       |
| 10:28 | 18 | dismissing all the defendants, except the President.  And    |
| 10:28 | 19 | I'll ask you about that in a moment, courteously, to make    |
| 10:28 | 20 | sure that's still your position.                             |
| 10:28 | 21 | MS. TAITZ:  Yes.                                             |
| 10:28 | 22 | THE COURT:  On May 12th, this Court issued an                |
| 10:28 | 23 | Order to Show Cause for lack of prosecution, as the Court    |
| 10:29 | 24 | had not received proof of service on various defendants in   |
| 10:29 | 25 | this suit.  On May 18th, plaintiffs' filed proof of service  |

DEBBIE GALE, U.S. COURT REPORTER

| | | |
|---|---|---|
| 10:29 | 1 | on the President, through Maryann McKernian *(phonetic),* as I |
| 10:29 | 2 | understand it, who's a mail clerk in Streamwood, Illinois -- |
| 10:29 | 3 | MS. TAITZ:  No. |
| 10:29 | 4 | THE COURT:  -- who's allegedly authorized to |
| 10:29 | 5 | accept service on behalf of the Department of Justice. |
| 10:29 | 6 | MS. TAITZ:  No, no.  Uh, she is not a mail clerk. |
| 10:29 | 7 | She went to the White House -- |
| 10:29 | 8 | THE COURT:  Oh, I'm going to get there.  Believe |
| 10:29 | 9 | it or not, I read this stuff.  Okay.  So hang with me for a |
| 10:29 | 10 | moment. |
| 10:29 | 11 | After service, it's my understanding that she |
| 10:29 | 12 | literally went to the White House.  Now, this gets even more |
| 10:29 | 13 | bizarre:  That she gets on a plane and she flies to the |
| 10:29 | 14 | White House, and she gives this to a Secret Service agent. |
| 10:29 | 15 | MS. TAITZ:  Yes. |
| 10:29 | 16 | THE COURT:  That's a baffling process, in and of |
| 10:29 | 17 | itself:  To have somebody get on a plane and give it to a |
| 10:29 | 18 | Secret Service agent. |
| 10:30 | 19 | Now, on June 1st, 2009, the Court notified |
| 10:30 | 20 | plaintiffs that their purported proof of service was |
| 10:30 | 21 | deficient under 4(i)(3), hereinafter "Rule 4(i)(3)." |
| 10:30 | 22 | And it states, Subsection (3): |
| 10:30 | 23 | "Officer or Employee Sued Individually. |
| 10:30 | 24 | "To serve a United States officer or employee sued |
| 10:30 | 25 | in an individual capacity for an act or omission occurring |

| | | |
|---|---|---|
| 10:30 | 1 | in connection with duties performed on the United States' |
| 10:30 | 2 | behalf, whether or not the officer or employee is also sued |
| 10:30 | 3 | in an official capacity, a party must serve the |
| 10:30 | 4 | United States and also serve the officer or employee under |
| 10:30 | 5 | Rule 4(e), (f), or (g)." |
| 10:30 | 6 | In this motion you've argued that "the above |
| 10:30 | 7 | portion of Federal Rule of Civil Procedure is inapplicable |
| 10:30 | 8 | as Federal Rule of Civil Procedure 4(e), hereinafter 4(e), |
| 10:30 | 9 | should be applied instead." |
| 10:31 | 10 | This provision states in subsection (e): |
| 10:31 | 11 | "Serving an Individual Within a Judicial District |
| 10:31 | 12 | of the United States. |
| 10:31 | 13 | "Unless federal law provides otherwise, an |
| 10:31 | 14 | individual, other than a minor and incompetent person or |
| 10:31 | 15 | person who's waiver has been filed, may be served in a |
| 10:31 | 16 | judicial district of the United States by: |
| 10:31 | 17 | "First, following state law for serving a summons |
| 10:31 | 18 | in an action brought in courts of general jurisdiction in |
| 10:31 | 19 | the state where the district court is located or where the |
| 10:31 | 20 | service is made; or, |
| 10:31 | 21 | "Two, doing any of the following: |
| 10:31 | 22 | "(a) Delivering a copy of the summons and of the |
| 10:31 | 23 | complaint to the individual personally. |
| 10:31 | 24 | "(b) Leaving a copy of each at the individual's |
| 10:31 | 25 | dwelling or usual place of abode with someone of suitable |

10:31   1   age and discretion who resides there; or,

10:31   2          "(c) Delivering a copy of each to an agent

10:31   3   authorized by appointment or by law to receive service of

10:32   4   process."

10:32   5          You've argued that the Court's June 12th, 2009,

10:32   6   order finding that service under Rule 4(e) was insufficient

10:32   7   and requiring service under 4(i) is "manifestly erroneous."

10:32   8   In the alternative, you move and request that this Court

10:32   9   exercise its discretion to certify the following question

10:32   10  for interlocutory appeal.

10:32   11         Now, let me just stop for a moment.

10:32   12         Assuming I was willing to do that, assuming I

10:32   13  ruled against you for a moment, do you know how long that

10:32   14  process is going to take?  A significant period of time for

10:32   15  the Ninth Circuit to serve.  And what I'm hearing is that

10:32   16  you want access to a Court immediately to re- -- now, hold

10:32   17  on.  You've got lot of time, believe it or not.  You seem

10:32   18  rushed.  Don't be rushed -- that is a cumbersome and lengthy

10:32   19  process.  And it's gonna go further up on review, trust me,

10:32   20  from the Ninth Circuit.

10:32   21         So the end result is you're fighting all of these

10:32   22  technicalities.  You can literally go down -- I'm providing

10:32   23  you that option -- serve the United States.  Jurisdiction

10:33   24  takes place today.  There's nothing appealable.  And you're

10:33   25  in court.  That's what I don't understand.

| 10:33 | 1 | So if this harm is being done, it seems to me that |
| 10:33 | 2 | you're stretching this process procedurally.  But I'm not a |
| 10:33 | 3 | lawyer.  I'm not a lawyer.  So I'm gonna give you the |
| 10:33 | 4 | option, and you can argue.  And sometimes we're dead right. |
| 10:33 | 5 | In other words, we're right but we're not doing too well. |
| 10:33 | 6 | And that's what I'm afraid you're in right now; and that is, |
| 10:33 | 7 | I'm afraid tentatively, on a motion for reconsideration, |
| 10:33 | 8 | that you may lose on this.  If I don't grant interlocutory |
| 10:33 | 9 | appeal, you have to either take it up or start over.  And |
| 10:33 | 10 | that's an incredible waste of time on this issue. |
| 10:33 | 11 | So now I'm done.  You can proceed any way you'd |
| 10:33 | 12 | like to.  And I'm going to give you the lectern, or you can |
| 10:34 | 13 | remain seated and just tell me what your thoughts are, and |
| 10:34 | 14 | how you'd like to proceed. |
| 10:34 | 15 | MS. TAITZ:  Well, first of all, what I would like |
| 10:34 | 16 | to do is I would motion to strike from the record that |
| 10:34 | 17 | appearance of U.S. Attorney because he admitted that he is |
| 10:34 | 18 | not representing the President.  And there is absolutely no |
| 10:34 | 19 | reason for him to even be at the defendant's table.  And due |
| 10:34 | 20 | to the fact that the U.S. Attorney does not represent the |
| 10:34 | 21 | President -- but clearly the President was served; |
| 10:34 | 22 | otherwise, where did he get the pleadings and knew about |
| 10:34 | 23 | this hearing.  The President knew that there is a hearing |
| 10:34 | 24 | today and decided not to show up and not to bring an |
| 10:34 | 25 | attorney who would represent him. |

| | | |
|---|---|---|
| 10:34 | 1 | And due to the fact that U.S. Attorney does not |
| 10:34 | 2 | represent anybody in this case and has nothing to do with |
| 10:34 | 3 | this case, and the President ignored the proceedings and |
| 10:34 | 4 | showed disrespect to this proceedings, there's absolutely no |
| 10:35 | 5 | way not to give me a default. |
| 10:35 | 6 | But in order to be fair to Mr. Obama -- and the |
| 10:35 | 7 | issue, again, has -- again, has absolutely nothing to do |
| 10:35 | 8 | with the U.S. Attorney's Office, because I served Mr. Obama |
| 10:35 | 9 | on Inauguration Day as an individual.  I served him on the |
| 10:35 | 10 | Inauguration Day clearly for something that he did before he |
| 10:35 | 11 | became the President -- as an individual -- so there is |
| 10:35 | 12 | absolutely no reason for him to be served through U.S. |
| 10:35 | 13 | Attorney's Office.  There is absolutely no reason for any of |
| 10:35 | 14 | those people to pay this gentleman to sit here and defend |
| 10:35 | 15 | undefensible (sic) -- to defend Mr. Obama committing fraud |
| 10:35 | 16 | in order to get into the White House.  We should not be |
| 10:35 | 17 | paying this.  This is a very important issue. |
| 10:35 | 18 | If -- if -- if today Mr. Obama decides to divorce |
| 10:35 | 19 | his wife, will the U.S. Attorney spend my taxpayer's money |
| 10:36 | 20 | to defend him in a divorce?  No.  If there is a parking |
| 10:36 | 21 | ticket, and Mr. Obama didn't pay -- as he, as a matter of |
| 10:36 | 22 | fact, did not pay numerous parking tickets -- I don't |
| 10:36 | 23 | remember how many -- and paid only during the election -- do |
| 10:36 | 24 | I need to pay for his time to sit here and -- and defend |
| 10:36 | 25 | undefensible -- and that's what I've seen all over the |

10:36    1    country.  Since the moment Mr. Obama was elected, he simply

10:36    2    ignores service.

10:36    3         And I want to present -- and I don't know if you

10:36    4    had a chance to see the motion that I have filed.  And if

10:36    5    you have time, I would like to read it.  But there is a

10:36    6    pattern of stonewalling by Mr. Obama.  He is being served as

10:36    7    an individual for something that he did before he became the

10:36    8    President.  We should not be paying the U.S. Attorney's

10:36    9    Office to represent him.  U.S. -- uh, he -- U.S. Attorney's

10:36   10    Office is not representing anybody.

10:37   11         And since there is nobody to even object, there is

10:37   12    nobody here who represents Mr. Obama to object to a default,

10:37   13    how can you not give me a default?  There is absolutely no

10:37   14    reason not to give me a default.  I mean, you have to.  You

10:37   15    have no -- no other option.

10:37   16         But moreover, in order to speed up the process,

10:37   17    what I have seen happening around the country time and

10:37   18    again, Mr. Obama is pushing everybody to U.S. Attorney's

10:37   19    Office, and then the attorneys who usually work pro bono has

10:37   20    to fight with a whole "might" of U.S. Attorney's Office,

10:37   21    Department of Justice, who are not interested in uncovering

10:37   22    the truth, who are not interested in pursuing justice.

10:37   23    They're just interested in defending Mr. Obama.  And that is

10:37   24    the problem.

10:37   25         If I agree today to serve U.S. Attorney's Office,

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

| | | |
|---|---|---|
| 10:37 | 1 | I can tell you, Your Honor, we'll get absolutely nowhere. |
| 10:37 | 2 | There is a case in New Jersey -- |
| 10:37 | 3 | THE COURT:  Just a moment. |
| 10:38 | 4 | This Court probably moves quicker than any court |
| 10:38 | 5 | in the country. |
| 10:38 | 6 | MS. TAITZ:  Well -- |
| 10:38 | 7 | THE COURT:  No.  I'll say that again.  This Court |
| 10:38 | 8 | does not worry too much about procedure.  I like an open |
| 10:38 | 9 | courtroom door concerning the merits.  You're being given a |
| 10:38 | 10 | gift.  You're in a very, very quick Court.  If this matter |
| 10:38 | 11 | is before this Court, I can guarantee you I will know very, |
| 10:38 | 12 | very quickly the merits of this situation. |
| 10:38 | 13 | My concern is, I don't know that you're correct. |
| 10:38 | 14 | Okay?  I've had my say.  You do what you want.  But as soon |
| 10:38 | 15 | as you're finished -- |
| 10:38 | 16 | (To the U.S. Attorney:)  -- then I'm going to hear |
| 10:38 | 17 | from you, Counsel. |
| 10:38 | 18 | Okay. |
| 10:38 | 19 | MS. TAITZ:  And my point, Your Honor -- well, can |
| 10:38 | 20 | I read my motion? |
| 10:38 | 21 | THE COURT:  You can.  Counsel, read your motion. |
| 10:38 | 22 | But read it slowly so I get a good record of it.  And if you |
| 10:38 | 23 | have an extra copy, give it to my court reporter. |
| 10:38 | 24 | MS. TAITZ:  Yes.  I have a whole big file for you, |
| 10:38 | 25 | Your Honor. |

| | | |
|---|---|---|
| 10:38 | 1 | THE COURT:  All right. |
| 10:39 | 2 | MS. TAITZ:  And I have -- uh, uh, there's a motion |
| 10:39 | 3 | was e-filed.  I called you.  It's in your box, as well. |
| 10:39 | 4 | THE COURT:  Certainly. |
| 10:39 | 5 | MS. TAITZ:  And I have all the documents. |
| 10:39 | 6 | But what I wanted to show you, that is -- there is |
| 10:39 | 7 | indeed *(inaudible)*. |
| 10:39 | 8 | THE COURT:  Would you turn the microphone back on. |
| 10:39 | 9 | MS. TAITZ:  Uh, uh. |
| 10:39 | 10 | THE COURT:  Would you turn your microphone back |
| 10:39 | 11 | on.  Somehow you've -- |
| 10:39 | 12 | MS. TAITZ:  Can you hear? |
| 10:39 | 13 | THE COURT:  Yes. |
| 10:39 | 14 | MS. TAITZ:  What I have presented in my motion is |
| 10:39 | 15 | that there is a whole pattern of stonewalling by Mr. Obama, |
| 10:39 | 16 | simply unwillingness to accept service. |
| 10:39 | 17 | THE COURT:  Just a moment. |
| 10:39 | 18 | If that's true, I'm shortening this process |
| 10:39 | 19 | dramatically by suggesting that you simply file this or |
| 10:39 | 20 | you're going to have a never ending series of appeals.  And |
| 10:39 | 21 | it will take a significant period of time.  You're not |
| 10:39 | 22 | hearing that. |
| 10:39 | 23 | MS. TAITZ:  No, I'm hearing it. |
| 10:39 | 24 | THE COURT:  You are absolutely bent that you're |
| 10:39 | 25 | right concerning jurisdiction.  And I've already ruled |

DEBBIE GALE, U.S. COURT REPORTER

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
| 10:40 | 1  | against you on one occasion.  This is a motion for        |
| 10:40 | 2  | reconsideration; and, therefore, you have a substantial   |
| 10:40 | 3  | chance of having the same ruling.                         |
| 10:40 | 4  | In talking to you this way, you're being basically        |
| 10:40 | 5  | told that we're going to get to the merits of this very   |
| 10:40 | 6  | quickly.  The government's just asking for what they believe |
| 10:40 | 7  | is proper service.                                        |
| 10:40 | 8  | I'm suggesting that, even if I was wrong on my            |
| 10:40 | 9  | initial ruling, it's gonna take significant time to go    |
| 10:40 | 10 | through the Ninth Circuit and maybe the Supreme Court.  And |
| 10:40 | 11 | if you believe that this harm is being done, if Obama should |
| 10:40 | 12 | not be President, look at the passage of time.            |
| 10:40 | 13 | You could be in court very quickly.  But the way          |
| 10:40 | 14 | you're proceeding, frankly, whether it's this Court or    |
| 10:40 | 15 | another court, it's going to be a lengthy process.  Because |
| 10:40 | 16 | even if I rule in your favor, they're going to, in fact,  |
| 10:40 | 17 | appeal.                                                   |
| 10:40 | 18 | So valid service could be accomplished between the        |
| 10:41 | 19 | two of you in a matter of minutes.                        |
| 10:41 | 20 | MS. TAITZ:  Uh, Your Honor -- but again, they have        |
| 10:41 | 21 | no standing to appeal because they don't represent anybody. |
| 10:41 | 22 | THE COURT:  I've had my say.  Counsel, you               |
| 10:41 | 23 | continue, then.                                           |
| 10:41 | 24 | MS. TAITZ:  But what I would like to suggest is           |
| 10:41 | 25 | that, again, since -- according to the U.S. Attorney, he  |

| | |
|---|---|
| 10:41 | 1 | stated he is not representing anybody in this case, and |

1  stated he is not representing anybody in this case, and
2  Mr. Obama did not show up, what I wanted to suggest is
3  having a default, and having discovery -- post default
4  discovery, or maybe having 60-day mediation in the post
5  default discovery.
6        And I have prepared a list of documents, vital
7  records, that I'm looking for.  If Mr. Obama, who clearly
8  was served, who sent U.S. Attorney here, would like to
9  object -- personally, he's an attorney, or through his
10  personal attorney -- would like to object to service, he
11  would have an opportunity to do so during the period of the
12  post default discovery.  And this is -- this will shorten
13  the process.
14        But serving today will give 60 days of wasted
15  time.  They've been served.  They've got all the papers,
16  time and -- I have here eight certified mail receipts.
17        I have here documents from Arizona where very
18  similar case was filed against Mr. McCain and Mr. Obama.
19  Mr. McCain responded.  There was a different issue.
20  Mr. Obama stonewalled, simply ignored the proceeding,
21  disrespected the Court.
22        And on July the 6th, Mr. Clark Hambling (phonetic)
23  has filed a motion for default -- very similarly filed a
24  motion for default.  And, next day, U.S. Attorney's Office
25  has filed this Statement of Interest.  Statement of Interest

10:43    1    does not show that they represent anybody in this -- in this

10:43    2    case.

10:43    3    But all it shows -- that, in fact, Mr. Obama was

10:43    4    served, and he has chosen not to respond.  And now he's

10:43    5    staring at two motions for default:  One from Arizona, one

10:43    6    from California, and maybe more coming.  And, uh, now I

10:43    7    guess he's deciding what to do.

10:43    8    I prepared, Your Honor, statements from a number

10:43    9    of citizens from all over the country -- from Utah, from

10:43   10    Pennsylvania, from Florida, from different states -- where I

10:43   11    asked them to help me in serving Department of Justice.  And

10:43   12    I have eight certified mail receipts.  I have affidavits

10:43   13    from citizens from different states that have submitted the

10:43   14    paperwork, that have sent certified mail, they have called

10:43   15    to follow up.  I have here -- and I will give you all of

10:43   16    those documents.  I have here a lady that called twelve

10:44   17    times Mr. Holder.  They stonewall.  They do not respond.

10:44   18    And that is the problem.

10:44   19    And -- and from what I've seen, from the cases --

10:44   20    specifically from -- not my cases.  Pennsylvania and

10:44   21    New Jersey and other states, the moment U.S. Attorneys

10:44   22    becomes involved, the citizens of this country have to waste

10:44   23    their taxpayer money to pay for the U.S. Attorney's Office

10:44   24    for -- to defend something that Obama did before the

10:44   25    election.  Clearly has nothing to do with U.S. Attorney's

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

36

| | | |
|---|---|---|
| 10:44 | 1 | Office. |
| 10:44 | 2 | And -- and all U.S. Attorney's Office does -- |
| 10:44 | 3 | they're not interested on the case -- on the merits. |
| 10:44 | 4 | They're not interested if he is qualified or not.  They |
| 10:44 | 5 | would find some technicalities saying there is no |
| 10:44 | 6 | standing -- even though, this case, we have a presidential |
| 10:44 | 7 | candidate, and I have *amicas curia* from another presidential |
| 10:44 | 8 | candidate, and we have a vice presidential candidate -- |
| 10:45 | 9 | stating anything, just finding technicalities to throw cases |
| 10:45 | 10 | out of court. |
| 10:45 | 11 | If I serve them today, there will be 60 days for |
| 10:45 | 12 | them to respond.  In those 60 days, God knows what's gonna |
| 10:45 | 13 | happen in this country.  And then they're gonna file for |
| 10:45 | 14 | extension, as it was in New Jersey, where they've been |
| 10:45 | 15 | filing extension after extension after extension -- half a |
| 10:45 | 16 | year of extensions, and then motions for dismiss -- for |
| 10:45 | 17 | dismissal. |
| 10:45 | 18 | THE COURT:  There aren't going to be any |
| 10:45 | 19 | extensions here. |
| 10:45 | 20 | MS. TAITZ:  Well, um -- |
| 10:45 | 21 | THE COURT:  There aren't going to be any |
| 10:45 | 22 | extensions here. |
| 10:45 | 23 | There aren't going to be any extensions here. |
| 10:45 | 24 | Did you hear me? |
| 10:45 | 25 | MS. TAITZ:  Yeah.  I hear. |

| | | |
|---|---|---|
| 10:45 | 1 | THE COURT:  All right. |
| 10:45 | 2 | MS. TAITZ:  I was wondering is there any way for |
| 10:45 | 3 | Your Honor to order 60-day mediation? |
| 10:45 | 4 | THE COURT:  Why would I order mediation?  He's |
| 10:45 | 5 | either valid or invalid.  He's either the President or not. |
| 10:46 | 6 | What's there to mediate? |
| 10:46 | 7 | MS. TAITZ:  In -- well, mediation -- |
| 10:46 | 8 | THE COURT:  If he doesn't meet the criteria, he's |
| 10:46 | 9 | not the President of the United States.  It's just that |
| 10:46 | 10 | simple.  And if he does meet the criteria, he is.  So what's |
| 10:46 | 11 | the mediation?  You want to make him Vice President? |
| 10:46 | 12 | MS. TAITZ:  No, no.  In terms of documents that |
| 10:46 | 13 | need to be produced, I have a list of documents that I'm -- |
| 10:46 | 14 | I'm seeking.  And during this period of time, instead of |
| 10:46 | 15 | waiting for the U.S. Attorney's Office for -- for 60 days to |
| 10:46 | 16 | just respond to service, we can -- uh, if we have a default, |
| 10:46 | 17 | uh, today -- if we have default judgment today, specifically |
| 10:46 | 18 | because, as I said, U.S. Attorney didn't even state that |
| 10:46 | 19 | they represent the President, and President did not send his |
| 10:46 | 20 | attorney, there is full reason to -- to grant the default. |
| 10:46 | 21 | And during the 60-day default, uh, um, discovery |
| 10:46 | 22 | I -- I -- I have here motion of all the documents that I'm |
| 10:47 | 23 | speaking for.  If Mr. Obama feels that for some reason he |
| 10:47 | 24 | does not want to release any of those documents, he would |
| 10:47 | 25 | have an opportunity to object.  His attorney -- I'm sure he |

| | | |
|---|---|---|
| 10:47 | 1 | will send an attorney who will object, who will state, |
| 10:47 | 2 | "Okay.  We're prepared to show a certified copy of this |
| 10:47 | 3 | document, but not of this one. This is private and this is |
| 10:47 | 4 | public."  This way, we'll be able to get to the merits. |
| 10:47 | 5 | Your Honor, I have here a letter from somebody who |
| 10:47 | 6 | is a captain in the U.S. Army, stating that she -- |
| 10:47 | 7 | THE COURT:  I'm just going to joke with you, |
| 10:47 | 8 | Counsel:  I was in the Marine Corps, so I don't pay |
| 10:47 | 9 | attention to the U.S. Army. |
| 10:47 | 10 | I'm just joking with you.  I do.  Army's terrific. |
| 10:47 | 11 | MS. TAITZ:  Well, Your Honor, I have currently 170 |
| 10:47 | 12 | plaintiffs -- from Marines, from Army -- one of them, as a |
| 10:47 | 13 | matter of fact, Lieutenant Colonel Wiggens (phonetic) from |
| 10:47 | 14 | U.S. Marines.  I have Major General Childers (phonetic) from |
| 10:47 | 15 | U.S. Army.  I have Brigadier General from Air Force.  I do |
| 10:48 | 16 | have a lot of members of the military. And they're all |
| 10:48 | 17 | greatly concerned about what is going on.  They're being |
| 10:48 | 18 | sent to -- to Afghanistan where they're sitting ducks, where |
| 10:48 | 19 | they've been given orders not to shoot back, not to return |
| 10:48 | 20 | fire. |
| 10:48 | 21 | As a matter of fact, we're going on Thursday to |
| 10:48 | 22 | Georgia where a Major, who is employed by Southern Command, |
| 10:48 | 23 | is stating he cannot be deployed to Afghanistan in two days |
| 10:48 | 24 | because he doesn't know if this President is legitimate -- |
| 10:48 | 25 | if he's legitimate as the Commander-in-Chief, and if his |

| | | |
|---|---|---|
| 10:48 | 1 | orders are legitimate. |
| 10:48 | 2 | What -- I mean, let's see.  What would be the |
| 10:48 | 3 | fastest way to obtain the documents? |
| 10:48 | 4 | And, again, Mr. Obama did not state a right to |
| 10:48 | 5 | privacy that he could -- that the documents cannot be |
| 10:48 | 6 | produced.  All he is saying, that it's good enough to |
| 10:48 | 7 | produce a computerized image of the documents instead of an |
| 10:49 | 8 | actual document or a certified copy, in which case, what can |
| 10:49 | 9 | he object to? |
| 10:49 | 10 | We're not asking for any money.  We -- so there |
| 10:49 | 11 | will be no damage in that.  And all we are asking for is to |
| 10:49 | 12 | see that the original documents are -- indeed comply with |
| 10:49 | 13 | the computerized copies that -- that he has, uh, submitted. |
| 10:49 | 14 | Why -- I mean -- I see absolutely no possible |
| 10:49 | 15 | justification not to give default, specifically because |
| 10:49 | 16 | there is nobody objecting.  Who is here objecting to |
| 10:49 | 17 | default?  He is not representing the President.  And the |
| 10:49 | 18 | President did not show up and didn't send his attorney.  So |
| 10:49 | 19 | there is nobody to object to -- to my motion for default. |
| 10:49 | 20 | And here is the motion *(reading)*: |
| 10:49 | 21 | "This Court has jurisdiction over Count 1 of |
| 10:49 | 22 | Plaintiff's complaint filed January 20th, 2009, Declaratory |
| 10:49 | 23 | Judgment, regarding Barack H. Obama's status as natural born |
| 10:50 | 24 | citizen and resultant constitutional qualifications to serve |
| 10:50 | 25 | as President." |

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

40

| | | |
|---|---|---|
| 10:50 | 1 | THE COURT:  Slower, and move the microphone |
| 10:50 | 2 | closer.  And, if you have a copy, you might give it to the |
| 10:50 | 3 | court reporter. |
| 10:50 | 4 | MS. TAITZ:  It's already in your box, Your Honor. |
| 10:50 | 5 | THE COURT:  Well, that's nice.  You might give it |
| 10:50 | 6 | to the court reporter. |
| 10:50 | 7 | MR. DeJUTE:  Can I interpose an objection on the |
| 10:50 | 8 | speaking motion, Your Honor? |
| 10:50 | 9 | THE COURT:  Certainly. |
| 10:50 | 10 | MR. DeJUTE:  That motion was filed today.  I got |
| 10:50 | 11 | the electronic notice of it. |
| 10:50 | 12 | THE COURT:  Well, I know that.  I'm not going to |
| 10:50 | 13 | resolve it. |
| 10:50 | 14 | Counsel, I don't have that motion before the Court |
| 10:50 | 15 | because it was filed today also. |
| 10:50 | 16 | But you want to read, so I've got lots of time. |
| 10:50 | 17 | MS. TAITZ:  Sure. |
| 10:50 | 18 | THE COURT:  We can read day and night, if you'd |
| 10:50 | 19 | like to.  It's not going to get resolved until I read it. |
| 10:50 | 20 | You filed it today. |
| 10:50 | 21 | MS. TAITZ:  Yes. |
| 10:50 | 22 | THE COURT:  So there's no value to it until I read |
| 10:50 | 23 | it. |
| 10:50 | 24 | MS. TAITZ:  Absolutely. |
| 10:50 | 25 | THE COURT:  So you're just doing this for |

10:50  1    yourself.

10:50  2           MS. TAITZ:  *(No audible response.)*

10:50  3           THE COURT:  In other words, I haven't read it yet

10:50  4    'cause I got it today.  I've been on the bench.  So until I

10:50  5    read that, I don't know why you're reading it into the

10:50  6    record.

10:51  7           But if it makes you feel better, read.

10:51  8           MS. TAITZ:  Okay.  We do have a number of

10:51  9    observers here in the courtroom that would like to report to

10:51  10   the public what is happening in the courtroom and -- and I

10:51  11   think it is important.

10:51  12          THE COURT:  I'm giving you all the time in the

10:51  13   world.

10:51  14          MS. TAITZ:  Sure.

10:51  15          THE COURT:  Now, I've got a 12:00 o'clock, and

10:51  16   then I've got a criminal calendar at 1:30, so you'll

10:51  17   probably be back at 5:00.  Okay?

10:51  18          So start reading.

10:51  19          MS. TAITZ:  "This Court has jurisdiction over

10:51  20   Count 1 of the Plaintiffs' complaint filed January 20th,

10:51  21   2009, for declaratory judgment regarding Barack H. Obama's

10:51  22   status as a natural-born citizen and resultant

10:51  23   Constitutional qualifications to serve as President,

10:51  24   pursuant to the Freedom of Information Act, 5 USC,

10:52  25   Paragraph 552(a)(4)(B), and 42 USC, Paragraphs 1983, 1988,

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

42

| | | |
|---|---|---|
| 10:52 | 1 | Civil Rights Action, and venue is proper in the Central |
| 10:52 | 2 | District of California, Santa Ana Division, is the District |
| 10:52 | 3 | and division in which Plaintiff Wiley S. Drake lives, |
| 10:52 | 4 | Buena Park, Orange County, California. |
| 10:52 | 5 | "This matter is justiciable under FOIA 5 USC, |
| 10:52 | 6 | paragraph 552(a)(b), 552(b)(2)" *(sic)* "1988." |
| 10:52 | 7 | THE COURT:  Now, we don't have any disagreement |
| 10:52 | 8 | that this may be the proper jurisdiction. |
| 10:52 | 9 | MS. TAITZ:  "Under FOIA, an agency such as the |
| 10:52 | 10 | Executive Office of the President and the White House, |
| 10:52 | 11 | Title 3 CFR, must disclose the information sought -- sought |
| 10:52 | 12 | by the requester unless the agency can invoke one of nine |
| 10:52 | 13 | exceptions specified in that Act.  See 5 USC 552" *(sic)* |
| 10:52 | 14 | "1988."  Some of these exemptions protecting personal |
| 10:53 | 15 | privacy apply to medical and personnel records. |
| 10:53 | 16 | "However, it has been for many years recognized |
| 10:53 | 17 | that the medical and personnel records of the *de facto* |
| 10:53 | 18 | or" -- |
| 10:53 | 19 | THE COURT:  We can't get a good record of what |
| 10:53 | 20 | you're reading, so if it's inaccurate, that's your |
| 10:53 | 21 | responsibility. |
| 10:53 | 22 | Do you want to start over again? |
| 10:53 | 23 | MS. TAITZ:  No, I'll continue. |
| 10:53 | 24 | THE COURT:  Slower. |
| 10:53 | 25 | MS. TAITZ:  -- "such as Barack Hussein Obama |

| | | |
|---|---|---|
| 10:53 | 1 | today, and even for candidates for the Presidency of the |
| 10:53 | 2 | United States are matters of public interest and concern. |
| 10:53 | 3 | "The issue in this case is whether the public |
| 10:53 | 4 | interest in a limited number of personnel records on Barack |
| 10:53 | 5 | Hussein Obama is sufficient to compel disclosure of one |
| 10:53 | 6 | particular document whose existence has been acknowledged |
| 10:53 | 7 | and confirmed many times, but which, for whatever as yet |
| 10:53 | 8 | undisclosed reasons, neither the private candidate Barack |
| 10:54 | 9 | Hussein Obama or the de facto President Barack Hussein Obama |
| 10:54 | 10 | has been willing to disclose; namely, the 'vault' or 'long |
| 10:54 | 11 | form' Hawaii birth certificate, and all related hospital or |
| 10:54 | 12 | medical documents, which Plaintiffs contend will finally |
| 10:54 | 13 | confirm or denounce Barack Hussein Obama's Article II |
| 10:54 | 14 | qualifications to serve and faithfully and execute the |
| 10:54 | 15 | Office of President of the United States. |
| 10:54 | 16 | "The public had before the election and still has |
| 10:54 | 17 | today a compelling interest in the disclosure of this one |
| 10:54 | 18 | single bit of critical documentation and all related records |
| 10:54 | 19 | and proof.  The public's interest is undergirded by two |
| 10:54 | 20 | lines of decisions from U.S. Supreme Court.  The first line |
| 10:54 | 21 | concerns the public's right to the performance of an agency |
| 10:54 | 22 | manager, such as an -- including the President as manager of |
| 10:54 | 23 | the entire Executive Branch under FOIA.  The second line of |
| 10:55 | 24 | decisions concerns the vital role in our democratic society |
| 10:55 | 25 | played by disclosing facts and track records of candidate |

| | | |
|---|---|---|
| 10:55 | 1 | for public office. |
| 10:55 | 2 | "Against this enormous public interest in favor of |
| 10:55 | 3 | disclosing the records on Barack Hussein Obama, the present |
| 10:55 | 4 | defendant, Barack Hussein Obama, is -- by default, has |
| 10:55 | 5 | raised absolutely nothing, nor have the U.S. Attorneys who |
| 10:55 | 6 | attempt to appear as nonparties, neither as representing |
| 10:55 | 7 | Obama, nor any intervening party, nor as 'amesca' (sic) |
| 10:55 | 8 | curiae on their own behalf, with their highly irregular |
| 10:55 | 9 | statement of interest, the statutory or rule-based |
| 10:55 | 10 | justification for which does not appear" to be (sic) "on the |
| 10:55 | 11 | face of this bizarre filing. |
| 10:55 | 12 | "The Defendant's substantive default is complete |
| 10:56 | 13 | after repeated notification and service. |
| 10:56 | 14 | "Since the FOIA exceptions that permit an agency |
| 10:56 | 15 | to withhold information are narrowly construed, the Court |
| 10:56 | 16 | has no statutory basis to rule for anything except full |
| 10:56 | 17 | production of the limited number of constitutionally |
| 10:56 | 18 | significant documents from the de facto Chief Executive |
| 10:56 | 19 | Officer of the United States.  It is a matter of public |
| 10:56 | 20 | record that Barack Hussein Obama, both as the Presidential |
| 10:56 | 21 | candidate and the de facto, has never denied the relevance |
| 10:56 | 22 | of his birth certificate, but, in fact, repeatedly produced |
| 10:56 | 23 | an unsigned, unofficial document directly and through the |
| 10:56 | 24 | Democratic National Committee. |
| 10:56 | 25 | "Accordingly, even if -- if Barack Hussein Obama |

| | | |
|---|---|---|
| 10:56 | 1 | were deemed to have appeared and answered or objected to |
| 10:56 | 2 | service by and through the U.S. Attorney's Office, which he |
| 10:57 | 3 | plainly did not do, Barack Hussein Obama would be equitably |
| 10:57 | 4 | and quite possibly judicially estopped by his conduct in |
| 10:57 | 5 | prior litigation from raising any FOIA objection to all |
| 10:57 | 6 | elements of his personal and medical records under FOIA.  As |
| 10:57 | 7 | shown in Exhibit B, in prior proceedings, another |
| 10:57 | 8 | United States Attorney in the State of California, to wit, |
| 10:57 | 9 | Lawrence G. Brown and Yoshinori H.T. Himel, agreed to the |
| 10:57 | 10 | production of documents informally rather than by subpoena, |
| 10:57 | 11 | Exhibit B." |
| 10:57 | 12 | And, Your Honor, I have already subpoenaed, and -- |
| 10:57 | 13 | uh, those records.  And here is the stipulation that I've |
| 10:57 | 14 | already achieved with the U.S. Attorney's Office in a prior |
| 10:57 | 15 | case on behalf of Ambassador Keyes, and that stipulation |
| 10:57 | 16 | converting subpoena into demand.  And what's happened with |
| 10:58 | 17 | U.S. Attorney's Office, they have agreed -- they have agreed |
| 10:58 | 18 | to cooperate and -- |
| 10:58 | 19 | THE COURT:  All right.  Now, Counsel, the problem |
| 10:58 | 20 | you're running into is that this was filed today.  Opposing |
| 10:58 | 21 | Counsel does not have this.  I have this for the first time. |
| 10:58 | 22 | My clerk just handed it to me.  And counsel now is going to |
| 10:58 | 23 | have time to respond to this. |
| 10:58 | 24 | So your reading, quite frankly, is of no |
| 10:58 | 25 | consequence.  I'm going to read this, and he's going to have |

| | | |
|---|---|---|
| 10:58 | 1 | time now to respond. |
| 10:58 | 2 | MS. TAITZ:  The only -- well, um -- |
| 10:58 | 3 | THE COURT:  Therefore, I'm going to order you both |
| 10:58 | 4 | back next Monday. |
| 10:58 | 5 | MS. TAITZ:  Okay. |
| 10:58 | 6 | MR. DeJUTE:  Very well, Your Honor. |
| 10:58 | 7 | THE COURT:  Now, just a moment. |
| 10:58 | 8 | Let's see if we can make sure. |
| 10:59 | 9 | MR. DeJUTE:  Before you set any dates, |
| 10:59 | 10 | Your Honor -- |
| 10:59 | 11 | THE COURT:  No.  Just a moment, Counsel. |
| 10:59 | 12 | Well, next week's not available. |
| 10:59 | 13 | But, anyway, Counsel? |
| 10:59 | 14 | MR. DeJUTE:  Thank you, Your Honor. |
| 10:59 | 15 | I would just suggest that, before you set any |
| 10:59 | 16 | dates for the motion for default, we have to have a case or |
| 10:59 | 17 | controversy before this Court.  And that means that service |
| 10:59 | 18 | has to be properly effected. |
| 10:59 | 19 | I'm prepared to respond, as Your Honor said I |
| 10:59 | 20 | could, if you wish me to do that now. |
| 10:59 | 21 | Counsel has -- |
| 11:00 | 22 | THE COURT:  Service has to be appropriate. |
| 11:00 | 23 | MR. DeJUTE:  Service has to be appropriate. |
| 11:00 | 24 | The motion for default is not properly before this |
| 11:00 | 25 | Court because this Court has noticed a motion or a hearing |

| | | |
|---|---|---|
| 11:00 | 1 | for reconsideration on the Court's ruling that service was |
| 11:00 | 2 | improper, and so that's what's before this Court. |
| 11:00 | 3 | Briefly, we are not here representing Barack Obama |
| 11:00 | 4 | because it's our position that he was not properly served. |
| 11:00 | 5 | His default can't -- it's no disrespect.  His default simply |
| 11:00 | 6 | cannot be taken because you can't take the default of |
| 11:00 | 7 | someone who wasn't served. |
| 11:00 | 8 | THE COURT:  Counsel's raised the question:  Then |
| 11:00 | 9 | why are you here -- |
| 11:00 | 10 | MR. DeJUTE:  And I can answer that. |
| 11:00 | 11 | THE COURT:  -- and that's because he's President |
| 11:00 | 12 | of the United States.  That's why you can make your |
| 11:00 | 13 | appearance. |
| 11:00 | 14 | MR. DeJUTE:  Well, we're making the appearance on |
| 11:00 | 15 | behalf of the United States.  Counsel suggests it's not |
| 11:00 | 16 | pursuant to any statute.  The first line of what we filed |
| 11:00 | 17 | points her to the statute:  28 USC, Section 517.  And it |
| 11:00 | 18 | says that the United States can appear in any matter in any |
| 11:00 | 19 | civil court when there's an interest involving the |
| 11:01 | 20 | United States. |
| 11:01 | 21 | Whether or not Barack Obama is properly The |
| 11:01 | 22 | President is an interest of the United States as determined |
| 11:01 | 23 | by the Attorney General.  And I would simply suggest that |
| 11:01 | 24 | this is not a case of a divorce proceeding.  This is not a |
| 11:01 | 25 | case of a traffic ticket.  This is a case in which |

| | |
|---|---|
| 11:01 | 1 |
| 11:01 | 2 |
| 11:01 | 3 |
| 11:01 | 4 |
| 11:01 | 5 |
| 11:01 | 6 |
| 11:01 | 7 |
| 11:01 | 8 |
| 11:01 | 9 |
| 11:01 | 10 |
| 11:01 | 11 |
| 11:01 | 12 |
| 11:01 | 13 |
| 11:01 | 14 |
| 11:02 | 15 |
| 11:02 | 16 |
| 11:02 | 17 |
| 11:02 | 18 |
| 11:02 | 19 |
| 11:02 | 20 |
| 11:02 | 21 |
| 11:02 | 22 |
| 11:02 | 23 |
| 11:02 | 24 |
| 11:02 | 25 |

plaintiffs allege that he is not properly obligated to hold the Office.

THE COURT:  I agree.  I think it's as simple as this:

*(To Plaintiffs' counsel:)*  If there's not going to be a refiling, Counsel, I'm simply going to decide on this Motion for Reconsideration concerning jurisdiction.

And what you're speaking to are the merits, again. I've given you a vehicle, an avenue to get into court.  I think that this is going to end up being a nonending series of appeals, quite frankly.  And the way you're both proceeding is going to take an extreme amount of time.  And I wish this would be resolved on its merits quickly.  And he's either not President or he is.

But, apparently, you're both bent on taking the long way around this.  So that's what we'll do.

MR. DeJUTE:  I can --

THE COURT:  Counsel, you're not ordered to -- I wasn't smiling at you, was I?

MR. DeJUTE:  I'm sorry, Your Honor.

THE COURT:  No.  Good.

Now, this latest motion, Counsel, I agree:  It doesn't come to the Court the day of a hearing and then get credence with the Court.

And number two, it's putting the horse before the

| | | |
|---|---|---|
| 11:02 | 1 | cart.  And we're not going to get to the merits of this |
| 11:02 | 2 | unless I have proper service.  Already I've held on one |
| 11:02 | 3 | occasion that I don't believe it is.  I'll relook at that |
| 11:02 | 4 | issue again.  But I think I'm going to stop the reading of |
| 11:02 | 5 | this document because it goes to the merits, which is what |
| 11:02 | 6 | I'd like to get to; but, apparently, we're not going to be |
| 11:03 | 7 | able to. |
| 11:03 | 8 | MR. DeJUTE:  May I make one comment, Your Honor? |
| 11:03 | 9 | THE COURT:  No. |
| 11:03 | 10 | Now, I don't think that there's anything further |
| 11:03 | 11 | that's beneficial to this Court today.  And I'm going to |
| 11:03 | 12 | stop the reading of your document just because, first, I |
| 11:03 | 13 | haven't read it; second, I can read it; three, serve it |
| 11:03 | 14 | beforehand if you want me to read that.  I was here all |
| 11:03 | 15 | weekend.  Would have been happy to have read it this |
| 11:03 | 16 | weekend.  But not on the day of the hearing. |
| 11:03 | 17 | MS. TAITZ:  Uh, well -- |
| 11:03 | 18 | THE COURT:  No.  Thank you very much, counsel.  I |
| 11:03 | 19 | didn't think I had given you permission to speak yet, |
| 11:03 | 20 | either. |
| 11:03 | 21 | So I want you two to have a very brief |
| 11:03 | 22 | conversation.  That's not a request; it's an order. |
| 11:04 | 23 | Get up out of your seats. |
| 11:04 | 24 | Get up out of your seat.  Approach each other.  Go |
| 11:04 | 25 | through those double doors and decide between the two of you |

| | | |
|---|---|---|
| 11:04 | 1 | what gets this case into court as quickly as possible in a |
| 11:04 | 2 | practical sense. |
| 11:04 | 3 | Counsel, I was speaking.  You two will have a |
| 11:04 | 4 | conversation first.  In other words, I'm giving you both |
| 11:04 | 5 | control right now before I step in with a heavy hand. |
| 11:04 | 6 | How do you get the case into court quickly, which |
| 11:04 | 7 | is what each of you want.  Okay.  Good-bye.  I'll see you in |
| 11:04 | 8 | a few moments.  Good-bye. |
| 11:04 | 9 | MR. DeJUTE:  We've had that discussion, |
| 11:04 | 10 | Your Honor. |
| 11:04 | 11 | THE COURT:  Go outside the door for a moment. |
| 11:04 | 12 | You're having it again.  And then come on back in after |
| 11:04 | 13 | you've had a brief discussion.  I want to make sure you've |
| 11:04 | 14 | thoroughly discussed this. |
| 11:04 | 15 | *(Counsel exit the courtroom.)* |
| 11:04 | 16 | *(Pause in the proceedings at 11:04 a.m.)* |
| 11:04 | 17 | *(Proceedings resumed at 11:06 a.m.)* |
| 11:06 | 18 | THE COURT:  Okay.  Would the CSO get them. |
| 11:06 | 19 | They've had time. |
| 11:06 | 20 | COURT SERVICES OFFICER:  Yes, Your Honor. |
| 11:06 | 21 | THE COURT:  Thank you, Counsel, for your courtesy. |
| 11:06 | 22 | I don't care what the resolution is.  I just wanted another |
| 11:06 | 23 | brief discussion between the two of you.  I assume you |
| 11:06 | 24 | haven't reached a resolution. |
| 11:06 | 25 | MS. TAITZ:  Yes, we did.  Actually, we did. |

| | | |
|---|---|---|
| 11:06 | 1 | THE COURT:  I'm sorry? |
| 11:06 | 2 | MR. DeJUTE:  I suggested, Your Honor, that if the |
| 11:06 | 3 | Plaintiffs were to serve the U.S. Attorneys Office properly, |
| 11:06 | 4 | we would respond within 60 days and not seek an extension. |
| 11:06 | 5 | THE COURT:  I think that, between the two of you, |
| 11:06 | 6 | it would get it into the court the fastest possible way |
| 11:06 | 7 | because, if you don't do that, there's going to be a series |
| 11:06 | 8 | of appeals no matter what.  You're going to tie this case up |
| 11:06 | 9 | in the Ninth Circuit for nine months to a year -- I mean, in |
| 11:06 | 10 | a practical sense. |
| 11:07 | 11 | But, Counsel, I'll look to both of you. |
| 11:07 | 12 | MR. DeJUTE:  No, I have no statement. |
| 11:07 | 13 | THE COURT:  No extensions, 60 days, proper |
| 11:07 | 14 | service, and we're all done with all the legal nonsense. |
| 11:07 | 15 | We're right into court. |
| 11:07 | 16 | MS. TAITZ:  Well -- okay.  Well, what we suggested |
| 11:07 | 17 | to the counsel, and I believe -- I guess what we're gonna do |
| 11:07 | 18 | is, if he accepts service today, we will send a FOIA request |
| 11:07 | 19 | for a 30-day response. |
| 11:07 | 20 | MR. DeJUTE:  I haven't seen it, Your Honor.  I |
| 11:07 | 21 | haven't -- they may do anything they wish. |
| 11:07 | 22 | THE COURT:  That's not an agreement that he's |
| 11:07 | 23 | going to comply with that.  But get the case into court, for |
| 11:07 | 24 | goodness sakes. |
| 11:07 | 25 | MS. TAITZ:  Okay. |

| 11:07 | 1 | THE COURT:  I mean, if he's not President, he |
| 11:07 | 2 | shouldn't be President; if he is, he should be.  And we need |
| 11:07 | 3 | to resolve this on the merits. |
| 11:07 | 4 | I'm sorry.  Is the young lady back here helping |
| 11:07 | 5 | me? |
| 11:07 | 6 | MEMBER OF THE AUDIENCE:  No. |
| 11:07 | 7 | THE COURT:  No.  Good.  Don't help me.  You can |
| 11:07 | 8 | sit there very quietly now. |
| 11:07 | 9 | So, Counsel, if you want me to resolve this, I |
| 11:07 | 10 | will.  I suggest to you tentatively that the ruling would be |
| 11:08 | 11 | unfavorable to you.  Okay? |
| 11:08 | 12 | MS. TAITZ:  Well, I -- |
| 11:08 | 13 | THE COURT:  And, therefore, if you can file today, |
| 11:08 | 14 | it resolves all the jurisdictional issues.  It will spin |
| 11:08 | 15 | through the labyrinth, but it will come right back to this |
| 11:08 | 16 | Court. |
| 11:08 | 17 | MR. DeJUTE:  You misspoke.  Not "file." |
| 11:08 | 18 | THE COURT:  I said if you "file" it? |
| 11:08 | 19 | THE CLERK:  "Serve." |
| 11:08 | 20 | MR. DeJUTE:  "Serve." |
| 11:08 | 21 | THE COURT:  I mean "serve it."  My apologies.  If |
| 11:08 | 22 | you serve it, it will come right back to this Court and |
| 11:08 | 23 | we'll expedite it.  He's representing no extensions, and we |
| 11:08 | 24 | move pretty quick here. |
| 11:08 | 25 | MS. TAITZ:  Okay. |

| | | |
|---|---|---|
| 11:08 | 1 | THE COURT:  Pretty quick for both of you. |
| 11:08 | 2 | So don't be shocked.  When you come back to this |
| 11:08 | 3 | Court, I'm going to be putting a lot of pressure on both of |
| 11:08 | 4 | to you produce.  And, therefore, if you need, you know, |
| 11:08 | 5 | help -- or you need help -- expect this case to move.  So |
| 11:08 | 6 | get the support in here because you'll be surprised. |
| 11:08 | 7 | Now, I'm not joking for just a moment. |
| 11:08 | 8 | How late have we been on the record with both |
| 11:08 | 9 | counsel arguing a matter? |
| 11:08 | 10 | *(To the reporter:)*  You start first. |
| 11:08 | 11 | COURT REPORTER:  1:00 a.m. |
| 11:09 | 12 | THE COURT:  Kristee. |
| 11:09 | 13 | THE CLERK:  1:00 a.m. and weekends. |
| 11:09 | 14 | THE COURT:  Clerks. |
| 11:09 | 15 | LAW CLERKS:  *(In unison:)*  1:00 a.m. and weekends. |
| 11:09 | 16 | THE COURT:  "And weekends." |
| 11:09 | 17 | So that means Saturdays I work.  I've had the |
| 11:09 | 18 | Aryan Brotherhood, 30 defendants, with 30 murders, and we |
| 11:09 | 19 | worked every weekend.  Every Saturday they were in here with |
| 11:09 | 20 | 25 marshals. |
| 11:09 | 21 | So if you want this case expedited, I'll expedite |
| 11:09 | 22 | it, and I'll get the documents in front of this Court, I |
| 11:09 | 23 | mean immediately.  There's no question about that. |
| 11:09 | 24 | *(To Plaintiffs' counsel:)*  Because, if you're |
| 11:09 | 25 | correct, then from your perspective and the country's |

| | | |
|---|---|---|
| 11:09 | 1 | perspective, he's not President. |
| 11:09 | 2 | (To U.S. Attorney:) If you're correct, we set this |
| 11:09 | 3 | aside immediately.  It's done, and the country isn't sitting |
| 11:09 | 4 | there wondering who the Commander-in-Chief is or who the |
| 11:09 | 5 | President of the United States is. |
| 11:09 | 6 | And I just want to thank both of you because, |
| 11:09 | 7 | without following this process -- which, quite frankly, I'm |
| 11:09 | 8 | leaning on you to do -- this is a never-ending series of |
| 11:09 | 9 | appeals.  It's gonna go to the Ninth Circuit, the Supreme |
| 11:10 | 10 | Court, back, we're gonna be back here literally a year to a |
| 11:10 | 11 | year and a half from now. |
| 11:10 | 12 | Why?  It's not fair to the public. |
| 11:10 | 13 | Okay.  So you're going down and serve? |
| 11:10 | 14 | MS. TAITZ:  Uh, yeah.  And, uh -- |
| 11:10 | 15 | THE COURT:  No, no.  Yes? |
| 11:10 | 16 | MS. TAITZ:  Yes.  And -- |
| 11:10 | 17 | MR. LINCOLN:  The law clerk will see to it, sir. |
| 11:10 | 18 | THE COURT:  When?  By 12:00 o'clock? |
| 11:10 | 19 | MR. LINCOLN:  No. |
| 11:10 | 20 | THE COURT:  By 12:00 o'clock? |
| 11:10 | 21 | MR. LINCOLN:  I think we'll have to make copies of |
| 11:10 | 22 | one thing. |
| 11:10 | 23 | THE COURT:  By 1:30? |
| 11:10 | 24 | MS. TAITZ:  (Inaudible) amend the complaint. |
| 11:10 | 25 | MR. LINCOLN:  We may amend later.  She's asking |

SACV 09-0082 DOC - 7/13/2009 - Item No. 6

55

| | | |
|---|---|---|
| 11:10 | 1 | about that.  We'll serve the current copy now. |
| 11:10 | 2 | THE COURT:  Current copy now. |
| 11:10 | 3 | MS. TAITZ:  I have it with me. |
| 11:10 | 4 | THE COURT:  Just a moment.  See how quickly we're |
| 11:10 | 5 | going to move? |
| 11:10 | 6 | Counsel is going to walk with you down to the |
| 11:10 | 7 | U.S. Attorney's Office. |
| 11:10 | 8 | Correct? |
| 11:10 | 9 | MR. DeJUTE:  If you order, sir. |
| 11:10 | 10 | THE COURT:  I'm ordering it. |
| 11:10 | 11 | MS. TAITZ:  It's ready for him. |
| 11:10 | 12 | THE COURT:  And that takes care of all the |
| 11:10 | 13 | problems. |
| 11:10 | 14 | In other words, we're not -- otherwise, he leaves |
| 11:10 | 15 | court.  You serve downstairs.  You're both ordered to go |
| 11:11 | 16 | down to the U.S. Attorney's Office right now, get the proper |
| 11:11 | 17 | service in place.  We'll spin it through the mechanism.  It |
| 11:11 | 18 | will be back to me probably within a day or two. |
| 11:11 | 19 | What it does is goes back on the wheel, but |
| 11:11 | 20 | because I had the case -- |
| 11:11 | 21 | THE CLERK:  They're not refiling.  They're just |
| 11:11 | 22 | serving. |
| 11:11 | 23 | THE COURT:  They're just serving.  That's right. |
| 11:11 | 24 | My apologies.  You're just serving so it stays right here. |
| 11:11 | 25 | And so it saves a day. |

| | | |
|---|---|---|
| 11:11 | 1 | So you're gonna file immediately? |
| 11:11 | 2 | MR. LINCOLN:  I believe -- we have to make a copy, |
| 11:11 | 3 | like I said, Your Honor.  And we have to do -- does the -- |
| 11:11 | 4 | does -- the U.S. Attorney, do they waive service of the |
| 11:11 | 5 | summons?  Do we have to get a summons issued? |
| 11:11 | 6 | MR. DeJUTE:  I don't think I'm authorized to waive |
| 11:11 | 7 | summons.  But I can tell you, we will not stand on fact |
| 11:11 | 8 | *(inaudible)* -- |
| 11:11 | 9 | MR. LINCOLN:  Your Honor, do we order that we get |
| 11:11 | 10 | a summons done? |
| 11:11 | 11 | MR. DeJUTE:  I think I've said you don't need a |
| 11:12 | 12 | summons. |
| 11:12 | 13 | MR. LINCOLN:  Okay. |
| 11:12 | 14 | MR. DeJUTE:  I'm not authorized to do so, but we |
| 11:12 | 15 | will not "not respond" because there's not a summons. |
| 11:12 | 16 | MS. TAITZ:  Okay.  Well, here you go. |
| 11:12 | 17 | *(Indicating).*  Now we've just served. |
| 11:12 | 18 | THE COURT:  No.  Just go down to the |
| 11:12 | 19 | U.S. Attorneys Office, so it's in the proper area.  I'm |
| 11:12 | 20 | going to follow all the rules so it's done.  It's a proper |
| 11:12 | 21 | service at the U.S. Attorney's Office. |
| 11:12 | 22 | MR. DeJUTE:  If I may inquire, Your Honor.  The |
| 11:12 | 23 | motion sought to dismiss Counts 2 and 3, and all other |
| 11:12 | 24 | defendants other than Barack Obama. |
| 11:12 | 25 | I simply want to inquire whether or not that is |

| | | |
|---|---|---|
| 11:12 | 1 | how we should respond? |
| 11:12 | 2 | THE COURT:  Yeah, I forgot. |
| 11:12 | 3 | You were going to dismiss Count 2 and 3 and the |
| 11:12 | 4 | other defendants? |
| 11:12 | 5 | MS. TAITZ:  Yes, yes. |
| 11:12 | 6 | THE COURT:  Your disagreement's really with Obama. |
| 11:12 | 7 | MS. TAITZ:  Yes, exactly. |
| 11:12 | 8 | THE COURT:  Is that still acceptable? |
| 11:12 | 9 | MS. TAITZ:  Yes, yes. |
| 11:12 | 10 | THE COURT:  Then, why don't I simply -- first of |
| 11:12 | 11 | all, I'll remember that.  And if not, on the next occasion, |
| 11:12 | 12 | because you're refiling the original document, I'll simply |
| 11:12 | 13 | make that -- |
| 11:12 | 14 | MR. DeJUTE:  Just "serving" it, Your Honor? |
| 11:12 | 15 | MS. TAITZ:  "Serving." |
| 11:12 | 16 | THE COURT:  Thank you very much, Counsel. |
| 11:12 | 17 | I'll simply make that notation, and I'll strike |
| 11:13 | 18 | that at the time.  So even if they're serving the original |
| 11:13 | 19 | document, I don't think we have to worry about Mr. Mueller, |
| 11:13 | 20 | et al. |
| 11:13 | 21 | MR. DeJUTE:  *(Inaudible.)* |
| 11:13 | 22 | COURT REPORTER:  Can you either speak louder or |
| 11:13 | 23 | turn on your microphone. |
| 11:13 | 24 | MR. DeJUTE:  Only obligation's to respond to Obama |
| 11:13 | 25 | and Count 1? |

| | | |
|---|---|---|
| 11:13 | 1 | THE COURT:  Only to Obama and Count 1. |
| 11:13 | 2 | Is that your understanding, also:  Obama and |
| 11:13 | 3 | Count 1? |
| 11:13 | 4 | MS. TAITZ:  Yeah. |
| 11:13 | 5 | MR. LINCOLN:  But we do reserve the right to |
| 11:13 | 6 | amend, right, Your Honor?  For -- one free amendment before |
| 11:13 | 7 | the answer? |
| 11:13 | 8 | THE COURT:  Yes, you do.  And not only that, I use |
| 11:13 | 9 | my discretion, even -- it's one free amendment, but also I'm |
| 11:13 | 10 | pretty liberal about amendments.  I just am encouraging the |
| 11:13 | 11 | two of you to move on this case.  And once I've got it back |
| 11:13 | 12 | in the proper format, we'll go quickly.  Okay. |
| 11:13 | 13 | So therefore, I don't know why you need FOIA |
| 11:13 | 14 | requests.  I mean, go ahead and file 'em if you want to. |
| 11:13 | 15 | But the Court's going to be making orders, which will |
| 11:13 | 16 | probably be a lot quicker than your FOIA request.  Right? |
| 11:14 | 17 | Well, now, Counsel, I want to thank both of you. |
| 11:14 | 18 | I think we finally got it in a posture that we can decide it |
| 11:14 | 19 | on the merits.  And I really appreciate it.  If I was |
| 11:14 | 20 | discourteous to each of you, I apologize.  It's just |
| 11:14 | 21 | frustrating watching what's happening here. |
| 11:14 | 22 | And now, I think we've got a vehicle to get this |
| 11:14 | 23 | before the Court as quickly as possible and not waste |
| 11:14 | 24 | people's time. |
| 11:14 | 25 | Thank you very much. |

| | |
|---|---|
| 11:14 | 1 |   MR. LINCOLN:  God save this Honorable Court. |
| 11:14 | 2 |   THE COURT:  Thank you very much, Counsel -- or |
| 11:14 | 3 | clerk.  Appreciate it. |
| 11:14 | 4 |     *(At 11:14 a.m., proceedings were adjourned.)* |
| 11:14 | 5 |                  -oOo- |
| 11:14 | 6 |
| | 7 |

**DEBBIE GALE, U.S. COURT REPORTER**

60

| 11:14 | 1 | -oOo- |
| 11:14 | 2 | |
| 11:14 | 3 | CERTIFICATE |
| 11:14 | 4 | |

11:14   5        I hereby certify that pursuant to Section 753,

11:14   6   Title 28, United States Code, the foregoing is a true and

11:14   7   correct transcript of the stenographically reported

11:14   8   proceedings held in the above-entitled matter and that the

11:14   9   transcript page format is in conformance with the

11:14  10   regulations of the Judicial Conference of the United States.

11:14  11

11:14  12   Date:  September 12, 2009

11:14  13

11:14  14
11:14  15   _____
11:14
11:14  16   DEBBIE GALE, U.S. COURT REPORTER
           CSR NO. 9472, RPR

11:14  17

11:14  18

11:14  19

20

21

22

23

24

25

**DEBBIE GALE, U.S. COURT REPORTER**