## AFFIDAVIT

| The State of California | ) |
| | ) S.S. |
| City of Simi Valley | ) |

I, Neil SANKEY, of Simi Valley, California, MAKE OATH AND SAY THAT:

1. I, Neil Sankey am over the age of eighteen years.
If called to do so, I could and would competently testify under oath as follows.

I am a Licensed Investigator in the State of California License number P.I. 10905. I have been so licensed for twenty five years. I am a Naturalized American Citizen.
I am experienced in all types of Investigation, both Civil and Criminal, having spent twenty years in the British Police, serving as a Detective Sergeant at New Scotland Yard. In the interest of our Country I have been assisting with research and investigation wherever necessary.

2. During the course of the work that I was doing in the latter part of 2008, regarding the activities and qualifications of Mr. Obama, I have compiled a record of all of the addresses in regards to which I have seen the use of his name. The records and databases which I use are many and varied having been accumulated for many different reasons but all are Public Record and the documents I have used are available to the General Public with, or without the payment of fees.

3. On January 2, 2009 I forwarded to Doctor Taitz a complete list of my efforts to that time. A true and complete copy of that document accompanies this document attached and marked "Exhibit A".

4. On July 6, 2009, I forwarded to Doctor Taitz an updated version of that list, accurate as of that date and having been updated, by me, during the weekend of July 4th and 5th

2009. A true and complete copy of that document accompanies this document attached and marked "Exhibit B"

| | |
|---|---|
| SUBSCRIBED AND SWORN TO | ) |
| BEFORE ME, on the | ) |
| 6th day of July, 2009 | ) |
| | ) |
| | ) |
| | ) |
| _See Attached_ | ) _____ |
| NOTARY PUBLIC | ) Neil SANKEY |

My Commission expires: _____ )

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____    _____
Signature of Document Signer No. 1                              Signature of Document Signer No. 2 (if any)

State of California

County of _Ventura_

**MARIAN GORMAN**
Commission # 1838491
Notary Public - California
Ventura County
My Comm. Expires Mar 25, 2013

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me on this

_16th_ day of _July_ , 20_09_ , by
Date                     Month                              Year

(1) _Neil Sankey_ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and)

(2)_____ ,
Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
Signature of Notary Public

──────────── **OPTIONAL** ────────────

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _Affidavit_

Document Date: _7/16/09_      Number of Pages: _N/a_

Signer(s) Other Than Named Above: _N/a_

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |