NO. 29473

IN

THE SUPREME COURT OF THE STATE OF HAWAII

| | |
|---|---|
| CONSTITUTION PARTY; ALAN L. KEYES;  ) | |
| ) | ORIGINAL PROCEEDING |
| Plaintiffs,  ) | |
| ) | DECLARATION OF SANDRA |
| vs.  ) | RAMSEY LINES; EXHIBIT C |
| ) | |
| LINDA LINGLE in her official capacity as  ) | |
| Governor of the State of Hawaii; KEVIN B.  ) | |
| CRONIN in his official capacity as the Chief  ) | |
| Election Officer for the State of Hawaii; JOHN  ) | |
| DOES 1-50; JANE DOES 1-50; DOE  ) | |
| PARTNERSHIPS 1-50; DOE  ) | |
| CORPORATIONS 1-50; AND DOE  ) | |
| ENTITIES 1-50  ) | |
| ) | |
| Defendants.  ) | |

C:\Users\Owner\Desktop\MYFILES\JohnMcCain\FederalCase\Pleadings\Hawaii\
Declaration of Sandra Lines.wpd

## DECLARATION OF SANDRA RAMSEY LINES

I, Sandra Ramsey Lines, declare as follows:

1.      I am Sandra Ramsey Lines, with an address at 6200 East Cholla Lane, Paradise Valley, Arizona 85253. I am a former federal examiner and law enforcement officer. I began training as a forensic document examiner in 1991. I am a Certified Diplomate with the American Board of Forensic Document Examiners, a Fellow in the American Academy of Forensic Sciences, a member of the American Society of Questioned Document Examiners, a member of the Southwestern Association of Forensic Document Examiners, and a member of the Questioned Document Subcommittee of the American Society of Testing and Materials. My background and credentials are set forth in Exhibit I attached hereto.

2.      I have reviewed the attached affidavit posted on the internet from "Ron Polarik," who has declined to provide his name because of a number of death threats he has received. After my review and based upon my years of experience, I can state with certainty that the COLB presented on the internet by the various groups, which include the "Daily Kos," the Obama Campaign, "Factcheck.org" and others cannot be relied upon as genuine. Mr. Polarik raises issues concerning the COLB that I can affirm. Software such as Adobe Photoshop can produce

complete images or alter images that appear to be genuine; therefore, any image offered on the internet cannot be relied upon as being a copy of the authentic document.

3.     Upon a cursory inspection of the internet COLB, one aspect of the image that is clearly questionable is the obliteration of the Certificate No. That number is a tracking number that would allow anyone to ask the question, "Does this number refer to the Certification of Live Birth for the child Barack Hussein Obama II?" It would not reveal any further personal information; therefore, there would be no justifiable reason for obliterating it.

4. In my experience as a forensic document examiner, if an original of any document exists, that is the document that must be examined to obtain a definitive finding of genuineness or non-genuineness. In this case, examination of the vault birth certificate for President-Elect Obama would lay this issue to rest once and for all.


Further, affiant sayeth not.

        DATED: December 4, 2008.

                                                _____
                                                Sandra Ramsey Lines


State of Arizona          )
                          ) ss.
County of Maricopa        )

        Before me, _Connie S. Ringger_____, a Notary Public in and for the aforesaid State and County, comes Sandra Ramsey Lines, to me known to be the person who executed the aforesaid Affidavit, and who acknowledged same to be true to the best of his knowledge, information and belief.

                                        _____
                                        NOTARY PUBLIC

My Commission Expires:
_Dec 4, 2012_____

OFFICIAL SEAL
CONNIE S. RINGGER
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 4, 2012

# EXHIBIT I
# SANDRA RAMSEY LINES
### Forensic Document Examiner
**6200 East Cholla Lane**
**Paradise Valley, Arizona 85253**
**Business: (480) 429-3999 - Facsimile: (480) 429-4677**
**E-Mail: SRLines@cox.net**
**http://www.asqde.org/**



## CURRICULUM VITAE

EXPERIENCE

1999 – Present **Private Practice**, **Forensic Document Examiner -** Conduct examination of questioned documents, which consists of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, photocopies, paper, inks, and other documentary evidence to determine identity, source, authenticity, alterations, additions, deletions, or other germane issues. Examinations include business and/or medical records. Expert testimony experience in state and federal courts, and regulatory hearings.

1999 – 2003 **Intelligence Specialist –** Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, Phoenix Field Division, Phoenix, AZ. Served as the intelligence coordinator and the Division's intelligence expert (5 states). Responsible for ascertaining the Division's intelligence needs; developing and implementing the means to satisfy such requirements. Served as Bureau representative and liaison to outside intelligence related organizations; performed analyses of major complex investigations; and provided analytical reports of such activities. In addition, acted as forensic document examiner consultant and expert witness in ATF related cases. Top secret clearance.

1996 - 1999 **Senior Document Analyst -** Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, San Francisco Forensic Science Laboratory, Walnut Creek, CA. Conducted examinations of questioned documents, which consisted of the analysis and comparison of handwriting, hand printing, typewriting, commercial printing processes, paper, inks, and other documentary evidence. Testified in state and federal courts. Secret clearance.

1991 - 1996 **Forensic Document Examiner -** Office of the Attorney General, Phoenix, AZ. Established questioned document laboratory utilized by Medicaid Fraud Units throughout the United States and developed AZ Police Officer Standards and Training approved lesson plan for training on the "Techniques of Questioned Document Investigation." Depositions and testimony in state courts, civil and regulatory proceedings.

1985 - 1996 **Special Agent/AZ Certified Peace Officer -** Office of the Attorney General, Special Investigations Section, Phoenix, AZ. Identified, planned, and developed strategies for complex

2

felony investigations, which included: consumer, medical, financial frauds; environmental crimes; political corruption, and other matters.

1987 - 1988 **Assistant Director -** Western States Hazardous Waste Project, Office of the Attorney General, Phoenix, AZ. Maintained coordination and cooperation between members in multi-state program. Developed and implemented training; collected, stored, and disseminated information; prepared

bi-monthly newsletter.
1984 - 1985 **Investigator/AZ Certified Peace Officer -** Maricopa County Attorney's Office, Phoenix, AZ.
Conducted major felony investigations involving violent crimes and frauds.
1983 - 1984 **Investigator -** AZ Board of Medical Examiners, Phoenix, AZ. Investigated criminal and civil
complaints pertaining to physicians, physician assistants, unlicensed medical practitioners;
coordinated complex investigations with law enforcement and regulatory agencies
1973 - 1982 **Sergeant/Ohio Certified Peace Officer -** Cleveland Police Department, Cleveland, OH.
Supervised platoon of 40 officers in all phases of police work; as a detective assignments included
vice, general duty, strike force, and homicide; and as an evidence technician/patrol officer
responsible for crime scene photographs, latent prints, and trace evidence as well as all other radio
calls.


CERTIFICATION
1996 American Board of Forensic Document Examiners, Diplomate. Advertising Editor for the
*ABFDE News* 1997-1999
PROFESSIONAL ORGANIZATIONS
1998-Present American Academy of Forensic Sciences, Questioned Document Section, Fellow. Member 1996-
1997, Provisional Member 1994-1995. Elected Questioned Document Section Secretary for 2004-
2005, Section Chair 2005-2006.
1999-Present American Society of Questioned Document Examiners, Member. Provisional Member 1995-
1999. Member of the Editorial Board of the *Journal of the American Society of Questioned
Document Examiners*, 1997 to 2004. Editor 2004-2007.
1995-Present Southwestern Association of Forensic Document Examiners, Member. Provisional Member 1993-
1994.
2000-Present American Society of Testing and Materials, Member E-30 Forensic Sciences Committee, Member
E30.02 Questioned Document Subcommittee.


EDUCATION
Arizona State University, School of Public Affairs/Advanced Public Executive Program and the
State of Arizona, Phoenix, AZ - Certified Public Manager 1993
University of Phoenix, Phoenix, AZ - Bachelor of Arts, Management, 1989
Scottsdale Community College, Scottsdale, AZ - Associate of Arts, Major - Administration of
Justice, Honors, 1987


EXPERT TESTIMONY INCLUDES
Federal courts in Alaska, Arizona, California, Idaho, Texas, and Washington.
State courts in Arizona, California, Nevada, and Texas.
3

PUBLICATIONS/PRESENTATIONS
2008 **Speaker:** "The Work of the Forensic Document Examiner." Phoenix North Rotary Club, Phoenix, AZ
(June 12).
2007 **Presenter:** "A Thumbnail Sketch of Islam and Judaism as They Relate to Forensic Document Examination
and the Courts." Paper presented at the 65th Annual Conference of the American Society of Questioned
Document Examiners, Boulder. CO (August 16).
2006 **Presenter:** "Legal Terms for Expressing Conclusions in Court." Paper presented at the 64th Annual
Conference of the American Society of Questioned Document Examiners, Portland, OR (August 22).
2006 **Publication:** "Examination of a 'Velasco' Signature on an Oil Painting." Published in the *Journal of the
Forensics Sciences*, July 2006, Vol. 51, No. 4, pp. 929-933
2005 **Publication:** "A Study of Business Letter Features." *Lines and Randy B. Carodine. *Research presented
at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA (February)
2005, and at the Southwestern Association of Forensic Document Examiners, Monterey, CA (March) 2003.
Published in the *Journal of Forensic Sciences*, Vol. 50, No. 4, July, 2005, pp. 924-927.
2005 **Speaker:** "Forensic Document Examination." Tempe Rotary Club. Tempe, AZ (June 14).
2005 **Presenter:** "Publish or Perish." Paper presented at the Southwestern Association of Forensic
Document Examiners Spring Meeting, Palm Springs, CA (May).

2005 **Speaker:** "What is a Forensic Document Examiner?" The P.E.O. Sisterhood Luncheon Meeting, Scottsdale, AZ (January).

2003 **Publication:** "Identifying Manufacturer and Date of Manufacture of CD-R or CD-RW." *Lines and Jared Annes. *Research presented at the 61st Annual Meeting of the American Society of Questioned Document Examiners, Baltimore, MD (August). Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 6, Number 2, December 2003.

2002 **Book Review:** *Writing and Defending Your Expert Report, The Step-by-Step Guide with Models*, Steven Babitsky and James Mangraviti, Seak, 2002. Review published in *The Southwestern Examiner* (September).

2002 **Publication:** "Triplet & Sibling Handwriting Study to Determine Degree of Individuality and Natural Variation." *Lines and Frankie E Franck. *Research presented at the 60th Annual Meeting of the American Society of Questioned Document Examiners, San Diego, CA (August). Published in the *Journal of the American Society of Questioned Document Examiners,* Vol. 6, Number 1, June 2003, pp. 48-55.

2002 **Book Review:** *Opportunities in Forensic Science Careers*, Blythe Camenson, McGraw Hill, 2001. Review published in the *ABFDE News*, Vol. XIII, Number 1 (January).

2001 **Publication:** "Yoeme: The Yaqui Alphabet," Research presented at the 20th Anniversary Meeting, Southwestern Association of Forensic Document Examiners, Tempe, AZ (September). Published *The International Journal of Forensic Document Examiners*, Vol. 6, No. 1, April 2003 (on-line).

2001 **Publication:** "Dinè Bizaad: The Navajo Alphabet," Research presented 59th Annual Meeting of the American Society of Questioned Document Examiners, Des Moines, IA (August). Published *The International Journal of Forensic Document Examiners,* Vol. 6, No. 1, April 2003 (on-line).
4

1999 **Publication:** "Normal Course-of-Business Records v. Manufactured Records." *Sandra Ramsey Lines, Jan Seaman Kelly, and Diane K. Tolliver. *Research presented at the 57th Annual Meeting of the American Society of Questioned Document Examiners jointly held with the International Association of Forensic Sciences in Los Angeles, CA (August). Published *Journal of the American Society of Questioned Document Examiners*, Vol. 2, No. 1, June. Translated into Spanish by Julia E. de la Peña, published *Indagaciones documentales*, Ediciones La Rocca:Buenos Aires 2008.

1998 **Book Review:** "Review of the *Modern Scientific Evidence: The Law and Science of Expert Testimony*," Faigman, D., et al., West, 1997. Review published in *The California Identification Digest*, Vol. 98, Issue 3, (March).

1997 **Publication:** "A Study of the Evolution of Handwriting from Grades Three to Six." Published in the *Journal of the American Society of Questioned Document Examiners*, Vol. 1, No. 1, June. Research presented at the 55th Annual Conference of the American Society of Questioned Document Examiners in Scottsdale, AZ (August).

1997 **Paper:** "Microsoft☐ Encarta☐: A Resource for Forensic Document Examiners," 48th Annual Meeting of the American Academy of Forensic Sciences, New York, NY (February).

1997 **Speaker:** "Forensic Document Examination: Past and Present," Bay Counties Identification Officer's Association, Concord, CA (January).

1997 **Book Review:** *The Casebook of Forensic Detection,* Colin Evans, John Wiley & Sons, NY, 310 pages. Review published in *The Southwestern Examiner*, Vol. XVI, Issue 1.

1996 **Publication**: "Indenture." Historical and legal research of a 1729 document. Published in the *International Journal of Forensic Document Examiners*, Vol. 3, No. 3, July/Sept 1997. Presented at the 48th Annual Meeting of the American Academy of Forensic Sciences, Nashville, TN (February).

1995 **Documentary:** "Learning to Write in the 1990's." Co-producer (w/Leslie K. Rogers) and co-writer (w/Rada Tierney) of this minidocumentary film presented with a paper at the 53rd Annual Conference of the American Society of Questioned Document Examiners, Chicago, IL (September) and the Fall Conference of the Southwestern Association of Forensic Document Examiners, Las Vegas, NV (October).

1995 **Speaker:** "Fundamentals of Forensic Document Examination." Arizona Women's Accounting Society, Phoenix, AZ (April).

1995 **Publication:** "The Effect of Computers on Forensic Document Examiners." Research published in the *International Journal of Forensic Document Examiners*, Vol. 2, No. 3, July/Sept 1996. Presented at the 47th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, San Diego, CA (April).

1994 **Speaker:** "Computer Technology and the Forensic Document Examiner," Annual Meeting of the

Computer Users Group, Security Division, Internal Revenue Service, Scottsdale, AZ (September).

1994 **Speaker:** "Forensics and Fraud," Kiwanis Club, Carefree, AZ (July).

1994 **Publication:** "The Cherokee Syllabary." Research involving a Native American alphabet still in use today. Published in the *Journal of Forensic Sciences,* Vol. 39, No. 4, July. Presented at the 46th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX (February) and the Spring Conference of the Southwestern Association of Forensic Document Examiners, Avalon, CA (April).

1992 **Speaker:** "The Science of Examining Documentary Evidence," Arizona Chapter of the Association of Certified Fraud Examiners, Phoenix, AZ (September).

5

1989 **Research Paper:** "To What Extent Have Computers and Computer-Generated Documents Impacted on the Role of the Questioned Document Examiner in Law Enforcement," Southwestern Association of Forensic Document Examiners, Tucson, AZ (April).

TEACHING/MISCELLANEOUS

2008 Instructor: "Handwriting, Forensic Records, and the New Age of Computer-Based Fraudulent Documents," Arizona Association of Criminal Justice, Tempe, AZ (March 13).

2006 Instructor: "Forensic Document Examination." Forensic Medical Investigation (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 9).

2005 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 3).

2005 Instructor: "Questioned Documents – Including the 'true story' behind the Dan Rather/CBS debacle involving the examination of the alleged 'Bush' National Guard memos." Arizona Public Defender's Association, Tempe, AZ (June 22).

2005 Grand Awards Judge: Intel International Science and Engineering Fair, Behavioral and Social Sciences, Phoenix, AZ (May 10, 11).

2005 Moderator: "21st Century Crime – Forensic Science," American Academy of Forensic Sciences, 57th Annual Meeting, New Orleans, LA (February).

2004 Instructor: "Forensic Document Examination Overview." Forensic Medical Investigation Seminar (by National Faculty Member Dr. Mary Dudley, MD, Chief Medical Examiner, Forensic Pathologist and District Coroner, Sedgwick County Regional Forensic Science Center, Wichita, KA) Phoenix, AZ (November 11).

2004 Instructor: "Forensic Documents Issues in the Computer Age." Continuing legal education State Bar of Arizona, San Diego, CA (July 16).

2001 Acknowledged for contribution to the Book *Opportunities in Forensic Science Careers*, Blythe Camenson, published by VGM, division of McGraw-Hill Companies, Lincolnwood, IL.

2000 Meeting participant and sub-committee member (since 1998) with the Scientific Working Group for Document Examiners (SWGDOC) at the Federal Bureau of Investigation Academy in Quantico, VA. SWGDOC is responsible for establishing and publishing written procedures and guidelines for questioned document examination (January).

1998 Instructor: ATF Agent Training Conference, Oxnard, CA, "The Forensic Document Examiner and the Agent" (June 8).

1998 Instructor: Provided 36 hours of training at ATF Laboratory to a document examiner trainee with the San Mateo County Sheriff's Office, CA (April).

1998 Moderator: "Dating Document by Ink Analysis and Other Examinations," American Academy of Forensic Sciences, 50th Anniversary Meeting, San Francisco, CA (February).

1997 Document Examiners of Northern California, organized. Planned and hosted quarterly study group meetings 1997 through 1999.

6

1997 Instructor: Provided 36 hours of training at ATF Laboratory to two document examiner trainees from Houston, TX Police Department (June).

1997 Instructor: Provided "Overview of Forensic Document Examination" to the Northern California Forensic Identification Unit Study Group, Concord Police Department, Concord, CA (January).

1997 Judge: Multiple District Four Lions 60th Annual Student Speakers Program, "Today's Legal System – Is it Justice?" Concord, CA.

1995 Instructor: "Curriculum Development Course," Medicaid Fraud Training Program, Federal Law Enforcement Training Center, sponsored by the National Association of Attorneys General, Glynco, GA (September).
1995 Training Committee Member: Arizona Law Enforcement Coordinating Committee Conference, "Officer Safety: Surviving in Troubled Times" (June).
1995 Instructor: "Techniques of Questioned Document Investigation," National Association of Medicaid Fraud Control Units Training Conference, Memphis, TN (May).
1992 Instructor: "Questioned Documents Collection and Submission Guidelines," two training presentations to Arizona Attorney General staff, Phoenix, AZ (January).

PROFESSIONAL TRAINING AND CONTINUED EDUCATION
Arizona Department of Public Safety, Scientific Analysis Division/Central Regional Crime Laboratory, Questioned Document Unit, Phoenix, AZ, two-year apprenticeship program in the field of forensic document examination, 1991-1993 (Lockard).
United States Secret Service, Federal Law Enforcement Training Academy, Glynco, GA, Questioned Document Course, June 1991, 80 hours.
Scottsdale Community College, Scottsdale, AZ, Photography I, II, and III, 1991-1992, 9 credit hours.
Paper Knowledge Workshop, The Meade Corporation, sponsored by the Southwestern Association of Forensic Document Examiners, Denver, CO, October 1992, 8 hours.
Federal Bureau of Investigation, Quantico, VA, Fundamentals of Questioned Documents Course, 80 hours, University of Virginia, November 1992, 4 credit hours.
United States Postal Crime Laboratory, San Bruno, CA, 160 hours of forensic document training, January 1993 (Lewis, Morton, et al.).
San Diego Police Department, Crime Laboratory, Questioned Document Section, San Diego, CA, 160 hours forensic document training, March 1993 (Oleksow).
Bureau of Alcohol, Tobacco and Firearms, Western States Regional Laboratory, Walnut Creek, CA, 40 hours forensic document training, June 1993 (Riker, Blanco).
Cleveland Police Department, Crime Laboratory, Cleveland, OH, 40 hours forensic document training, May 1993 (Wenderoth-Kelly).
Questioned Documents Reference Database and Typewriter Classification Database Workshop, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (Bouffard), 4 hours.
7
Physical Match Workshop for Forensic Document Examiners, American Academy of Forensic Sciences, San Antonio, TX, February 1994 (McKasson), 20 hours.
Forensic Examination of Counterfeit Documents, American Society of Questioned Document Examiners, Long Beach, CA, August 1994 (Larner), 4 hours.
Instructor Development Course, AZ Police Officers Standards and Training, Phoenix, AZ, sponsored by the Phoenix Police Department, January 1995, 40 hours.
Case Documentation and Note Taking Workshop for ASCLD Lab Accreditation Requirements, Southwestern Association of Forensic Document Examiners, Reno, NV, April 1996 (Blake, Cunningham), 4 hours.
Private Practice Workshop, American Society of Questioned Document Examiners, Washington, D.C., August 1996 (Hart, Miller), 4 hours.
Ink-Jet Printers, Hewlett Packard (Drago-R&D), Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996, 3 hours.
Laser Printer Re-Insertion Problems Workshop, Southwestern Association of Forensic Document Examiners, Tucson, AZ, October 1996 (Flynn), 4 hours.
Difficult and Complex Handwriting Examinations Seminar, sponsored by the American Board of Forensic Document Examiners, Burlingame, CA, January 1997 (Conway, Cunningham), 24 hours.
How to be a Better Expert Witness Workshop (Moseley JD, Dedrick JD), American Academy of Forensic Sciences, New York, NY, February 1997, 4 hours.
Courtroom Testimony, Laboratory Personnel, Bureau of Alcohol, Tobacco and Firearms, Rockville, MD, March 1997, 32 hours.
Questioned Documents Examination Proficiency Tests, Crime Laboratory Proficiency Testing Program: 1996, 1997, 1998.
Advanced Handwriting Identification: Handwriting Theory, Mechanics and Analysis, and the Fundamentals of Disguised Writing, University of New Haven Graduate School, School of Public Safety and Professional Studies,

San Francisco, CA, February 1998 (Sang, Richards, Horan), 3 credit hours.
Computer Software Training: Windows 95, Outlook, Word, Excel, PowerPoint, Access, and Netscape. Sponsored by ATF, April 1-3, 1998, 24 hours.
Microscopy Workshop (Kline) sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 9, 1998, 4 hours.
Check Writer Workshop (Tierney), sponsored by the Southwestern Association of Forensic Document Examiners, Breckenridge, CO, October 10, 1998, 4 hours.
Seminar on Paper Fiber Analysis (Walter J. Rantanen, Integrated Paper Services, Inc.), sponsored by the Southwestern Association of Forensic Document Examiners, Marina Del Rey, CA, April 7-9, 2000, 12 hours.
Printing Process Identification and Image Analysis for Forensic Document Examiners, Rochester Institute of Technology, Rochester, NY, June 5-8, 2001, 28 hours.
Detection of Counterfeit Documents (Rick Outland of U.S. Secret Service), sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 7, 2001, 6 hours.
8
Forensic Examination of Typographic Documents Workshop (Flynn) sponsored by the Southwestern Association of Forensic Document Examiners, Tempe, AZ, September 8, 2001, 6 hours.
Additional software courses offered through the Bureau of Alcohol, Tobacco and Firearms during 1999, 2000, and 2001.
Teaching the Forensic Document Examiner How to Teach (Tarver PhD w/California State University, Fresno), sponsored by the Southwestern Association of Forensic Document Examiners, Anaheim, CA, April 6, 2003, 3.5 hours.
Twenty-First Century Document Examinations Workshop – Part I & II (Gottesman, Belcastro, Mokrzycki of FBI), sponsored by the American Society of Questioned Document Examiners, Baltimore, MD, August 28, 2003, 4 hours.
State of the Art Infrared and Ultraviolet Examinations of Documents by the Video Spectral Comparator Workshop (Richards, Kovarik, Sang), sponsored by the American Academy of Forensic Sciences, New Orleans, LA, 4 hours.
Signature Disguise or Signature Forgery Workshop (Found PhD) sponsored by the American Society of Questioned Document Examiners, August 22, 2006, Portland, OR, 7 hours.
Fine and Subtle Features of Handwriting (Cunningham, Morton, Flynn), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 23, 2006, 7 hours. Appointed Group Leader.
Signature Workshop (Rile, Hicks), sponsored by the American Society of Questioned Document Examiners, Portland, OR, August 24, 2006, 4 hours. Appointed Group Leader.
Scientific Research: A Guide to Designing, Conducting, Writing, Presenting, Publishing, and Analyzing Scientific Research (Grusezecki PhD, Davis MD, Pinckard MD). Workshop sponsored by the American Academy of Forensic Sciences, San Antonio, TX, February 20, 2007, 3.25 CE hours.
Technical Writing. Workshop sponsored by the Southwestern Association of Forensic Document Examiners, Monterey, CA, April 21-22, 2007, 6 hours.
Authenticating Questioned Documents (LaPorte/Secret Service). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 3.0 CE points.
Examination of Documents by Analyzing the Paper (Rantanen). Workshop sponsored by the American Society of Questioned Document Examiners, Boulder, CO, August 13, 2007, 1.0 CE points.

RECOGNITION
1996 Initially selected for *Who's Who in Science and Engineering*, Marquis, 4th Edition, 1998-1999
1997 Initially selected for *Who's Who in American Women*, Marquis, 21st Edition, 1999-2000
1998 Initially selected for *Who's Who in America*, Marquis, 53rd Edition, 2000-2001

RECENT AWARDS
2005 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession.
2007 American Society of Questioned Document Examiners Certificate of Appreciation for contributions to the forensic document examination profession.
2008 The Volunteer Lawyers Program Pro Bono Award for Outstanding Litigation Support.
(Revised 8/10/08)