UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORLY TAITZ,
    Plaintiff,

v.  §  Civil Action 10-151 (RCL)

BARACK HUSSEIN OBAMA,
    Defendant.



FILED
APR 14 2010
U.S. DISTRICT COURT

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that

The Defendant's motion [18] to dismiss the first amended complaint it GRANTED; and it is further ORDERED

That the plaintiff's motion for a preliminary injunction [8] is DENIED as moot; and it is further ORDERED

That the defendant's motion [13] for leave to file an opposition to Christopher Strunk's motion to intervene is GRANTED; and it is further ORDERED

That Christopher Strunk's motion [6] to intervene is DENIED; and it is further ORDERED that

Plaintiff's motion [17] to consolidate this case with an action currently pending in the United States District Court for the Northern District of Florida is DENIED.

This case now stands DISMISSED.

1

THIS IS A FINAL APPEALABLE ORDER.   *See* Federal Rule of Appellate Procedure 4.

**SO ORDERED** this 14th day of April 2010.

                                                      *[signature]*
                                                      ROYCE C. LAMBERTH
                                                      Chief Judge
                                                      United States District Court