# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------x
```
**Dr. Orly Taitz, PRO SE**                          §
29839 Santa Margarita Parkway, STE 100       §
Rancho Santa Margarita CA 92688              §
Tel: (949) 683-5411; Fax (949) 766-7603      §     **Civil Action:   10-CV-00151**
E-Mail: dr taitz@yahoo.com                   §                     **(RCL)**
                                             §
                        **Plaintiff,**       §
**v.**                                       §
                                             §
**Barack Hussein Obama**,                    §
c/o The White House                          §
1600 Pennsylvania Avenue, N.W.               §
Washington, District of Columbia  20500;     §
                                             §
                       **Defendant.**        §
```
-------------------------------------------------------------x
```

### TAITZ'S NOTICE OF MOTION FOR RECONSIDERATION OF THE JUDGMENT

### TO DISMISS THE COMPLAINT AS TO DEFENDANT(S)

**PLEASE TAKE NOTICE** that upon the annexed declaration of Orly Taitz, signed April 26, 2010 will move this Court for reconsideration of the Memorandum/Order and Judgment of April 14, 2010 before Chief District Judge Royce C. Lamberth at a time afforded by the Court if necessary at the United States Courthouse, at 333 Constitution Avenue NW Washington District of Columbia, on the day and month in 2010, at a time and courtroom designated by the court, or as soon thereafter as counsel can be heard.

   **Dated: April ___, 2010**
              Rancho Santa Margarita CA/

                                     _____
                                      Dr. Orly Taitz, D.D.S. Esq.
                                     29839 Santa Margarita Parkway, STE 100
                                     Rancho Santa Margarita CA 92688

**cc:** listing of service to follow

Christopher-Earl: Strunk © in esse
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
Email: chris@strunk.ws  Cell-845-901-6767

Alan Burch, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530