# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

**Dr. Orly Taitz, PRO SE**
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr taitz@yahoo.com

Civil Action:   10-CV-00151
(RCL)

**Plaintiff,**

v.

**Barack Hussein Obama**,
c/o The White House
1600 Pennsylvania Avenue, N.W.
Washington, District of Columbia  20500;

**Defendant.**

-----------------------------------------------------------------x

### TAITZ'S NOTICE OF MOTION FOR RECONSIDERATION OF THE JUDGMENT

### TO DISMISS THE COMPLAINT AS TO DEFENDANT(S)

**PLEASE TAKE NOTICE** that upon the annexed declaration of Orly Taitz, signed April 26, 2010 will move this Court for reconsideration of the Memorandum/Order and Judgment of April 14, 2010 before Chief District Judge Royce C. Lamberth at a time afforded by the Court if necessary at the United States Courthouse, at 333 Constitution Avenue NW Washington District of Columbia, on the day and month in 2010, at a time and courtroom designated by the court, or as soon thereafter as counsel can be heard.

**Dated: April ___, 2010**
    Rancho Santa Margarita CA/

_____
 Dr. Orly Taitz, D.D.S. Esq.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688

**cc:** listing of service to follow

Christopher-Earl: Strunk © in esse
**5**93 Vanderbilt Avenue #281
Brooklyn, New York 11238
Email: chris@strunk.ws  Cell-845-901-6767

Alan Burch, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Case 1:10-cv-00151-RCL   Document 25-1   Filed 04/27/10   Page 2 of 2