

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

**Dr. Orly Taitz, PRO SE**
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com

                    **Plaintiff,**

v.

**Barack Hussein Obama,**
c/o The White House
1600 Pennsylvania Avenue, N W
Washington, District of Columbia 20500;

                    **Defendant.**

Civil Action:  10-CV-00151
                (RCL)

---

## STRUNK'S NOTICE OF MOTION FOR RECONSIDERATION OF THE JUDGMENT

## TO DISMISS THE COMPLAINT AS TO DEFENDANT(S)

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Christopher-Earl : Strunk, by Special-Appearance, affirmed April 20,, 2010 will move this Court for reconsideration of the Memorandum/Order and Judgment of April 14, 2010 before Chief District Judge Royce C. Lamberth at a time afforded by the Court if necessary at the United States Courthouse, at 333 Constitution Avenue NW Washington District of Columbia, on the day and month in 2010, at a time and courtroom designated by the court, or as soon thereafter as counsel can be heard.

Dated: April 20, 2010
Brooklyn New York

                            Christopher-Earl: Strunk © in esse
                            593 Vanderbilt Avenue #281
                            Brooklyn, New York 11238
                            Email: chris@strunk.ws  Cell-845-901-6767

**cc:** listing of service to follow

Dr. Orly Taitz, D.D.S.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688

Alan Burch, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

**RECEIVED**

APR 27 2010

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
**Dr. Orly Taitz, PRO SE**  §
29839 Santa Margarita Parkway, STE 100  §
Rancho Santa Margarita CA 92688  §
Tel: (949) 683-5411; Fax (949) 766-7603  §   **Civil Action: 10-CV-00151**
E-Mail: dr_taitz@yahoo.com  §                                **(RCL)**
                                         §
                             **Plaintiff,** §
v.                                       §
                                         §
**Barack Hussein Obama,**  §
c/o The White House  §
1600 Pennsylvania Avenue, N.W  §
Washington, District of Columbia 20500;  §
                                         §
                             **Defendant.** §
------------------------------------------------------------x

## STRUNK'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION
## OF THE JUDGMENT TO DISMISS THE COMPLAINT
## AS TO DEFENDANT(S)

I, Christopher-Earl Strunk in esse declare under penalty of perjury with 28 USC §1746:

1   This is Strunk's declaration in support of the Motion for reconsideration of the Judgment to Dismiss the First Amended Complaint as to Defendant(s) with the Memorandum / Order and Judgment entered April 14, 2010.

2.   That the DOJ stipulated with Declarant for an extension of time to respond in opposition to the motion to intervene, and that when Declarant replied the Clerk of the Court voided the document and returned it, see the cover page in which the clerk stamped void (see **Exhibit**)

3.   That Declarant appreciates the thoughtful opinion of the Court however asserts such analysis as applies is conformed to by Declarant who was not given a chance to reply; and for reasons Declarant is unable to discuss until say June 17, 2010, and requests an extension of time to file a reply to the motion to dismiss as to the intervention of otherwise strike the portion of the

Judgment that references Declarant.

4. As for the Court's use of the adjective *quixotic* behavior that is noble in an absurd way or the desire to perform acts of chivalry in a radically impractical manner, neither Plaintiff nor Declarant believes that fighting to save the sovereignty of the nation under our great constitution is either absurd or impractical. It should be noted that Cervantes had enlisted as a soldier in a regiment of the Spanish naval elite corps, Infantería de Marina, stationed in Naples, then a possession of the Spanish crown. He was there for about a year before he saw active service.

5. That the Don Quixote story is more than mere reference by Cervantes to himself in his own military exploits, in fact were informed by the heroic exploits of the Jesuit Basque Ignatius Loyola whose distinguished service in both the Spanish Court and to the Jesuit company of the Pope's militia was really the model for *Don Quixote in* considering the Jesuit contemporary of Cervantes as a devout Catholic.

6. Perhaps metaphorically quixotic may be a true expression of any federal court action today that attempts to defend the chimera of the U.S. Constitution as the Court suggests, for the Jesuits like Cervantes would revile the premise of the underlying protection of the individual granted in the U.S. Constitution, which are the principles Plaintiff and Declarant fight for.

7. That the term *quixotic* special meaning that does not apply to Declarant as to that militia the Jesuits and their collective whom I fight openly without dicing words

8. That chivalry is not gone as the Court suggests; and to the contrary exists in just the same way as when Barry Goldwater declared in the 1964 convention "*Extremism in the defense of liberty is no vice. And let me remind you also that moderation in the pursuit of justice is no virtue.*" he was merely quoting Cicero two millenniums thereafter, just like JFK had rhetorically stated "*Ask not what your country can do for you but what you can do for your country*" came

from a Warren Harding convention speech too flowed from early history

Wherefore, Declarant urges the Court to reconsider what we endeavor to do as worthy of the Court's grant of relief as in keeping with the Court's oath of allegiance, and that Declarant's intervention without substantive due process be stricken from the judgment as premature until say June 17, 2010 when I am obliged to speak freely; and that Declarant requests other and different relief that the Court may deem necessary.

Dated: April 20, 2010
Brooklyn, New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue – #281
Brooklyn, New York 11238
(845) 901-6767 email: chris@strunk.ws



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
**Dr. Orly Taitz, PRO SE**                             §
29839 Santa Margarita Parkway, STE 100                 §
Rancho Santa Margarita CA 92688                        §
Tel: (949) 683-5411; Fax (949) 766-7603                §   Civil Action: 10-CV-00151
E-Mail: dr_taitz@yahoo.com                             §                  (RCL)
                                                       §
                                      **Plaintiff,**   §
v.                                                     §
                                                       §
**Barack Hussein Obama,**                              §
c/o The White House                                    §
1600 Pennsylvania Avenue, N.W.                         §
Washington, District of Columbia 20500                 §
                                                       §
                                      **Defendant.**   §
                                                       §
-------------------------------------------------------x
```

## STRUNK'S DECLARATION IN REPLY DEFENDANT'S RESPONSE TO THE MOTION TO INTERVENE

I, Christopher-Earl: Strunk in esse, declare and say under penalty of perjury with 28 USC §1746:

1. Declarant is the petitioner who has a pending Notice of Motion to Intervene as an Ex-relator Intervener-Plaintiff with FRCvP Rule 19(a) and 24 in the Quo Warranto matter with FRCvP Rule 81 (A) (2) as the USA and ex-relator plaintiff.

2. That on January 27, 2010 before Declarant decided to intervene was the process server upon the Defendant Obama by certified mail with return receipt confirmed delivered by the United States Postal Service , and in person service of Eric Holder the US Attorney General and Channing Phillips the U.S. Attorney for Washington DC in person as shown in the Docket record by affidavit submitted to the court on January 27, 2010;

U.S. District Court for the District of Columbia
in re *Taitz v. Obama*, 10-cv-00151 (RCL)

**CERTIFICATE OF SERVICE**

On April 21, 2010, I, Christopher-Earl: Strunk in esse, state under penalty of perjury pursuant to 28 USC 1746:

Declarant caused the service of two (2) complete sets of **STRUNK'S NOTICE OF MOTION FOR RECONSIDERATION and STRUNK'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE JUDGMENT TO DISMISS THE COMPLAINT AS TO DEFENDANT(S)** with Exhibit annexed declared April 20, 2010, and did place each complete sets in a sealed folder properly addressed with proper postage to be served by USPS mail upon:

Dr. Orly Taitz, D.D.S., J.D.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688

Ronald C. Machen, Jr. United States Attorney
c/o of Counsel Alan Burch, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

I do declare and certify under penalty of perjury:

Dated: April 21 2010
Brooklyn, New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn New York 11238
Phone. (845) 901-6767
Email: chris@strunk.ws