UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ORLY TAITZ, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 10-0151 (RCL) |
| v. | ) ) ) | |
| BARACK HUSSEIN OBAMA, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S AMENDED CERTIFICATE OF SERVICE
REGARDING HIS COMBINED OPPOSITION TO (1) PLAINTIFF'S MOTION FOR
RECONSIDERATION AND LEAVE TO FILE SECOND AMENDED COMPLAINT,
AND (2) MOVANT STRUNK'S MOTION FOR RECONSIDERATION (R.27)**

Defendant, Barack H. Obama, respectfully files this amended certificate of service, for his recently filed Opposition (R.27) to both (1) Plaintiff's motion for reconsideration and for leave to file a second amended complaint (R.25), and (2) Movant Strunk's motion for reconsideration (R.26). Through inadvertent oversight, the paper copy to be served on Strunk did not go out yesterday, as described in the Certificate of Service in R.27. It will be go out today by U.S. mail, addressed to Christopher-Earl Strunk, 593 Vanderbilt Ave., #281, Brooklyn, NY 11238, with a copy of this as well. Counsel regrets the error. It should not prejudice Plaintiff or Movant.

May 11, 2010                Respectfully submitted,

                                                                RONALD C. MACHEN JR., D.C. Bar #447889
                                                                United States Attorney
                                                                for the District of Columbia

                                                               by:  /s/
                                                               ALAN BURCH, D.C. Bar # 470655
                                                               Assistant United States Attorney
                                                               555 4th St., N.W., Washington, D.C. 20530
                                                               (202) 514-7204, alan.burch@usdoj.gov