Submitted on **2010/05/19 at 11:52am**

82.146.41.87

YOU are the LIAR!

I can't wait until you BURN IN HELL!!!

BURN BITCH, BURN!!!

You LIE about President Obama, you LIE about Dunn. You LIE, LIE, LIE.

And you are gonna BURN BITCH, BURN!!!

Actually, I can't wait until you die. I hope your bad driving causes you to burn to death in your car. Just don't take anyone else with you!

BURN BITCH, BURN!!!