UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 22, 2010**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: PATIENT PROTECTION AND
AFFORDABLE CARE ACT LITIGATION
    Orly Taitz v. Barack Hussein Obama,
        D. District of Columbia, C.A. No. 1:10-151     MDL No. 2170
    State of Florida, et al. v. U.S. Department of Health & Human
        Services, et al., N.D. Florida, C.A. No. 3:10-91

**ORDER DEEMING MOTION MOOT
AND VACATING THE MAY 27, 2010, HEARING SESSION**

    Before the Panel is a motion by pro se plaintiff Orly Taitz seeking centralization, pursuant to 28 U.S.C. § 1407, of these actions in the District of District of Columbia for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed District of District of Columbia action was dismissed by the Honorable Royce C. Lamberth in an order filed on April 14, 2010, thus depriving this litigation of its multidistrict character.

    IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 22, 2010, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel