Christopher-Earl: Strunk in esse,
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
845-901-6767 chris@strunk.ws

The Honorable Royce C. Lamberth
Chief Judge for the United States Court for the
District of Columbia
333 Constitution Avenue NW
Washington D.C. 20001

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 6/18/10*

**RECEIVED**
**JUN 1 8 2010**
**CHAMBERS OF**
**JUDGE LAMBERTH**

Regarding: Taitz v Obama DCD 10-cv-00151
Subject: Status of Motion for Reconsideration

The Honorable Chief Judge Royce C. Lamberth,

I am the Petitioner-Intervener, Christopher-Earl: Strunk in esse, self represented without being and attorney on application in the above case with a pending decision on my April 20, 2010 motion for reconsideration of the Memorandum/Order and Judgment of April 14, 2010. That I hereby state under penalty of perjury with 28 USC §1746 that Declarant has not given a chance to reply, and for reasons known only to the Court Declarant is unable to discuss the reason until say June 17, 2010; and Declarant here by requests an extension of time to file a reply to the motion to dismiss as to the intervention or otherwise strike the portion of the Judgment that references Declarant; and hereby request s additional time to June 27, 2010.

That on April 12, 2010 Declarant made a statutory Submission to the Chief of the Voting Section c/o WAN J. KIM United States Attorney Assistant Attorney General Civil Rights Division Room 7254 - NWB Department of Justice 950 Pennsylvania Ave., N.W. Washington, DC 20530. At that time, there was no actual Chief of the Voting Rights Section appointed. Declarant knows the Acting Chief of the Voting Rights Section Christopher Herrin from several Voting Rights actions here in Second Circuit. That the Submission was sent certified with a Return Receipt request by the USPS that was only received by the Voting Rights Section on April 26, 2010 (see Return Receipt annexed). When Declarant received the Return Receipt shown annexed, Declarant attempted to reach the Acting Chief by telephone and left a message for Mr. Herrin to return my call in response; to date there is no response.

One way or another Declarant still believes that the judicial form of solution remains available and will reply to Mr. Burch's opposition to my motion on June 27, 2010 with further time for the reply granted by the Court.

Dated: June 16, 2010
Brooklyn New York

*Christopher-Earl: Strunk in esse*
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
845-901-6767 chris@strunk.ws

Cc: Dr. Orly Taitz, D.D.S., J.D.
    Alan Burch AUSA
    Christopher Herrin, Acting Chief of the Voting Rights Section

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>WAN J. KIM USAAG<br>CIVIL RIGHTS DIVISION<br>ROOM 7254 - NWB<br>DEPARTMENT OF JUSTICE<br>950 PENN. AVE N.W.<br>WASHINGTON DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>APR 26 2010<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 8760 0004 8167 5966 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

U.S. District Court for the District of Columbia
in re *Taitz v. Obama*, 10-cv-00151 (RCL)

## CERTIFICATE OF SERVICE

On June 17, 2010, I, Christopher-Earl: Strunk in esse, state under penalty of perjury pursuant to 28 USC 1746:

Declarant caused the service of three (3) STRUNK'S Letter regarding request for additional time to reply in STRUNK'S DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE JUDGMENT TO DISMISS THE COMPLAINT AS TO DEFENDANT(S) with Exhibit annexed declared June 16, 2010, and did place each complete sets in a sealed folder properly addressed with proper postage to be served by USPS mail upon:

Dr. Orly Taitz, D.D.S. , J.D.
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688

Ronald C. Machen, Jr. United States Attorney
c/o of Counsel Alan Burch, AUSA
Office of the U.S. Attorney for the
Washington District of Columbia
555 4th St., N.W.
Washington, D.C. 20530

Christopher Herrin Acting Chief of the Voting Section
Civil Rights Division
Room 7254 - NWB
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC  20530

I do declare and certify under penalty of perjury:

Dated: June 17 2010
Brooklyn, New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn New York 11238
Phone: (845) 901-6767
Email: chris@strunk.ws