# Exhibit 1

**U.S DEPARTMENT OF JUSTICE**
Georgia-Middle
Civil Division
P. O. Box 1702
Macon, GA  31201

For inquiries regarding debt call: 478-621-2727

Orly Taitz
26302 La Paz, Ste 211
Mission Viego, CA  92691

**U.S. DEPARTMENT OF JUSTICE**
**ADMINISTRATIVE OFFSET NOTICE**

This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| DATE OF NOTICE | 08/09/2010 |
|---|---|
| ACCOUNT NUMBER | 2010A38849/001 |
| TAX ID NUMBER | |
| BALANCE DUE | 20,000.00 |

## NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States.. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately, *unless the court has ordered a specific payment plan.* Make your check or money order payable to the United States Department of Justice. Mail the payment and the attached coupon in the enclosed envelope. To make a payment online, please go to www.Pay.Gov

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or

(Continued on Back)

Please detach and enclose bottom portion with payment

---

Payment must be received by the PAYMENT DUE BY date in order for your payment to be applied before the next billing cycle.

| Account Number | 2010A38849/001 |
|---|---|
| Name | Orly Taitz |
| Payment Program | VT |
| Payment Due Date | Immediately |
| Total Amount Due | $20,000.00 |

ESS CORRECTION (Please Check Box and Place new address on reverse)

Credit Card Type_____
Card No._____
Expiration Date_____
Payment Amount_____

If payment amount is not indicated, I authorize the Department of Justice to charge my card for the payment amount due.

MAIL COUPON TO:
US DEPARTMENT OF JUSTICE
NATIONWIDE CENTRAL INTAKE FACILITY
PO Box 70932
Charlotte, NC  28272-0932

ADDR

# Exhibit 2

# Exhibit 2



Aug 19, 2010

**Saudi judge considers severing spine of attacker who paralyzed man**

04:09 PM

- 
  - [Yahoo! Buzz](#)
- Share

# Exhibit 3

Aug 19, 2010

**Saudi judge considers severing spine of attacker who paralyzed man**

04:09 PM

In a variation of the ancient eye-for-an-eye punishment, a judge in Saudi Arabia has asked hospitals whether doctors would sever the spinal cord of an attacker convicted of paralyzing a man with a cleaver.

The Arabic-language newspaper *Okaz* reported that one hospital in the northwestern province of Tabuk said it could perform the operation, while a prominent hospital in Riyadh refused, on apparent ethical grounds, saying "inflicting such harm is not possible."

Abdul-Aziz al-Mutairi, 22, was left paralyzed and subsequently lost a foot after a fight more than two years ago, his older brother, Khaled al-Mutairi, [told the Associated Press](#). He said the assailant, whom he and the paper did not identify, was sentenced to 14 months in prison, released after seven months in an amnesty and now teaches at a university.

Under Islamic ([sharia](#)) law in Saudi Arabia, victims can ask that criminals receive punishments similar to the harm they inflicted. It is not uncommon for thieves to have their hands cut off.

"We are asking for our legal right under Islamic law," Khaled al-Mutairi said. "There is no better word than God's word — an eye for an eye."

Judge Saoud bin Suleiman al-Youssef sent letters to several hospitals in and outside the region, *[Emirates 24/7 says.](#)* A verdict is pending.

(Posted by Michael Winter)

Tags:
[Saudi Arabia](#)

# Exhibit 4



468x60 ad code [Site Wide - Header]



- Home
- Articles
- Features
- AUTHORS
- FORUM
- LIBRARY
- About us
- Help us
- CONTACT US
- PROLOGUE
- Blog

Log in - Register

Search in site...

Tuesday, March 23rd, 2010 | Posted by Ali Sina

# Stoning in Somalia

Islamic sharia in the raw: Somali man stoned to death for adultery and another shot dead for murder..

**HOW 'JUSTICE' WILL BE DONE IN EUROPE
ONCE ISLAM REACHES CRITICAL MASS**



Sharia buries people up to their chests and then bashes their skulls in with rocks. That's what awaits Europe in the future if it allows Muslim immigration to reach critical mass. With the rise of their numbers, no matter how diverse the ethnicity of these Muslim immigrant groups, political Islam will have a voice and be a factor in Europe, more than people dare to think. If nothing is done to counter the flow, then Islam's political empowerment is assured. Europe meet your future. **KGS**

http://www.faithfreedom.org/articles/gallery/stoning-in-somalia/                    8/23/2010



Daily Mail: This barbaric scene belongs in the Dark Ages, but pictures emerged today of a group of Islamic militants who forced villagers to watch as they stoned a man to death for adultery. Mohamed Abukar Ibrahim, a 48-year-old, was buried in a hole up to his chest and pelted with rocks until he died. The group responsible, Hizbul Islam, also shot dead a man they claimed was a murderer.

But the verdict was so shocking that it prompted a gun battle between rivals within the group that left three militants dead, witnesses said. The executions took place yesterday in Afgoye, some 20 miles south-west of the capital of Mogadishu. Hizbul Islam fighters ordered hundreds of residents to a field, where a rebel judge announced that the two men had confessed to murder and adultery.



A woman who had confessed to fornication had been sentenced to 100 lashes, he added. 'This is their day of justice,' the judge, Osman Siidow Hasan, told the crowd. 'We investigated and they confessed.' But when some

Stoning in Somalia | Faithfreedom.org                                      Page 3 of 5

Hizbul Islam fighters wanted to delay the executions, a bloody gun battle broke out between the two factions, shocked residents said.



Three Hizbul Islam fighters died and five others were injured after they fought each other," Halima Osman, an Afgoye shopkeeper, told Reuters in Mogadishu by telephone. 'Some wanted to delay the execution while the others insisted. They exchanged fire. The group that was against the execution was overpowered and chased away,' she said.

Once the gun battle was over, the militants coldly carried out the verdicts. A relative of the murder victim shot the first as he lay on the floor. 'I could not watch,' local man Ali Gabow told Reuters. 'The lady who had been with the second man was only given 100 lashes because she said she had never married.'

The executions were the first time that Hizbul Islam guerillas had dealt out the type of punishments usually associated with the more hardline al Shabaab rebel group in Somalia.

The U.S. claims that al Shabaab is al Qaeda's proxy in the failed Horn of Africa state. That rival Islamic groups are beginning to align their practices with al Shabaab is a chilling twist in the already frightening militancy that is gripping the country. President Sheikh Sharif Ahmed's Western-backed government controls just a few strategic sites in Mogadishu.

Western security experts say the country has become a safe haven for militants, including foreign jihadists, who are using it to plot attacks across the impoverished region and beyond. There are some fears that Somalia could become the new pre-9/11 Afghanistan. Al Shabaab, and to a lesser extent Hizbul Islam, are fighting the government to impose their harsh interpretation of Islamic Sharia law across the drought-ravaged country. Al Shabaab clerics have banned movies, dancing at weddings and playing or watching soccer in the areas under their control, as well as carrying out executions and amputations.



**Solar Energy Charity**
Helping Relieve Poverty Though The Provision of Solar Energy. Join Us!
Public Service Ads by Google

## 2 Responses for "Stoning in Somalia"

1.  *leo* says:
   May 16, 2010 at 9:03 am

http://www.faithfreedom.org/articles/gallery/stoning-in-somalia/                   8/23/2010

It's look like a more about movie spot. probably this people are perfoming in a television drama serial. In 1st & 2 nd photo victims has no fearful expression, rather normal and very co operative. Sansation of 3rd & 4th pictures also can can be seen is dram serial screening in TV. Oftern newpapers reports ssuch incidents depicts very little truth.
Portrait as none of the witnesess & participants are human. If it were true newpapers were not be able to take any pics.

Hiwever I would not believe the reported incident.

2. *Chiulo-Ruiz* says:
   May 27, 2010 at 3:46 pm

   Looks like real guns, rocks, humans being abused and perverted justice to me!

You must be logged in to post a comment Login

## Most Recent

- Blog Entries
- Opinions
- Posts
    - Embrace Islam or Leave Kashmir
    - Rape: Islam in action(love jihad)
    - For Jaan!!
    - Yay? To stay or not to stay?...that is my question o.O...
    - OK I lied sorry, this is NOW the final entry!!
    - Blog #3: Final Blog, tired of talking to a wall :(
    - Heart breaking Love Jihad histories from Kerala
    - Blog #2: Hope you try to get the bigger picture, if not, meh I tried. I win!! ^_^

# Exhibit 5

Public beating | Faithfreedom.org　　　　　　　　　　　　　　　　　　Page 2 of 4



A woman is punished by beating according to the Sharia law.



### Kiva Microfinance
"Loans that Change Lives." Make a Difference and Lend Today!

Public Service Ads by Google

**1 Response for "Public beating"**

1. *faithdefender* says:
   July 26, 2010 at 5:52 pm

   If you are born in Islam then its your fate but If you are Living in Islam then Its your foolishness.

*You must be logged in to post a comment* Login