

United States Department of State

Washington, D.C. 20520

JUL 2 9 2010

In reply refer to:
CA/PPT/L/LE – Case Control Number: 200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

    The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

    We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

    We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

    Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

APPLICATION FOR
[✓] RENEWAL  [ ] AMENDMENT  [ ] EXTENSION
OF
[✓] PASSPORT  [ ] CARD OF IDENTITY
[ ] REGISTRATION  [ ] CERTIFICATE OF IDENTITY

Document No. F777788   Date Issued July 19, 1965

POST: Djakarta, Indonesia
[ ] REFERRED TO DEPARTMENT FOR ACTION
[xx] RENEWED (~~EXTENDED~~) TO Jul. 18, 1970
[ ] AMENDED AS REQUESTED

$ 5.00 FEE COLLECTED
[ ] NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)
(FIRST NAME)  (MIDDLE NAME)  (LAST NAME)
I, Stanley Ann Dunham Soetoro, a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year): Nov. 29, 1942
PLACE OF BIRTH: Wichita, Kansas
NOW RESIDING AT: Djakarta, Indonesia
UNITED STATES RESIDENCE (Street address, city, county, state): —

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state):
Stanley Armour Dunham, Bank of Hawaii, Honolulu

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

NO

(SUETORO - LAST NAME)
(STANLEY - FIRST NAME)
(ANN DUNHAM - MIDDLE NAME)
TO BE PRINTED IN FULL

PROPOSED TRAVEL PLANS
I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ____ YEARS Indefinite MONTHS

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE: INDEFINATE - MARRIED TO AN INDONESIAN CITIZEN

IF RETURNING TO U.S. COMPLETE THE FOLLOWING
PORT OF DEPARTURE
NAME OF SHIP OR AIRLINE
DATE OF DEPARTURE

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

Stanley Ann Dunham Soetoro
(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this 13th day of August 13, 1968
(SEAL)
Vice Consul _____ of the United States at Djakarta, Indonesia   Alphonse F. La Porta

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7-64

PAGE 2

| AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND) |||
|---|---|---|
| NAME | BIRTHPLACE | BIRTHDATE |
| | | |

| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY |
|---|---|
| | ☐ DIVORCE   ☐ DEATH |

| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT |
|---|---|
| INDO | ☐ ATTACHED   ☐ CANCELED _____ (DATE) |

| AMEND TO INCLUDE (EXCLUDE) CHILDREN ||||
|---|---|---|---|
| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
| ~~BARACK HUSSEIN OBAMA (Soebarkah)~~ | | | |
| | | | |
| | | | |

| AMEND TO READ IN MARRIED NAME |
|---|
| NAME |
| |

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|---|---|---|
| | | |

CITIZENSHIP OF HUSBAND    ☐ U.S. CITIZEN    ☐ ALIEN-CITIZEN OF _____

OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE  ☐ PASSPORT             ☐ RENEWED TO _____     DATE _____
     ☐ CARD OF IDENTITY   WAS   ☐ AMENDED AS REQUESTED
     ☐ CERTIFICATE            ☐ EXTENDED TO _____

AUTHORITY _____                           (Consul of the United States of America)

X ———  (Photo required for inclusions)  ——— X    OPINION OF CONSULAR OFFICER

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable.

Do not staple second photo. Attach loosely by paper clip.

(STAPLE HERE)

(Consul of the United States of America)

FORM FS-299   In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should
7-64         be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.

AVOID THE LAST MINUTE RUSH — (PLEASE) — DON'T PUT IT OFF APPLY NOW

DEPARTMENT OF STATE
APPLICATION FOR PASSPORT BY MAIL
Your previous passport issued within the past eight years, two signed photographs and the fee of $10 MUST accompany this application.

(Passport Office Use Only) 030097 P2

SERIES C

JAN 4 '72

DEPARTMENT OF STATE
HONOLULU, HAWAII

**A** (First name) (Middle name) (Last name)
I, Stanley Ann Dunham Soetoro
a citizen of the United States, do hereby apply to the Department of State for a passport.

MAIL PASSPORT TO:
IN CARE OF (If applicable) Stanley Dunham
STREET 1617 South Beretania
CITY Honolulu  STATE Hawaii  ZIP CODE 96814
PHONE NOS. Area Code: ___ Home: 949-2317 Business: —

DATE OF BIRTH
Month Day Year
Nov 29 42
PLACE OF BIRTH (City, State, Province, Country)
Wichita, Kansas

HEIGHT 5 FT. 5½ IN.
COLOR OF HAIR (Spell out) brown
COLOR OF EYES (Spell out) brown
APPROXIMATE DATE OF DEPARTURE Jan 14, 1972

VISIBLE DISTINGUISHING MARKS
OCCUPATION teacher

Coop ou 1/4/72

**B** MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED
No. F777788  Issue Date July 19, 1965
SOCIAL SECURITY NUMBER

MY PERMANENT RESIDENCE (If same as mailing address, write "Same")
DJL. TAMAN MATRAMAN BARAT 32 PAV, DJAKARTA, INDONESIA

IF YOU WERE BORN ABROAD, WERE BOTH OF YOUR PARENTS U.S. CITIZENS AT THE TIME OF YOUR BIRTH?
☐ Yes ☐ No

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Do not show name of a person who will accompany you when traveling)
(Name in full) STANLEY A. DUNHAM  (Relationship) FATHER  (Street address, City, State, ZIP Code) 1617 S. BERETANIA HONOLULU

**C** PROPOSED TRAVEL PLANS
PURPOSE OF TRIP return home
PROPOSED LENGTH OF STAY INDEFINATE
NO. OF PREVIOUS TRIPS ABROAD WITHIN LAST 12 MONTHS

MEANS OF TRANSPORTATION
Sea ☐  Air ✓  Other ☐
Departure
Return
DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD?
☑ Yes ☐ No  IF SO, WITHIN ☐ 1 year ☐ 2 Years ☑ 5 Years

COUNTRIES TO BE VISITED
INDONESIA

**D** WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544. I have not since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States. (If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be struck out, and a supplementary explanatory statement should be attached, signed and made a part of this application.)

DECLARATION
I declare under the penalties of 18 USC 1001 and 1542 (see WARNING, above) that the statements made in this application are true and complete to the best of my knowledge and belief. I further declare that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I take this obligation freely without mental reservation or purpose of evasion.

Jan 4, 1972  S. Ann Dunham Soetoro
(Date)  (Signature of applicant)

(Passport Office Use Only)
JAN-4-72  120023  — ACMAIL  10.0

FORM 4-71 DSP-82
FORM APPROVED
BUDGET BUREAU NO. 47-R017

# DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

*Stanley Ann Dunham Soetoro*
(Signature)

### REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO: Director, Passport Office
Department of State
Washington, D. C. 20524
Attn: PT/AC

### SUBJECT

| | |
|---|---|
| NAME: STANLEY ANN SOETORO | DESCRIPTION: 5'6"  Brown  Brown  135 lb. |
| HOME ADDRESS: Djalan Taman Matraman 22 Pav., Djakarta, Indonesia (Honolulu, 1617 South Beretania, c/o Stanley Dunham) 96814 | |
| BIRTHDATE: Nov. 29, 1942 | NATURALIZATION DATE: N. A. |
| BIRTHPLACE: Wichita, Kansas | PASSPORT NO., DATE AND PLACE OF ISSUANCE: F 777788  07-19-65  Honolulu, Hawaii |

### DEPARTURE FROM UNITED STATES

| | |
|---|---|
| DATE AND PLACE OF DEPARTURE: October 1967, Honolulu, Hawaii | DESTINATION: Djakarta, Indonesia |
| FLIGHT NUMBER OR VESSEL: — | NAME OF CARRIER: Japan Airlines |

### TRAVEL TO UNITED STATES

| | |
|---|---|
| DATE AND PLACE OF DEPARTURE FROM ABROAD: October 20, 1971, Djakarta, Indonesia | IDENTITY DOCUMENTS PRESENTED: Passport as shown above |
| FLIGHT NUMBER OR VESSEL: PAA 812 | NAME OF CARRIER: Pan American Airways |
| DATE AND PLACE OF ENTRY: October 21, 1971, Honolulu, Hawaii | DESTINATION: Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(h).

OCT 21 1971
(Inspector's Stamp)

| | |
|---|---|
| PLACE (Immigration and Naturalization Service): HONOLULU, HAWAII | SIGNATURE (Immigration Officer): *Leonard Soon* |

FORM DS-1423

*Bill sent — 11/29/71*

FORM APPROVED   BUDGET BUREAU NO. 47-R059.8

DEPARTMENT OF STATE
## APPLICATION FOR AMENDMENT OF PASSPORT

(Passport Office Use Only)

Amend as shown in section:
- [ ] B
- [ ] C
- [ ] D
- [x] E
- [ ] F
- [ ] Add visa pages.

P3

INSTRUCTIONS: All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**
PASSPORT NO. OF APPLICANT: F-777753
DATE ISSUED: July 19, 1965

MAIL PASSPORT TO
STREET: 2234 University Ave.
CITY: Honolulu   STATE: Hawaii 96822
IN CARE OF: _____

BIRTH CERTIFICATE(S) SEEN
CHILD(REN)'S — FILED SR CR CITY
(WIFE'S) — FILED SR CR CITY
(HUSBAND'S)
MARRIAGE CERT. [x] S & R
NATZ'N. CERT. [ ] S & R
[ ] OTHER

Orjini 6-29-67

(PLEASE PRINT NAME IN FULL)
(First name) (Middle name) (Last name)

I, Stanley Ann Soetoro, a citizen of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

(Last name) Soetoro
(First name) Stanley
(Middle name) Ann

**B** INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
| | | |

(Photo requirements for inclusion)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size; be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

**C** INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
| | |

| DATE OF BIRTH | DATE OF MARRIAGE |
|---|---|
| | |

**D** EXCLUDE PERSONS, AS FOLLOWS:
- [ ] MY WIFE
- [ ] MY HUSBAND
- [ ] MY CHILDREN (Give name(s))

WHO IS/ARE
- [ ] TO APPLY FOR SEPARATE PASSPORT
- [ ] NOT TO ACCOMPANY

**E** CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:
MARRIED NAME: Stanley Ann Soetoro
PLACE OF MARRIAGE (City, State): Molokai, Hawaii
DATE OF MARRIAGE: 3/15/65
HUSBAND'S NAME IN FULL: Lolo Soetoro
WHO IS: [ ] A UNITED STATES CITIZEN   [x] A CITIZEN OF Indonesia

**F** CHANGE TO READ AS FOLLOWS:

**G** (CHILD(REN)'S) (WIFE'S) (HUSBAND'S) LAST U.S. PASSPORT
NUMBER: _____
DATE ISSUED: _____
IN NAME OF: _____
- [ ] IS SUBMITTED HEREWITH
- [ ] OTHER DISPOSITION (State)

FORM DSP-19
7-64
(OVER)

**H** — TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

| MY IMMIGRATED TO THE U.S. ON (Month, day, year) | ACQUIRED U.S. CITIZENSHIP ON (Month, day, year) | THROUGH THE NATURALIZATION OF ☐ SELF  ☐ PARENT  ☐ FORMER HUSBAND |
|---|---|---|
| WHO WAS NATURALIZED BEFORE THE (Name of court) | | LOCATED IN (City, State) |
| AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO. | | |

**I** — TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT (If married more than twice, set forth facts in a supplemental statement)

| HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE |
|---|---|
| NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE |
| FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY ☐ DEATH  ☐ DIVORCE  DATE |

**J** — IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

| NAME IN FULL | RELATIONSHIP | STREET ADDRESS, CITY, STATE |
|---|---|---|

**K** —

I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

*(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

X _Stanley Ann Soetoro_
(Signature of Applicant)

Subscribed and sworn to (affirmed) before me this _____ day of _____, 19__

_____
(Agent, Department of State or Clerk of Court)

FORM DSP-19
7-64

☆ U.S. _RNMENT PRINTING OFFICE 1964 O - 702-220 (212)

| | | |
|---|---|---|
| **DEPARTMENT OF STATE**<br>**APPLICATION FOR** [X] **PASSPORT** [ ] **REGISTRATION**<br>Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate. | POST LOCATION **Jakarta, Indonesia**<br>POST ACTION<br>PASSPORT ISSUED No. **Z2433100**<br>Date **June 2, 1976**<br>Expires **June 1, 1981** | For Department Decision<br>REGISTRATION APPROVED **P4**<br>Date _____<br>Expires _____<br>CARD OF IDENTITY AND REG.<br>No. _____<br>Date _____ |

**A** — TO BE COMPLETED BY ALL APPLICANTS

(First name) (Middle name) (Last name) **DUNHAM**
I **STANLEY  ANN,  SOETORO**, a citizen of the United States, do hereby apply for (a passport) (registration)

[X] $3 Application fee collected
[X] $10 Fee collected
[ ] No Fee passport
[ ] Official passport
[ ] $3 fee collected (for card)
[ ] 48-page passport

DATE OF BIRTH: Month **11** Day **29** Year **42**
PLACE OF BIRTH: **WICHITA, KANSAS, USA**

HEIGHT **5** Ft. **5½** In.
COLOR OF HAIR **BROWN**
COLOR OF EYES **BROWN**
SOCIAL SECURITY NO. **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**

VISIBLE DISTINGUISHING MARKS **NONE**
OCCUPATION **GRAD. STUDENT**

NOW RESIDING AT **DJL. HADJI ROMLI 23 MENTENG DALAM, JAKARTA**
PERMANENT RESIDENCE **1617 S. BERETANIA, HONOLULU, HAWAII**

MY LAST PASSPORT WAS OBTAINED FROM
Location of Issuing Office **HONOLULU**
Date of Issuance **JAN. 4, 1972**
Number **C030097**
[X] Cancelled and returned
[ ] Submitted herewith
[ ] Seen and returned
[ ] Other disposition (state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY: **STANLEY DUNHAM (FATHER) 1617 S. BERETANIA # 1008 HONOLULU, H  ZIP 96814**

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? [ ] Yes [X] No

**B** — TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION (blank)

**C** — COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH (blank)

**D** — EVIDENCE OF PRIOR DOCUMENTATION OF ABOVE-NAMED PERSONS TO BE INCLUDED (blank)

**E** — OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (blank)

FORM FS-176 9-74   (OVER - YOU MUST COMPLETE PAGE 2)   FORM APPROVED  BUDGET BUREAU NO. 47-R0012

FORM FS-176  9-74                                                                                                           PAGE 2

**F** FATHER'S NAME: STANLEY DUNHAM
FATHER'S PLACE OF BIRTH (City, State, Province or Country): WICHITA, KANSAS
☒ U.S. CITIZEN
☐ NOT U.S. CITIZEN

DATE NATURALIZED:
PLACE NATURALIZED (City, state):

FATHER'S DATE OF BIRTH: MARCH 23, 1918
☐ FATHER DECEASED
☒ FATHER RESIDING AT: HONOLULU, HI
FATHER RESIDED IN U.S. From BIRTH To PRESENT

MOTHER'S MAIDEN NAME: MADELYN PAYNE
MOTHER'S PLACE OF BIRTH (City, State, Province or Country): PERU, KANSAS
☒ U.S. CITIZEN
☐ NOT U.S. CITIZEN

DATE NATURALIZED:
PLACE NATURALIZED (City, state):

MOTHER'S DATE OF BIRTH: OCT. 26, 1922
☐ MOTHER DECEASED
☒ MOTHER RESIDING AT: HONOLULU, HI
MOTHER RESIDED IN U.S. From BIRTH To PRESENT

**G** ☐ I WAS NEVER MARRIED
☒ I WAS LAST MARRIED ON (Date): MARCH 15, 1965
PRESENT FULL LEGAL NAME OF HUSBAND OR WIFE: LOLO SOETORO

HUSBAND'S OR WIFE'S PLACE OF BIRTH (City, state): BANDUNG, INDONESIA
HUSBAND'S OR WIFE'S DATE OF BIRTH: JAN. 2, 1935
☐ HUSBAND OR WIFE IS U.S. CITIZEN
☒ HUSBAND OR WIFE IS NOT U.S. CITIZEN

HUSBAND OR WIFE NOW RESIDING AT: DJAKARTA, INDONESIA

☒ MARRIAGE NOT TERMINATED
☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON

PROPOSED TRAVEL PLANS

☒ I INTEND TO RETURN TO THE UNITED STATES WITHIN ___ MONTHS
___ YEARS TO ☐ RESIDE ☒ VISIT ☐ INDEFINITE
☐ I NEVER INTEND TO RETURN TO THE UNITED STATES

**H** I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON: PLAN TO RETURN TO INDONESIA SEPT. 76 TO FEB. 77 TO COMPLETE DISSERTATION RESEARCH

COMPLETE IF RETURNING TO U.S.

**I** PORT OF DEPARTURE: DJAKARTA
DATE OF DEPARTURE: JUNE 16, 1976
NAME OF SHIP OR AIRLINE: PAN AM

**J** WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

I have not (and no other person included in the application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport or registration, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I solemnly swear (or affirm) that the statements made on all the pages of this application are true and that the photograph attached is a likeness of me and of those persons to be included in the passport.

(To be signed at same time by husband/wife to be included in passport)
_S. Ann Dunham Soetoro_
(To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this ___2nd___ day of ___June___, 19_76_.

(Seal)  Alfred Harding IV
        _Alfred Harding IV_
Consul _____ of the United States at _Jakarta, Indonesia_

IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243, Procedures)

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

POST LOCATION: Jakarta, Indonesia
POST ACTION:
PASSPORT ISSUED No. Z3037221  Date 4/28/81  Expires 4/27/86
REGISTRATION APPROVED Date ___ Expires ___
☒ $3 Application fee collected
☒ $10 Fee collected
☐ No Fee passport
☐ Official passport
CARD OF IDENTITY AND REG. No. ___  Date ___
☐ $5 fee collected (for card)
☐ 48-page ☐ 96-page passport

### TO BE COMPLETED BY ALL APPLICANTS

(First name) STANLEY  (Middle name) ANN  (Last name) DUNHAM

I, ___, a citizen of the United States, do hereby apply for (a passport) (registration).

SEX (M-F): F
BIRTHPLACE: WICHITA, KANSAS, U.S.A.
BIRTH DATE: Nov. 29 1942
HEIGHT: 5 Ft. ½ In.
COLOR OF HAIR: BROWN
COLOR OF EYES: BROWN
SOCIAL SECURITY NO.: 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

APPLICANT'S EVIDENCE OF CITIZENSHIP:
☐ Birth Certificate  ☒ Passport
☐ Certificate of Naturalization or Citizenship
Date: 6/2/76
Bearer's Name: self
No.: Z2433100
Place: Jakarta
☐ Submitted Herewith
☒ Canceled & Returned
☐ Seen & Returned

NOW RESIDING AT: Jalan Daksa I/14, Kebayoran Baru, Jakarta Selatan, Indonesia

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED
Location of Registering Office ___  Date of Registration ___

PERMANENT RESIDENCE: 1617 South Beretania, Apt. 1008, Hon., Hawaii

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY:
Name in full: Stanley Dunham
Address: 1617 South Beretania, Apt. 1008, Honolulu, Hawaii
Relationship: Father
Phone No.: (808) 949-2317

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No

FATHER'S NAME: STANLEY DUNHAM
BIRTHPLACE: WICHITA, KANSAS, U.S.A.
BIRTH DATE: March 23, 1918
U.S. CITIZEN: ☒ Yes ☐ No

MOTHER'S MAIDEN NAME: MADELYN PAYNE
BIRTHPLACE: PERU, KANSAS, U.S.A.
BIRTH DATE: Oct. 26, '22
U.S. CITIZEN: ☒ Yes ☐ No

☒ I WAS LAST MARRIED ON March 5, '64 TO Lolo Soetoro, MAUI, HAWAII
☐ I WAS NEVER MARRIED

WIFE'S/HUSBAND'S BIRTHPLACE: Bandung, Indonesia
WIFE'S/HUSBAND'S BIRTH DATE: Jan. 2, 1936
U.S. CITIZEN: ☐ Yes ☒ No
☐ MARRIAGE NOT TERMINATED
☐ MARRIAGE TERMINATED BY
☐ DEATH
☒ DIVORCE ON Aug. 28, 1980

HAVE YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: Am submitting  No.: Z2433100  Issue Date: June 2, 1976

(PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED)
Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required.
CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE.
DO NOT IMPRESS SEAL ON PHOTOGRAPHS.

COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO

WIFE'S/HUSBAND'S FULL LEGAL NAME ___
BIRTHPLACE ___  BIRTH DATE ___

(CONSULAR OFFICE USE ONLY) WIFE'S/HUSBAND'S EVIDENCE
☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

CHILD(REN)'S NAME(S) IN FULL ___  BIRTHPLACE(S) ___  BIRTH DATE(S) ___
CHILD(REN)'S EVIDENCE
☐ Submitted Herewith
☐ Canceled & Returned
☐ Seen & Returned

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

(SEAL)  S. Ann Dunham
(To be signed at same time by husband/wife to be included in passport)  (To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this 27 day of April 19 81.

Consul ___ of the United States at Jakarta, Indonesia
(Signature of person taking application)

OPTIONAL FORM 178 (FORMERLY FS-176)  (OVER - YOU MUST COMPLETE PAGE 2)  January 1978 Dept. of State

| C | TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION | | |
|---|---|---|---|
| | IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | NATURALIZATION CERTIFICATE NO. ☐ Submitted herewith ☐ Seen and returned ☐ Previously submitted |
| | PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED |

| D | TO BE COMPLETED BY ALL APPLICANTS | |
|---|---|---|
| | OCCUPATION PROGRAM OFFICER, FORD FOUNDATION | VISIBLE DISTINGUISHING MARKS none |

| E | WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931 | | |
|---|---|---|---|
| | I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
| | ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN ☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON (Date) |

| F | COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENTS | | |
|---|---|---|---|
| | ENTERED THE U.S. (Month) (Year) ☐ Applicant ☐ Wife ☐ Husband ☐ Child | IF FATHER NATURALIZED: Date / Certificate No. Before (Name of Court) / Place (City, State) | IF KNOWN, FATHER'S RESIDENCE PHYSICAL PRESENCE IN U.S. From (Year) To (Year) |
| | RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From(Year) To (Year) ☐ Applicant ☐ Wife ☑ Husband ☐ Child | IF MOTHER NATURALIZED: Date / Certificate No. Before (Name of Court) / Place (City, State) | IF KNOWN, MOTHER'S RESIDENCE PHYSICAL PRESENCE IN U.S. From (Year) To (Year) |

| G | PROPOSED TRAVEL PLANS (Not Mandatory) |
|---|---|
| | I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE Two years contract with Ford Foundation from January 1981 - December 1982. |
| | I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ___ YEARS ___ MONTHS    DATE OF DEPARTURE |

## H — PRIVACY ACT STATEMENT

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

## I — ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

| J | (FOR USE OF OFFICE TAKING APPLICATION) | |
|---|---|---|
| | APPLICANT'S IDENTIFYING DOCUMENT(S) ☐ Certificate of Naturalization or Citizenship    No.: ☐ Passport    Issue Date: ☐ Driver's License    Place of Issue: ☐ Other (Specify):    Issued in Name of: | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT ☐ Certificate of Naturalization or Citizenship    No.: ☐ Passport    Issue Date: ☐ Driver's License    Place of Issue: ☐ Other (Specify):    Issued in Name of: |

**UNITED STATES DEPARTMENT OF STATE**
**APPLICATION FOR PASSPORT**

IMPORTANT: READ INSTRUCTIONS ON BACK OF FORM
TYPE OR PRINT IN INK IN WHITE AREAS ONLY

URGENT

P 6

## IDENTIFYING INFORMATION

**NAME**
FIRST/MIDDLE: STANLEY ANN
LAST: DUNHAM

MR3 G 155268
HONOLULU PASSPORT AGENCY

**MAILING ADDRESS** (In Care Of if applicable, Street, City, State, ZIP Code)
1512 SPRECKELS ST.
APT. 402
HONOLULU, HAWAII 96822

WILL CALL **
4/1 2pm

Issue Date _____
(R) D  O  DP  Endorsement _____

**SEX**: Female ✓
**PLACE OF BIRTH**: WICHITA, (KANSAS) USA
**DATE OF BIRTH**: 11 29 42
**SOCIAL SECURITY NUMBER**: 535 40 8522

**HEIGHT**: 5 ft 6 in
**COLOR OF HAIR**: BROWN
**COLOR OF EYES**: BROWN
**HOME PHONE**: 808 942 8454
**BUSINESS PHONE**: 

**MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED**
**PASSPORT NUMBER**: Z3037221
**ISSUE DATE**: 4 27 81
**OCCUPATION**: CONSULTANT
**DEPARTURE DATE**: APRIL 6, 8

** 4/9/86 - pptt mailed to perm. address per her written request - attached

**PERMANENT ADDRESS**: 1512 SPRECKELS ST APT 402 HONOLULU, HI

SUBMIT TWO RECENT IDENTICAL PHOTOS SIGNED ON THE REVERSE

**PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS** (Not Mandatory)
**LENGTH OF STAY**: 1 WEEK
**COUNTRIES TO BE VISITED**: PHILIPPINES

**PERSON TO NOTIFY IN CASE OF EMERGENCY** (Not Traveling With You)
**NAME IN FULL**: STANLEY ANN MADELYN DUNHAM
**ADDRESS**: 1617 S. BERETANIA #1008
**PHONE NUMBER**: 808 949 3117
**RELATIONSHIP**: PARENTS

**OATH AND SIGNATURE** ...

X March 27, 1986 (Date)
X Stanley Ann Dunham (Signature of applicant)

**FOR PASSPORT SERVICES USE ONLY**
☑ Passport   ☐ Evidence of Name Change   ☐ Other
Bearer's Name: same
No.: Z303722   Issued: 4/27/81   Place: Jakarta

**APPLICATION APPROVAL**
C. Manasu (Examiner Name)
PT/HH 3/27/86 (Office, Date)

FEE: 35 CK

My trip was delayed by 1 month.
Please mail my passport to

S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

Stanley Ann Dunham      PH 942-8454

RECEIVED
APR - 9 1986
Honolulu Passport Agency